**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to case no: 18-CV-09841

MASTER DOCKET

18-md-2865 (LAK)

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-21-23

## NOTICE OF PLAINTIFF SKATTEFORVALTNINGEN'S MOTION TO SUBSTITUTE

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and Declaration of Neil John Oxford dated April 11, 2023 and exhibits annexed thereto, Plaintiff Skatteforvaltningen, by and through its undersigned attorneys, will move the Court before the Honorable Lewis A. Kaplan at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, Courtroom 21B, at a date and time to be determined by the Court, for an order pursuant to Rule 25(a) of the Federal Rules of Civil Procedure granting the substitution of Elaina M. Crema, as Personal Representative of the Estate of Robert V. Crema, for the deceased Defendant Robert Crema in the case captioned *Skatteforvaltningen v. American Investment Group of New York, L.P. Pension Plan, et al.*, No. 18-cv-09841; and for such other and further relief as the Court deems just and proper.

Granted
SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

11/20/23