# Exhibit 4

# Hovedoversigt

# 2019

# Hovedoversigt over statsbudgettet                                      2019

| Mio. kr. | Udgifter under delloft for driftsudgifter | Udgifter under delloft for indkomstoverførsler | Udgifter uden for udgiftslofter | Indtægter |
|---|---|---|---|---|
| § 1. Dronningen .......................................................... | | | 85,9 | |
| § 2. Medlemmer af det kongelige hus m.fl. ............ | | | 29,2 | |
| § 3. Folketinget ........................................................ | | | 1.164,7 | |
| § 5. Statsministeriet ................................................ | 114,0 | | | |
| § 6. Udenrigsministeriet .......................................... | 16.640,9 | | -70,0 | 94,0 |
| § 7. Finansministeriet ............................................... | 26.130,1 | | -593,6 | 3.395,9 |
| § 8. Erhvervsministeriet .......................................... | 1.535,2 | | -172,0 | 340,1 |
| § 9. Skatteministeriet ............................................... | 8.505,4 | | -2,1 | 1.366,5 |
| § 10. Økonomi- og Indenrigsministeriet ................... | 1.018,6 | | 206.616,1 | |
| § 11. Justitsministeriet .............................................. | 18.107,1 | 143,4 | | 2.128,0 |
| § 12. Forsvarsministeriet ........................................... | 19.885,7 | | 3.747,3 | |
| § 14. Udlændinge- og Integrationsministeriet ........... | 1.979,0 | 1.603,3 | 584,6 | 6,0 |
| § 15. Børne- og Socialministeriet .............................. | 3.115,2 | 1.383,6 | 1.817,2 | |
| § 16. Sundheds- og Ældreministeriet ......................... | 5.676,8 | | 2.842,9 | |
| § 17. Beskæftigelsesministeriet ................................. | 2.144,0 | 198.300,0 | 9.535,9 | 11.337,4 |
| § 19. Uddannelses- og Forskningsministeriet ............ | 30.408,2 | 21.578,8 | 445,7 | 24,3 |
| § 20. Undervisningsministeriet .................................. | 29.296,6 | 646,2 | 7,5 | |
| § 21. Kulturministeriet .............................................. | 8.183,9 | | 172,9 | |
| § 22. Kirkeministeriet ............................................... | 580,8 | | 19,3 | |
| § 24. Miljø- og Fødevareministeriet .......................... | 5.181,8 | | 247,6 | 32,2 |
| § 28. Transport-, Bygnings- og Boligministeriet ...... | 7.660,3 | | 8.519,9 | 1.558,7 |
| § 29. Energi-, Forsynings- og Klimaministeriet ........ | 2.180,2 | | 5.492,5 | 1.294,1 |
| § 35. Generelle reserver ........................................... | 12.548,9 | | 3.579,9 | |
| § 36. Pensionsvæsenet ............................................... | 32,3 | 26.078,6 | | |
| I alt ....................................................................... | 200.925,0 | 249.733,9 | 244.071,4 | 21.577,2 |
| § 37. Renter ............................................................... | | | 17.173,2 | -7.719,9 |
| § 38. Skatter og afgifter ............................................ | | 14.893,6 | | 716.989,4 |
| I alt ....................................................................... | 200.925,0 | 264.627,5 | 261.244,6 | 730.846,7 |
| | | | Udgifter | Indtægter |
| Drifts-, anlægs- og udlånsbudget ................................ | | | | 4.049,6 |
| § 40. Genudlån mv. .................................................... | | | 10.407,3 | |
| § 41. Beholdningsbevægelser mv. .............................. | | | | -3.016,2 |
| § 42. Afdrag på statsgælden (netto) ........................... | | | -9.373,9 | |
| Total ..................................................................... | | | 1.033,4 | 1.033,4 |

