# Exhibit 13

**LBKG 2019-01-22 nr 66**

**Ligningsloven**

**§ 34**

Skatteministeren fastsætter de nærmere regler for gennemførelsen af denne lov og bemyndiges til at afholde de dermed forbundne omkostninger.

**LBKG 2019-01-22 nr 66**

**Ligningsloven**

LBKG 2019-01-22 no 66

**Assessment Act § 34**

The Minister of Taxation shall establish comprehensive rules for the implementation of this Act and shall be authorized to bear the associated costs.