# Exhibit 7



|  |  |
|---|---|
| Basalt Ventures LLC Roth 401(K) Plan<br>c/o Arnold & Porter Kaye Scholer<br>250 West 55th Street<br>New York<br>NY 10019<br>USA | Særlig kontrol 3<br>Kratbjerg 236<br>3480 Fredensborg<br>Denmark<br>www.skat.dk<br>den 13. april 2018<br>Captia nr: 16-1673047<br>TIN: 47-1377612 |

## Afgørelse – Tilbagekaldelse af tidligere afgørelser om refusion af udbytteskatter

SKAT har tidligere truffet afgørelser om refusion af udbytteskatter til Basalt Ventures LLC Roth 401(K) Plan (herefter BVLR) på baggrund af anmodninger fra BVLR's agent Goal Taxback Limited.

SKAT tilbagekalder de tidligere afgørelser om refusion af udbytteskatter på i alt 27.853.521 kr., idet BVLR ikke har været berettiget til at modtage udbytteskatten.

Tilbagekaldelsen angår følgende afgørelser:

| Anmodning af | 27. november 2014 | 1.165.131 | kr. |
| Anmodning af | 14. april 2015 | 8.381.677 | kr. |
| Anmodning af | 16. april 2015 | 8.705.084 | kr. |
| Anmodning af | 21. april 2015 | 5.621.939 | kr. |
| Anmodning af | 23. april 2015 | 1.986.270 | kr. |
| Anmodning af | 27. april 2015 | 1.635.386 | kr. |
| Anmodning af | 15. maj 2015 | 358.034 | kr. |
| I alt |  | 27.853.521 | kr. |

Det er SKATs vurdering, at BVLR ikke ejer eller har ejet de aktier, som fremgår af anmodningerne, og at udbytterne vedrørende de aktier, som fremgår af anmodningerne, ikke er tilgået BVLR.

Det er endvidere SKATs vurdering, at BVLR ikke har haft den fornødne kapital til at foretage de investeringer i danske aktier, der ligger til grund for de nævnte anmodninger om refusion af udbytteskat.

BVLR skulle ifølge de indsendte Income Advice og Credit Advices have investeret i aktier i danske selskaber for et betydeligt beløb og modtaget udbytter heraf. Sagens oplysninger giver ikke grundlag for sådanne betydelige investeringer.

Confidential Pursuant to Protective Order                                                                    SKAT_MDL_001_00057166

SKAT har lagt vægt på:
- At BVLR er en nystiftet pensionskasse.
- At BVLR kun har en enkelt deltager med de deraf begrænsede indskudsbeløb.
- At BVLR ikke har indsendt FORM 5500 i USA, hvorfor det må lægges til grund, at BVLR's formue var under 250.000 USD ultimo de relevante indkomstår.

Det er således på baggrund af de nu foreliggende oplysninger SKATs vurdering, at BVLR ikke har haft økonomisk mulighed for at eje aktier i et sådant omfang, som angivet i BVLR's anmodninger om refusion af dansk udbytteskat. Dette fremgår eksempelvis ved:

- At BVLR den 7. august 2014, under 2 måneder efter stiftelsen, angiver at have investeret for 147.727.103 kr. i aktien TDC A/S.

- At BVLR den 19. marts 2015, 9 måneder efter stiftelsen, angiver at være ejer af aktier i Novo Nordisk A/S og GN Store Nord A/S til en værdi på i alt 2.297.979.367 kr.

BVLR opfylder således ikke betingelserne for at få refunderet indeholdte udbytteskatter af danske aktier, jf. artikel 10 i dobbeltbeskatningsoverenskomsten mellem Danmark og USA.

SKAT har derfor refunderet de nævnte udbytteskatter til BVLR på et urigtigt grundlag, og SKAT tilbagekalder derfor de tidligere afgørelser om refusion af udbytteskatter.

Kammeradvokaten vil på vegne af SKAT rejse krav om tilbagebetaling og erstatning over for BVLR.

Der henvises til de bilag, der blev fremsendt sammen med SKATs forslag af 13. april 2018.

