# Exhibit 8



**SKAT**

Særlig kontrol 3

Kratbjerg 236

3480 Fredensborg
Denmark

www.skat.dk

den 13. april 2018

Captia nr: 18-0219443

TIN: 46-1910855

RJM Capital Pension Plan
1010 Fifth Avenue suite 1D
New York
NY 10028
USA

## Afgørelse – Tilbagekaldelse af tidligere afgørelser om refusion af udbytteskatter

SKAT har tidligere truffet afgørelser om refusion af udbytteskatter til RJM Capital Pension Plan (herefter RCPP) på baggrund af anmodninger fra RCPP's agent Goal Taxback Limited.

SKAT tilbagekalder de tidligere afgørelser om refusion af udbytteskatter på i alt 59.487.345 kr., idet RCPP ikke har været berettiget til at modtage udbytteskatten.

Tilbagekaldelsen angår følgende afgørelser:

| | | | |
|---|---|---:|---|
| Anmodning af | 3. april 2013 | 2.018.250 | kr. |
| Anmodning af | 8. april 2013 | 1.441.800 | kr. |
| Anmodning af | 12. april 2013 | 11.664.000 | kr. |
| Anmodning af | 17. april 2013 | 692.550 | kr. |
| Anmodning af | 23. april 2013 | 4.730.400 | kr. |
| Anmodning af | 26. april 2013 | 1.123.200 | kr. |
| Anmodning af | 30. april 2013 | 572.400 | kr. |
| Anmodning af | 21. august 2013 | 1.559.250 | kr. |
| Anmodning af | 6. december 2013 | 1.318.621 | kr. |
| Anmodning af | 13. december 2013 | 1.746.360 | kr. |
| Anmodning af | 14. marts 2014 | 671.780 | kr. |
| Anmodning af | 24. marts 2014 | 2.363.610 | kr. |
| Anmodning af | 25. marts 2014 | 2.141.783 | kr. |
| Anmodning af | 26. marts 2014 | 825.567 | kr. |
| Anmodning af | 28. marts 2014 | 16.141.645 | kr. |
| Anmodning af | 8. april 2014 | 7.452.270 | kr. |
| Anmodning af | 10. april 2014 | 785.184 | kr. |
| Anmodning af | 19. maj 2014 | 652.756 | kr. |
| Anmodning af | 21. august 2014 | 103.298 | kr. |
| Anmodning af | 15. september 2014 | 1.482.621 | kr. |
| I alt | | 59.487.345 | kr. |

Side 1 af 12

Det er SKATs vurdering, at RCPP ikke ejer eller har ejet de aktier, som fremgår af anmodningerne, og at udbytterne vedrørende de aktier, som fremgår af anmodningerne, ikke er tilgået RCPP.

Det er endvidere SKATs vurdering, at RCPP ikke har haft den fornødne kapital til at foretage de investeringer i danske aktier, der ligger til grund for de nævnte anmodninger om refusion af udbytteskat.

RCPP skulle ifølge de indsendte Dividend Credit Advices have investeret i aktier i danske selskaber for et betydeligt beløb og modtaget udbytter heraf. Sagens oplysninger giver ikke grundlag for sådanne betydelige investeringer.

SKAT har lagt vægt på:
- At RCPP er en nystiftet pensionskasse.
- At RCPP kun har en enkelt deltager med de deraf begrænsede indskudsbeløb.
- At RCPP ikke har indsendt FORM 5500 i USA, hvorfor det må lægges til grund, at RCPP's formue var under 250.000 USD ultimo de relevante indkomstår.

Det er således på baggrund af de nu foreliggende oplysninger SKATs vurdering, at RCPP ikke har haft økonomisk mulighed for at eje aktier i et sådant omfang, som angivet i RCPP's anmodninger om refusion af dansk udbytteskat. Dette fremgår eksempelvis ved:

- At RCPP den 7. marts 2013 under 2 måneder efter stiftelsen, angiver at have investeret for 149.402.500 kr. i aktien TDC A/S.

- At RCPP den 20. marts 2013, under 2 måneder efter stiftelsen, angiver at være ejer af aktier i Novo Nordisk A/S og H Lundbeck A/S til en værdi på i alt 2.393.098.000 kr.

- At RCPP den 20. marts 2014, 14 måneder efter stiftelsen, angiver at være ejer af aktier i Novo Nordisk A/S og Carlsberg A/S – B til en værdi på i alt 3.309.732.689 kr.

RCPP opfylder således ikke betingelserne for at få refunderet indeholdte udbytteskatter af danske aktier, jf. artikel 10 i dobbeltbeskatningsoverenskomsten mellem Danmark og USA.

