# Exhibit 12

Message

| | |
|---|---|
| From: | Anne Munksgaard [/O=TOLDSKAT/OU=TOLDSKAT/CN=RECIPIENTS/CN=W06164] |
| Sent: | 17-06-2015 06:44:47 |
| To: | Christian Baden Ekstrand [christian.ekstrand@skat.dk]; Lill Helene Drost [lill.drost@skat.dk]; Line Haslev [line.haslev@skat.dk]; Vagn L Larsen [vagn.larsen@skat.dk] |
| Subject: | Fwd: SV: Svindel med udbetaling af udbytteskatter |

Opfolgning fra min mail i gar, hilsen Anne.

Sendt fra min iPhone

Start pa videresendt besked:

> **Fra:** Michael Amstrup <mca@rl.dk>
> **Dato:** 17. jun. 2015 kl. 08.36.42 CEST
> **Til:** Anne Munksgaard <Anne.Munksgaard@Skat.dk>
> **Emne: SV: Svindel med udbetaling af udbytteskatter**
>
> Kare Anne Munksgaard
>
> Tak for din mail og som lovet fremsender jeg kontoudtog for perioden 16. december 2014 - 15. januar 2015 i savel DKK som i Euro.
> Udover at det fremgar at S. Shah (Sanjay) modtager 7,8 mio Euro, fremgar det at de fire navnte reclaimagenter har modtaget betalinger - Goal Taxback LIM, Syntax GIS Ltd, The TIM Partneres og ACUPAY.
> Jeg kan yderligere oplyse at Sanjay Shah?s to partnere er Matthew Stein og Adam Lagrosa - som oprindeligt er uddannede som revisorer med speciale i skat (hos KPMG og/eller E & Y) ejer angiveligt sammen et firma ved navn Agrius Management Ltd - som ifgl det oplyste har staet for stiftelsen af en lang rakke af de selskaber der har saet som "kobere" af borsnoterede aktier, som der efterfolgende er ansogt om betaling af indeholdte udbytteskatter, selv om de ikke var ejere af aktierne.
> Angiveligt ejer Sanjay Shah sammen med andre folgende firmaer som formentlig er med i cirkuleringen af aktier : Bl. a Solo Capital Dubai ltd og Solo V.S. Pension (fund), samt Ganymede, Caymann Ltd, Leda Caymann ltd, Matis Caymann Ltd, Athena Equity Trading, Pallas Equity Trading og Pandia Equity Trading.
>
> Jeg haber disse oplysninger kan vare med til at fa lidt mere overblik over denne meget specielle sag. - Du er velkommen til at kontakte mig telefonisk for at gennemga de oplysninger jeg har fremsendt, idet jeg kan oplyse at jeg har en af mig handskreven liste over der selskaber der angiveligt har optradt som fiktive ejere af aktierne, som de 4 - 5 reclaimagenter har indsendt begaringerne om udbetaling af indeholdte ubbytteskatter.
> Jeg er pa vej til et heldagsmode og har derfor fort tid i morgen, men du er velkomme til at kontakte mig telefonisk i lobet af i dag, saledes at vi kan aftale det videre forlob.
>
>
> Med venlig hilsen
>
> Michael Amstrup
> Advokat, Partner
>
> . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Highly Confidential Pursuant to Protective Order

Ronne & Lundgren
Advokatpartnerselskab
Tuborg Havnevej 19
DK-2900 Hellerup

Tel +45 3525 2535
Dir +45 3525 2907
Mob +45 4013 1395
Fax +45 3525 2536
CVR-nr. 36 44 20 42
Web www.ronnelundgren.com
E-Mail mca@rl.dk
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Sekretar Charlotte Larsen
E-Mail cbl@rl.dk
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .


- - - - E-mail Notice - - - - This communication is for use by the intended recipient and contains information that may be privileged, confidential and exempt from disclosure. We do not accept liability for any data corruption, interception, unauthorised amendments, tampering or virus or the consequences hereof with respect to our e-mails.

-----Oprindelig meddelelse-----
Fra: Anne Munksgaard [mailto:Anne.Munksgaard@Skat.dk]
Sendt: 16. juni 2015 20:14
Til: Michael Amstrup
Emne: Re: Svindel med udbetaling af udbytteskatter

Kare Michael Amstrup.

Tak for din mail, vi kigger pa det, hilsen Anne Munksgaard.

Sendt fra min iPhone


> Den 16/06/2015 kl. 14.45 skrev Michael Amstrup <mca@rl.dk>:
>
> Kare Anne Munksgaard
>
> Under henvisning til vores telefonsamtale for lidt siden skal jeg hermed pr mail orientere SKAT om en formodet svindel vedr udbetaling af indeholdt udbytteskatter i storrelsesorden op til 500.000.000kr.
>
> Svindlen foregar angiveligt gennem udnyttelse af DBO mellem Danmark og Malaysia, gennem skuffeselskaber registreret som hjemmehorende pa en o ved navn Labuan. Et storre antal selskaber (18?) har under foregivende af, at eje aktier i danske borsnoterede aktier, gennem ialt 4 udenlandske selskaber der er specialiserede i at tilbagesoge indeholdte udbytteskatter, formaet SKAT til at udbetale skatterne. Svindlen bestar angiveligt i at der er tale " lante" aktier som cirkulerer rundt mellem et antal selskaber, der alle er kontrolleret af en eller maske ialt tre engelske statsborgere, men som vist alle bor i Dubai.

Hovedpersonen er angiveligt en mr. Sanjay Shah som ejer Solo Capital concernen, som har selskaber i Uk og Dubai.

De fire reclaim selskaber der indsender blanketter til SKAT - og som derfor ma figurere pa listen over dem, der anmoder om udbetaling af udbytteskatter er ifolge det oplyste:

Goal Taxback Ltd , Tim Partners, acupay's, SEB Futures og SynTax GIS.

Jeg har modtaget kontoudskrifter fra min klient - som af frygt for repressalier - onsker at vare anonym, som viser et lille udpluk af transaktioner fra ultimo 2014 primo 2015, hvor flere af de navne jeg anforer ovenfor fremgar, med angivelse af belob mv, og som bade vedrorer Danmark og Belgien.

Jeg vil sende disse i morgen, nar jeg returnerer fra London- jeg anmoder dog om at jeg ligeledes kan betragtes som anonym anmelder, indtil der matte vare klarhed over sagen.

Venlig hilsen

Michael Amstrup

40131395

Ronne & Lundgren


Sendt fra min iPhone

Venlig hilsen

Michael Amstrup

Highly Confidential Pursuant to Protective Order

SKAT_MDL_001_00437468