# Exhibit 21

INTERNAL REVENUE SERVICE
P. O. BOX 2508
CINCINNATI, OH  45201

DEPARTMENT OF THE TREASURY

Date:  JAN 14 2003

AMERICAN INVESTMENT GROUP OF NEW
YORK LP
75 CLAREMONT RD STE 309
BERNARDSVILLE, NJ  07924

Employer Identification Number:
  13-6858281
DLN:
  17007316005002
Person to Contact:
  MUKAI MAKAMURE           ID# 31305
Contact Telephone Number:
  (877) 829-5500
Plan Name:
  AMERICAN INVESTMENT GROUP OF NEW
  YORK LP PENSION PLAN
Plan Number: 001

Dear Applicant:

   We have made a favorable determination on the plan identified above based on the information you have supplied. Please keep this letter, the application forms submitted to request this letter and all correspondence with the Internal Revenue Service regarding your application for a determination letter in your permanent records. You must retain this information to preserve your reliance on this letter.

   Continued qualification of the plan under its present form will depend on its effect in operation. See section 1.401-1(b)(3) of the Income Tax Regulations. We will review the status of the plan in operation periodically.

   The enclosed Publication 794 explains the significance and the scope of this favorable determination letter based on the determination requests selected on your application forms. Publication 794 describes the information that must be retained to have reliance on this favorable determination letter. The publication also provide examples of the effect of a plan's operation on its qualified status and discusses the reporting requirements for qualified plans. Please read Publication 794.

   This letter relates only to the status of your plan under the Internal Revenue Code. It is not a determination regarding the effect of other federal or local statutes.

   This determination letter is applicable for the plan adopted on October 29, 2002.

   This letter considers the changes in qualification requirements made by the Uruguay Round Agreements Act, Pub. L. 103-465, the Small Business Job Protection Act of 1996, Pub. L. 104-188, the Uniformed Services Employment and Reemployment Rights Act of 1994, Pub. L. 103-353, the Taxpayer Relief Act of 1997, Pub. L. 105-34, the Internal Revenue Service Restructuring and Reform Act of 1998, Pub. L. 105-206, and the Community Renewal Tax Relief Act of 2000, Pub. L. 106-554.

   This letter may not be relied on with respect to whether the plan

                                                    Letter  835 (DO/CG)

CONFIDENTIAL
ACER_00015174

-2-

AMERICAN INVESTMENT GROUP OF NEW

satisfies the requirements of section 401(a) of the Code, as amended by the Economic Growth and Tax Relief Reconciliation Act of 2001, Pub L. 107-16.

The requirement for employee benefits plans to file summary plan descriptions (SPD) with the U.S. Department of Labor was eliminated effective August 5, 1997. For more details, call 1-800-998-7542 for a free copy of the SPD card.

We have sent a copy of this letter to your representative as indicated in the power of attorney.

If you have questions concerning this matter, please contact the person whose name and telephone number are shown above.

                         Sincerely yours,

                         Paul T. Shultz
                         Director,
                         Employee Plans Rulings & Agreements

Enclosures:
Publication 794

                                                Letter 835 (DO/CG)

CONFIDENTIAL                                               ACER_00015175