# Exhibit 32

| | |
|---|---|
| **Internal Revenue Service**<br>**TE/GE Employee Plans** | **Department of the Treasury**<br><br>850 Trafalgar Court; TE/GE: EP 7654<br>Maitland, FL  32751 |

Date: FEBRUARY 03, 2020

Amy A. Null
Wilmer Cutler Pickering Hale and Dorr, LLP
60 State Street
Boston, MA  02109

Taxpayer Name:
RJM Capital, LLC

Taxpayer Identification Number:
26-0566132

Form Number:
5500-EZ

Year(s):
December 31, 2016

Person to Contact/ID Number:
Sharon Petshaft / 06-03467

Contact Telephone Number:
(203) 492-8622

Contact Fax Number:
(855) 256-3264

Dear Ms. Null:

We are sending the enclosed material under the provisions of your power of attorney or other authorization we have on file. For your convenience, we have listed the name of the taxpayer to whom this material relates in the heading above.

If you have any questions, please call the contact person at the telephone number shown in the heading of this letter.

Thank you for your cooperation.

Sincerely,

*[signature]*

Catherine L. Jones
Director, EP Examinations

Enclosures:
☒ Letter(s)
☐ Report(s)
☐ Copy of Determination Letter
☐ Other

Letter 937 (Rev. 11-2006)
Catalog Number 30760X

CONFIDENTIAL                                                                                                            WH_MDL_00358606

**Internal Revenue Service**  **Department of the Treasury**
**Tax Exempt and Government Entities Division**
TE/GE Employee Plans
850 Trafalgar Court; TE/GE: EP 7654
Maitland, FL 32751

Date: **FEBRUARY 03, 2020**

Richard J. Markowitz
RJM Capital, LLC
Redacted - PII

Taxpayer Identification Number:
   26-0566132
Form Number:
   5500-EZ
Name of Plan:
   RJM Capital Pension Plan
Plan Number:
   001
Plan Year(s) Ended:
   December 31, 2016

Person to Contact/ID Number:
   Sharon Petshaft / 06-03467
Contact Telephone Number:
   (203) 492-8622

Dear Mr. Markowitz:

Our recent examination of your return(s) for the above year(s) shows no change is necessary in the information reported. We are pleased to inform you that we have accepted the return(s) as filed.

If you have any questions, please contact the person whose name and telephone number are shown above.

Thank you for your cooperation.

Sincerely,

*Catherine L. Jones*

Catherine L. Jones
Director, EP Examinations

cc  Amy A. Null

Letter 992-A (Rev. 06-2004)
Catalog Number 38680Q

CONFIDENTIAL                                                                 WH_MDL_00358607