# Exhibit 44



**FGC SECURITIES LLC**
12 Desbrosses Street
New York, NY 10013
e: execution@fgcsecurities.com

CLIENT:    **RJM CAPITAL PENSION PLAN**
REF #:     **FUTL-20130411-0007-A**
DATE:      **April 11, 2013**

## EQUITY FUTURES CONFIRMATION

Client and FGC Securities agree that this confirms the terms and conditions of the following Equity Futures Transaction:

| | |
|---|---|
| Transaction Type Type: | **SINGLE STOCK FUTURES** |
| Listed / OTC | **LISTED** |
| Futures Trade Date: | **April 11, 2013** |
| Client | **RJM CAPITAL PENSION PLAN** |
| Email: | **adam@rjmcapitalp.com** |
| Buy / Sell: | **SELL** |
| Futures Contract: | **LLF (MAERSKA) JUN13 Bclear Cash Flex Futures** |
| Exchange: | **EURONEXT - BCLEAR** |
| Futures Quantity: | **42** |
| Futures Price: | **41,090.6200** |
| Futures Expiry Date: | **June 21, 2013** |
| Futures Notional: | **172,580,604.00** |
| Settlement Type: | **Cash** |
| Underlying Reference: | **MAERSKA DC | AP MOELLER-MAERSK A/S-A | 4253059** |
| Reference Units: | **4,200** |
| Trade Currency: | **DKK** |
| Reference Price: | **41,950.2873** |
| Reference Notional: | **176,191,206.66** |
| Delta: | **100.00** |
| Multiplier: | **100.00** |

| | | |
|---|---|---|
| Commission: | - | |
| USD FX: | 5.69 | |

| **Commission** | **-** | **USD** |
|---|---|---|

*To be invoiced montly*

*We thank you for the opportunity to have been of service to you and trust that the above correctly represents your understanding of the transaction in question. Failure to object in writing to the transaction confirmed above by the earlier of 24 hours after your receipt of this confirmation or prior to 9 a.m. local market time on the settlement date shall be deemed your agreement to the correctness of this confirmation. Please note we have acted only as agent in this transaction and are not responsible for the financial viability of any counterparties we have matched you with nor are we responsible for the performance of this or any other transaction we have arranged. You*

Regards,
 **FGC Securities**

Highly Confidential



**FGC SECURITIES LLC**
12 Desbrosses Street
New York, NY 10013
e: execution@fgcsecurities.com

| | |
|---|---|
| CLIENT: | **RJM CAPITAL PENSION PLAN** |
| REF #: | **FUTL-20130411-0007-A** |
| DATE: | **April 11, 2013** |

## CASH EQUITY CONFIRMATION

Client and FGC Securities agree that this confirms the terms and conditions of the following Cash Equity Transaction:

| | |
|---|---|
| Transaction Type Type: | **CASH EQUITY (STOCK)** |
| Listed / OTC | **LISTED** |
| Trade Date: | **April 11, 2013** |
| Client: | **RJM CAPITAL PENSION PLAN** |
| Email: | **adam@rjmcapitalp.com** |
| Buy / Sell: | **BUY** |
| Stock Description: | **MAERSKA DC | AP MOELLER-MAERSK A/S-A | 4253059** |
| Exchange: | **Copenhagen** |
| Share Quantity: | **4,200** |
| Trade Currency: | **DKK** |
| Trade Price: | **41,950.2873** |
| Trade Notional: | **176,191,206.66** |

| | | |
|---|---|---|
| Commission: | 4,404.78 | DKK |
| USD FX: | 5.69 | |

| | | |
|---|---|---|
| **Commission** | **774.13** | **USD** |

*To be invoiced montly*

*We thank you for the opportunity to have been of service to you and trust that the above correctly represents your understanding of the transaction in question. Failure to object in writing to the transaction confirmed above by the earlier of 24 hours after your receipt of this confirmation or prior to 9 a.m. local market time on the settlement date shall be deemed your agreement to the correctness of this confirmation. Please note we have acted only as agent in this transaction and are not responsible for the financial viability of any counterparties we have matched you with nor are we responsible for the performance of this or any other transaction we have arranged. You*

Regards,

**FGC Securities**

Highly Confidential          MPSKAT00077417