# Exhibit 48

# J.P.Morgan

ACCOUNT NUMBER: A  3048    94599

STATEMENT DATE: 11 APR 2013

```
SOLO CAPITAL PARTNERS LLP
4-6 THROGMORTON AVENUE
LONDON
EC2N 2DL
REF: PROPRIETARY DEPARTMENT
     "CLIENT ACCOUNT"
                                                  OMNIBUS A/C
```

PAGE    2

```
T/DATE   V/DATE  AT       BUY            SELL  CONTRACT DESCRIPTION        EX TRADE PRICE  CC DEBIT(DR)/CREDIT( )
-------- ------- --   -------------- --------------  --------------------  -- -----------  -- ---------------------
11APR13          FQ       46                   20 SEP 13 AP MOLLER CSHA    7T 41166.32     DK
                                               BCLEAR REGISTERED
11APR13          FQ                      46    20 SEP 13 AP MOLLER CSHA    7T 41166.32     DK
                                               BCLEAR REGISTERED
11APR13          FQ       44                   20 SEP 13 AP MOLLER CSHA    7T 41166.33     DK
                                               BCLEAR REGISTERED
11APR13          FQ                      44    20 SEP 13 AP MOLLER CSHA    7T 41166.33     DK       cam = 622.4
                                               BCLEAR REGISTERED
11APR13          FQ       42                   20 SEP 13 AP MOLLER CSHA    7T 41166.34     DK
                                               BCLEAR REGISTERED
11APR13          FQ                      42    20 SEP 13 AP MOLLER CSHA    7T 41166.34     DK       execut: = 4000
                                               BCLEAR REGISTERED
11APR13          FQ       38                   20 SEP 13 AP MOLLER CSHA    7T 41166.35     DK
                                               BCLEAR REGISTERED
11APR13          FQ                      38    20 SEP 13 AP MOLLER CSHA    7T 41166.35     DK
                                               BCLEAR REGISTERED
                 M2      389*           389*                                  CLEARING FEES EU            38.90DR
                 M2                            AVG LONG:     41166.31172      EXCHANGE FEES EU           116.70DR
                                                              commission
                                               AVG SHORT:    41166.31172                                      .00

11APR13          FQ       32                   20 DEC 13 AP MOLLER CSHA    7T 41239.58     DK
                                               BCLEAR REGISTERED
11APR13          FQ                      32    20 DEC 13 AP MOLLER CSHA    7T 41239.58     DK
                                               BCLEAR REGISTERED
11APR13          FQ       46                   20 DEC 13 AP MOLLER CSHA    7T 41239.59     DK
                                               BCLEAR REGISTERED
11APR13          FQ                      46    20 DEC 13 AP MOLLER CSHA    7T 41239.59     DK      cam = 246.4
                                               BCLEAR REGISTERED
11APR13          FQ       40                   20 DEC 13 AP MOLLER CSHA    7T 41239.60     DK
                                               BCLEAR REGISTERED
11APR13          FQ                      40    20 DEC 13 AP MOLLER CSHA    7T 41239.60     DK      execut: = 2000
                                               BCLEAR REGISTERED
11APR13          FQ       36                   20 DEC 13 AP MOLLER CSHA    7T 41239.61     DK
                                               BCLEAR REGISTERED
11APR13          FQ                      36    20 DEC 13 AP MOLLER CSHA    7T 41239.61     DK
                                               BCLEAR REGISTERED
                 M2      154*           154*                                  CLEARING FEES EU            15.40DR
                 M2                            AVG LONG:     41239.59519      EXCHANGE FEES EU            46.20DR
                                                              commission
                                               AVG SHORT:    41239.59519                                      .00

11APR13          FQ       89                   21 JUN 13 AP MOLLER CSHB    7T 42821.28     DK
                                               BCLEAR REGISTERED
11APR13          FQ                      89    21 JUN 13 AP MOLLER CSHB    7T 42821.28     DK
                                               BCLEAR REGISTERED
11APR13          FQ       81                   21 JUN 13 AP MOLLER CSHB    7T 42821.29     DK      execut: = 2000
                                               BCLEAR REGISTERED
11APR13          FQ                      81    21 JUN 13 AP MOLLER CSHB    7T 42821.29     DK
                                               BCLEAR REGISTERED
11APR13          FQ      111                   21 JUN 13 AP MOLLER CSHB    7T 42821.30     DK
                                               BCLEAR REGISTERED
11APR13          FQ                     111    21 JUN 13 AP MOLLER CSHB    7T 42821.30     DK
                                               BCLEAR REGISTERED
11APR13          FQ      104                   21 JUN 13 AP MOLLER CSHB    7T 42821.31     DK
                                               BCLEAR REGISTERED
11APR13          FQ                     104    21 JUN 13 AP MOLLER CSHB    7T 42821.31     DK
                                               BCLEAR REGISTERED
                 M2      385*           385*                                  COMMISSION    EU           616.00DR
```