# Exhibit 49

J.P.Morgan

ACCOUNT NUMBER: A 3048 94599

STATEMENT DATE: 13 JUN 2013

SOLO CAPITAL PARTNERS LLP
4-6 THROGMORTON AVENUE
LONDON
EC2N 2DL
REF: PROPRIETARY DEPARTMENT
"CLIENT ACCOUNT"

OMNIBUS A/C



| T/DATE | V/DATE | AT | BUY | SELL | CONTRACT DESCRIPTION | EX | TRADE PRICE | CC | DEBIT(DR)/CREDIT( ) |
|---|---|---|---|---|---|---|---|---|---|
| | | M2 | | | AVG LONG: 38655.33500 | EXCHANGE FEES | | EU | 49.20DR |
| | | | | | AVG SHORT: 38655.33500 | | | | .00 |
| 13JUN13 | | FQ | 89 | | 21 JUN 13 AP MOLLER CSHB BCLEAR REGISTERED | 7T | 40750.91 | DK | |
| 13JUN13 | | FQ | | 89 | 21 JUN 13 AP MOLLER CSHB BCLEAR REGISTERED | 7T | 40750.91 | DK | |
| 13JUN13 | | FQ | 81 | | 21 JUN 13 AP MOLLER CSHB BCLEAR REGISTERED | 7T | 40750.92 | DK | |
| 13JUN13 | | FQ | | 81 | 21 JUN 13 AP MOLLER CSHB BCLEAR REGISTERED | 7T | 40750.92 | DK | |
| 13JUN13 | | FQ | 111 | | 21 JUN 13 AP MOLLER CSHB BCLEAR REGISTERED | 7T | 40750.93 | DK | |
| 13JUN13 | | FQ | | 111 | 21 JUN 13 AP MOLLER CSHB BCLEAR REGISTERED | 7T | 40750.93 | DK | |
| 13JUN13 | | FQ | 104 | | 21 JUN 13 AP MOLLER CSHB BCLEAR REGISTERED | 7T | 40750.94 | DK | |
| 13JUN13 | | FQ | | 104 | 21 JUN 13 AP MOLLER CSHB BCLEAR REGISTERED | 7T | 40750.94 | DK | |
| | | M2 | 385* | 385* | | COMMISSION | | EU | 616.00DR |
| | | M2 | | | AVG LONG: 40750.92597 | CLEARING FEES | | EU | 38.50DR |
| | | M2 | | | AVG SHORT: 40750.92597 | EXCHANGE FEES | | EU | 115.50DR |
| 13JUN13 | | FQ | 89 | | 20 DEC 13 AP MOLLER CSHB BCLEAR REGISTERED | 7T | 40861.28 | DK | |
| 13JUN13 | | FQ | | 89 | 20 DEC 13 AP MOLLER CSHB BCLEAR REGISTERED | 7T | 40861.28 | DK | |
| | | M2 | 89* | 89* | | COMMISSION | | EU | 142.40DR |
| | | M2 | | | AVG LONG: 40861.28000 | CLEARING FEES | | EU | 8.90DR |
| | | M2 | | | AVG SHORT: 40861.28000 | EXCHANGE FEES | | EU | 26.70DR |

*** PURCHASE & SALE ***

| T/DATE | V/DATE | AT | BUY | SELL | CONTRACT DESCRIPTION | EX | TRADE PRICE | CC | DEBIT(DR)/CREDIT( ) |
|---|---|---|---|---|---|---|---|---|---|
| 13JUN13 | | FQ | 36 | | 21 JUN 13 AP MOLLER CSHA | 7T | 38550.87 | DK | |
| 13JUN13 | | FQ | | 36 | 21 JUN 13 AP MOLLER CSHA | 7T | 38550.87 | DK | |
| 13JUN13 | | FQ | 32 | | 21 JUN 13 AP MOLLER CSHA | 7T | 38550.88 | DK | |
| 13JUN13 | | FQ | | 32 | 21 JUN 13 AP MOLLER CSHA | 7T | 38550.88 | DK | |
| 13JUN13 | | FQ | 46 | | 21 JUN 13 AP MOLLER CSHA | 7T | 38550.89 | DK | |
| 13JUN13 | | FQ | | 46 | 21 JUN 13 AP MOLLER CSHA | 7T | 38550.89 | DK | |
| 13JUN13 | | FQ | 42 | | 21 JUN 13 AP MOLLER CSHA | 7T | 38550.90 | DK | |
| 13JUN13 | | FQ | | 42 | 21 JUN 13 AP MOLLER CSHA | 7T | 38550.90 | DK | |
| 13JUN13 | | FQ | 36 | | 21 JUN 13 AP MOLLER CSHA | 7T | 38550.91 | DK | |
| 13JUN13 | | FQ | | 36 | 21 JUN 13 AP MOLLER CSHA | 7T | 38550.91 | DK | |
| 13JUN13 | | FQ | 40 | | 21 JUN 13 AP MOLLER CSHA | 7T | 38550.92 | DK | |
| 13JUN13 | | FQ | | 40 | 21 JUN 13 AP MOLLER CSHA | 7T | 38550.92 | DK | |
| 13JUN13 | | FQ | 42 | | 21 JUN 13 AP MOLLER CSHA | 7T | 38550.93 | DK | |
| 13JUN13 | | FQ | | 42 | 21 JUN 13 AP MOLLER CSHA | 7T | 38550.93 | DK | |
| 13JUN13 | | FQ | 46 | | 21 JUN 13 AP MOLLER CSHA | 7T | 38550.94 | DK | |
| 13JUN13 | | FQ | | 46 | 21 JUN 13 AP MOLLER CSHA | 7T | 38550.94 | DK | |
| | | | 320* | 320* | | | | | |