# Exhibit 62

| | |
|---|---|
| **From:** | FGC Execution <execution@fgcsecurities.com> |
| **Sent:** | Thursday, June 13, 2013 11:14 AM |
| **To:** | adam@RJMCapitalp.com |
| **Subject:** | RE: Request for Liquidity - AP MOELLER-MAERSK A/S-B |
| **Attach:** | RJMC_MAERS_20130613_0003_A2.pdf |

Adam – please find attached confirm for below trade. Please let us know immediately if there's any discrepancy.
Thanks
FGC

---

**From:** adam@RJMCapitalp.com [mailto:adam@RJMCapitalp.com]
**Sent:** Thursday, June 13, 2013 7:49 AM
**To:** Execution
**Subject:** Request for Liquidity - AP MOELLER-MAERSK A/S-B

Good Morning – hope all is well.

Pursuant to Section 3.3(a) of the Guarantee Deed among Solo Capital Partners LLP, RJM Capital Pension Plan and FGC Securities …

RJM Capital Pension Plan – Account RJM01 – hereby seeks liquidity for the following transactions:

- **SELL CASH EQUITITES**
- **ISSUER NAME** – AP MOELLER-MAERSK A/S-B
- **ISIN** – DK0010244508
- **TICKER** – MAERSKB DC
- **SHARES** – 10,400
- **PRICE** – 40,750.2863
- **TRADE DATE** – 13 JUNE 2013
- **SETTLEMENT DATE/STOCK PURCHASE VALUE DATE** – 18 JUNE 2013
- **BROKER** – FGC Securities

Please contact us to confirm what you are seeing and if you have liquidity to offer.

Adam La Rosa
Authorized Representative
RJM Capital Pension Plan
e-mail: adam@RJMCapitalp.com

Highly Confidential
MPSKAT00085288



**FGC SECURITIES LLC**
12 Desbrosses Street
New York, NY 10013
e: execution@fgcsecurities.com

CLIENT: **RJM CAPITAL PENSION PLAN**
REF #: **RJMC_MAERS_20130613_0003_A2**
DATE: **June 13, 2013**

## CASH EQUITY CONFIRMATION

Client and FGC Securities agree that this confirms the terms and conditions of the following Cash Equity Transaction:

| | |
|---|---|
| Transaction Type Type: | **CASH EQUITY (STOCK)** |
| Listed / OTC | **LISTED** |
| Trade Date: | **June 13, 2013** |
| Client: | **RJM CAPITAL PENSION PLAN** |
| Buy / Sell: | **SELL** |
| Stock Description: | **MAERSKB DC | AP MOELLER-MAERSK A/S-B | 4253048** |
| Exchange: | **Copenhagen** |
| Share Quantity: | **10,400** |
| Trade Currency: | **DKK** |
| Trade Price: | **40,750.2863** |
| Trade Notional: | **423,802,977.52** |
| Settlement Date: | **June 18, 2013** |

| | |
|---|---|
| Commission: | - |
| USD FX: | 5.59 |

| Commission | - | USD |
|---|---|---|

*To be invoiced montly*

We thank you for the opportunity to have been of service to you and trust that the above correctly represents your understanding of the transaction in question. Failure to object in writing to the transaction confirmed above by the earlier of 24 hours after your receipt of this confirmation or prior to 9 a.m. local market time on the settlement date shall be deemed your agreement to the correctness of this confirmation. Please note we have acted only as agent in this transaction and are not responsible for the financial viability of any counterparties we have matched you with nor are we responsible for the performance of this or any other transaction we have arranged. You agree that FGC shall have no liability to any party if any party is for any reason restricted from entering into or fails to perform obligations within this transaction

Regards,

**FGC Securities**