# Exhibit 72

# Bastion Capital London Ltd Equities Trade Confirmation



**Confirmation for client name:**

| Basalt Ventures LLC Roth 401K Plan |

Bastion Capital London has on your instructions arranged the following equities trade for you

**Trade date:**

| 7 August 2014 |

**Stock:**

| TDC A/S |

**ISIN:**

| DK0060228559 |

**Ticker:**

| TDC DC |

**Settlement date/ Stock purchase value date**

| 13 August 2014 |

**Transaction:**

| B/S | Volume | Price |
|-----|--------|-------|
| B   | 2,876,867 | 51.35 |

**Trade currency:**

| DKK |

**Arranging Broker**

| Patrick Milne |

**Arrangement fee:**

| DKK | 1,846.59 |

Please notify any any errors or ommisions immediately to:

patrickmilne@bastioncapital.co.uk

**27-32 Old Jewry**

**London EC2R 8DQ**

**Mobile: +44 (0) 7866774717**

**Thank you for the trade**    **Telephone: +44 (0) 2076210924**

www.bastioncapital.co.uk

CONFIDENTIAL

WH_MDL_00035237