# Exhibit 73

# OLD PARK LANE CAPITAL PLC

Old Park Lane Capital PLC
49, Berkeley Square
London W1J 5AZ

# Basalt Ventures LLC Roth 401(K) Plan
425 Park Avenue, New York, NY 10022, United States of America

# Quarter 3 - 2014

Remittance Breakdown - BVL01/Q3/2014

| | |
|---|---:|
| TAS Platform Fee | USD 3,864.15 |
| **Denmark** | |
| Equity Fee | USD 20.03 |
| Forward Fee | USD 4,005.30 |
| Stock Loan Fee | USD 668.00 |
| **Total Amount Due** | **USD 8,557.48** |



PAID

Clients wishing to credit their broking accounts via BACS or CHAPS should send funds to: Jarvis Investment Management Plc Client Account, Natwest, Sort Code: 55-70-13, Account Number: 78322936, Reference: (your client code)

OLD PARK LANE CAPITAL PLC, 49 BERKELEY SQUARE, LONDON W1J 5AZ
T: +44 (0)20 7493 8188   F: +44 (0)20 7493 3576   W: WWW.OLDPLC.COM
Old Park Lane Capital Plc is a member of the London Stock Exchange and Authorised and Regulated by the Financial Conduct Authority (Firm no. 477870). Registered in England no. 06440879. Registered Office: 49 Berkeley Square, London W1J 5AZ

Page **1** of **3**

HIGHLY CONFIDENTIAL                                                                                                                                     JHVM_0003755

## TAS Platform Fees

| Fee Type | Settle Date | Base Fees | Billed Amount |
|---|---|---|---|
| Platform Fee | 29 August 2014 | EUR 1,500.00 | USD 1,969.80 |
| Platform Fee | 30 September 2014 | EUR 1,500.00 | USD 1,894.35 |
| | Total | EUR 3,000.00 | USD 3,864.15 |

## Transaction Fees

### Denmark
### Equity

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Settle Date | Base Fees | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Buy | TDC | TDC A/S | BAS01 | DKK | 51.3500 | 2,876,867 | 147,727,120.45 | 07 August 2014 | 13 August 2014 | EUR 15.00 | USD 20.03 |
| | | | | | | | | | Total | EUR 15.00 | USD 20.03 |

### Forward

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Expiry Date | Base Fees | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sell | TDC | TDC A/S | AMA01 | DKK | 50.3500 | 2,876,867 | 144,850,253.45 | 07 August 2014 | 19 December 2014 | EUR 3,000.00 | USD 4,005.30 |
| | | | | | | | | | Total | EUR 3,000.00 | USD 4,005.30 |

### Stock Loan

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Settle Date | Description | Cash Pool Type | Base Fees | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lend | TDC | TDC A/S | GNO01 | DKK | 51.3500 | 2,876,867 | 147,727,120.45 | 12 August 2014 | 13 August 2014 | Fee Rate = 23.49, Interest rate = 70.00, Fixed | fixed | EUR 500.00 | USD 668.00 |
| | | | | | | | | | | | Total | EUR 500.00 | USD 668.00 |

| | | |
|---|---|---|
| | **Grand Total** | **USD 8,557.48** |

Clients wishing to credit their broking accounts via BACS or CHAPS should send funds to: Jarvis Investment Management Plc Client Account, Natwest, Sort Code: 55-70-13, Account Number: 78322936, Reference: (your client code)

OLD PARK LANE CAPITAL PLC, 49 BERKELEY SQUARE, LONDON W1J 5AZ
T: +44 (0)20 7493 8188  F: +44 (0)20 7493 3576  W: WWW.OLDPLC.COM
Old Park Lane Capital Plc is a member of the London Stock Exchange and Authorised and Regulated by the Financial Conduct Authority (Firm no. 477870). Registered in England no. 06440879. Registered Office: 49 Berkeley Square, London W1J 5AZ

HIGHLY CONFIDENTIAL                                                                 JHVM_0003756

# OLD PARK LANE CAPITAL PLC

Clients wishing to credit their broking accounts via BACS or CHAPS should send funds to: Jarvis Investment Management Plc Client Account, Natwest, Sort Code: 55-70-13, Account Number: 78322936, Reference: (your client code)

OLD PARK LANE CAPITAL PLC, 49 BERKELEY SQUARE, LONDON W1J 5AZ
T: +44 (0)20 7493 8188  F: +44 (0)20 7493 3576  W: WWW.OLDPLC.COM
Old Park Lane Capital Plc is a member of the London Stock Exchange and Authorised and Regulated by the Financial Conduct Authority (Firm no. 477870). Registered in England no. 06440879. Registered Office: 49 Berkeley Square, London W1J 5AZ

Page **3** of **3**

HIGHLY CONFIDENTIAL

JHVM_0003757