# Exhibit 94

# Bastion Capital London Ltd Equities Trade Confirmation



| | |
|---|---|
| Confirmation for client name: | The Proper Pacific LLC 401K Plan |

Bastion Capital London has on your instructions arranged the following equities trade for you

| | |
|---|---|
| Trade date: | 27 November 2014 |
| Stock: | CHR HANSEN HOLDING A/S |
| ISIN: | DK0060227585 |
| Ticker: | CHR DC |
| Settlement date/ Stock purchase value date | 2 December 2014 |

| Transaction: | B/S | Volume | Price |
|---|---|---|---|
| | B | 839,500 | 258.90 |

| | |
|---|---|
| Trade currency: | DKK |
| Arranging Broker | Patrick Milne |
| Arrangement fee: | DKK  2,716.83 |

Please notify any any errors or ommisions immediately to:

patrickmilne@bastioncapital.co.uk
12 Nicholas Lane
London EC4N 7BN
Mobile: +44 (0) 7866774717

**Thank you for the trade**   Telephone: +44 (0) 2076210924

www.bastioncapital.co.uk