# Exhibit 102

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MASTER DOCKET 18-MD-2865(LAK)

_____
                                    )
IN RE:                              )
                                    )
CUSTOMS AND TAX ADMINISTRATION OF   )
THE KINGDOM OF DENMARK              )
(SKATTEFORVALTNINGEN) TAX REFUND    )
SCHEME LITIGATION                   )
                                    )
_____)


C O N F I D E N T I A L


VIDEO DEPOSITION OF
GRY AHLEFELD-ENGEL
Copenhagen, Denmark
Friday, September 24, 2021


Reported by: CHRISTINE MYERLY

Page 58

1   directly.
2           MR. WEINSTEIN: Okay.
3   BY MR. BAHNSEN:
4       Q   Have SKAT and S☐IK shared
5   information through formal channels?
6       A   We have.
7       Q   Did you discuss this with Mr. Fry
8   during the interview?
9       A   The specific documents, no.
10      Q   But you discussed the fact that
11  there is some form of information sharing that has
12  occurred, correct?
13      A   Again, I don't remember the
14  specifics of the interview today, but it is
15  definitely possible that we talked about cooperation
16  between SKAT and S☐IK.
17      Q   You are aware of the information
18  sharing that has occurred, correct?
19      A   Yes, I am aware that some
20  information sharing within the Danish legal
21  framework has occurred.
22      Q   Can you describe what sort of
23  information has been shared?
24      A   In -- specifically in both
25  directions or from SKAT to S☐IK or S☐IK to SKAT?

Page 59

1       Q   Well, let's start from S☐IK to
2   SKAT. Has S☐IK provided SKAT with any documents?
3       A   Well, let me just say generally,
4   the information flow from S☐IK to SKAT is fairly
5   limited. They have ongoing criminal investigation,
6   so they are not at liberty to share their
7   information freely with SKAT.
8           I am aware that SKAT in my time as
9   director has requested information from S☐IK. For
10  example, I believe we requested information on the
11  charges that S☐IK recently brought. I think we
12  requested information on some specific asset
13  seizures, as examples.
14      Q   Have you received any documents or
15  other information from S☐IK in response to either of
16  those requests?
17      A   Yes, I believe we received answers
18  to both requests.
19      Q   Are there other requests that you
20  personally were involved with?
21      A   To S☐IK from SKAT?
22      Q   Correct.
23      A   I can recall another request where
24  we were ordered by the UK courts to request specific
25  documents from among other S☐IK that we sent.

Page 60

1       Q   So, S☐IK answered that request,
2   correct?
3       A   Yes, they did.
4       Q   Then SKAT produced those documents
5   in the United Kingdom?
6       A   Yes, I believe we did.
7       Q   Okay. Any other requests for
8   information that SKAT directed to S☐IK that you can
9   recall?
10      A   Not that I can recall now, no.
11      Q   Are you aware that SKAT made
12  requests to S☐IK prior to your time as director?
13      A   I don't have personal knowledge of
14  that, no.
15      Q   I am asking a slightly different
16  question. Are you aware that they have been made?
17      A   Excuse me, I didn't get that.
18      Q   So your answer was that you don't
19  have personal knowledge of that, but I am asking a
20  slightly different question, which is whether you
21  are aware that requests were made prior to your
22  time?
23      A   No, I don't know.
24      Q   Okay. So, flipping the directions
25  now, are you aware of requests that S☐IK has made to

Page 61

1   SKAT?
2       A   I am aware that S☐IK has made
3   requests to SKAT, yes, but I don't have any specific
4   examples.
5       Q   Do you recall when those requests
6   were made?
7       A   No.
8       Q   Were they prior to your time as
9   the director?
10      A   I am aware of requests being made
11  in my time, but I don't remember the specifics of
12  the requests.
13      Q   Do you know who would be able to
14  tell me more about requests from S☐IK to SKAT?
15      A   Well, that would be on file in my
16  department.
17      Q   Somebody under your supervision
18  would be the person who would have fielded that
19  request?
20      A   It would have gone through me. So
21  again, we would have filed it in my department.
22      Q   And then you would have delegated
23  to somebody else --
24      A   I would have.
25      Q   -- the task of responding?