# Exhibit 105

CONFIDENTIAL
Christian Ekstrand - May 6, 2021

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MASTER DOCKET 18-MD-2865(LAK)
CASE NO. 18-CV-09797

_____
                                    )
IN RE:                              )
                                    )
CUSTOMS AND TAX ADMINISTRATION OF   )
THE KINGDOM OF DENMARK              )
(SKATTEFORVALTNINGEN) TAX REFUND    )
SCHEME LITIGATION                   )
                                    )
_____ )


************************************
*                                  *
*           CONFIDENTIAL           *
*                                  *
************************************


REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL
EXAMINATION OF
CHRISTIAN EKSTRAND - VOLUME I
DATE: May 6, 2021


REPORTED BY: CHARLENE FRIEDMAN, CCR, RPR, CRR

CONFIDENTIAL
Christian Ekstrand - May 6, 2021

9 (Pages 30 to 33)

Page 30

1    THE WITNESS: Sorry.
2    Q    Did Accounting 2 have any control
3 functions?
4    MR. WEINSTEIN: Objection to form.
5    A    You can say that the way we were
6 organized, it is an accounting department.
7 But they were responsible for controlling and
8 checking refunds of dividend withholding tax.
9    Q    When you say "they were responsible
10 for controlling and checking refunds of
11 dividend withholding tax," what do you mean?
12    A    I mean that when you claim refunds
13 of dividend withholding tax, you must meet
14 certain conditions and you have to document
15 those requirements in connection with your
16 claim for refund. But Accounting 2 checks
17 with the claim board, including checking of
18 the documents, very fine documenting that you
19 are the beneficial owner or included in the
20 claim or the application for refund.
21        And the application of claim was
22 rejected if the requirements were not met.
23    Q    During the time period of January
24 2012 to August 2015, who was the head of
25 Accounting 2?

Page 31

1    A    As I remember it, Lisbeth Rømer was
2 the head of the department until October '13,
3 approximately, when she retired, and Dorthe
4 Pannerup took over the position.
5 D-O-R-T-H-E, and last name, P-A-N-N-E-R-U-P.
6    Q    Do you know about how many
7 employees Accounting 2 had during that
8 period?
9    A    I don't know for the entire
10 department exactly, but probably about a
11 man count of 20, but if you're talking
12 specifically about Accounting 2, it was five
13 or six people.
14    Q    Did that stay consistent over the
15 2012 to 2015 time period?
16    A    Yes, that was during that period.
17 It could vary, too, because people might have
18 stopped working and new employees come in.
19    Q    Were there budget cuts to
20 Accounting 2 during the period 2005 to 2015?
21    A    Could you repeat the period?
22 Apparently I got that wrong.
23        You were asking about which period?
24    Q    2005 to 2015.
25    A    Okay. I don't know about the

Page 32

1 specific budget cuts. But generally, there
2 were budget cuts in the tax agency during
3 that period.
4    Q    Were there complaints from
5 personnel in Accounting 2 about a lack of
6 resources?
7    MR. WEINSTEIN: Objection to form.
8 Are you talking about for a ten-year period?
9    MR. SCHOENFELD: Correct.
10    MR. WEINSTEIN: Objection to form.
11    A    I don't think I can answer
12 specifically, but as in all instances of
13 SKAT, there was some frustration about
14 resources during the period.
15    Q    Who is Sven Neilsen?
16    A    He was an employee of Accounting 2.
17    Q    During what time period?
18    A    He was employed during the period
19 you're asking about. If you want the
20 specific period, I don't have that, but I can
21 look it up.
22    Q    During that time period, what were
23 Sven's responsibilities?
24    A    He was responsible for handling the
25 reclaims and for entering them into the 3S

Page 33

1 system.
2    Q    Was anyone other than Sven Nielsen
3 responsible for handling reclaims?
4    A    Well, there were other employees.
5 There was a person called Laurits Cramer who
6 was -- generally, he was opening the mailing
7 and sorting it.
8        And there were two ladies who did
9 some inputs in the system, but it was
10 generally Sven who did it.
11    Q    Was Sven's work in processing
12 reclaims subject to any auditing?
13    MR. WEINSTEIN: Objection to form.
14    A    I don't understand the question, so
15 could you ask it again? Rephrase it, please?
16    Q    Did anyone in Accounting 2 or in
17 Payments and Accounting have responsibility
18 for auditing Sven's work in approving or
19 rejecting reclaim applications?
20    MR. WEINSTEIN: Objection to form.
21    A    I don't know if anybody was
22 responsible for auditing Sven's work, but
23 when you're talking about payments of
24 disbursements, there's a functional
25 separation as always.

CONFIDENTIAL
Christian Ekstrand - May 6, 2021

12 (Pages 42 to 45)

Page 42

1    MR. WEINSTEIN: Objection to form.
2    A    There were no written procedures,
3 but work was being done to write the
4 procedure.
5    Q    When was that work being done to
6 write procedures?
7    A    In the course of 2015.
8    Q    Do you know when in the course of
9 2015 the project of writing down procedures
10 began?
11    A    No.
12    Q    Do you know why that project was
13 begun?
14    A    As far as I remember, the comments
15 were made in earlier reports from internal
16 audit. The opinion was expressed that
17 written rules of procedure had to be made.
18    Q    Do you recall which internal audits
19 made that comment?
20    A    I don't quite understand. We only
21 have one internal audit department.
22    Q    Do you recall the dates of the
23 internal audits that expressed the opinion
24 that written rules of procedure needed to be
25 created?