# Oversigt over udgifter under delloft for driftsudgifter

| Mio. kr. | Driftsposter | | Interne statslige overførsler | |
|---|---|---|---|---|
| | Udgifter | Indtægter | Udgifter | Indtægter |
| § 3. Folketinget .............................................. | - | - | - | - |
| § 5. Statsministeriet ..................................... | 113,3 | 0,2 | 0,2 | - |
| § 6. Udenrigsministeriet .............................. | 2.489,7 | 255,6 | 47,4 | 141,5 |
| § 7. Finansministeriet ................................. | 3.205,2 | 2.126,9 | 29,2 | 125,1 |
| § 8. Erhvervsministeriet .............................. | 2.082,0 | 775,6 | 39,5 | 48,8 |
| § 9. Skatteministeriet .................................. | 8.205,0 | 169,9 | 3,1 | 4,6 |
| § 10. Økonomi- og Indenrigsministeriet ....... | 1.266,1 | 440,8 | 3,1 | - |
| § 11. Justitsministeriet .................................. | 17.723,4 | 630,9 | 72,5 | 115,3 |
| § 12. Forsvarsministeriet .............................. | 20.161,4 | 712,7 | 40,7 | - |
| § 14. Udlændinge- og Integrationsministeri-et .............................................................. | 1.855,2 | 165,2 | 42,4 | 38,6 |
| § 15. Børne- og Socialministeriet ................. | 1.082,2 | 81,8 | 68,2 | 66,2 |
| § 16. Sundheds- og Ældreministeriet ............ | 2.725,4 | 1.186,4 | 17,7 | 5,0 |
| § 17. Beskæftigelsesministeriet ..................... | 1.317,8 | 16,1 | 20,0 | 16,5 |
| § 19. Uddannelses- og Forskningsministeri-et .............................................................. | 1.331,0 | 152,9 | 3,4 | 410,3 |
| § 20. Undervisningsministeriet ..................... | 1.264,9 | 90,6 | 1,9 | 3,3 |
| § 21. Kulturministeriet .................................. | 3.783,8 | 1.092,1 | 14,8 | 20,2 |
| § 22. Kirkeministeriet ................................... | 39,1 | 3,6 | - | - |
| § 24. Miljø- og Fødevareministeriet .............. | 4.333,4 | 1.660,8 | 242,7 | 175,6 |
| § 28. Transport-, Bygnings- og Boligmini-steriet ...................................................... | 7.277,8 | 7.508,6 | 55,1 | 26,8 |
| § 29. Energi-, Forsynings- og Klimamini-steriet ...................................................... | 1.791,1 | 403,7 | 9,5 | 39,3 |
| § 35. Generelle reserver ................................ | - | - | - | - |
| § 36. Pensionsvæsenet .................................. | 31,4 | - | - | - |
| I alt ................................................................. | 82.079,2 | 17.474,4 | 711,4 | 1.237,1 |
| Total ............................................................... | 82.079,2 | 17.474,4 | 711,4 | 1.237,1 |

**2019**

| Øvrige overførsler | | Finansielle poster | | Kapitalposter | | Netto- udgifter |
|---|---|---|---|---|---|---|
| Udgifter | Indtægter | Udgifter | Indtægter | Udgifter | Indtægter | |
| - | - | - | - | - | - | - |
| 0,5 | - | 0,2 | - | - | - | 114,0 |
| 14.629,4 | 316,8 | 100,2 | - | 192,1 | 104,0 | 16.640,9 |
| 26.773,2 | 1.640,7 | 15,2 | - | - | - | 26.130,1 |
| 829,3 | 612,9 | 22,0 | 0,3 | - | 1,3 | 1.533,9 |
| 319,3 | 4,5 | 157,0 | - | - | - | 8.505,4 |
| 244,8 | 60,4 | 5,8 | - | - | - | 1.018,6 |
| 807,8 | 0,9 | 265,2 | 14,8 | - | - | 18.107,0 |
| 402,8 | - | 0,5 | 7,0 | - | - | 19.885,7 |
| 261,1 | - | 24,1 | - | - | - | 1.979,0 |
| 2.183,5 | 71,8 | 1,1 | - | - | - | 3.115,2 |
| 4.690,3 | 597,5 | 32,5 | 0,2 | - | 12,9 | 5.663,9 |
| 1.131,6 | 308,4 | 15,9 | 0,3 | 6,4 | 6,4 | 2.144,0 |
| 29.707,5 | 68,1 | 7,6 | - | - | 10,0 | 30.408,2 |
| 34.514,1 | 6.411,5 | 15,4 | - | - | - | 29.290,9 |
| 5.833,0 | 468,1 | 123,7 | - | 9,1 | 0,1 | 8.183,9 |
| 545,3 | - | - | - | - | - | 580,8 |
| 10.176,6 | 7.785,7 | 25,2 | - | 0,1 | 18,4 | 5.137,5 |
| 6.130,3 | - | 1.761,4 | 28,9 | 20,0 | -4,9 | 7.685,2 |
| 968,1 | 167,0 | 21,7 | 0,2 | - | 3,0 | 2.177,2 |
| 12.548,9 | - | - | - | - | - | 12.548,9 |
| 1,0 | 0,1 | 0,1 | 0,1 | - | - | 32,3 |
| 152.698,4 | 18.514,4 | 2.594,8 | 51,8 | 227,7 | 151,2 | 200.882,6 |
| 152.698,4 | 18.514,4 | 2.594,8 | 51,8 | 227,7 | 151,2 | 200.882,6 |