Det kan i øvrigt oplyses, at det er SKATs opfattelse, at udbetalingerne til BVLR indgår som led i et større internationalt kompleks, som SKAT har anmeldt til SØIK som formodet svindel mod den danske stat. SKAT har anmeldt komplekset som omfattet af straffelovens § 279 ved uberettiget tilbagesøgning af indeholdt udbytteskat, hvor den ansøgende pensionskasse ikke ejer eller har ejet de aktier, som fremgår af anmodningerne, og hvor udbytterne vedrørende de aktier, som fremgår af anmodningerne, ikke er tilgået den ansøgende pensionskasse.

For yderligere begrundelse henvises til nedenstående sagsfremstilling.

Confidential Pursuant to Protective Order                                                                                                SKAT_MDL_001_00057167

# Sagsfremstilling og begrundelse

# Indholdsfortegnelse

1.  Faktiske forhold ................................................................................................................. 4
1.1.  Beskrivelse af sagen ......................................................................................................... 4
1.2.  Refunderet udbytteskat .................................................................................................... 4
1.3.  Beregning af investeringerne .......................................................................................... 5
1.4.  Registrering af danske aktier ........................................................................................... 5
1.5.  Oplysninger fra IRS i USA .............................................................................................. 6
2.  Retsregler ............................................................................................................................ 7
2.1.  Lovbekendtgørelser .......................................................................................................... 7
2.2.  Dobbeltbeskatningsoverenskomst ................................................................................. 7
3.  SKATs bemærkninger ....................................................................................................... 7
3.1.  Lovgrundlaget/retsgrundlaget ........................................................................................ 7
3.2.  Ejerskabet af aktier og modtagelse af aktieudbytte ..................................................... 8
3.2.1.   Værdipapirdepot ............................................................................................................. 8
3.2.2.   Kapitalgrundlaget for pensionskassens investeringer ............................................... 8
3.2.3.   Aktieudbytte og indeholdte udbytteskat ..................................................................... 9
3.3.  Tilbagekaldelse af tidligere afgørelser ........................................................................... 9
4.  SKATs forslag til afgørelse ............................................................................................. 10
5.  Pensionskassens bemærkninger til SKATs forslag ..................................................... 11
6.  SKATs endelige afgørelse ............................................................................................... 11
Klagevejledning ........................................................................................................................ 11
Love og regler ........................................................................................................................... 11

# 1. Faktiske forhold

## 1.1. Beskrivelse af sagen

BVLR er registreret som en pensionskasse i USA[1] og er stiftet i juli 2014[2].

Goal Taxback Limited har på vegne af BVLR, i perioden 27. november 2014 til 15. maj 2015, sendt anmodninger til SKAT om at få refunderet indeholdte udbytteskatter af danske aktier for i alt 27.853.521 kr.

SKAT har på dette grundlag udbetalt refusion af udbytteskat til BVLR via Goal Taxback Limited's bankkonto 34015159 i NatWest Bank.

SKAT har i forbindelse med kontrol af refusioner af udbytteskatter, via Kompetent Myndighed, indhentet oplysninger fra de amerikanske skattemyndigheder, Department of The Treasury, Internal Revenue Service (herefter IRS). Af oplysningerne fremgår det:
- At BVLR er en nystiftet pensionskasse.
- At det årlige indskud til pensionskassen er begrænset til mellem 12.500 og 53.000 USD pr. deltager alt efter indskyders alder.
- At BVLR ikke har indsendt FORM 5500, hvorved BVLR overfor IRS har tilkendegivet, at deres aktiver ultimo 2014 og 2015 var under 250.000 USD.