SKAT har derfor refunderet de nævnte udbytteskatter til RCPP på et urigtigt grundlag, og SKAT tilbagekalder derfor de tidligere afgørelser om refusion af udbytteskatter.

Kammeradvokaten vil på vegne af SKAT rejse krav om tilbagebetaling og erstatning over for RCPP.

Der henvises til de bilag, der blev fremsendt sammen med SKATs forslag af 13. april 2018.

Det kan i øvrigt oplyses, at det er SKATs opfattelse, at udbetalingerne til RCPP indgår som led i et større internationalt kompleks, som SKAT har anmeldt til SØIK som formodet svindel mod den danske stat. SKAT har anmeldt komplekset som omfattet af straffelovens § 279 ved uberettiget tilbagesøgning af indeholdt udbytteskat, hvor den ansøgende pensionskasse ikke ejer eller har ejet de aktier, som fremgår af anmodningerne, og hvor udbytterne vedrørende de aktier, som fremgår af anmodningerne, ikke er tilgået den ansøgende pensionskasse.

Confidential Pursuant to Protective Order                    SKAT_MDL_001_00059475

For yderligere begrundelse henvises til nedenstående sagsfremstilling.

## Sagsfremstilling og begrundelse

## Indholdsfortegnelse

1. Faktiske forhold ..................................................................................................................... 4
1.1. Beskrivelse af sagen ........................................................................................................ 4
1.2. Refunderet udbytteskat ................................................................................................... 4
1.3. Beregning af investeringerne .......................................................................................... 5
1.4. Registrering af danske aktier .......................................................................................... 6
1.5. Oplysninger fra IRS i USA ............................................................................................. 6
2. Retsregler ............................................................................................................................... 7
2.1. Lovbekendtgørelser ......................................................................................................... 7
2.2. Dobbeltbeskatningsoverenskomst .................................................................................. 7
3. SKATs bemærkninger ........................................................................................................... 8
3.1. Lovgrundlaget/retsgrundlaget ......................................................................................... 8
3.2. Ejerskabet af aktier og modtagelse af aktieudbytte ........................................................ 8
3.2.1. Værdipapirdepot ........................................................................................................ 8
3.2.2. Kapitalgrundlaget for pensionskassens investeringer ............................................... 8
3.2.3. Aktieudbytte og den indeholdt udbytteskat ............................................................... 9
3.3. Tilbagekaldelse af tidligere afgørelser ........................................................................... 9
4. SKATs forslag til afgørelse ................................................................................................. 10
5. Pensionskassens bemærkninger til SKATs forslag ............................................................. 11
6. SKATs endelige afgørelse ................................................................................................... 11
Klagevejledning ........................................................................................................................ 11
Love og regler .......................................................................................................................... 12

Confidential Pursuant to Protective Order

# 1. Faktiske forhold

## 1.1. Beskrivelse af sagen

RCPP er registreret som en pensionskasse i USA[1] og er stiftet i januar 2013[2].

Goal Taxback Limited har på vegne af RCPP, i perioden 3. april 2013 til 15. september 2014, sendt anmodninger til SKAT om at få refunderet indeholdte udbytteskatter af danske aktier for i alt 59.487.345 kr.

SKAT har på dette grundlag udbetalt refusion af udbytteskat til RCPP via Goal Taxback Limited's bankkonto 34015159 i NatWest Bank.

SKAT har i forbindelse med kontrol af refusioner af udbytteskatter, via Kompetent Myndighed, indhentet oplysninger fra de amerikanske skattemyndigheder, Department of The Treasury, Internal Revenue Service (herefter IRS). Af oplysningerne fremgår det:
- At RCPP er en nystiftet pensionskasse.
- At det årlige indskud til pensionskassen er begrænset til mellem 12.500 og 53.000 USD pr. deltager alt efter indskyders alder.
- At RCPP ikke har indsendt FORM 5500, hvorved RCPP overfor IRS har tilkendegivet, at deres aktiver ultimo 2013 og 2014 var under 250.000 USD.