Page 43

1    A    I think there was a report, an
2 audited report from 2013 recommending that
3 written guidelines be made, but I'm not quite
4 certain.
5    Q    Do you know why it took two years
6 to start the project of making written
7 guidelines?
8    A    No.
9    Q    So I'd like to go field by field on
10 Exhibit 3016 and understand the process for
11 reviewing these applications. Actually, let
12 me take a step back.
13         Can you just describe for me, step
14 by step, what the process was for reviewing
15 and approving a dividend withholding tax
16 refund application in the period of 2012 to
17 2015?
18         MR. SCHOENFELD: Ms. Gregerson, do
19 you want me to repeat that?
20         THE INTERPRETER: I'm sorry. Yes,
21 but we just can't hear you.
22         MR. SCHOENFELD: Sure.
23    Q    Can you describe -- can you
24 describe for me, step by step, the process
25 for reviewing and approving a dividend

Page 44

1 withholding tax refund application in the
2 period 2012 through 2015?
3    A    Yes. As I said before, when mail
4 is received and opened, there's a set of eyes
5 looking to check whether it's a Danish or a
6 foreign application, and whether the
7 documents I described before accompanied the
8 application.
9         So when the mail has been put into
10 the different files, you might say, then you
11 check again whether the
12 documentation -- you're checking the
13 documentation again to see if the form has
14 been correctly filled in. You look at the
15 form to check whether it's the beneficial
16 owner who submits the reclaim or whether he
17 or she is represented by a reclaim agent.
18         If a reclaim agent is used, we
19 check whether there's a power of attorney
20 authorizing the agent to reclaim the dividend
21 withholding tax.
22         Then we check whether there's a
23 declaration of residence for tax purposes
24 stating which country we're talking about.
25 And we then check if there's a double treaty

Page 45

1 with that country so that dividend tax can be
2 reclaimed.
3         Then we check whether there's a
4 dividend credit advice from a third party
5 stating that the person has the shares in his
6 or her custodian account, and whether the
7 person had received dividends and paid -- and
8 whether tax has been -- dividend tax has been
9 withheld.
10    Q    I'm still here.
11    A    Okay. So then we compare whether
12 the dividend credit advice and the reclaim
13 form reconciled okay. And it's reconciled
14 whether the amount is claimed is correct and
15 also is -- and that the percentage is correct
16 according to the double taxation treaty in
17 existence.
18         Then, the next step is to input
19 this information in the 3S system. In the 3S
20 system, we then find the dividends report
21 from the company ensuring that dividend has
22 been paid out by the company.
23         Then you go to the screen FDU,
24 "Free of Danish Dividend Tax," and input the
25 information. After you've input this

Page 46

1  information, an FDU report -- again, "Free of
2  Danish Dividend Tax" -- is created in the
3  system.
4          The report is then checked by Sven
5  who has input the information, plus another
6  set of eyes to check and reconcile with a
7  spreadsheet which is generated for all
8  reclaims.  And after that has been done, the
9  amount can be stated for disbursement.
10         And then the FDU report is checked
11 again to check the amounts to be disbursed.
12 Then the amount is entered into our general
13 accounting system, SAP38, and the amount is
14 released for payment, disbursement.
15     Q   Okay.  Excellent.  Thank you.
16         So let's start with the field in
17 the form where it says, "Claim is made for
18 refund of Danish dividend tax in total DKK."
19         Do you see that at the top?
20     A   Yes, yes.
21     Q   Okay.  And the premise of that
22 space in the form is for the applicant to
23 declare the amount of dividend tax that was
24 withheld with respect to their shares in
25 Danish companies, correct?

Page 47

1     A   Yes.
2     Q   And I believe you said that with
3  respect to that number, the person reviewing
4  the application would confirm that the
5  information on the dividend credit advice is
6  tallied to that figure.
7          Is that correct?
8     A   Yes, that amount or amounts.
9  Because the amount up here could be a sum of
10 several amounts.
11    Q   But to confirm that amount or
12 amounts, you relied on information contained
13 on the dividend credit advice, correct?
14    A   Yes.
15    Q   You also, I believe, testified that
16 the reviewer would consult 3S to obtain
17 information about the value input into this
18 field.
19         Is that correct?
20         MR. WEINSTEIN:  Objection to form.
21 It misstates his testimony.
22    A   What you check in 3S is that the
23 company has reported dividends, dividends
24 paid and dividends declared.
25         That's entered into 3S.