## Oversigt over udgifter under delloft for indkomstoverførsler

| Mio. kr. | Driftsposter | | Interne statslige overførsler | |
|---|---|---|---|---|
| | Udgifter | Indtægter | Udgifter | Indtægter |
| § 11. Justitsministeriet ................................... | 90,5 | - | - | - |
| § 14. Udlændinge- og Integrationsministeriet ............... | 0,6 | - | 0,6 | 0,6 |
| § 15. Børne- og Socialministeriet ................. | - | - | - | - |
| § 17. Beskæftigelsesministeriet ..................... | - | 2,0 | 3,6 | 13.350,0 |
| § 19. Uddannelses- og Forskningsministeriet ................ | - | - | - | - |
| § 20. Undervisningsministeriet ...................... | - | - | - | - |
| § 35. Generelle reserver ............................... | - | - | - | - |
| § 36. Pensionsvæsenet ................................... | - | - | - | 5,8 |
| I alt ................................................ | 91,1 | 2,0 | 4,2 | 13.356,4 |
| § 38. Skatter og afgifter ............................... | - | - | - | - |
| Total ............................................... | 91,1 | 2,0 | 4,2 | 13.356,4 |

**2019**

| Øvrige overførsler | | Finansielle poster | | Kapitalposter | | Netto-udgifter |
|---|---|---|---|---|---|---|
| Udgifter | Indtægter | Udgifter | Indtægter | Udgifter | Indtægter | |
| 143,3 | 90,4 | - | - | - | - | 143,4 |
| 1.602,7 | - | - | - | - | - | 1.603,3 |
| 1.383,6 | - | - | - | - | - | 1.383,6 |
| 219.171,7 | 7.504,0 | - | 7,0 | 312,7 | 325,0 | 198.300,0 |
| 21.981,8 | 403,0 | - | - | - | - | 21.578,8 |
| 646,2 | - | - | - | - | - | 646,2 |
| - | - | - | - | - | - | |
| 28.616,1 | 2.480,9 | - | 50,8 | - | - | 26.078,6 |
| 273.545,4 | 10.478,3 | - | 57,8 | 312,7 | 325,0 | 249.733,9 |
| 14.893,6 | - | - | - | - | - | 14.893,6 |
| 288.439,0 | 10.478,3 | - | 57,8 | 312,7 | 325,0 | 264.627,5 |

## Oversigt over udgifter uden for udgiftsloft

| Mio. kr. | Driftsposter | | Interne statslige overførsler | |
|---|---|---|---|---|
| | Udgifter | Indtægter | Udgifter | Indtægter |
| § 1. Dronningen ........................................... | 85,9 | - | - | - |
| § 2. Medlemmer af det kongelige hus m.fl. | 29,2 | - | - | - |
| § 3. Folketinget ........................................... | 738,8 | 8,8 | 2,2 | 1,3 |
| § 6. Udenrigsministeriet .............................. | - | - | - | - |
| § 7. Finansministeriet .................................. | 0,2 | 78,6 | 100,0 | - |
| § 8. Erhvervsministeriet .............................. | - | - | - | - |
| § 9. Skatteministeriet .................................. | - | - | - | - |
| § 10. Økonomi- og Indenrigsministeriet ....... | - | - | - | - |
| § 11. Justitsministeriet ................................ | - | - | - | - |
| § 12. Forsvarsministeriet .............................. | - | - | - | - |
| § 14. Udlændinge- og Integrationsministeri- et ........................................................... | - | - | - | - |
| § 15. Børne- og Socialministeriet ................. | - | - | - | - |
| § 16. Sundheds- og Ældreministeriet ............ | - | - | - | - |
| § 17. Beskæftigelsesministeriet .................... | - | - | - | - |
| § 19. Uddannelses- og Forskningsministeri- et ........................................................... | - | - | - | - |
| § 20. Undervisningsministeriet ..................... | 0,3 | - | - | - |
| § 21. Kulturministeriet ................................. | 90,0 | - | - | - |
| § 22. Kirkeministeriet .................................. | - | - | - | - |
| § 24. Miljø- og Fødevareministeriet ............. | 41,7 | 15,7 | 10,4 | 43,0 |
| § 28. Transport-, Bygnings- og Boligmini- steriet .................................................... | 1.427,0 | 578,4 | 9,7 | - |
| § 29. Energi-, Forsynings- og Klimamini- steriet .................................................... | - | 2.780,4 | 3.035,2 | 3.035,2 |
| § 35. Generelle reserver ............................... | - | - | - | - |
| I alt ............................................................. | 2.413,1 | 3.461,9 | 3.157,5 | 3.079,5 |
| § 37. Renter ................................................ | 36,0 | 18,0 | 0,1 | - |
| § 38. Skatter og afgifter ............................... | - | - | - | - |
| Total ........................................................... | 2.449,1 | 3.479,9 | 3.157,6 | 3.079,5 |