## 1.2. Refunderet udbytteskat

Med henvisning til dobbeltbeskatningsoverenskomsten mellem Danmark og USA har agenten Goal Taxback Limited på vegne af BVLR anmodet, om og fået refunderet, den indeholdte udbytteskat vedrørende følgende aktier[3]:

| SKATs bundt nr. | Dato for anmodningen | Aktie | Antal | Ex-dato | Udbytte i alt DKK | Refunderet udbytteskat DKK |
|---|---|---|---|---|---|---|
| 106214 | 27-11-2014 | TDC A/S | 2.876.867 | 08-08-2014 | 4.315.300 | 1.165.131 |
| 34815 | 14-04-2015 | A.P. Møller Mærsk A/S A | 7.873 | 31-03-2015 | 15.517.683 | 4.189.774 |
| 34815 | 14-04-2015 | A.P. Møller Mærsk A/S B | 7.877 | 31-03-2015 | 15.525.567 | 4.191.903 |
| 34915 | 16-04-2015 | Novo Nordisk A/S B | 6.448.211 | 20-03-2015 | 32.241.055 | 8.705.084 |
| 35215 | 21-04-2015 | DSV A/S | 765.908 | 13-03-2015 | 1.225.452 | 330.872 |
| 35215 | 21-04-2015 | Carlsberg A/S - B | 178.044 | 27-03-2015 | 1.602.396 | 432.646 |
| 35215 | 21-04-2015 | Danske Bank A/S | 3.271.664 | 19-03-2015 | 17.994.152 | 4.858.421 |
| 35315 | 23-04-2015 | Novozymes A/S B | 777.153 | 26-02-2015 | 2.331.459 | 629.493 |
| 35315 | 23-04-2015 | TDC A/S | 3.283.965 | 06-03-2015 | 3.283.965 | 886.670 |
| 35315 | 23-04-2015 | Tryg A/S | 35.209 | 26-03-2015 | 1.021.061 | 275.686 |
| 35315 | 23-04-2015 | FL Smidth & CO A/S | 80.009 | 27-03-2015 | 720.081 | 194.421 |
| 39015 | 27-04-2015 | Vestas Wind Systems A/S | 373.474 | 31-03-2015 | 1.456.548 | 393.268 |
| 39015 | 27-04-2015 | Gn Store Nord A/S | 605.292 | 20-03-2015 | 544.762 | 147.085 |
| 39015 | 27-04-2015 | Pandora A/S | 450.631 | 19-03-2015 | 4.055.679 | 1.095.033 |
| 40115 | 15-05-2015 | Coloplast A/S - B | 294.679 | 07-05-2015 | 1.326.055 | 358.034 |
| I alt | | | | | 103.161.215 | 27.853.521 |

---

[1] Bilag 98-1-1 til 98-1-2
[2] Bilag 98-1-1 til 98-1-2
[3] Bilag 98-5-1 til 98-5-50

Side 4 af 12

Anmodningerne var vedlagt følgende bilag[4]:
1. Blanket 06.003 ENG – Claim to Relief from Danish Dividend Tax.
2. Income Advice og Credit Advices – udarbejdet af BVLR's custodian Old Park Lane Capital PLC eller Telesto Markets LLP.
3. FORM 6166 from Internal Revenue Service (IRS) – Certificate of resident in USA (udstedt af de amerikanske skattemyndigheder).
4. Power of Attorney to Goal Taxback Limited.

Ad 1. I blanket 06.003 erklæres det, at BVLR er den retmæssige ejer af aktierne og er omfattet af dobbeltbeskatningsoverenskomsten mellem Danmark og USA.

Ad. 2. Ifølge Income Advice og Credit Advices udarbejdet af custodian Old Park Lane Capital PLC eller Telesto Markets LLP har BVLR modtaget nettoudbytte af aktierne.

### 1.3. Beregning af investeringerne

Med udgangspunkt i at BVLR skal eje aktierne på tidspunktet for generalforsamlingsdagen (dagen før ex-datoen), er anskaffelsessummerne for BVLR's køb af de aktier, som fremgår af anmodningerne[5], beregnet på baggrund af lukkekursen på sidste børsdag før ex-datoen[6]:

| SKATs bundt nr. | Aktie | Kursdato | Antal | Kurs | Beregnet anskaffelsessum DKK |
|---|---|---|---|---|---|
| 106214 | TDC A/S | 07-08-2014 | 2.876.867 | 51,35 | 147.727.103 |
| 35315 | Novozymes A/S B | 25-02-2015 | 777.153 | 322,50 | 250.631.843 |
| 35315 | TDC A/S | 05-03-2015 | 3.283.965 | 54,00 | 177.334.110 |
| 35215 | DSV A/S | 12-03-2015 | 765.908 | 219,20 | 167.886.924 |
| 35215 | Danske Bank A/S | 18-03-2015 | 3.271.664 | 175,30 | 573.522.699 |
| 39015 | Pandora A/S | 18-03-2015 | 450.631 | 614,50 | 276.912.750 |
| 34915 | Novo Nordisk A/S B | 19-03-2015 | 6.448.211 | 341,90 | 2.204.643.341 |
| 39015 | Gn Store Nord A/S | 19-03-2015 | 605.292 | 154,20 | 93.336.026 |
| 35315 | Tryg A/S | 25-03-2015 | 35.209 | 868,50 | 30.579.017 |
| 35215 | Carlsberg A/S - B | 26-03-2015 | 178.044 | 571,50 | 101.752.146 |
| 35315 | FL Smidth & CO A/S | 26-03-2015 | 80.009 | 314,00 | 25.122.826 |
| 34815 | A.P. Møller Mærsk A/S A | 30-03-2015 | 7.873 | 15.810,00 | 124.472.130 |
| 34815 | A.P. Møller Mærsk A/S B | 30-03-2015 | 7.877 | 16.410,00 | 129.261.570 |
| 39015 | Vestas Wind Systems A/S | 30-03-2015 | 373.474 | 290,20 | 108.382.110 |
| 40115 | Coloplast A/S - B | 06-05-2015 | 294.679 | 510,00 | 150.286.233 |

### 1.4. Registrering af danske aktier

Alle aktier i danske børsnoterede selskaber er registreret hos VP Securities, som er den danske værdipapircentral.

Til denne registrering hører et værdipapirdepot i en dansk bank oprettet i en aktionærs navn. Et værdipapirdepot indeholder aktionærens aktiebeholdninger, som kan være

---

[4] Bilag 98-5-1 til 98-5-50
[5] Bilag 98-5-1 til 98-5-50
[6] Kursen fremgår af Nasdaqs hjemmeside: http://www.nasdaqomxnordic.com

Confidential Pursuant to Protective Order                                             SKAT_MDL_001_00057170

sammensat af aktier i forskellige danske børsnoterede selskaber. Et værdipapirdepot og dets beholdning kan også have flere ejere (benævnt et omnibusdepot).

Ved søgning i oplysninger fra VP Securities er der ikke fundet noget værdipapirdepot i en dansk bank, hvor BVLR eller dennes custodian Old Park Lane Capital PLC eller Telesto Markets LLP er registreret som ejer.

## 1.5. Oplysninger fra IRS i USA

SKAT har via Kompetent Myndighed i Danmark og USA modtaget oplysninger fra skattemyndigheden IRS i USA.

IRS har i brev dateret den 4. december 2015 oplyst[7]:
- At BVLR blev stiftet i juli 2014.

IRS har i brev af 13. juni 2016 vedlagt Instructions for FORM 5500-EZ hvoraf det bl.a. fremgår[8]:
- At *"Who Does Not Have To File FORM 5500-EZ*
  *You do not have to file FORM 5500-EZ for the 2015 plan year for a one-participant plan if the total of the plan's assets and the assets of all other one-participant plans maintained by the employer at the end of the 2015 plan year does not exceed $250,000, unless 2015 is the final plan year of the plan. For more information on final plan years, see Final Return later."*

IRS har i brev af 13. december 2016 oplyst[9]:
- At IRS ikke er i besiddelse af FORM 5500 for BVLR, da der ikke er indsendt FORM 5500 for 2014 eller 2015.

Det er på baggrund af oplysningerne fra IRS SKATs vurdering, at der er tale om en *"One-Participant (owners and Their Spouses) Retirement Plan"*.