## 1.2. Refunderet udbytteskat

Med henvisning til dobbeltbeskatningsoverenskomsten mellem Danmark og USA har agenten Goal Taxback Limited på vegne af RCPP anmodet om, og fået refunderet, den indeholdte udbytteskat vedrørende følgende aktier[3]:

| SKATs bundt nr. | Dato for anmodningen | Aktie | Antal | Ex-dato | Udbytte i alt DKK | Refunderet udbytteskat DKK |
|---|---|---|---|---|---|---|
| 19513 | 03-04-2013 | TDC A/S | 3.250.000 | 08-03-2013 | 7.475.000 | 2.018.250 |
| 19513 | 08-04-2013 | DSV A/S | 1.200.000 | 22-03-2013 | 1.500.000 | 405.000 |
| 19513 | 08-04-2013 | Carlsberg A/S - B | 640.000 | 22-03-2013 | 3.840.000 | 1.036.800 |
| 23413 | 12-04-2013 | Novo Nordisk A/S B | 2.400.000 | 21-03-2013 | 43.200.000 | 11.664.000 |
| 23413 | 17-04-2013 | FL Smidth & CO A/S | 285.000 | 08-04-2013 | 2.565.000 | 692.550 |
| 26613 | 23-04-2013 | A.P. Møller Mærsk A/S B | 10.400 | 12-04-2013 | 12.480.000 | 3.369.600 |
| 26613 | 23-04-2013 | A.P. Møller Mærsk A/S A | 4.200 | 12-04-2013 | 5.040.000 | 1.360.800 |
| 26613 | 26-04-2013 | Tryg A/S | 160.000 | 19-04-2013 | 4.160.000 | 1.123.200 |
| 28013 | 30-04-2013 | H Lundbeck A/S | 1.060.000 | 21-03-2013 | 2.120.000 | 572.400 |
| 61513 | 21-08-2013 | TDC A/S | 3.850.000 | 08-08-2013 | 5.775.000 | 1.559.250 |
| 90013 | 06-12-2013 | CHR. Hansen Holding A/S | 780.157 | 27-11-2013 | 4.883.782 | 1.318.621 |
| 90513 | 13-12-2013 | Coloplast A/S - B | 924.000 | 06-12-2013 | 6.468.000 | 1.746.360 |
| 17414 | 14-03-2014 | Novozymes A/S B | 995.231 | 27-02-2014 | 2.488.077 | 671.780 |
| 19414 | 24-03-2014 | TDC A/S | 3.979.143 | 07-03-2014 | 8.754.114 | 2.363.610 |
| 19414 | 25-03-2014 | Danske Bank A/S | 3.966.266 | 19-03-2014 | 7.932.532 | 2.141.783 |
| 19414 | 26-03-2014 | Pandora A/S | 470.409 | 20-03-2014 | 3.057.658 | 825.567 |
| 22014 | 28-03-2014 | Carlsberg A/S - B | 519.918 | 21-03-2014 | 4.159.344 | 1.123.022 |

---

[1] Bilag 219-2-1 til 219-2-2
[2] Bilag 219-2-1 til 219-2-2
[3] Bilag 219-A-1 til 219-A-136

Side 4 af 12

| | | | | | | |
|---|---|---|---|---|---|---|
| 22014 | 28-03-2014 | Novo Nordisk A/S B | 12.361.007 | 21-03-2014 | 55.624.531 | 15.018.623 |
| 27814 | 08-04-2014 | A.P. Møller Mærsk A/S A | 8.902 | 01-04-2014 | 12.462.800 | 3.364.956 |
| 27814 | 08-04-2014 | A.P. Møller Mærsk A/S B | 10.813 | 01-04-2014 | 15.138.200 | 4.087.314 |
| 27814 | 10-04-2014 | Tryg A/S | 107.707 | 04-04-2014 | 2.908.089 | 785.184 |
| 37214 | 19-05-2014 | Coloplast A/S - B | 604.404 | 09-05-2014 | 2.417.616 | 652.756 |
| 72614 | 21-08-2014 | Novozymes A/S B | 153.035 | 27-02-2014 | 382.587 | 103.298 |
| 75914 | 15-09-2014 | TDC A/S | 3.660.794 | 08-08-2014 | 5.491.191 | 1.482.621 |
| I alt | | | | | 220.323.521 | 59.487.345 |

Anmodningerne var vedlagt følgende bilag[4]:
1. Blanket 06.008 og 06.003 ENG – Claim to Relief from Danish Dividend Tax.
2. Dividend Credit Advices – udarbejdet af RCPP's custodian Solo Capital Partners LLP.
3. FORM 6166 from Internal Revenue Service (IRS) – Certificate of resident in USA (udstedt af de amerikanske skattemyndigheder).
4. Limited Power of Attorney to Goal Taxback Limited.

Ad 1. I blanket 06.008 og 06.003 erklæres det, at RCPP er den retmæssige ejer af aktierne og er omfattet af dobbeltbeskatningsoverenskomsten mellem Danmark og USA.

Ad. 2. Ifølge Dividend Credit Advices udarbejdet af custodian Solo Capital Partners LLP har RCPP modtaget nettoudbytte af aktierne.