Page 48

1          MR. WEINSTEIN:  Can I just say,
2  Alan -- I'm sorry.  I know my Danish is not
3  very sophisticated.  I think he started the
4  answer by saying "ingen," which is probably
5  one of two words I know, and which is "no."
6          And then he explained, and I don't
7  think that was translated.
8          THE INTERPRETER:  Okay.  So he was
9  saying no, but that was because I was asking
10 him exactly what information was in 3S.  And
11 I repeated it.
12    Q   So just so I have this correct, the
13 review entailed confirming in 3S that the
14 company had declared the dividend for which
15 the refund is being claimed.
16         Is that correct?
17    A   Yes, that is correct.
18    Q   Was 3S consulted for any other
19 purpose as part of this review?
20    A   No.
21    Q   The form says "Beneficial Owner,"
22 and then it has a space to list the full
23 name.
24         Do you see that?
25    A   Yes.

Page 49

1     Q   A reviewer would check that that
2  space was filled in, correct?
3     A   Yes.
4     Q   Did they do anything else with
5  respect to that field?
6          MR. WEINSTEIN:  Objection to form.
7     A   No -- well, because they checked
8  whether the name is the same as the names
9  stated in the dividend credit advice.
10         But that's all they checked.
11    Q   Did the reviewer do anything to
12 independently verify the accuracy of the
13 statement that a particular named party was
14 the beneficial owner?
15         MR. WEINSTEIN:  Objection to form.
16    A   No.  The beneficial owner declares
17 that he's the owner, and the instruction from
18 the custodian that is from a third party
19 stating that the person is the beneficial
20 owner.
21    Q   What definition of "beneficial
22 owner" was applied by SKAT to determine
23 ownership for these purposes?
24    A   That would be the beneficial owner
25 of the dividend that has the right to the

CONFIDENTIAL
Christian Ekstrand - May 6, 2021

14 (Pages 50 to 53)

Page 50

1  dividend, and you could not hold the shares
2  for anybody else, for any other party.
3       That's as I understood what it
4  meant.
5       Q    Do you know that's what Sven
6  Neilsen -- do you know whether that's what
7  Sven Neilsen and Mr. Cramer understood the
8  definition of "beneficial ownership" was for
9  the period 2012 to 2015?
10      A    It's difficult for me to answer
11 that, but it's the general understanding in
12 the Danish tax agency.
13      Q    Was that definition written down in
14 any document, or policy, or procedure, for
15 purposes of withholding dividend tax refund
16 applications?
17      A    Well, it's in our legal guidelines
18 that stated what we considered to be the
19 beneficial owner.  And it's also -- as far as
20 I know, it's stated in the double taxation
21 treaty.
22      But if you want to do more
23 investigation into the concept of "beneficial
24 owner," you probably need a legal expert.
25      Q    What I'm interested in is knowing

Page 51

1  what Mr. Nielsen and Mr. Cramer applied as
2  the definition of "beneficial ownership" in
3  reviewing dividend withholding tax refunds.
4       Were they provided with any
5  guidance, written or otherwise, about the
6  meaning of "beneficial ownership" for
7  purposes of approving these applications?
8       MR. WEINSTEIN:  Objection to form.
9       A    Under legal guidelines binding on
10 us as tax employees.  And whether or not they
11 were aware of those guidelines, they were the
12 guidelines they had to apply.
13      Q    But you don't know one way or the
14 other whether they were provided with
15 guidance as to how to define "beneficial
16 ownership" for these purposes?
17      MR. WEINSTEIN:  Objection to form.
18 Asked and answered.
19      A    No, I don't know.
20      Q    Are you familiar with the concept
21 of CumEx transactions?
22      MR. WEINSTEIN:  Objection to form.
23      A    Are you talking about the CumEx
24 scandal in Germany?  So that's what I know
25 about it, at least.

Page 52

1       Q    When did you learn about the CumEx
2  scandal in Germany?
3       THE INTERPRETER:  Did you say
4  "when" or did you say "what?"
5       Q    When did you learn about it?
6       A    I think it was around August 15th.
7       Q    What's your understanding of the
8  CumEx scandal in Germany?
9       MR. WEINSTEIN:  Objection.  And
10 that's his understanding of the CumEx fraud
11 in another country.  It's not a subject under
12 the 30(b)(6) notice.
13      I should also add that as you were
14 asking the question, Madam Reporter said that
15 it might be time for her to have a break.
16      Q    Okay.  Why don't you answer this
17 question to the extent you know in your
18 individual capacity and then we can take a
19 break.
20      A    So briefly, what I understand about
21 the CumEx situation is that you circulate
22 borrowed shares.  And in that connection, so
23 the real owner or the correct owner gets the
24 dividend, and the person who's borrowed the
25 shares gets a net dividend which is -- a

Page 53

1  "dividend compensation" is what they call it.
2       And then this bank thinks that he
3  has got dividends.  So they issue a dividend
4  compensation or a check compensation
5  certificate which he uses to reclaim the
6  dividend withheld.
7       We don't have those rules in
8  Denmark, so it cannot be done in that way in
9  Denmark.
10      That's my understanding of it.
11      MR. SCHOENFELD:  Okay.  Why don't
12 we take a break now?
13      VIDEO OPERATOR:  Stand by.  The
14 time is 8:08 a.m. New York time, and we are
15 going off the record.
16      (Brief recess taken.)
17      VIDEO OPERATOR:  The time is 8:22
18 a.m. New York time, and we're back on record.
19      Q    Mr. Ekstrand, did the department
20 responsible for processing dividend refund
21 claims track the volume of refunds that were
22 paid?
23      MR. WEINSTEIN:  Objection.
24      A    What year are we talking about
25 here?