**2019**

| Øvrige overførsler | | Finansielle poster | | Kapitalposter | | Netto-udgifter |
|---|---|---|---|---|---|---|
| Udgifter | Indtægter | Udgifter | Indtægter | Udgifter | Indtægter | |
| - | - | - | - | - | - | 85,9 |
| | | | | | | |
| - | - | - | - | - | - | 29,2 |
| 426,7 | 5,6 | 0,2 | - | 12,5 | - | 1.164,7 |
| 4,0 | - | - | - | - | 74,0 | -70,0 |
| 2.681,0 | 3.296,1 | - | - | - | 0,1 | -593,6 |
| - | 19,0 | - | 50,0 | - | 103,0 | -172,0 |
| 2,9 | - | - | 0,4 | 0,1 | 4,7 | -2,1 |
| 207.235,1 | 619,0 | - | - | - | - | 206.616,1 |
| - | - | - | - | - | - | - |
| - | - | - | - | 3.765,5 | 18,2 | 3.747,3 |
| | | | | | | |
| 584,6 | - | - | - | - | - | 584,6 |
| 1.814,7 | - | 2,5 | - | - | - | 1.817,2 |
| 2.842,9 | - | - | - | - | - | 2.842,9 |
| 19.601,8 | 10.023,9 | - | 42,0 | - | - | 9.535,9 |
| | | | | | | |
| 52,4 | 8,9 | 131,9 | 761,1 | 7.716,7 | 6.685,3 | 445,7 |
| 5,0 | - | - | 2,7 | 66,6 | 61,7 | 7,5 |
| 13,3 | - | - | - | 254,7 | 185,1 | 172,9 |
| 19,3 | - | - | - | - | - | 19,3 |
| 12,7 | 143,9 | 4,0 | 0,5 | 507,5 | 144,3 | 228,9 |
| | | | | | | |
| 397,5 | 840,5 | - | 163,9 | 8.030,6 | 255,4 | 8.026,6 |
| | | | | | | |
| 8.285,3 | - | - | 12,4 | - | - | 5.492,5 |
| 3.579,9 | - | - | - | - | - | 3.579,9 |
| 247.559,1 | 14.956,9 | 138,6 | 1.033,0 | 20.354,2 | 7.531,8 | 243.559,4 |
| | | | | | | |
| - | - | 18.365,2 | 1.210,1 | - | - | 17.173,2 |
| - | - | - | - | - | - | - |
| 247.559,1 | 14.956,9 | 18.503,8 | 2.243,1 | 20.354,2 | 7.531,8 | 260.732,6 |

## Oversigt over indtægtsbudgettet

| Mio. kr. | Driftsposter | | Interne statslige overførsler | |
|---|---|---|---|---|
| | Udgifter | Indtægter | Udgifter | Indtægter |
| § 6. Udenrigsministeriet ............................... | - | - | - | - |
| § 7. Finansministeriet .................................. | - | - | - | - |
| § 8. Erhvervsministeriet ............................... | - | 0,1 | - | - |
| § 9. Skatteministeriet .................................. | - | 322,1 | - | - |
| § 11. Justitsministeriet .................................. | - | - | 38,0 | - |
| § 14. Udlændinge- og Integrationsministeriet ...................................................... | - | - | 0,5 | - |
| § 17. Beskæftigelsesministeriet ..................... | 26,6 | 5,5 | 6,3 | 7,8 |
| § 19. Uddannelses- og Forskningsministeriet ...................................................... | - | - | - | - |
| § 20. Undervisningsministeriet ...................... | - | - | - | - |
| § 21. Kulturministeriet ................................. | - | - | - | - |
| § 24. Miljø- og Fødevareministeriet .............. | - | - | - | - |
| § 28. Transport-, Bygnings- og Boligministeriet ...................................................... | - | - | - | - |
| § 29. Energi-, Forsynings- og Klimaministeriet ...................................................... | - | 1.258,6 | 0,2 | - |
| § 35. Generelle reserver ............................... | - | - | - | - |
| I alt ............................................................... | 26,6 | 1.586,3 | 45,0 | 7,8 |
| § 37. Renter ................................................. | 98,1 | 0,1 | 13.762,6 | - |
| § 38. Skatter og afgifter ............................... | - | - | - | - |
| Total ............................................................ | 124,7 | 1.586,4 | 13.807,6 | 7,8 |

**2019**

| Øvrige overførsler | | Finansielle poster | | Kapitalposter | | Netto-indtægter |
|---|---|---|---|---|---|---|
| Udgifter | Indtægter | Udgifter | Indtægter | Udgifter | Indtægter | |
| - | 40,0 | 0,1 | 54,1 | - | - | 94,0 |
| - | 33,1 | - | 3.362,8 | - | - | 3.395,9 |
| - | - | - | 340,0 | - | - | 340,1 |
| - | 1.020,2 | - | 24,2 | - | - | 1.366,5 |
| - | 2.166,0 | - | - | - | - | 2.128,0 |
| - | 6,5 | - | - | - | - | 6,0 |
| 35,9 | 11.386,2 | 0,5 | 7,2 | - | 4,5 | 11.341,9 |
| - | - | - | 24,3 | - | - | 24,3 |
| - | - | - | - | - | - | - |
| - | - | - | - | - | - | - |
| - | 32,2 | 0,3 | 0,3 | - | - | 32,2 |
| - | 30,0 | - | 1.528,7 | - | - | 1.558,7 |
| - | 35,7 | - | - | - | - | 1.294,1 |
| - | - | - | - | - | - | - |
| 35,9 | 14.749,9 | 0,9 | 5.341,6 | - | 4,5 | 21.581,7 |
| - | 2,2 | 2.266,3 | 8.404,8 | - | - | -7.719,9 |
| - | 713.589,4 | 3.000,0 | 6.400,0 | - | - | 716.989,4 |
| 35,9 | 728.341,5 | 5.267,2 | 20.146,4 | - | 4,5 | 730.851,2 |