IRS har i forbindelse med generelle spørgsmål om pensionsplaner og indskud herpå fremsendt links til IRS-hjemmeside vedrørende "Topics for Retirement Plans"[10]. Af hjemmesiden fremgår blandt andet følgende:
- At en One-Participant 401(k) plan omfatter en virksomhedsejer uden nogen ansatte ud over personen og eventuelt dennes nærtstående.
- At det årlige indskud er begrænset til mellem 12.500 og 53.000 USD alt efter indskyders alder (over eller under 50 år).

SKAT har på baggrund af oplysninger fra IRS lagt til grund:
- At hvis en pensionsplan ikke indgiver FORM 5500, tilkendegiver pensionsplanen, at der er tale om en One-Participant Retirement Plan med en formue på under 250.000 USD.
- At hvis en skattefri pensionsplan driver virksomhed (Unrelated Business Income), skal den betale skat af indtægterne herfra, og der skal indgives en Form 990-T til IRS.

---

[7] Bilag 98-1-1 til 98-1-2
[8] Bilag 98-2-1 til 98-2-13
[9] Bilag 98-3-1 til 98-3-2 og 98-A-1 til 98-A-2
[10] Bilag 98-4-1 til 98-4-9

Confidential Pursuant to Protective Order

- At hvis en skattefri pensionsplan har lånefinansieret indkomst (Dept-financed Income) skal der betales skat af indtægterne heraf, og der skal indgives en Form 990-T til IRS.
- At hvis en pensionsplan udlodder midler, skal dette indberettes til IRS på en Form 1099, hvor det skal oplyses, hvor meget der er udbetalt og til hvem. Den person, der har modtaget midlerne, er skattepligtig af indtægten og skal selvangive denne.

IRS har endvidere oplyst, at IRS ved besvarelsen den 13. december 2016 af SKATs forespørgsel har undersøgt, om BVLR havde indsendt nogen form for selvangivelse/indberetning. Dette var ikke tilfældet. BVLR har derfor hverken indsendt FORM 5500, Form 990-T eller Form 1099.

## 2. Retsregler

### 2.1. Lovbekendtgørelser
Selskabsskatteloven – lovbekendtgørelse nr. 1082 af 14. november 2012 og nr. 680 af 20. maj 2015:
- § 2, stk. 1, litra c og stk. 3, 2. pkt.

Ligningsloven – lovbekendtgørelse nr. 405 af 22. april 2013 med senere ændringer:
- § 16 A, stk. 1.

Kildeskatteloven – lovbekendtgørelse nr. 1403 af 7. december 2010 med senere ændringer:
- §§ 65, stk. 1 og 69 B, stk. 1.

### 2.2. Dobbeltbeskatningsoverenskomst
BKI nr. 13 af 14/4 2000 af overenskomst af 19/8 1999 mellem Danmark og USA til undgåelse af dobbeltbeskatning og forhindring af skatteunddragelse for så vidt angår indkomstskatter. Som ændret ved BKI nr. 1 af 18/2 2008 af protokol af 2/5 2006:
- Artiklerne 10 og 22.

## 3. SKATs bemærkninger

### 3.1. Lovgrundlaget/retsgrundlaget
En amerikansk pensionskasse, der er den retmæssige ejer af danske aktier, og som har modtaget udbytte, hvoraf der er indeholdt udbytteskat, kan få refunderet udbytteskatten, hvis pensionskassen opfylder betingelserne herfor i art. 10 i dobbeltbeskatningsoverenskomsten mellem Danmark og USA, jf. kildeskattelovens § 69 B, 1. pkt.

## 3.2. Ejerskabet af aktier og modtagelse af aktieudbytte

BVLR har i ansøgningsskemaer om tilbagebetaling af udbytteskat oplyst, at BVLR var ejer af de pågældende aktier, samt at BVLR har modtaget aktieudbytte, hvoraf der var indeholdt udbytteskat.

Det er SKATs opfattelse, at BVLR, som nystiftet pensionskasse med én deltager med de deraf begrænsede indskudsmuligheder, ikke har haft den fornødne kapital til at foretage de investeringer i danske aktier, der ligger til grund for de nævnte anmodninger om refusion af udbytteskat.