## 1.3. Beregning af investeringerne

Med udgangspunkt i at RCPP skal eje aktierne på tidspunktet for generalforsamlingsdagen (dagen før ex-datoen), er anskaffelsessummerne for RCPP's køb af de aktier, som fremgår af anmodningerne[5], beregnet på baggrund af lukkekursen på sidste børsdag før ex-datoen[6]:

| SKATs bundt nr. | Aktie | Kursdato | Antal | Kurs | Beregnet anskaffelsessum DKK |
|---|---|---|---|---|---|
| 19513 | TDC A/S | 07-03-2013 | 3.250.000 | 45,97 | 149.402.500 |
| 23413 | Novo Nordisk A/S B | 20-03-2013 | 2.400.000 | 951,50 | 2.283.600.000 |
| 28013 | H Lundbeck A/S | 20-03-2013 | 1.060.000 | 103,30 | 109.498.000 |
| 19513 | DSV A/S | 21-03-2013 | 1.200.000 | 143,60 | 172.320.000 |
| 19513 | Carlsberg A/S - B | 21-03-2013 | 640.000 | 576,00 | 368.640.000 |
| 23413 | FL Smidth & CO A/S | 05-04-2013 | 285.000 | 347,10 | 98.923.500 |
| 26613 | A.P. Møller Mærsk A/S B | 11-04-2013 | 10.400 | 45.760,00 | 475.904.000 |
| 26613 | A.P. Møller Mærsk A/S A | 11-04-2013 | 4.200 | 42.120,00 | 176.904.000 |
| 26613 | Tryg A/S | 18-04-2013 | 160.000 | 480,90 | 76.944.000 |
| 61513 | TDC A/S | 07-08-2013 | 3.850.000 | 47,18 | 181.643.000 |
| 90013 | CHR. Hansen Holding A/S | 26-11-2013 | 780.157 | 204,00 | 159.152.001 |
| 90513 | Coloplast A/S - B | 05-12-2013 | 924.000 | 358,30 | 331.069.200 |
| 17414 | Novozymes A/S B | 26-02-2014 | 995.231 | 254,00 | 252.788.623 |
| 72614 | Novozymes A/S B | 26-02-2014 | 153.035 | 254,00 | 38.870.839 |
| 19414 | TDC A/S | 06-03-2014 | 3.979.143 | 52,65 | 209.501.865 |
| 19414 | Danske Bank A/S | 18-03-2014 | 3.966.266 | 145,70 | 577.884.956 |

---

[4] Bilag 219-A-1 til 219-A-136
[5] Bilag 219-A-1 til 219-A-136
[6] Kursen fremgår af Nasdaqs hjemmeside: http://www.nasdaqomxnordic.com

Side 5 af 12

| 19414 | Pandora A/S | 19-03-2014 | 470.409 | 356,00 | 167.465.577 |
| 22014 | Carlsberg A/S - B | 20-03-2014 | 519.918 | 522,00 | 271.397.196 |
| 22014 | Novo Nordisk A/S B | 20-03-2014 | 12.361.007 | 245,80 | 3.038.335.493 |
| 27814 | A.P. Møller Mærsk A/S A | 31-03-2014 | 8.902 | 62.500,00 | 556.375.000 |
| 27814 | A.P. Møller Mærsk A/S B | 31-03-2014 | 10.813 | 65.000,00 | 702.845.000 |
| 27814 | Tryg A/S | 03-04-2014 | 107.707 | 551,50 | 59.400.411 |
| 37214 | Coloplast A/S - B | 08-05-2014 | 604.404 | 468,10 | 282.921.512 |
| 75914 | TDC A/S | 07-08-2014 | 3.660.794 | 51,35 | 187.981.772 |

## 1.4. Registrering af danske aktier

Alle aktier i danske børsnoterede selskaber er registreret hos VP Securities, som er den danske værdipapircentral.

Til denne registrering hører et værdipapirdepot i en dansk bank oprettet i en aktionærs navn. Et værdipapirdepot indeholder aktionærens aktiebeholdninger, som kan være sammensat af aktier i forskellige danske børsnoterede selskaber. Et værdipapirdepot og dets beholdning kan også have flere ejere (benævnt et omnibusdepot).

Ved søgning i oplysninger fra VP Securities er der ikke fundet noget værdipapirdepot i en dansk bank, hvor RCPP eller dennes custodian Solo Capital Partners LLP er registreret som ejer.

## 1.5. Oplysninger fra IRS i USA

SKAT har via Kompetent Myndighed i Danmark og USA modtaget oplysninger fra skattemyndigheden IRS i USA.