Page 54

1  Q    2012 to 2015.
2  A    Monthly reporting is done of income
3  and expenses or revenue taken in and
4  disbursements being made.
5        So, in that way, it was checked.
6  Q    Do you know whether there were
7  specific approvals or reports concerning the
8  amount of dividend withholding tax that was
9  refunded during the period of 2012 to 2015?
10 A    Well, there are monthly approvals
11 of the accounts.
12 Q    Is there a legal requirement that
13 monthly approvals for disbursements be filed
14 within the agency?
15       MR. WEINSTEIN:  Objection.  I'm not
16 sure what you mean by "a legal requirement."
17 A    As far as I remember, we have
18 accounting instructions requiring monthly
19 reporting of revenue and disbursement that
20 must be filed, that reporting being an
21 authority.  Their accounting instructions
22 require that this authority files monthly
23 reporting stating revenue and disbursements,
24 meaning that there was accounting instruction
25 stating that, as an authority, they have to

Page 55

1  file monthly reports stating revenue and
2  disbursements.
3  Q    Let's look at a document that's
4  been previously labeled or previously used as
5  Exhibit 3005.  That should be in your binder.
6        Do you have that in front of you?
7        THE INTERPRETER:  Yes, he has that.
8        (Above-mentioned document marked
9  for Identification.)
10 Q    Have you seen this document before?
11 A    No, I don't remember having seen
12 that before.
13 Q    Okay.  Do you recognize this as a
14 monthly report submitted by SAP38?
15 A    I just need to take a look at the
16 document.
17 Q    Sure.
18       (Witness reviewing.)
19 A    All this looks like a balance sheet
20 memo and not the monthly reporting.
21 Q    It's called a "Final Accounting
22 Approval" for the period of July 2014,
23 correct?
24 A    Yes, that's correct.
25 Q    So what is this report meant to

Page 56

1  convey?
2  A    I haven't seen this memo before.  I
3  haven't seen this document before or this
4  memo before, but it looks like reporting of
5  revenues and disbursements for the period of
6  a specific area or department.
7        There's an increase from last year
8  and it's normal, when you compare periods
9  like that, and -- and you explain, and
10 there's an explanation, and it's -- it's been
11 issued by the head of Accounts 2.
12 Q    Do you know, from looking at this
13 document now, to whom it would have been
14 submitted?
15 A    Offhand, its reporting -- it's
16 reported by Dorthe Pannerup, and I would
17 imagine that it's through her deputy
18 director, but that's a guess.
19       I don't know for certain.
20 Q    What is a "plausibility check?"
21       THE WITNESS:  Plausibility or
22 possibility?
23       MR. WEINSTEIN:  Plausibility.
24 A    It's a check that's made in
25 accounts -- in accounting, and it has, when

Page 57

1  you look at whether it's plausible, whether
2  it's -- it's likely that it's correct that
3  is -- that it's correct as stated.
4  Q    Is it required within SKAT to
5  perform plausibility checks for all
6  accounting approvals?
7  A    Yes, it is a requirement because we
8  have to make true and fair accounts to submit
9  to the accounts.
10 Q    Do you know whether a requirement
11 was introduced?
12 A    I think that's a very
13 common -- normal requirement within financial
14 statements for accounting, and we are subject
15 to these requirements also in the ministry.
16 Q    As part of the plausibility
17 check -- I apologize.
18       Were you still speaking?
19       MR. WEINSTEIN:  Hold on, Alan.
20 A    Not in the Ministry.  But as an
21 authority, a government authority, you have
22 to follow those rules also of public
23 authority.
24 Q    As part of a plausibility check,
25 the memo says that "at the end of July 2014,

CONFIDENTIAL
Christian Ekstrand - May 6, 2021

19 (Pages 70 to 73)

Page 70

1  correct?
2      A    Yes.
3      Q    And among the taxes that SKAT
4  collects, it collects dividend withholding
5  tax, correct?
6      A    Yes.
7      Q    And when SKAT pays out dividend
8  withholding tax refunds, it uses tax revenues
9  to make those payments, correct?
10         MR. WEINSTEIN: Objection.
11     A    So when there is dividend
12 withholding tax, then that is -- those are
13 the funds you can have -- invest.
14     Q    So the money SKAT's seeking to
15 recover in this case represents tax revenue
16 wrongly paid out to claimants, correct?
17         MR. WEINSTEIN: Objection to form.
18     A    To my knowledge, we have filed a
19 suit to recover funds that we have wrongly
20 paid out.
21         MR. WEINSTEIN: Alan, I'll also
22 just note that if you're asking about
23 subjects 15 -- I'm sorry, 16 and 17 in the
24 30(b)(6) notice, we had designated another
25 witness as SKAT's witness on those subjects.