## Main Overview

# 2019

## Main Overview of State Budget                                              2019

| Million Kroner | Charges under Sub-ceiling Operating Expenses | Charges under sub-ceiling for income transfers | Charges outside of expenditure ceilings | Income |
|---|---|---|---|---|
| § 1. The Queen ............................................ | | | 85,9 | |
| § 2. Royal Household Members and others . | | | 29,2 | |
| § 3. The Danish Parliament........................... | | | 1.164,7 | |
| § 5. Ministry of the State of Denmark .......... | 114,0 | | | |
| § 6. Ministry of Foreign Affairs.................... | 16.640,9 | | -70,0 | 94,0 |
| § 7. Ministry of Finance ............................... | 26.130,1 | | -593,6 | 3.395,9 |
| § 8. Ministry of Industry, Business and Financial Affairs ............................................................ | 1.535,2 | | -172,0 | 340,1 |
| § 9. Ministry of Taxation ............................... | 8.505,4 | | -2,1 | 1.366,5 |
| § 10. Ministry of Economic Affairs and the Interior.................................................................. | 1.018,6 | | 206.616,1 | |
| § 11. Ministry of Justice................................. | 18.107,1 | 143,4 | | 2.128,0 |
| § 12. Ministry of Defense .............................. | 19.885,7 | | 3.747,3 | |
| § 14. The Ministry of Immigration and Integration ...................................................... | 1.979,0 | 1.603,3 | 584,6 | 6,0 |
| §15. Ministry of Children and Social Affairs | 3.115,2 | 1.383,6 | 1.817,2 | |
| § 16. Ministry of Health.................................. | 5.676,8 | | 2.842,9 | |
| § 17. Ministry of Employment....................... | 2.144,0 | 198.300,0 | 9.535,9 | 11.337,4 |
| § 19. Ministry of Higher Education and Science | 30.408,2 | 21.578,8 | 445,7 | 24,3 |
| § 20. Ministry of Education ........................... | 29.296,6 | 646,2 | 7,5 | |
| § 21. Ministry of Culture ............................... | 8.183,9 | | 172,9 | |
| § 22. Ministry of Ecclesiastical Affairs ........ | 580,8 | | 19,3 | |
| § 24. Ministry of Environment and Food of Denmark.............................................................. | 5.181,8 | | 247,6 | 32,2 |
| § 28. Ministry of Transport, Building, and Housing............................................................ | 7.660,3 | | 8.519,9 | 1.558,7 |
| § 29.Ministry of Energy, Supply and Climate | 2.180,2 | | 5.492,5 | 1.294,1 |
| § 35. General Reserves ................................. | 12.548,9 | | 3.579,9 | |
| § 36. Pension Administration....................... | 32,3 | 26.078,6 | | |
| Total ............................................................ | 200.925,0 | 249.733,9 | 244.071,4 | 21.577,2 |
| § 37. Interest .................................................. | | | 17.173,2 | -7.719,9 |
| § 38. Taxes and Charges ............................... | | 14.893,6 | | 716.989,4 |
| Total .............................................................. | 200.925,0 | 264.627,5 | 261.244,6 | 730.846,7 |
| | | | Expenses | Income |
| Operating, construction and lending budget . | | | | 4.049,6 |
| § 40. Re-lending etc ...................................... | | | 10.407,3 | |
| § 41. Inventory turnover etc........................... | | | | -3.016,2 |
| § 42. Repayment of Government Debt (Net) | | | -9.373,9 | |
| Total | | | 1.033,4 | 1.033,4 |