Det er derfor SKATs vurdering, at BVLR ikke kan have været ejer af aktierne, og at BVLR ikke har modtaget udbytte af aktierne. SKAT har ved vurderingen heraf lagt vægt på nedenstående punkter:

### 3.2.1. Værdipapirdepot
Alle aktier i danske børsnoterede selskaber er registreret hos VP Securities, som er den danske værdipapircentral. Til denne registrering hører et værdipapirdepot i en dansk bank oprettet i en aktionærs navn. Et værdipapirdepot og dets beholdning kan også have flere ejere (benævnt et omnibusdepot).

Hverken BVLR eller dennes Custodian Old Park Lane Capital PLC eller Telesto Markets LLP er registreret som ejer af et værdipapirdepot i en dansk bank. SKAT har derfor ingen oplysninger om, at BVLR har ejet de aktier, der er refunderet udbytteskat af.

### 3.2.2. Kapitalgrundlaget for pensionskassens investeringer
BVLR blev stiftet i juli 2014[11].

Ifølge oplysningerne fra myndighederne i USA er der tale om en pensionskasse, hvor der kun er en deltager, som årligt max kan indbetale 12.500/53.000 USD[12] (ca. 85.375/361.990 kr. i 2015 og 76.501/324.434 kr. i 2014)[13].

Da BVLR ikke har indsendt FORM 5500 for hverken 2014 og 2015, har BVLR overfor IRS tilkendegivet, at deres aktiver ultimo 2014 og 2015 er under 250.000 USD[14] (1.707.500 kr. i 2015 og 1.530.350 kr. i 2014)[15].

SKAT har ud fra de modtagne Income Advice og Credit Advices beregnet, at samtlige af BVLR's investeringer i danske aktier[16] ligger langt over BVLR's kapitalgrundlag. Dette fremgår eksempelvis ved:

- At BVLR den 7. august 2014, under 2 måneder efter stiftelsen, angiver at have investeret for 147.727.103 kr. i aktien TDC A/S.

---

[11] Bilag 98-1-1 til 98-1-2
[12] Bilag 98-4-1 til 98-4-9
[13] Kurs ultimo 2015 (683,00) / 2014 (612,14), jf. www.nationalbanken.dk.
[14] Bilag 98-A-1 til 98-A-2
[15] Kurs ultimo 2015 (683,00) / 2014 (612,14), jf. www.nationalbanken.dk.
[16] Afsnit 1.3

Confidential Pursuant to Protective Order     SKAT_MDL_001_00057173

- At BVLR den 19. marts 2015, 9 måneder efter stiftelsen, angiver at være ejer af aktier i Novo Nordisk A/S og GN Store Nord A/S til en værdi på i alt 2.297.979.367 kr.

På dette grundlag er det SKATs vurdering, at BVLR, som en nystiftet pensionskasse, der maksimalt om året kunne indskyde 12.500/53.000 USD, alt efter indskyders alder (over eller under 50 år), og med et kapitalgrundlag på under 250.000 USD ultimo de relevante indkomstår, ikke havde den fornødne kapital til at foretage de investeringer, der ligger til grund for BVLR's anmodninger.

### 3.2.3. Aktieudbytte og indeholdte udbytteskat

BVLR skulle fra stiftelsen i juli 2014 og frem til maj 2015 ifølge de indsendte Income Advice og Credit Advices have fået udbytter for i alt 103.161.215 kr.[17], heraf udgør de tilbagesøgte og refunderede udbytteskatter i alt 27.853.521 kr.[18]

Det er SKATs opfattelse, at udbytterne vedrørende de aktier, som fremgår af anmodningerne, ikke er tilgået BVLR, da BVLR's kapitalgrundlag anses for at være under 250.000 USD ultimo året, idet BVLR ikke har indsendt FORM 5500 til IRS. BVLR har heller ikke angivet Unrelated Business Income eller Dept-financed Income (Form 990-T) eller oplyst om udlodninger af midler (Form 1099) til IRS.