IRS har i brev af 13. juni 2016 vedlagt Instructions for FORM 5500-EZ hvoraf det bl.a. fremgår:[7]
- At "Who Does Not Have To File FORM 5500-EZ
  You do not have to file FORM 5500-EZ for the 2015 plan year for a one-participant plan if the total of the plan's assets and the assets of all other one-participant plans maintained by the employer at the end of the 2015 plan year does not exceed $250,000, unless 2015 is the final plan year of the plan. For more information on final plan years, see Final Return later."

IRS har i brev af 7. juni 2017 oplyst[8]:
- At RCPP blev stiftet i januar 2013.
- At IRS ikke er i besiddelse af FORM 5500 for RCPP, da der ikke er indsendt FORM 5500 for 2013 eller 2014.

Det er på baggrund af oplysningerne fra IRS SKATs vurdering, at der er tale om en "One-Participant (owners and Their Spouses) Retirement Plan".

---

[7] Bilag 219-1-1 til 219-1-13
[8] Bilag 219-2-1 til 219-2-2

Confidential Pursuant to Protective Order

IRS har i forbindelse med generelle spørgsmål om pensionsplaner og indskud herpå fremsendt links til IRS-hjemmeside vedrørende "Topics for Retirement Plans"[9]. Af hjemmesiden fremgår blandt andet følgende:
- At en One-Participant 401(k) plan omfatter en virksomhedsejer uden nogen ansatte ud over personen og eventuelt dennes nærtstående.
- At det årlige indskud er begrænset til mellem 12.500 og 53.000 USD alt efter indskyders alder (over eller under 50 år).

Skat har på baggrund af oplysninger fra IRS lagt til grund:
- At hvis en pensionsplan ikke indgiver FORM 5500, tilkendegiver pensionsplanen, at der er tale om en One-Participant Retirement Plan med en formue på under 250.000 USD.
- At hvis en skattefri pensionsplan driver virksomhed (Unrelated Business Income), skal den betale skat af indtægterne herfra, og der skal indgives en Form 990-T til IRS.
- At hvis en skattefri pensionsplan har lånefinansieret indkomst (Dept-financed Income) skal der betales skat af indtægterne heraf, og der skal indgives en Form 990-T til IRS.
- At hvis en pensionsplan udlodder midler, skal dette indberettes til IRS på en Form 1099, hvor det skal oplyses hvor meget der er udbetalt og til hvem. Den person, der har modtaget midlerne, er skattepligtig af indtægten og skal selvangive denne.

IRS har endvidere oplyst, at IRS ved besvarelsen den 7. juni 2017 af SKATs forespørgsel har undersøgt, om RCPP havde indsendt nogen form for selvangivelse/indberetning. Dette var ikke tilfældet. RCPP har derfor hverken indsendt FORM 5500, Form 990-T eller Form 1099.

## 2. Retsregler

### 2.1. Lovbekendtgørelser
Selskabsskatteloven – lovbekendtgørelse nr. 1082 af 14. november 2012 og nr. 680 af 20. maj 2015:
- § 2, stk. 1, litra c og stk. 3, 2. pkt.

Ligningsloven – lovbekendtgørelse og nr. 405 af 22. april 2013 med senere ændringer:
- § 16 A, stk. 1.

Kildeskatteloven – lovbekendtgørelse nr. 1403 af 7. december 2010 med senere ændringer:
- §§ 65, stk. 1 og 69 B, stk. 1.

### 2.2. Dobbeltbeskatningsoverenskomst
BKI nr. 13 af 14/4 2000 af overenskomst af 19/8 1999 mellem Danmark og USA til undgåelse af dobbeltbeskatning og forhindring af skatteunddragelse for så vidt angår indkomstskatter. Som ændret ved BKI nr. 1 af 18/2 2008 af protokol af 2/5 2006:
- Artiklerne 10 og 22.

---
[9] Bilag 219-3-1 til 219-3-16

Confidential Pursuant to Protective Order          SKAT_MDL_001_00059480

## 3. SKATs bemærkninger

### 3.1. Lovgrundlaget/retsgrundlaget
En amerikansk pensionskasse, der er den retmæssige ejer af danske aktier, og som har modtaget udbytte, hvoraf der er indeholdt udbytteskat, kan få refunderet udbytteskatten, hvis pensionskassen opfylder betingelserne herfor i art. 10 i dobbeltbeskatningsoverenskomsten mellem Danmark og USA, jf. kildeskattelovens § 69 B, 1. pkt.