Page 71

1  He's already testified.
2          These questions are not within the
3  notice that we designated Mr. Ekstrand to
4  cover.
5          MR. SCHOENFELD: Okay. To the
6  extent he knows the answer to these
7  questions, he can answer them in his
8  individual capacity.
9      Q    Mr. Ekstrand, there -- during the
10 relevant time period, there were different
11 ways to obtain a reclaim of dividend
12 withholding tax, correct?
13     A    Yes.
14     Q    There was something called the
15 "bank scheme," right?
16         THE INTERPRETER: Excuse me? What,
17 sir?
18     Q    There was something called the
19 "bank scheme?"
20     A    Yes.
21     Q    And then there was something called
22 the "form scheme," right?
23     A    Yes.
24     Q    And the "form scheme" just means
25 that the party requesting the reclaim

Page 72

1  completes the form that we looked at earlier,
2  correct?
3          MR. WEINSTEIN: Objection.
4      A    In order to be -- to be part of the
5  form scheme, we -- you have to fill out the
6  form that I referred to earlier and attach
7  relevant documentation.
8      Q    And that form had to be submitted
9  to SKAT, correct?
10     A    Yes.
11     Q    The taxpayer couldn't submit that
12 form to some other part of the Danish
13 government, right?
14     A    SKAT is the relevant recipient of
15 that form.
16     Q    The claimant couldn't submit that
17 form to the issuer of the securities, right?
18     A    No.
19     Q    And after receiving the form, SKAT
20 makes a decision about whether or not to pay
21 the refund, right?
22     A    Once the form has been received,
23 checks are made to see that the conditions
24 for receiving payment are met before payment
25 is made.

Page 73

1      Q    And SKAT is the agency that makes
2  that decision whether to pay the refunds,
3  correct?
4      A    Yes.
5      Q    There's no other part of the Danish
6  government that can approve these refunds,
7  right?
8      A    No.
9      Q    VP Securities can't provide the
10 refund, right?
11     A    I'm not sure I understand the
12 question.
13     Q    So I think you testified that in
14 order to get a refund of dividend withholding
15 tax, the application needs to be submitted to
16 SKAT, correct?
17     A    Yes.
18     Q    And so am I correct that
19 VP Securities is not itself able to pay a
20 refund out to a shareholder?
21         Is that right?
22     A    Correct.
23     Q    And a U.S. pension plan owning
24 shares of a Danish company couldn't require
25 that company to pay its dividend on a gross

Page 78

 1    Q    Are the guidelines you're referring
 2 to defining the concept of "beneficial
 3 ownership" written down somewhere?
 4    A    Yes.  It is in our legal
 5 guidelines.
 6    Q    In SKAT's legal guidelines?
 7    A    Yes.
 8    Q    Is SKAT's position that it paid
 9 refunds in error?
10         MR. WEINSTEIN:  Objection.
11         Are you asking about SKAT's legal
12 position in the lawsuit?  Which is not a
13 proper question for Mr. Ekstrand.
14         MR. SCHOENFELD:  I'm asking about
15 SKAT's position with respect to these
16 refunds, which it has canceled independent of
17 this lawsuit.
18         MR. WEINSTEIN:  Objection to form.
19         THE INTERPRETER:  So which part of
20 the question --
21         MR. WEINSTEIN:  Do you want to hear
22 the question?
23         THE INTERPRETER:  No.
24         MR. WEINSTEIN:  Can you restate the
25 question, Alan?

Page 79

 1         MR. SCHOENFELD:  Sure.
 2    Q    Is SKAT's position that it paid
 3 refunds in error?
 4    A    So sitting here today, we can see
 5 that, upon review, we have had to recall a
 6 number of decisions made.  And this is based
 7 on information we have received when we have
 8 written in full that we have been the victims
 9 of fraud.
10         As we have become aware of this, we
11 have started an investigation.  We may have
12 been made -- it may have been wrongfully
13 made.
14    Q    And so when a refund is wrongfully
15 made in this context or any context, can the
16 recipient of an erroneous refund pay it back
17 to SKAT?
18    A    Yes, he or she can, but it is not
19 entitled to do so.
20    Q    If a taxpayer does, they'd be
21 making a tax payment back to SKAT, correct?
22         MR. WEINSTEIN:  Objection,
23 objection to form.  And if we are now
24 talking, Alan, about the enforcement of -- of
25 revocations, that is a topic that the judge

Page 80

 1 specifically denied as a 30(b)(6) topic.
 2         MR. SCHOENFELD:  I can assure you
 3 that we are not.
 4         MR. WEINSTEIN:  Well, it sounds
 5 like it to me, so I do not think these are
 6 appropriate questions for the witness in his
 7 capacity as a 30(b)(6) witness.
 8    Q    Well, so in your individual
 9 capacity, you can answer the question, if a
10 taxpayer makes a payment back to SKAT whether
11 they're making that payment -- whether that
12 payment is a tax payment?
13         MR. WEINSTEIN:  No, objection.
14 This is not within the scope of him as an
15 individual -- this is certainly beyond the
16 scope of 30(b)(6) and you don't get to go
17 around the court's ruling by saying, "Well,
18 just give it to me in your personal
19 capacity."  He's not here in his personal
20 capacity to talk about whether things are tax
21 revenue.
22         MR. SCHOENFELD:  I'm not asking
23 about questions about the clause in Topic 21.
24 I'm asking, as a general matter, when
25 somebody pays back refunded taxes because