**Overview of sub-ceiling charges for operating expenses**

| Million Kroner | Operating Account | | Internal Government Transfers | |
|---|---|---|---|---|
| | Expenses | Income | Expenses | Income |
| § 3. The Danish Parliament.......... | - | - | - | - |
| § 5. Ministry of the State of Denmark | 113,3 | 0,2 | 0,2 | - |
| § 6. Ministry of Foreign Affairs... | 2.489,7 | 255,6 | 47,4 | 141,5 |
| § 7. Ministry of Finance............... | 3.205,2 | 2.126,9 | 29,2 | 125,1 |
| § 8. Ministry of Industry, Business and Financial Affairs ......................... | 2.082,0 | 775,6 | 39,5 | 48,8 |
| § 9. Ministry of Taxation ............. | 8.205,0 | 169,9 | 3,1 | 4,6 |
| § 10. Ministry of Economic Affairs and the Interior.................................... | 1.266,1 | 440,8 | 3,1 | - |
| § 11. Ministry of Justice............... | 17.723,4 | 630,9 | 72,5 | 115,3 |
| § 12. Ministry of Defense ............ | 20.161,4 | 712,7 | 40,7 | - |
| § 14. The Ministry of Immigration and Integration ...................................... | 1.855,2 | 165,2 | 42,4 | 38,6 |
| §15. Ministry of Children and Social Affairs .......................................... | 1.082,2 | 81,8 | 68,2 | 66,2 |
| § 16. Ministry of Health............... | 2.725,4 | 1.186,4 | 17,7 | 5,0 |
| § 17. Ministry of Employment..... | 1.317,8 | 16,1 | 20,0 | 16,5 |
| § 19. Ministry of Higher Education and Science ......................................... | 1.331,0 | 152,9 | 3,4 | 410,3 |
| § 20. Ministry of Education ......... | 1.264,9 | 90,6 | 1,9 | 3,3 |
| § 21. Ministry of Culture ............. | 3.783,8 | 1.092,1 | 14,8 | 20,2 |
| § 22. Ministry of Ecclesiastical Affairs | 39,1 | 3,6 | - | - |
| § 24. Ministry of Environment and Food of Denmark .................................. | 4.333,4 | 1.660,8 | 242,7 | 175,6 |
| § 28. Ministry of Transport, Building, and Housing.......................................... | 7.277,8 | 7.508,6 | 55,1 | 26,8 |
| § 29. Ministry of Energy, Supply and Climate ........................................ | 1.791,1 | 403,7 | 9,5 | 39,3 |
| § 35. General Reserves ................ | - | - | - | - |
| § 36. Pension Administration....... | 31,4 | - | - | - |
| Total ........................................... | 82.079,2 | 17.474,4 | 711,4 | 1.237,1 |
| Total ........................................... | 82.079,2 | 17.474,4 | 711,4 | 1.237,1 |

**2019**

| Other Transfers | | Financial Account | | Capital Account | | Net Expenses |
|---|---|---|---|---|---|---|
| Expenses | Income | Expenses | Income | Expenses | Income | |
| 0,5 | - | 0,2 | | - | - | 114,0 |
| 14.629,4 | 316,8 | 100,2 | - | 192,1 | 104,0 | 16.640,9 |
| 26.773,2 | 1.640,7 | 15,2 | - | - | - | 26.130,1 |
| 829,3 | 612,9 | 22,0 | 0,3 | - | 1,3 | 1.533,9 |
| 319,3 | 4,5 | 157,0 | - | - | - | 8.505,4 |
| 244,8 | 60,4 | 5,8 | - | - | - | 1.018,6 |
| 807,8 | 0,9 | 265,2 | 14,8 | - | - | 18.107,0 |
| 402,8 | - | 0,5 | 7,0 | - | - | 19.885,7 |
| 261,1 | | 24,1 | | - | - | 1.979,0 |
| 2.183,5 | 71,8 | 1,1 | - | - | - | 3.115,2 |
| 4.690,3 | 597,5 | 32,5 | 0,2 | - | 12,9 | 5.663,9 |
| 1.131,6 | 308,4 | 15,9 | 0,3 | 6,4 | 6,4 | 2.144,0 |
| 29.707,5 | 68,1 | 7,6 | - | - | 10,0 | 30.408,2 |
| 34.514,1 | 6.411,5 | 15,4 | - | - | - | 29.290,9 |
| 5.833,0 | 468,1 | 123,7 | - | 9,1 | 0,1 | 8.183,9 |
| 545,3 | - | - | - | - | - | 580,8 |
| 10.176,6 | 7.785,7 | 25,2 | - | 0,1 | 18,4 | 5.137,5 |
| 6.130,3 | - | 1.761,4 | 28,9 | 20,0 | -4,9 | 7.685,2 |
| 968,1 | 167,0 | 21,7 | 0,2 | - | 3,0 | 2.177,2 |
| 12.548,9 | - | - | - | - | - | 12.548,9 |
| 1,0 | 0,1 | 0,1 | 0,1 | - | - | 32,3 |
| 152.698,4 | 18.514,4 | 2.594,8 | 51,8 | 227,7 | 151,2 | 200.882,6 |
| 152.698,4 | 18.514,4 | 2.594,8 | 51,8 | 227,7 | 151,2 | 200.882,6 |