Nettoudbyttet fra de danske aktier 75.307.694 kr. kan derfor ikke være tilgået BVLR.

### 3.3. Tilbagekaldelse af tidligere afgørelser

BVLR har ved anmodningerne om refusion afgivet oplysninger om, at BVLR var retmæssig ejer af aktierne, jf. blanket 06.003, og at BVLR havde modtaget udbytte og betalt udbytteskat, jf. Income Advice og Credit Advices udarbejdet af BVLR's custodian Old Park Lane Capital PLC eller Telesto Markets LLP.

SKAT har nu konstateret, at der var tale om en nystiftet pensionskasse med det deraf følgende begrænsede kapitalgrundlag, samt at BVLR ikke har indsendt FORM 5500, oplysninger om udlodninger eller andet til IRS. Dette betyder, at BVLR ikke har haft det fornødne kapitalgrundlag til at foretage investeringer i de danske aktier, på hvilken baggrund BVLR har ansøgt om refusion af indeholdte udbytteskatter.

Det er derfor SKATs vurdering, at BVLR ikke kan have været ejer af aktierne, og at BVLR derfor ikke har modtaget udbytte af aktierne.

SKAT finder på baggrund heraf, at BVLR ikke opfylder betingelserne i kildeskattelovens § 69 B, samt artikel 10 i dobbeltbeskatningsoverenskomsten mellem Danmark og USA.
SKAT tilbagekalder derfor afgørelserne.

---

[17] Afsnit 1.2
[18] Afsnit 1.2

Confidential Pursuant to Protective Order    SKAT_MDL_001_00057174

## 4. SKATs forslag til afgørelse

SKAT foreslår, at de tidligere afgørelser om refusion af udbytteskatter på i alt 27.853.521 kr. til BVLR tilbagekaldes, idet BVLR ikke har været berettiget til at modtage udbytteskatten.

Tilbagekaldelsen angår følgende afgørelser:

| | | | |
|---|---|---:|---|
| Anmodning af | 27. november 2014 | 1.165.131 | kr. |
| Anmodning af | 14. april 2015 | 8.381.677 | kr. |
| Anmodning af | 16. april 2015 | 8.705.084 | kr. |
| Anmodning af | 21. april 2015 | 5.621.939 | kr. |
| Anmodning af | 23. april 2015 | 1.986.270 | kr. |
| Anmodning af | 27. april 2015 | 1.635.386 | kr. |
| Anmodning af | 15. maj 2015 | 358.034 | kr. |
| I alt | | 27.853.521 | kr. |

Det er SKATs vurdering, at BVLR ikke ejer eller har ejet de aktier, som fremgår af anmodningerne, og at udbytterne vedrørende de aktier, som fremgår af anmodningerne, ikke er tilgået BVLR.

Det er endvidere SKATs vurdering, at BVLR ikke har haft den fornødne kapital til at foretage de investeringer i danske aktier, der ligger til grund for de nævnte anmodninger om refusion af udbytteskat.

BVLR skulle ifølge de indsendte Income Advice og Credit Advices have investeret i aktier i danske selskaber for et betydeligt beløb og modtaget udbytter heraf. Sagens oplysninger giver ikke grundlag for sådanne betydelige investeringer.

SKAT har lagt vægt på:
- At BVLR er en nystiftet pensionskasse.
- At BVLR kun har en enkelt deltager med de deraf begrænsede indskudsbeløb.
- At BVLR ikke har indsendt FORM 5500 i USA, hvorfor det må lægges til grund, at BVLR's formue var under 250.000 USD ultimo de relevante indkomstår.

Det er således på baggrund af de nu foreliggende oplysninger SKATs vurdering, at BVLR ikke har haft økonomisk mulighed for at eje aktier i et sådant omfang, som angivet i BVLR's anmodninger om refusion af dansk udbytteskat. Dette fremgår eksempelvis ved:

- At BVLR den 7. august 2014, under 2 måneder efter stiftelsen, angiver at have investeret for 147.727.103 kr. i aktien TDC A/S.