### 3.2. Ejerskabet af aktier og modtagelse af aktieudbytte
RCPP har i ansøgningsskemaer om tilbagebetaling af udbytteskat oplyst, at RCPP var ejer af de pågældende aktier, samt at RCPP har modtaget aktieudbytte, hvoraf der var indeholdt udbytteskat.

Det er SKATs opfattelse, at RCPP, som nystiftet pensionskasse med én deltager med de deraf begrænsede indskudsmuligheder, ikke har haft den fornødne kapital til at foretage de investeringer i danske aktier, der ligger til grund for de nævnte anmodninger om refusion af udbytteskat.

Det er derfor SKATs vurdering, at RCPP ikke kan have været ejer af aktierne, og at RCPP ikke har modtaget udbytte af aktierne. SKAT har ved vurderingen heraf lagt vægt på nedenstående punkter:

### 3.2.1. Værdipapirdepot
Alle aktier i danske børsnoterede selskaber er registreret hos VP Securities, som er den danske værdipapircentral. Til denne registrering hører et værdipapirdepot i en dansk bank oprettet i en aktionærs navn. Et værdipapirdepot og dets beholdning kan også have flere ejere (benævnt et omnibusdepot).

Hverken RCPP eller dennes Custodian Solo Capital Partners LLP er registreret som ejer af et værdipapirdepot i en dansk bank. SKAT har derfor ingen oplysninger om, at RCPP har ejet de aktier, der er refunderet udbytteskat af.

### 3.2.2. Kapitalgrundlaget for pensionskassens investeringer
RCPP blev stiftet i januar 2013[10].

Ifølge oplysningerne fra myndighederne i USA er der tale om en pensionskasse, hvor der kun er en deltager, som årligt max kan indbetale 12.500/53.000 USD[11] (ca. 76.501/324.434 kr. i 2014 og 67.658/286.873 kr. i 2013)[12].

Da RCPP ikke har indsendt FORM 5500 for hverken 2013 eller 2014, har RCPP overfor IRS tilkendegivet, at deres aktiver ultimo 2013 og 2014 er under 250.000 USD[13] (1.530.350 kr. i 2014 og 1.353.175 kr. i 2013)[14].

---

[10] Bilag 219-2-1 til 219-2-2
[11] Bilag 219-3-1 til 219-3-16
[12] Kurs ultimo 2014 (612,14) / 2013 (541,27), jf. www.nationalbanken.dk.
[13] Bilag 219-2-1 til 219-2-2
[14] Kurs ultimo 2014 (612,14) / 2013 (541,27), jf. www.nationalbanken.dk.

Confidential Pursuant to Protective Order    SKAT_MDL_001_00059481

SKAT har ud fra de modtagne Dividend Credit Advices beregnet, at samtlige af RCPP's investeringer i danske aktier[15] ligger langt over RCPP's kapitalgrundlag. Dette fremgår eksempelvis ved:

- At RCPP den 7. marts 2013 under 2 måneder efter stiftelsen, angiver at have investeret for 149.402.500 kr. i aktien TDC A/S.

- At RCPP den 20. marts 2013, under 2 måneder efter stiftelsen, angiver at være ejer af aktier i Novo Nordisk A/S og H Lundbeck A/S til en værdi på i alt 2.393.098.000 kr.

- At RCPP den 20. marts 2014, 14 måneder efter stiftelsen, angiver at være ejer af aktier i Novo Nordisk A/S og Carlsberg A/S – B til en værdi på i alt 3.309.732.689 kr.

På dette grundlag er det SKATs vurdering, at RCPP, som en nystiftet pensionskasse, der maksimalt om året kunne indskyde 12.500/53.000 USD, alt efter indskyders alder (over eller under 50 år), og med et kapitalgrundlag på under 250.000 USD ultimo de relevante indkomstår, ikke havde den fornødne kapital til at foretage de investeringer, der ligger til grund for RCPP's anmodninger.

### 3.2.3. Aktieudbytte og den indeholdt udbytteskat
RCPP skulle fra stiftelsen i januar 2013 og frem til august 2014 ifølge de indsendte Dividend Credit Advices have fået udbytter for i alt 220.323.521 kr.[16], heraf udgør de tilbagesøgte og refunderede udbytteskatter i alt 59.487.345 kr.[17]

Det er SKATs opfattelse, at udbytterne vedrørende de aktier, som fremgår af anmodningerne, ikke er tilgået RCPP, da RCPP's kapitalgrundlag anses for at være under 250.000 USD ultimo året, idet RCPP ikke har indsendt FORM 5500 til IRS. RCPP har heller ikke angivet Unrelated Business Income eller Dept-financed Income (Form 990-T) eller oplyst om udlodninger af midler (Form 1099) til IRS.