Page 81

 1 they got more of a refund than they were
 2 entitled to, whether they were paying SKAT
 3 back taxes.
 4         MR. WEINSTEIN:  Objection.  He is
 5 not the relevant witness for this question.
 6 You're asking him to --
 7         MR. SCHOENFELD:  Then he can answer
 8 it in his individual capacity.
 9         MR. WEINSTEIN:  But he's not an
10 individual witness on that issue.
11         MR. SCHOENFELD:  He's an individual
12 witness on any issue that he has personal
13 knowledge of.  So if he has personal
14 knowledge of this, he can answer the
15 question.
16         MR. WEINSTEIN:  Objection.  And
17 you're asking a very generic question in any
18 situation?  Regardless of the circumstances,
19 you want him to define if someone is
20 returning something and it's defined as tax
21 revenue?
22         It sounds like a legal question
23 without any facts to go along with it, and
24 he's not here to determine that.
25    Q    When someone concludes -- when a

Page 82

1  tax payer concludes that he has been refunded
2  more than he has been entitled to, and he
3  remits payment to SKAT, is he returning tax
4  money to SKAT?
5           MR. WEINSTEIN:  Objection.  You
6  just asked him a question that could have one
7  thousand just different circumstances to it.
8           Just not an appropriate question
9  for this witness.
10          MR. SCHOENFELD:  Well, why don't
11 you let him answer if he can?
12          MR. WEINSTEIN:  Because he's not
13 here -- he's not here in any capacity to
14 answer that question, either individual or as
15 a 30(b)(6) witness.
16          MR. SCHOENFELD:  Are you directing
17 him not to answer the question?
18          MR. WEINSTEIN:  Mr. Ekstrand, if --
19 certainly as a 30(b)(6) witness, I'm
20 directing him not to answer that question.
21          MR. SCHOENFELD:  Okay.  So I'm
22 going to be clear.  This is in his capacity
23 as a fact witness.
24     Q    Mr. Ekstrand, can you answer that
25 question?

Page 83

1           THE INTERPRETER:  Can you restate
2  the question, please?
3           MR. SCHOENFELD:  Sure.
4      Q    When someone -- when a taxpayer
5  concludes that he has been refunded more than
6  he's entitled to, and he remits payment to
7  SKAT, is he returning tax money to SKAT?
8           MR. WEINSTEIN:  Objection to form.
9      A    There seems to be speculation, I
10 think.  But in this area, we, as part of the
11 Danish authorities, do not have the -- do not
12 have legal grounds to reclaim this money.
13          That means that if money is repaid,
14 it is not -- it will not be defined as taxes
15 due.  In order to collect taxes, there has to
16 be -- there have to be taxes due.  Since
17 these are not taxes due, that is not
18 something that we can collect.
19          Nevertheless, it is possible to
20 repay the money.
21     Q    Okay.  Focusing on the period
22 2012 -- so we're shifting gears here.  So
23 we're focusing on the period 2012 to 2015.
24          Describe to me the process for
25 Danish corporations' payment of dividend

Page 84

1  withholding tax.
2           THE INTERPRETER:  I'm sorry.  Can I
3  hear the last part of what you said?
4  "Describe for me the process of" --
5      Q    For Danish companies' payment of
6  dividend withholding tax?
7      A    So first of all, the company needs
8  to decide that they are going to pay out part
9  of their profits as dividends.  They do that
10 by convening a general meeting.
11          At the general meeting, they then
12 make a decision whether or not to pay
13 dividends.  Once the decision is made at the
14 meeting, then the process is that the
15 shareholders, a few days after, will receive
16 dividends.  And that is done in the way that
17 we discussed earlier, that a company sets
18 aside some money with the bank.
19          What happened is that VP, based on
20 who the owners of the shares are as of the
21 date of the general meeting, there will be a
22 record date which is two days later, and then
23 this will be recorded, who the owners are and
24 who will receive the dividends.  And this
25 will then be paid to them the day after or

Page 85

1  the day after that.
2           Subsequently, the VP will do the
3  calculations and they will then submit that
4  to the company so that the company knows how
5  much are covered by 27 percent withholding
6  tax, which is one tax bracket.
7           Once that statement is made by VP
8  about the allocation of dividends, then they,
9  based on that, send a form to -- sorry, just
10 one second -- based on that, they submit
11 documentation of their allocation of
12 dividends.  And as -- and that could be done
13 in two ways; either you'd fill out a form or
14 you'd use a self-service option online.
15          If you choose to fill out a form,
16 you then submit the form.  You send the form
17 to SKAT, and this will then be entered into
18 the system by Accounting 2 into the 3S
19 system.
20          This will be done up until July 1,
21 2013.  After that, entering this information
22 into the system becomes mandatory to do
23 yourself.
24          However, there was a transition
25 period until January 1, 2014.  Once you use