**Overview of sub-ceiling expenses for income transfers**

| Million kroner | Operating Account | | Internal Government Transfers | |
|---|---|---|---|---|
| | Expenses | Income | Expenses | Income |
| § 11. Ministry of Justice........................ | 90,5 | - | - | - |
| § 14. The Ministry of Immigration and Integration ..................................... | 0,6 | | 0,6 | 0,6 |
| Ministry of Children and Social Affairs ............................................. § 15. | - | - | - | - |
| § 17. Ministry of Employment............. | - | 2,0 | 3,6 | 13.350,0 |
| § 19. Ministry of Higher Education and Science ........................................... | | | | |
| § 20. Ministry of Education ................. | - | - | - | - |
| § 35. General Reserves........................... | - | - | - | - |
| § 36. Pension Administration................ | - | - | - | 5,8 |
| I alt | 91,1 | 2,0 | 4,2 | 13.356,4 |
| § 38. Taxes and Charges ...................... | - | - | - | - |
| Total | 91,1 | 2,0 | 4,2 | 13.356,4 |

**2019**

| Otehr Transfers | | Financial Account | | Capital Account | | Net Expenses |
| Expenses | Income | Expenses | Income | Expenses | Income | |
|---|---|---|---|---|---|---|
| 143,3 | 90,4 | - | - | - | - | 143,4 |
| 1.602,7 | - | - | - | - | - | 1.603,3 |
| 1.383,6 | - | - | - | - | - | 1.383,6 |
| 219.171,7 | 7.504,0 | - | 7,0 | 312,7 | 325,0 | 198.300,0 |
| 21.981,8 | 403,0 | - | - | - | - | 21.578,8 |
| 646,2 | - | - | - | - | - | 646,2 |
| 28.616,1 | 2.480,9 | - | 50,8 | - | - | 26.078,6 |
| 273.545,4 | 10.478,3 | - | 57,8 | 312,7 | 325,0 | 249.733,9 |
| 14.893,6 | - | - | - | - | - | 14.893,6 |
| 288.439,0 | 10.478,3 | - | 57,8 | 312,7 | 325,0 | 264.627,5 |

**Overview of Expenses Outside of Expenditure Ceiling**

| Million kroner | Operating Account | | Internal Government Transfers | |
|---|---|---|---|---|
| | Expenses | Income | Expenses | Income |
| § 1. The Queen ............................ | 85,9 | - | - | - |
| § 2. Royal Household Members and others . ..................................................... | 29,2 | - | - | - |
| § 3. The Danish Parliament.......... | 738,8 | 8,8 | 2,2 | 1,3 |
| § 6. Ministry of Foreign Affairs... | - | - | - | - |
| § 7. Ministry of Finance............... | 0,2 | 78,6 | 100,0 | - |
| § 8. Ministry of Industry, Business and Financial Affairs ........................... | - | - | - | - |
| § 9. Ministry of Taxation ............. | - | - | - | - |
| § 10. Ministry of Economic Affairs and the Interior.................................... | - | - | - | - |
| § 11. Ministry of Justice............... | - | - | - | - |
| § 12. Ministry of Defense ............ | - | - | - | - |
| § 14. The Ministry of Immigration and Integration ......................................... | - | - | - | - |
| §15. Ministry of Children and Social Affairs ......................................... | - | - | - | - |
| § 16. Ministry of Health............... | - | - | - | - |
| § 17. Ministry of Employment..... | - | - | - | - |
| § 19. Ministry of Higher Education and Science ......................................... | - | - | - | - |
| § 20. Ministry of Education ......... | 0,3 | - | - | - |
| § 21. Ministry of Culture ............. | 90,0 | - | - | - |
| § 22. Ministry of Ecclesiastical Affairs ......................................... | - | - | - | - |
| § 24. Ministry of Environment and Food of Denmark | 41,7 | 15,7 | 10,4 | 43,0 |
| § 28. Ministry of Transport, Building, and Housing ......................................... | 1.427,0 | 578,4 | 9,7 | - |
| § 29. Ministry of Energy, Supply and Climate ......................................... | - | 2.780,4 | 3.035,2 | 3.035,2 |
| § 35. General Reserves ................ | - | - | - | - |
| Total ............................................ | 2.413,1 | 3.461,9 | 3.157,5 | 3.079,5 |
| § 37. Interest................................. | 36,0 | 18,0 | 0,1 | - |
| § 38. Taxes and Charges .............. | - | - | - | - |
| Total ............................................ | 2.449,1 | 3.479,9 | 3.157,6 | 3.079,5 |