- At BVLR den 19. marts 2015, 9 måneder efter stiftelsen, angiver at være ejer af aktier i Novo Nordisk A/S og GN Store Nord A/S til en værdi på i alt 2.297.979.367 kr.

BVLR opfylder således ikke betingelserne for at få refunderet indeholdte udbytteskatter af danske aktier, jf. artikel 10 i dobbeltbeskatningsoverenskomsten mellem Danmark og USA.

Confidential Pursuant to Protective Order                                      SKAT_MDL_001_00057175

SKAT har derfor refunderet de nævnte udbytteskatter til BVLR på et urigtigt grundlag, og SKAT foreslår derfor at tilbagekalde de tidligere afgørelser om refusion af udbytteskatter.

## 5. Pensionskassens bemærkninger til SKATs forslag

SKAT har ikke modtaget nogen bemærkninger fra BVLR.

## 6. SKATs endelige afgørelse

Da SKAT ikke har modtaget nogen bemærkninger fra BVLR, træffer SKAT afgørelse i overensstemmelse med det tidligere fremsendte forslag.

Kammeradvokaten vil på vegne af SKAT rejse krav om tilbagebetaling og erstatning over for BVLR.

# Klagevejledning

### Hvis I vil klage

Så skal I skrive til Skatteankestyrelsen senest tre måneder efter den dag, hvor I har fået denne afgørelse.

Skriv alle de punkter, I vil klage over, og begrund for hvert punkt, hvorfor I mener, afgørelsen er forkert. Vedlæg afgørelsen og sagsfremstillingen. Har I dokumenter, som støtter og underbygger jeres klage, beder vi jer også vedlægge dem. Hvis I ønsker et møde med en sagsbehandler i Skatteankestyrelsen, skal I skrive dit telefonnummer i klagen.

Det koster 400 kr. at klage. Hvis I får helt eller delvist ret i jeres klage, får I pengene tilbage.

### Sådan sender I klagen og betaler

I kan sende klagen
- elektronisk via Skatteankestyrelsens klageformular på skatteankestyrelsen.dk, hvor I samtidig bliver bedt om at betale med betalingskort eller Mobile Pay.
- som digital post via borger.dk. eller virk.dk. Betal ved at overføre 400 kr. til kontoen med registreringsnr. 0216 og kontonr. 4069029361, og skriv jeres navn og TIN-nr. i meddelelsesfeltet.
- som brev til Skatteankestyrelsen, Ved Vesterport 6, 4. sal, 1612 København V. Betal ved at overføre 400 kr. til kontoen med registreringsnr. 0216 og kontonr. 4069029361, og skriv jeres navn og TIN-nr. i meddelelsesfeltet.
- Betaling fra udlandet kan ske ved overførsel af beløbet til 0216 (registreringsnummer bank) 4069029361 (kontonummer), IBAN DK 0502164069029361, SWIFT DABADKKK.

### I kan søge om at få betalt jeres rådgiver

Hvis I får en rådgiver til at hjælpe med klagesagen, kan I søge om at få rådgivningen betalt helt eller delvist, hvis sagen er omfattet af reglerne i skatteforvaltningslovens kapitel 19. Der kan læses mere om denne mulighed på skat.dk/omkostningsgodtgørelse.

### Love og regler

Confidential Pursuant to Protective Order

De love og afgørelser, der er henvist til, kan findes på skat.dk/love eller skat.dk/afgørelser. Yderligere information/vejledning i at klage kan hentes på skat.dk/klage eller skatteankestyrelsen.dk/english.

Venlig hilsen

**Johan Sidelmann Basnov**
Specialkonsulent

E-mail: johan.basnov@skat.dk
Telefon nr.: (+45) 72 37 21 21

**Mathias Petersen**
Specialkonsulent

E-mail: mathias.petersen@skat.dk
Telefon: (+45) 72 37 09 39

**Lill Drost**
Funktionsleder

E-mail: lill.drost@skat.dk

Side 12 af 12

Confidential Pursuant to Protective Order

SKAT_MDL_001_00057177