Nettoudbyttet fra de danske aktier 160.836.176 kr. kan derfor ikke være tilgået RCPP.

### 3.3.   Tilbagekaldelse af tidligere afgørelser
RCPP har ved anmodningerne om refusion afgivet oplysninger om, at RCPP var retmæssig ejer af aktierne, jf. blanket 06.008 og 06.003, og at RCPP havde modtaget udbytte og betalt udbytteskat, jf. Dividend Credit Advices udarbejdet af RCPP's custodian Solo Capital Partners LLP .

SKAT har nu konstateret, at der var tale om en nystiftet pensionskasse med det deraf følgende begrænsede kapitalgrundlag, samt at RCPP ikke har indsendt FORM 5500, oplysninger om udlodninger eller andet til IRS. Dette betyder, at RCPP ikke har haft det fornødne kapitalgrundlag til at foretage investeringer i de danske aktier, på hvilken baggrund RCPP har ansøgt om refusion af indeholdte udbytteskatter.

---

[15] Afsnit 1.3
[16] Afsnit 1.2
[17] Afsnit 1.2

Confidential Pursuant to Protective Order                                    SKAT_MDL_001_00059482

Det er derfor SKATs vurdering, at RCPP ikke kan have været ejer af aktierne, og at RCPP derfor ikke har modtaget udbytte af aktierne.

SKAT finder på baggrund heraf, at RCPP ikke opfylder betingelserne i kildeskattelovens § 69 B, samt artikel 10 i dobbeltbeskatningsoverenskomsten mellem Danmark og USA.
SKAT tilbagekalder derfor afgørelserne.

## 4. SKATs forslag til afgørelse

SKAT foreslår, at de tidligere afgørelser om refusion af udbytteskatter på i alt 59.487.345 kr. til RCPP tilbagekaldes, idet RCPP ikke har været berettiget til at modtage udbytteskatten.

Tilbagekaldelsen angår følgende afgørelser:

| Anmodning af | 3. april 2013 | 2.018.250 | kr. |
| Anmodning af | 8. april 2013 | 1.441.800 | kr. |
| Anmodning af | 12. april 2013 | 11.664.000 | kr. |
| Anmodning af | 17. april 2013 | 692.550 | kr. |
| Anmodning af | 23. april 2013 | 4.730.400 | kr. |
| Anmodning af | 26. april 2013 | 1.123.200 | kr. |
| Anmodning af | 30. april 2013 | 572.400 | kr. |
| Anmodning af | 21. august 2013 | 1.559.250 | kr. |
| Anmodning af | 6. december 2013 | 1.318.621 | kr. |
| Anmodning af | 13. december 2013 | 1.746.360 | kr. |
| Anmodning af | 14. marts 2014 | 671.780 | kr. |
| Anmodning af | 24. marts 2014 | 2.363.610 | kr. |
| Anmodning af | 25. marts 2014 | 2.141.783 | kr. |
| Anmodning af | 26. marts 2014 | 825.567 | kr. |
| Anmodning af | 28. marts 2014 | 16.141.645 | kr. |
| Anmodning af | 8. april 2014 | 7.452.270 | kr. |
| Anmodning af | 10. april 2014 | 785.184 | kr. |
| Anmodning af | 19. maj 2014 | 652.756 | kr. |
| Anmodning af | 21. august 2014 | 103.298 | kr. |
| Anmodning af | 15. september 2014 | 1.482.621 | kr. |
| I alt | | 59.487.345 | kr. |

Det er SKATs vurdering, at RCPP ikke ejer eller har ejet de aktier, som fremgår af anmodningerne, og at udbytterne vedrørende de aktier, som fremgår af anmodningerne, ikke er tilgået RCPP.

Det er endvidere SKATs vurdering, at RCPP ikke har haft den fornødne kapital til at foretage de investeringer i danske aktier, der ligger til grund for de nævnte anmodninger om refusion af udbytteskat.

Confidential Pursuant to Protective Order                            SKAT_MDL_001_00059483

RCPP skulle ifølge de indsendte Dividend Credit Advices have investeret i aktier i danske selskaber for et betydeligt beløb og modtaget udbytter heraf. Sagens oplysninger giver ikke grundlag for sådanne betydelige investeringer.
SKAT har lagt vægt på:
- At RCPP er en nystiftet pensionskasse.
- At RCPP kun har en enkelt deltager med de deraf begrænsede indskudsbeløb.
- At RCPP ikke har indsendt FORM 5500 i USA, hvorfor det må lægges til grund, at RCPP's formue var under 250.000 USD ultimo de relevante indkomstår.