Page 86

1  the self-service facilities online, the
2  information first goes to an intermediate
3  storage facility, and then, from there, on to
4  3S.
5         So either way, whether you use a
6  form or do the self-service option, they end
7  up in the same place in 3S.  And dividends
8  are proposed paid in the middle of April.
9         They have until the end of May to
10 get information to SKAT.
11    Q    So during the same time period, is
12 it the payer of the dividend that's
13 responsible for paying dividend taxes?
14    A    It is the company paying the taxes
15 to us.
16    Q    And is it also the payer of the
17 dividend that's -- sorry.  Okay.  So -- so
18 the company pays the taxes.
19         Is that the company that also
20 withholds the taxes from the issued dividend?
21    A    So that company pays dividends
22 based on information from VP.  And based on
23 the information from VP, then the total tax
24 amount will be calculated.
25         Because, as a rule, the company

Page 87

1  does not know how much tax to withhold.  They
2  only know how much dividend to pay out.
3     Q    Okay.  During the time period 2012
4  to 2015, did SKAT have a processing place to
5  verify whether Danish companies withheld the
6  correct amount of dividend tax?
7     A    No, we have not had a specific
8  place making it possible to verify.
9     Q    During the period -- well, let me
10 just say I'm talking about the period of 2012
11 to 2015 now.
12         What system stored information in
13 SKAT about dividends paid by Danish companies
14 and dividend tax withheld by Danish
15 companies?
16         MR. WEINSTEIN:  Objection to form.
17         THE INTERPRETER:  And the initial
18 part of your question was -- I heard stored
19 information about dividends paid and dividend
20 tax withheld.
21         I didn't hear the first part of
22 your question.
23    Q    What system within SKAT stored
24 information?
25         THE INTERPRETER:  Okay.

Page 88

1     A    This was the system 3S.
2     Q    And what data sources does 3S pull
3  from?
4     A    So 3S is a reporting system just
5  receiving information about dividends.  It is
6  the same system used by the company to report
7  their taxes.
8          This is a reporting system.
9     Q    So did information in 3S concerning
10 dividends issued and dividend withholding tax
11 paid come directly from the company that
12 issued the dividend?
13    A    So the system 3S receives the
14 information directly from the companies.
15    Q    So Danish corporations can have tax
16 liabilities, right, tax that they owe to
17 SKAT?
18    A    Yes.
19    Q    And they can also have credits or
20 refunds, right?
21    A    Yes.  A company will have an
22 account where all issues regarding to taxes,
23 whether it's money owed or money to be
24 refunded to them.  But that will be handled
25 within that account.

Page 89

1     Q    And within that account,
2  liabilities offset or may offset tax credits
3  or refunds, right?
4     A    Correct.
5     Q    And the company just pays the final
6  balance at the appropriate date?
7     A    There are -- there are various
8  deadlines as regards payment involved here.
9  I'm not completely sure, but I think that you
10 have to pay the withholding tax ten days
11 after you have -- you have -- the dividends
12 are paid.
13         But if you do not, then it will go
14 from the account and it will carry interest.
15 And then, at some point, the money will be
16 collected through the Danish authorities and
17 even through collections.
18    Q    Is it accurate that Danish
19 companies pay their taxes according to a
20 balance principle?
21    A    Yes, you could say that in part.
22 They have to -- they have to make payment
23 deadlines.  But if they do not, then it is
24 based on the balance.
25         And then, as I just described, then

Page 122

1  Q   So let's focus on the period 2012
2  to 2015.
3  A   So within the period of 2012 to
4  2015, their verification was included in
5  the -- this was -- sorry.  This -- within
6  this period, this was included in the
7  processing of the application.
8      A very important document in this
9  context is from the custodian.  The custodian
10 is independent of the client and therefore,
11 an independent third party.
12     Therefore, you would expect to get
13 valid information from such a party, and it
14 is quite standard within Danish tax law that
15 we gather information from
16 third -- independent third parties.  And here
17 we have information from a third party.
18     And so, everything together, the
19 application, the form, the tax certificate,
20 that information from the third party would,
21 at the time, be used to document your claim.
22 Q   So SKAT relies on account
23 statements from independent third parties to
24 verify taxpayers' ownership of shares in
25 Danish companies, correct?

Page 123

1      MR. WEINSTEIN:  Objection to form.
2  A   So tax -- you said that a
3  Danish -- that SKAT relied on information
4  from third parties.
5      And what came next?
6      MR. WEINSTEIN:  Objection.  Can I
7  ask you to say it again, Alan?  Because your
8  question was kind of specific.
9      Can you do it again?
10     MR. SCHOENFELD:  Sure.
11 Q   So SKAT relies on account
12 statements from independent third parties to
13 verify taxpayers' ownership of shares in
14 Danish companies, correct?
15     MR. WEINSTEIN:  Object to the form.
16 A   So this documentation has been
17 accepted to show that you own the shares
18 pertaining to the request for refund.
19     MR. WEINSTEIN:  Alan, can I
20 just -- whenever it's convenient, we have
21 some dinner, and it's been -- we haven't had
22 a -- you know, a lunch-type break.
23     MR. SCHOENFELD:  Sure.  How long do
24 you want to take?
25     MR. WEINSTEIN:  Take a 30-minute