| Other Transfers | | Financial Account | | Capital Account | | Net Expenses |
| Expenses | Income | Expenses | Income | Expenses | Income | |
|---|---|---|---|---|---|---|
| - | - | - | - | - | - | 85,9 |
| - | | | | | | 29,2 |
| 426,7 | 5,6 | 0,2 | - | 12,5 | - | 1.164,7 |
| 4,0 | - | | - | - | 74,0 | -70,0 |
| 2.681,0 | 3.296,1 | | - | - | 0,1 | -593,6 |
| - | 19,0 | | 50,0 | - | 103,0 | -172,0 |
| 2,9 | - | | 0,4 | 0,1 | 4,7 | -2,1 |
| 207.235,1 | 619,0 | | - | - | - | 206.616,1 |
| | - | | - | 3.765,5 | 18,2 | 3.747,3 |
| 584,6 | - | | - | - | - | 584,6 |
| 1.814,7 | - | 2,5 | - | - | - | 1.817,2 |
| 2.842,9 | - | | - | - | - | 2.842,9 |
| 19.601,8 | 10.023,9 | | 42,0 | - | - | 9.535,9 |
| 52,4 | 8,9 | 131,9 | 761,1 | 7.716,7 | 6.685,3 | 445,7 |
| 5,0 | - | | 2,7 | 66,6 | 61,7 | 7,5 |
| 13,3 | - | - | - | 254,7 | 185,1 | 172,9 |
| 19,3 | | | | | | 19,3 |
| 12,7 | 143,9 | 4,0 | 0,5 | 507,5 | 144,3 | 228,9 |
| 397,5 | 840,5 | - | 163,9 | 8.030,6 | 255,4 | 8.026,6 |
| 8.285,3 | - | - | 12,4 | - | - | 5.492,5 |
| 3.579,9 | | | | | | 3.579,9 |
| 247.559,1 | 14.956,9 | 138,6 | 1.033,0 | 20.354,2 | 7.531,8 | 243.559,4 |
| - | - | 18.365,2 | 1.210,1 | - | - | 17.173,2 |
| 247.559,1 | 14.956,9 | 18.503,8 | 2.243,1 | 20.354,2 | 7.531,8 | 260.732,6 |

**Overview of the Revenue Budget**

| Million kroner | Operating Account | | Internal Government Transfers | |
|---|---|---|---|---|
| | Expenses | Income | Expenses | Income |
| § 6.  Ministry of Foreign Affairs.......... | - | - | - | - |
| § 7.  Ministry of Finance .................... | - | - | - | - |
| § 8.  Ministry of Industry, Business and Financial Affairs........................... | - | 0,1 | - | - |
| § 9.  Ministry of Taxation ................... | - | 322,1 | - | - |
| § 11. Ministry of Justice........................ | - | - | 38,0 | - |
| § 14. The Ministry of Immigration and Integration ................................... | | | 0,5 | |
| § 17. Ministry of Employment............. | 26,6 | 5,5 | 6,3 | 7,8 |
| § 19. Ministry of Higher Education and Science ...................................... | | | | |
| § 20. Ministry of Education ................. | - | - | - | - |
| § 21. Ministry of Culture...................... | - | - | - | - |
| § 24. Ministry of Environment and Food of Denmark.................................. | - | - | - | - |
| § 28. Ministry of Transport, Building, and Housing  ................................. | | | | |
| § 29. Ministry of Energy, Supply and Climate ...................................... | | 1.258,6 | 0,2 | |
| § 35. General Reserves.......................... | - | - | - | - |
| I alt | 26,6 | 1.586,3 | 45,0 | 7,8 |
| § 37. Interest.................................. | 98,1 | 0,1 | 13.762,6 | - |
| § 38. Taxes and Charges ...................... | - | - | - | - |
| Total | 124,7 | 1.586,4 | 13.807,6 | 7,8 |

**2019**

| Other Transfers | | Financial Account | | Capital Account | | Net Expenses |
| Expenses | Income | Expenses | Income | Expenses | Income | |
|---|---|---|---|---|---|---|
| - | 40,0 | 0,1 | 54,1 | | - | 94,0 |
| - | 33,1 | - | 3.362,8 | | - | 3.395,9 |
| - | - | - | 340,0 | | - | 340,1 |
| - | 1.020,2 | - | 24,2 | | - | 1.366,5 |
| - | 2.166,0 | - | - | | - | 2.128,0 |
| - | 6,5 | - | - | | - | 6,0 |
| 35,9 | 11.386,2 | 0,5 | 7,2 | | 4,5 | 11.341,9 |
| - | - | - | 24,3 | | - | 24,3 |
| - | 32,2 | 0,3 | 0,3 | | - | 32,2 |
| - | 30,0 | - | 1.528,7 | | - | 1.558,7 |
| - | 35,7 | - | - | | - | 1.294,1 |
| 35,9 | 14.749,9 | 0,9 | 5.341,6 | - | 4,5 | 21.581,7 |
| - | 2,2 | 2.266,3 | 8.404,8 | - | - | -7.719,9 |
| - | 713.589,4 | 3.000,0 | 6.400,0 | - | - | 716.989,4 |
| 35,9 | 728.341,5 | 5.267,2 | 20.146,4 | - | 4,5 | 730.851,2 |