Det er således på baggrund af de nu foreliggende oplysninger SKATs vurdering, at RCPP ikke har haft økonomisk mulighed for at eje aktier i et sådant omfang, som angivet i RCPP's anmodninger om refusion af dansk udbytteskat. Dette fremgår eksempelvis ved:

- At RCPP den 7. marts 2013 under 2 måneder efter stiftelsen, angiver at have investeret for 149.402.500 kr. i aktien TDC A/S.

- At RCPP den 20. marts 2013, under 2 måneder efter stiftelsen, angiver at være ejer af aktier i Novo Nordisk A/S og H Lundbeck A/S til en værdi på i alt 2.393.098.000 kr.

- At RCPP den 20. marts 2014, 14 måneder efter stiftelsen, angiver at være ejer af aktier i Novo Nordisk A/S og Carlsberg A/S – B til en værdi på i alt 3.309.732.689 kr.

RCPP opfylder således ikke betingelserne for at få refunderet indeholdte udbytteskatter af danske aktier, jf. artikel 10 i dobbeltbeskatningsoverenskomsten mellem Danmark og USA.

SKAT har derfor refunderet de nævnte udbytteskatter til RCPP på et urigtigt grundlag, og SKAT foreslår derfor at tilbagekalde de tidligere afgørelser om refusion af udbytteskatter.

## 5. Pensionskassens bemærkninger til SKATs forslag
SKAT har ikke modtaget nogen bemærkninger fra RCPP.

## 6. SKATs endelige afgørelse
Da SKAT ikke har modtaget nogen bemærkninger fra RCPP, træffer SKAT afgørelse i overensstemmelse med det tidligere fremsendte forslag.

Kammeradvokaten vil på vegne af SKAT rejse krav om tilbagebetaling og erstatning over for RCPP.


## Klagevejledning

**Hvis I vil klage**
Så skal I skrive til Skatteankestyrelsen senest tre måneder efter den dag, hvor I har fået denne afgørelse.

Skriv alle de punkter, I vil klage over, og begrund for hvert punkt, hvorfor I mener, afgørelsen er

Confidential Pursuant to Protective Order

forkert. Vedlæg afgørelsen og sagsfremstillingen. Har I dokumenter, som støtter og underbygger jeres klage, beder vi jer også vedlægge dem. Hvis I ønsker et møde med en sagsbehandler i Skatteankestyrelsen, skal I skrive dit telefonnummer i klagen.

Det koster 400 kr. at klage. Hvis I får helt eller delvist ret i jeres klage, får I pengene tilbage.

**Sådan sender I klagen og betaler**
I kan sende klagen
- elektronisk via Skatteankestyrelsens klageformular på skatteankestyrelsen.dk, hvor I samtidig bliver bedt om at betale med betalingskort eller Mobile Pay.
- som digital post via borger.dk. eller virk.dk. Betal ved at overføre 400 kr. til kontoen med registreringsnr. 0216 og kontonr. 4069029361, og skriv jeres navn og TIN-nr. i meddelelsesfeltet.
- som brev til Skatteankestyrelsen, Ved Vesterport 6, 4. sal, 1612 København V. Betal ved at overføre 400 kr. til kontoen med registreringsnr. 0216 og kontonr. 4069029361, og skriv jeres navn og TIN-nr. i meddelelsesfeltet.
- Betaling fra udlandet kan ske ved overførsel af beløbet til 0216 (registreringsnummer bank) 4069029361 (kontonummer), IBAN DK 0502164069029361, SWIFT DABADKKK.

**I kan søge om at få betalt jeres rådgiver**
Hvis I får en rådgiver til at hjælpe med klagesagen, kan I søge om at få rådgivningen betalt helt eller delvist, hvis sagen er omfattet af reglerne i skatteforvaltningslovens kapitel 19. Der kan læses mere om denne mulighed på skat.dk/omkostningsgodtgørelse.

**Love og regler**
De love og afgørelser, der er henvist til, kan findes på skat.dk/love eller skat.dk/afgørelser. Yderligere information/vejledning i at klage kan hentes på skat.dk/klage eller skatteankestyrelsen.dk/english.

Venlig hilsen

**Johan Sidelmann Basnov**
Specialkonsulent

E-mail: johan.basnov@skat.dk
Telefon nr.: (+45) 72 37 21 21

**Mathias Petersen**
Specialkonsulent

E-mail: mathias.petersen@skat.dk
Telefon: (+45) 72 37 09 39

**Lill Drost**
Funktionsleder

E-mail: lill.drost@skat.dk

Confidential Pursuant to Protective Order