Page 124

1  break?
2      MR. SCHOENFELD:  Just hold on one
3  second, because I think we're trying to
4  figure out lunch.
5      Hold on one second.
6      VIDEO OPERATOR:  Do you want to go
7  off record, Counsel?
8      MR. SCHOENFELD:  Yes, let's
9  go -- let's go off the record for this.
10     VIDEO OPERATOR:  Stand by.  The
11 time is 11:32 a.m. New York time, and we're
12 going off the record.
13     (Luncheon recess taken.)
14     VIDEO OPERATOR:  The time is
15 12:16 p.m. New York time and we're back on
16 record.
17 Q   Mr. Ekstrand, it's generally
18 understood within SKAT that shares in Danish
19 securities exist in dematerialized form.
20     Is that right?
21 A   Yes.
22 Q   And dematerialized shares only --
23 only exist in the books and records of
24 financial intermediaries, correct?
25 A   Yes.  You do not have a

Page 125

1  physical -- an actual document.
2  Q   An investor verifies their
3  ownership of shares by reviewing a statement
4  from your financial intermediary, correct?
5      THE INTERPRETER:  I think I
6  misunderstood the question.  Can I ask you to
7  repeat?
8      MR. SCHOENFELD:  Sure.
9  Q   An investor verifies their
10 ownership of shares by reviewing a statement
11 from their financial intermediary, correct?
12     MR. WEINSTEIN:  Objection to form.
13 A   So, first and foremost, an
14 agreement is made to buy some shares.  And
15 then, once the shares have been bought, then
16 they should appear with the custodian that
17 these shares are now in the possession of,
18 whatever company or investor.
19 Q   Right.  So we could have a broker
20 transfer a share from my account to your
21 account and that would happen electronically,
22 right?
23     MR. WEINSTEIN:  Objection to form.
24 A   Yes.
25 Q   And if the share was no longer

Page 142

1  owner if you have hedged your purchase or
2  anything like that.
3      Q   And was that SKAT's position
4  between 2012 and 2015?
5          MR. WEINSTEIN:  Objection to form.
6      A   I have no idea.
7      Q   Well, let me -- let me rephrase the
8  question in case it was confusing.
9          In the period 2012 to 2015, SKAT
10 didn't have any policy precluding an investor
11 from being the beneficial owner if the
12 investor had hedged its purchase.
13         Is that correct?
14         MR. WEINSTEIN:  Objection to form.
15     A   No, nothing like that.
16     Q   Is that also true with respect to
17 investors who finance their purchases?
18         MR. WEINSTEIN:  Objection to form.
19     A   As the investor has entered into a
20 binding legal agreement on the purchase,
21 however he can pay for that purchase, we
22 have -- we have no opinion on that.
23         THE INTERPRETER:  Just hold on one
24 second.
25     A   As long as -- however you have

Page 143

1  acquired the share, whether by hedging or
2  whether by whatever financing, that has
3  nothing to do with whether or not you are the
4  beneficial owner.
5      Q   When you buy yourself securities,
6  you understand that there's a trade date and
7  a settlement date, correct?
8      A   Yes.
9      Q   And what do each of those dates
10 represent?
11     A   So the trade date is the day the
12 security is traded.  The settlement date is
13 the date that the -- that the deal is
14 finished, where the security is -- it comes
15 to your custodian.
16     Q   So on the trade date -- oh, I
17 apologize.  Please go ahead.
18     A   Just -- the settlement date is the
19 day when the trade is final where the shares
20 go from one custodian to another.
21     Q   Okay.  And on the trade date, does
22 anything happen other than an agreement being
23 entered into and confirmations exchanged?
24     A   Well, you could have payment on
25 that day, but I imagine that payment would

Page 144

1  take place on the settlement date.
2      Q   Are any book entries made on the
3  trade?
4          MR. WEINSTEIN:  Objection to the
5  form.
6      A   Actually, I don't remember at this
7  time, but it is not registered with the
8  custodian.  That is not until the settlement
9  date.
10         That's when the shares move from
11 one to the other.
12     Q   Must the seller of the shares have
13 the shares on the trade date?
14         MR. WEINSTEIN:  Objection to form.
15     A   Not necessarily.
16     Q   To be entitled to a refund for a
17 dividend withholding tax, did SKAT require
18 there to be a certain number of days between
19 trade date and settlement date?
20     A   So no.  But in order to be entitled
21 to dividend, you have to be the beneficial
22 owner and the -- the agreement has to be
23 made, at the latest, on the -- at the latest,
24 on the date of the general meeting.
25     Q   So if the shares are purchased on

Page 145

1  or before the date of the annual general
2  meeting, the purchaser's entitled to the
3  dividend declared at that meeting.
4          Is that right?
5          THE INTERPRETER:  So could you
6  repeat that?
7          MR. SCHOENFELD:  Yes.
8      Q   So if the shares are purchased on
9  or before the date of the annual general
10 meeting, the purchaser's entitled to the
11 dividend declared at that meeting.
12         Is that right?
13         MR. WEINSTEIN:  Objection to form.
14     A   As long as a legal, binding
15 agreement has been made on the purchase and
16 payment, then yes.
17     Q   So if the trade date is before the
18 date of the annual general meeting?
19     A   That is not important as long as
20 he's the beneficial owner of the share on the
21 day of the general meeting.
22     Q   Was SKAT's understanding that if
23 the seller of shares receives a dividend on
24 the dividend payment date, it can pass that
25 dividend along to the purchaser?