# Exhibit 100



**E D & F MAN CAPITAL MARKETS LIMITED**

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Riverside Associates Defined Benefit Plan – 5532 Lillehammer Lane, Park City, Utah, 84098, United States of America, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | TDC A/S |
| ISIN: | DK0060228559 |
| SEDOL: | 5698790 |
| Ex Date: | 07th March 2014 |
| Record Date: | 11th March 2014 |
| Pay Date: | 12th March 2014 |
| Quantity: | 2,150,000 Shares |
| Gross Div Rate: | DKK 2.20 |
| Amount Received: | DKK 3,452,900.00 |
| WHT Suffered: | DKK 1,277,100.00 |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Riverside Associates Defined Benefit Plan. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL

ED&F-00041310

## Charlotte Woodward

| | |
|---|---|
| **From:** | Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> |
| **Sent:** | 06 March 2014 09:40 |
| **To:** | Stacey Kaminer; Mina, Sara (LDN) |
| **Cc:** | Foster, Victoria (LDN) |
| **Subject:** | RE: Trade Intererst |
| **Attachments:** | 06032014TDCDC(AIGPP).pdf; 06032014TDCDC(KIPP).pdf; 06032014TDCDC(KLPP).pdf; 06032014TDCDC(GLG).pdf; 06032014TDCDC(LABP).pdf; 06032014TDCDC(RABP).pdf; 06032014TDCDC(DWCPP).pdf; 06032014TDCDC(MAPP).pdf; 06032014TDCDC(NEWP).pdf; ACER-TKF21Mar2014 |

Hi Stacey,

Confirms attached.

Thanks,
Oli

From: Stacey Kaminer [mailto:SK@acerinvest.com]
Sent: 06 March 2014 01:44
To: Bottomley, Oliver (LDN); Mina, Sara (LDN)
Cc: Foster, Victoria (LDN)
Subject: Trade Intererst

Hi All,

The following accounts are interested in purchasing 22.3 mil shares of TDC DC, ISIN DK0060228559, T+4 and hedging their purchase by selling Bclear futures in the amount of 223,000 TKF june. Can you provide clearance for these transactions? Also, the accounts are looking for liquidity if you are able to source any please let them know.

AIGPP AMERIC-INVGR 2,000,000
KIPP KAMCO0-INVES 2,000,000
KLPP KAMCO0-LPPRO 2,000,000
GLG GOLDST-LAWGP 2,200,000
LABP LINDEN-ADBPL 2,150,000
RABP RIVERS-ASSOC 2,150,000
DWCPP DW000-CONST 3,300,000
MAPP MOIRA0-ASSOC 4,000,000
NEWP NSONGF-401PL 2,500,000

I will check in from the office in the morning.

Best,

Stacey

CONFIDENTIAL

ED&F-00041311

**Volcafe Cash Equity Confirmation**

**VOLCAFE**

| | |
|---|---|
| **Trade Date** | 06-Mar |
| **Value Date** | 12-Mar |

**ED&F MCM obo American Investment Group of NY Pension Plan**

| | |
|---|---|
| **Trader** | **BUYS** |
| | OLIVER BOTTOMLEY |
| **Stock** | **TDC A/S** |
| | TDC DC Equity |
| **ISIN** | DK0060228559 |
| **Number Shares** | **2,000,000** |
| **Splits** | 0 |
| | 0 |
| **CCY** | DKK |
| **Gross Price** | 52.40000 |
| **Notional** | 104,800,000.00 |
| **Net Price** | **52.40066** |
| **Net Notional** | 104,801,320.00 |
| **Invoice at month End** | **NA** |
| **Additional information:** | **Clearing BNP Account #1** |
| **Volcafe Clearing** | **ICBC** |

Best regards,

Richard Goodwin.

Volcafe Ltd: Technoparkstrasse 7, CH-8406 Winterthur, Switzerland
rgoodwin@volcafe.ch  +41 52 264 94 94
ED&F-00041312

**Volcafe Cash Equity Confirmation**

**VOLCAFE**

| | |
|---|---|
| **Trade Date** | 06-Mar |
| **Value Date** | 12-Mar |

| | | |
|---|---|---|
| **ED&F MCM obo DW Construction Inc** | | |
| **retirement Plan** | **BUYS** | |
| **Trader** | OLIVER BOTTOMLEY | |
| | | |
| **Stock** | **TDC A/S** | |
| | TDC DC Equity | |
| **ISIN** | DK0060228559 | |
| | | |
| **Number Shares** | **3,300,000** | |
| | | |
| **Splits** | | 0 |
| | | 0 |
| | | |
| **CCY** | DKK | |
| **Gross Price** | 52.40000 | |
| | | |
| **Notional** | | 172,920,000.00 |
| | | |
| **Net Price** | **52.40066** | |
| | | |
| **Net Notional** | | 172,922,178.00 |
| | | |
| **Invoice at month End** | **NA** | |
| | | |
| | | |
| **Additional information:** | **Clearing BNP Account #1** | |
| | | |
| **Volcafe Clearing** | **ICBC** | |

Best regards,

Richard Goodwin.

CONFIDENTIAL

Volcafe Ltd: Technoparkstrasse 7, CH-8406 Winterthur, Switzerland
rgoodwin@volcafe.ch  +41 52 264 94 94

ED&F-00041313

**Volcafe Cash Equity Confirmation**

**VOLCAFE**

| | |
|---|---|
| **Trade Date** | 06-Mar |
| **Value Date** | 12-Mar |

| | |
|---|---|
| **ED&F MCM obo Goldstein Law Group PC** | |
| **401(k) Profit Plan** | **BUYS** |
| **Trader** | OLIVER BOTTOMLEY |
| **Stock** | **TDC A/S** |
| | **TDC DC Equity** |
| **ISIN** | DK0060228559 |
| **Number Shares** | **2,200,000** |
| **Splits** | 0 |
| | 0 |
| **CCY** | DKK |
| **Gross Price** | 52.40000 |
| **Notional** | 115,280,000.00 |
| **Net Price** | **52.40066** |
| **Net Notional** | 115,281,452.00 |
| **Invoice at month End** | **NA** |
| **Additional information:** | **Clearing BNP Account #1** |
| **Volcafe Clearing** | **ICBC** |

Best regards,

Richard Goodwin.

CONFIDENTIAL

Volcafe Ltd: Technoparkstrasse 7, CH-8406 Winterthur, Switzerland
rgoodwin@volcafe.ch  +41 52 264 94 94

ED&F-00041314

**Volcafe Cash Equity Confirmation**

**VOLCAFE**

| | |
|---|---|
| **Trade Date** | 06-Mar |
| **Value Date** | 12-Mar |

| | |
|---|---|
| **ED&F MCM obo Kamco Investments Inc** | |
| **Pension Plan** | **BUYS** |
| **Trader** | OLIVER BOTTOMLEY |
| **Stock** | **TDC A/S** |
| | **TDC DC Equity** |
| **ISIN** | DK0060228559 |
| **Number Shares** | **2,000,000** |
| **Splits** | 0 |
| | 0 |
| **CCY** | DKK |
| **Gross Price** | 52.40000 |
| **Notional** | 104,800,000.00 |
| **Net Price** | **52.40066** |
| **Net Notional** | 104,801,320.00 |
| **Invoice at month End** | **NA** |
| **Additional information:** | **Clearing BNP Account #1** |
| **Volcafe Clearing** | **ICBC** |

Best regards,

Richard Goodwin.

Volcafe Ltd: Technoparkstrasse 7, CH-8406 Winterthur, Switzerland
rgoodwin@volcafe.ch  +41 52 264 94 94

ED&F-00041315

**Volcafe Cash Equity Confirmation**

**VOLCAFE**

| | |
|---|---|
| **Trade Date** | 06-Mar |
| **Value Date** | 12-Mar |

| | |
|---|---|
| **ED&F MCM obo Kamco LP Profit Sharing** | |
| **Plan FBO Stacey Kaminer** | **BUYS** |
| **Trader** | OLIVER BOTTOMLEY |
| **Stock** | TDC A/S |
| | TDC DC Equity |
| **ISIN** | DK0060228559 |
| **Number Shares** | 2,000,000 |
| **Splits** | 0 |
| | 0 |
| **CCY** | DKK |
| **Gross Price** | 52.40000 |
| **Notional** | 104,800,000.00 |
| **Net Price** | 52.40066 |
| **Net Notional** | 104,801,320.00 |
| **Invoice at month End** | **NA** |
| **Additional information:** | **Clearing BNP Account #1** |
| **Volcafe Clearing** | **ICBC** |

Best regards,

Richard Goodwin.

CONFIDENTIAL

Volcafe Ltd: Technoparkstrasse 7, CH-8406 Winterthur, Switzerland
rgoodwin@volcafe.ch +41 52 264 94 94

ED&F-00041316

**Volcafe Cash Equity Confirmation**

**VOLCAFE**

| | |
|---|---|
| **Trade Date** | 06-Mar |
| **Value Date** | 12-Mar |

| | |
|---|---|
| **ED&F MCM obo Linden Associates** | |
| **Defined Benefit Plan** | **BUYS** |
| **Trader** | OLIVER BOTTOMLEY |
| **Stock** | TDC A/S |
| | TDC DC Equity |
| **ISIN** | DK0060228559 |
| **Number Shares** | **2,150,000** |
| **Splits** | 0 |
| | 0 |
| **CCY** | DKK |
| **Gross Price** | 52.40000 |
| **Notional** | 112,660,000.00 |
| **Net Price** | **52.40066** |
| **Net Notional** | 112,661,419.00 |
| **Invoice at month End** | **NA** |
| **Additional information:** | **Clearing BNP Account #1** |
| **Volcafe Clearing** | **ICBC** |

Best regards,

Richard Goodwin.

Volcafe Ltd: Technoparkstrasse 7, CH-8406 Winterthur, Switzerland
rgoodwin@volcafe.ch  +41 52 264 94 94

ED&F-00041317

**Volcafe Cash Equity Confirmation**

**VOLCAFE**

| | |
|---|---|
| **Trade Date** | 06-Mar |
| **Value Date** | 12-Mar |

| | |
|---|---|
| **ED&F MCM obo Moira Associates LLC** | |
| **401 (k) Plan** | **BUYS** |
| **Trader** | OLIVER BOTTOMLEY |
| **Stock** | TDC A/S |
| | TDC DC Equity |
| **ISIN** | DK0060228559 |
| **Number Shares** | **4,000,000** |
| **Splits** | 0 |
| | 0 |
| **CCY** | DKK |
| **Gross Price** | 52.40000 |
| **Notional** | 209,600,000.00 |
| **Net Price** | **52.40066** |
| **Net Notional** | 209,602,640.00 |
| **Invoice at month End** | **NA** |
| **Additional information:** | **Clearing BNP Account #1** |
| **Volcafe Clearing** | **ICBC** |

Best regards,

Richard Goodwin.

Volcafe Ltd: Technoparkstrasse 7, CH-8406 Winterthur, Switzerland
rgoodwin@volcafe.ch  +41 52 264 94 94

ED&F-00041318

**Volcafe Cash Equity Confirmation**

**VOLCAFE**

| | |
|---|---|
| **Trade Date** | 06-Mar |
| **Value Date** | 12-Mar |

| | | |
|---|---|---|
| **ED&F MCM obo Newsong Fellowship** | | |
| **Church 401(k) Plan** | **BUYS** | |
| **Trader** | OLIVER BOTTOMLEY | |
| | | |
| **Stock** | TDC A/S | |
| | TDC DC Equity | |
| **ISIN** | DK0060228559 | |
| | | |
| **Number Shares** | **2,500,000** | |
| | | |
| **Splits** | | 0 |
| | | 0 |
| | | |
| **CCY** | DKK | |
| **Gross Price** | 52.40000 | |
| | | |
| **Notional** | | 131,000,000.00 |
| | | |
| **Net Price** | **52.40066** | |
| | | |
| **Net Notional** | | 131,001,650.00 |
| | | |
| **Invoice at month End** | **NA** | |
| | | |
| | | |
| **Additional information:** | **Clearing BNP Account #1** | |
| | | |
| **Volcafe Clearing** | **ICBC** | |

Best regards,

Richard Goodwin.

Volcafe Ltd: Technoparkstrasse 7, CH-8406 Winterthur, Switzerland
rgoodwin@volcafe.ch +41 52 264 94 94
ED&F-00041319

**Volcafe Cash Equity Confirmation**

**VOLCAFE**

| | |
|---|---|
| **Trade Date** | 06-Mar |
| **Value Date** | 12-Mar |

**ED&F MCM obo Riverside Associates**

| | |
|---|---|
| **Benefit Plan** | **BUYS** |
| **Trader** | OLIVER BOTTOMLEY |
| **Stock** | **TDC A/S** |
| | **TDC DC Equity** |
| **ISIN** | DK0060228559 |
| **Number Shares** | **2,150,000** |
| **Splits** | 0 |
| | 0 |
| **CCY** | DKK |
| **Gross Price** | 52.40000 |
| **Notional** | 112,660,000.00 |
| **Net Price** | **52.40066** |
| **Net Notional** | 112,661,419.00 |
| **Invoice at month End** | **NA** |
| **Additional information:** | **Clearing BNP Account #1** |
| **Volcafe Clearing** | **ICBC** |

Best regards,

Richard Goodwin.

Volcafe Ltd: Technoparkstrasse 7, CH-8406 Winterthur, Switzerland
rgoodwin@volcafe.ch  +41 52 264 94 94

ED&F-00041320

**Charlotte Woodward**

| | |
|---|---|
| **From:** | Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> |
| **Sent:** | 06 March 2014 09:40 |
| **To:** | Bottomley, Oliver (LDN) |
| **Subject:** | ACER- TKF21Mar2014 |

--- Original Sender: ROSS LIDDARD, E D & F MAN CAPITAL ---

Hello Oli,

To confirm ED&F MAN (EMV LEQHi002) SELLS the following:

223,000 lots TKF 21March 2014 BClear futures @ DKK 50.64
                              (ref   52.40)

Much appreciated,

Ross

------------------------------------------------------------------------------

This electronic mail message was sent by ED&F Man Capital Markets Limited ("MCM"). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited.  If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of and will not be responsible for the consequences of reliance upon any opinion or information contained herein.

CONFIDENTIAL                                                                  ED&F-00041321

**Charlotte Woodward**

| | |
|---|---|
| **From:** | GOODWIN, Richard (CH Volcafe) |
| **Sent:** | 06 March 2014 09:13 |
| **To:** | Chris Henstock (Capital Markets) (chenstock@edfmpt.ae) |
| **Cc:** | Victoria Foster (Capital Markets); Bachi-Howard, Marcus (LDN) |
| **Subject:** | Confirmation TDC DC 22,300,000 T+4 |
| **Attachments:** | 06032014TDCDC(Dubai).pdf |

Here you go Chris:

## Volcafe Cash Equity Confirmation

| | |
|---|---|
| **Trade Date** | 06-Mar |
| **Value Date** | 12-Mar |
| | |
| **ED&F MCM obo ED&F Man Professional Trading Dubai** | **SELLS** |
| **Trader** | **CHRIS HENSTOCK** |
| | |
| **Stock** | **TDC A/S** |
| | **TDC DC Equity** |
| **ISIN** | DK0060228559 |
| | |
| **Number Shares** | 22,300,000,000 |
| | |
| **Splits** | 3 x 2,000,000 + 2,200,000 + 2 x 2,150,000 + |
| | 3,300000 + 4,000,000 + 2,500,000 |
| | |
| **CCY** | **DKK** |
| **Gross Price** | 52.40000 |
| | |
| **Notional** | 1,168,520,000,000.00 |
| | |
| **Net Price** | 52.40000 |
| | |
| **Net Notional** | 1,168,520,000,000.00 |
| | |
| **Invoice at month End** | **NA** |
| | |
| | |
| **Additional information:** | **Clearing JP Morgan** |
| | |
| **Volcafe Clearing** | **ICBC** |

Best regards,

Richard Goodwin.

CONFIDENTIAL                                    ED&F-00041322



Volcafe Ltd,
Technoparkstrasse 7, CH8406, Winterthur, Switzerland
Office: +41 52 264 94 56, Mobile: +41 79 961 04 69
rgoodwin@volcafe.ch | www.volcafe.com

CONFIDENTIAL

ED&F-00041323

**Volcafe Cash Equity Confirmation**

**VOLCAFE**

| | |
|---|---|
| **Trade Date** | 06-Mar |
| **Value Date** | 12-Mar |
| | |
| **ED&F MCM obo ED&F Man Professional Trading Dubai** | **SELLS** |
| **Trader** | CHRIS HENSTOCK |
| | |
| **Stock** | **TDC A/S** |
| | TDC DC Equity |
| **ISIN** | DK0060228559 |
| | |
| **Number Shares** | 22,300,000,000 |
| | |
| **Splits** | 3 x 2,000,000 + 2,200,000 + 2 x 2,150,000 + |
| | 3,300000 + 4,000,000 + 2,500,000 |
| | |
| **CCY** | DKK |
| **Gross Price** | 52.40000 |
| | |
| **Notional** | 1,168,520,000,000.00 |
| | |
| **Net Price** | 52.40000 |
| | |
| **Net Notional** | 1,168,520,000,000.00 |
| | |
| **Invoice at month End** | NA |
| | |
| | |
| **Additional information:** | **Clearing JP Morgan** |
| | |
| **Volcafe Clearing** | **ICBC** |

Best regards,

Richard Goodwin.

Volcafe Ltd: Technoparkstrasse 7, CH-8406 Winterthur, Switzerland
rgoodwin@volcafe.ch  +41 52 264 94 94

**Charlotte Woodward**

| | |
|---|---|
| **From:** | ROSS LIDDARD <rliddard@edfmancapital.com> |
| **Sent:** | 06 March 2014 09:07 |
| **Subject:** | Bloomberg: Hello Chris, |

Greeting: EQUITY FINANCE BROKER 0203 580 7639 07789 263 785 {B9} {#L}

—————————————————————

Hello Chris,

To confirm ED&F DUBAI (ECM LEQ HI002) BUYS the following:

223,000 lots TKF 21March 2014 BClear futures @ DKK 50.64
                    (ref  52.40)

Commission: DKK 14,116

Much apprecaited,
Ross

—————————————————————

Sent By :

        ROSS LIDDARD, rliddard@edfmancapital.com <mailto:rliddard@edfmancapital.com> ,
RLIDDARD3@Bloomberg.net <mailto:RLIDDARD3@Bloomberg.net> , E D & F MAN CAPITAL

Recipients :

        CHRIS HENSTOCK, chris.henstock@edfman.com <mailto:chris.henstock@edfman.com> ,
CHENSTOCK2@Bloomberg.net <mailto:CHENSTOCK2@Bloomberg.net> , ED&F MAN PROFESSIONA
        CHENSTOCK, CHENSTOCK@EDFMPT.AE <mailto:CHENSTOCK@EDFMPT.AE> , Unknown Company

—————————————————————

Disclaimers :

E D & F MAN CAPITAL

This electronic mail message was sent by ED&F Man Capital Markets Limited ("MCM"). This information is intended
solely for the personal and confidential use of the designated recipient named therein and therefore may not be
redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent
of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are

CONFIDENTIAL                                                                ED&F-00041325

requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of and will not be responsible for the consequences of reliance upon any opinion or information contained herein.

———————————————————

Processed by Global Relay Message Converter for Bloomberg | V2.0.0 | File (BMAIL) Message 1924 | 2014-03-07 12:37:13 AM (EST)

CONFIDENTIAL                                        ED&F-00041326

Rosenblatt work product: extracts of shadow data

| Firm | Date Basis | Ticket Sequence | ExtRefID | Trade Date | Entry Date | Settlement Date | Trade Account | Product Type | AssetAlias1 | Trade Currency | Ticket State | Trade Transaction | Quantity | Trade Proceeds | Final Price | Asset Alias4 | Master Account |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E1 | TRD | 219319 | EQ28043-102516 | 06/03/2014 | 2014-03-06 00:00:00.000 | 12/03/2014 | 1020010EDFDUBEDFDU | EQUITY | DK060228559 | DKK | ORG | BUY | 2,150,000 | 112660000.00 | 52.4000000000 | TDC DC | 1020010EDFDUBEDFDU |
| E1 | TRD | 219319 | EQ28043-102516 | 06/03/2014 | 2014-03-06 00:00:00.000 | 12/03/2014 | 1020035VOLCAFICBC0 | EQUITY | DK060228559 | DKK | ORG | SEL | 2,150,000 | 112660000.00 | 52.4000000000 | TDC DC | 1020035VOLCAFICBC0 |
| E1 | TRD | 219310 | EQ28043-102507 | 06/03/2014 | 2014-03-06 00:00:00.000 | 12/03/2014 | 1020010RIVERSASSOC | EQUITY | DK060228559 | DKK | ORG | SEL | 2,150,000 | 112661419.00 | 52.4006600000 | TDC DC | 1020010RIVERSASSOC |
| E1 | TRD | 219310 | EQ28043-102507 | 06/03/2014 | 2014-03-06 00:00:00.000 | 12/03/2014 | 1020035VOLCAFICBC0 | EQUITY | DK060228559 | DKK | ORG | BUY | 2,150,000 | 112661419.00 | 52.4006600000 | TDC DC | 1020035VOLCAFICBC0 |

ED&F-00041327

**Message ID** 2537832

## SWIFT Information

| | |
|---|---|
| **Msg Type** | **Direction** |
| 545 | From Swift |
| **Status** | **Loc ID** |
| Closed | N/A |
| **Related Ref** | **Loc SWIFT ID** |
| N/A | N/A |
| **Transaction Ref** | **Purpose** |
| PG311BHV9A001 | N/A |
| **Asset Series** | **Curr Series** |
| 269201 | 269200 |
| **Reason Code** | **External ID** |
| N/A | N/A |
| **Trailer Hdr** | **User Hdr** |
| {MAC:00000000}{CHK:EFE6CBDE52F3} | {108:ISI41907102AY000} |
| **Basic Hdr** | **App Hdr** |
| F01MACVGB22AXXX0610990894 | O5450137140312PARBFRPPHXXX880538003714031200037N |
| **Load User** | **Load Date** |
| SHSYSTEM | 12-03-2014 01:00:49 |
| **Load Port** | **Proc User** |
| S608207NJ3VW07 | N/A |
| **Proc Date** | **Proc Port** |
| [NULL] | N/A |
| **Duration** | **Instruction Date** |
| N/A | N/A |
| **ACK Date** | **OATS** ☐ |
| [NULL] | **OATS Sent** ☐ |
| **File Name** | |
| 06844579.TXT | |
| **Memo** | |

## Details (38)

Show Groups

| | Index | Tag | Value |
|---|---|---|---|
| 1 | 1 | 16R | GENL |
| 2 | 2 | 20C | :SEME//PG311BHV9A001 |
| 3 | 3 | 23G | NEWM |
| 4 | 4 | 98C | :PREP//20140312013447 |
| 5 | 5 | 16R | LINK |
| 6 | 6 | 13A | :LINK//541 |
| 7 | 7 | 20C | :RELA//E1000026920101 |
| 8 | 8 | 16S | LINK |
| 9 | 9 | 16S | GENL |
| 10 | 10 | 16R | TRADDET |
| 11 | 11 | 98A | :TRAD//20140306 |
| 12 | 12 | 98A | :ESET//20140312 |
| 13 | 13 | 35B | ISIN DK0060228559 |
| 14 | 14 | 000 | TDC SHS |
| 15 | 15 | 16S | TRADDET |
| 16 | 16 | 16R | FIAC |
| 17 | 17 | 36B | :ESTT//UNIT/2150000, |
| 18 | 18 | 97A | :SAFE//41329000010000778523F |
| 19 | 19 | 97A | :CASH//41329000010000724796K |
| 20 | 20 | 94F | :SAFE//CUST/NDEADKKKXXX |
| 21 | 21 | 16S | FIAC |
| 22 | 22 | 16R | SETDET |
| 23 | 23 | 22F | :SETR//TRAD |
| 24 | 24 | 16R | SETPRTY |
| 25 | 25 | 95P | :DEAG//ESSEDKKKXXX |
| 26 | 26 | 16S | SETPRTY |
| 27 | 27 | 16R | SETPRTY |
| 28 | 28 | 95P | :SELL//IRVTBEBBXXX |
| 29 | 29 | 97A | :SAFE//05295114373 |
| 30 | 30 | 16S | SETPRTY |
| 31 | 31 | 16R | SETPRTY |
| 32 | 32 | 95P | :PSET//VPDKDKKKXXX |
| 33 | 33 | 16S | SETPRTY |
| 34 | 34 | 16R | AMT |
| 35 | 35 | 19A | :ESTT//DKK112661419, |
| 36 | 36 | 98A | :VALU//20140312 |
| 37 | 37 | 16S | AMED&F-00041328 |
| 38 | 38 | 16S | SETDET |

CONFIDENTIAL

# Account Equity

| | | | |
|---|---|---|---|
| ED&F Man Capital Markets Ltd | | Account Number: | CC:RIVERS-ASSOC |
| 3 London Bridge Street | | Account Name  : | RIVERSIDE ASSOCIATES DEFINED BE |
| London SE1 9SG | | Date          : | 07-03-2014 |
| United Kingdom | | Currency      : | USD |

## Cash Summary

| Cur Layer | Trade Date Amount | Conv Rate | TD Reporting Amt (USD) | Settle Date Amount | Conv Rate | SD Reporting Amt (USD) |
|---|---|---|---|---|---|---|
| DKK Var Margin | 1,376,000.00 Cr | 0.18593236 | 255,842.93 Cr | 1,376,000.00 Cr | 0.18593236 | 255,842.93 Cr |
| DKK Cash | 112,661,419.00 Dr | 0.18593236 | 20,947,403.52 Dr | 0.00 Cr | 0.18593236 | 0.00 Cr |
| EUR SEG CASH A | 26,719.00 Cr | 1.38750000 | 37,072.61 Cr | 26,719.00 Cr | 1.38750000 | 37,072.61 Cr |
| USD Cash | 143,815,916.00 Dr | 1.00000000 | 143,815,916.00 Dr | 143,815,916.00 Dr | 1.00000000 | 143,815,916.00 Dr |
| USD SEG CASH A | 306,540.65 Cr | 1.00000000 | 306,540.65 Cr | 306,540.65 Cr | 1.00000000 | 306,540.65 Cr |
| | | | ---------------------------- | | | ---------------------------- |
| | | | 164,163,863.33 Dr | | | 143,216,459.81 Dr |

## Trade Date Positions (Equity) (DKK)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L Cur |
|---|---|---|---|---|---|---|---|---|
| TDC DC | TDC A/S | C | 2,150,000.00 Lg | 52.4007 | 50.0000 | 112,661,419.00 Dr | 107,500,000.00 Cr | 5,161,419.00 Dr DKK |
| | | | | | Totals: | 112,661,419.00 Dr | 107,500,000.00 Cr | 5,161,419.00 Dr |

## Trade Date Positions (Equity) (EUR)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L Cur |
|---|---|---|---|---|---|---|---|---|
| ABI BB | ANHEUSER-BUSCH INBEV NV | C | 1,000,000.00 Lg | 77.0010 | 74.2000 | 77,000,960.00 Dr | 74,200,000.00 Cr | 2,800,960.00 Dr EUR |
| | | | | | Totals: | 77,000,960.00 Dr | 74,200,000.00 Cr | 2,800,960.00 Dr |

## Trade Date Positions (Equity) (USD)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L Cur |
|---|---|---|---|---|---|---|---|---|
| UN US | UNILEVER N V  -NY SHARES | C | 3,644,600.00 Lg | 42.2374 | 39.4800 | 153,938,309.64 Dr | 143,888,808.00 Cr | 10,049,501.64 Dr USD |
| | | | | | Totals: | 153,938,309.64 Dr | 143,888,808.00 Cr | 10,049,501.64 Dr |

## Trade Date Positions (OTC-OPTIONS) (EUR)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L Cur |
|---|---|---|---|---|---|---|---|---|
| ABI BB | ANHEUSER-BUSCH INBEV NV | C | 10,000.00 Sh | 75.9700 | 74.1900 | 75,970,000.00 Cr | 74,190,000.00 Dr | 1,780,000.00 Cr EUR |
| | | | | | Totals: | 75,970,000.00 Cr | 74,190,000.00 Dr | 1,780,000.00 Cr |

## Trade Date Futures Positions (DKK)

| Asset | Description | | Position | Trd Price | Market Price | Orig Notional | Market Value | Open Trd Equity Cur |
|---|---|---|---|---|---|---|---|---|
| TKF21MAR2014 | TKF21MAR2014BCLEAR | | 21,500.00 Sh | 50.6400 | 50.0000 | 108,876,000.00 Cr | 107,500,000.00 Dr | 1,376,000.00 Cr DKK |
| | | | | | | ================= | ================= | ================= === |
| | | | | | | 108,876,000.00 Cr | 107,500,000.00 Dr | 1,376,000.00 Cr DKK |

CONFIDENTIAL

ED&F 00041320

## Account Equity

**ED&F Man Capital Markets Ltd**
**3 London Bridge Street**
**London SE1 9SG**
**United Kingdom**

| | |
|---|---|
| **Account Number:** | CC:RIVERS-ASSOC |
| **Account Name** : | RIVERSIDE ASSOCIATES DEFINED BE |
| **Date** | : 07-03-2014 |
| **Currency** | : USD |

### Pending Trades (DKK)

| Trade Dt | Settl Dt | Type | Trn | Quantity | Asset | Trd Price | Proceeds | Cur |
|---|---|---|---|---|---|---|---|---|
| 06-03-14 | 12-03-14 | Normal | BUY | 2,150,000.00 | TDC DC | 52.4007 | 112,661,419.00 Dr | DKK |

### Equity Swaps

| Tick Seq | Trade Dt Set Dt | Term Dt | Asset Description | Quantity | D | Open Price | Notional | Cur | Market Price | MTM Valuation | Next Reset | Rate Description | Rate | Accrued Financing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 203930 | 27-12-13 | 27-12-13 | UN US UNILEVER N V | 1,444,600 | S -NY SHARES | 39.4600 | 57,003,916 | USD | 39.4800 | -28,892 | | Fixed | 0.0000 | |
| 203931 | 27-12-13 | 27-12-13 | UN US UNILEVER N V | 2,200,000 | S -NY SHARES | 39.4600 | 86,812,000 | USD | 39.4800 | -44,000 | | Fixed | 0.0000 | |

### Account Summary

| Item | Amount (USD) |
|---|---|
| Value of opening currency balance | 143,396,349.37 Dr |
| Value of trades settling today | 0.00 Cr |
| Value of Rec/Del today | 0.00 Cr |
| Value of Deposits/Withdrawls today | 179,889.56 Cr |
| **Value of closing currency balance(s)** | **143,216,459.81 Dr** |
| Cash Collateral Pending Settlement | 0.00 Cr |
| Financed Cash Pending Settlement | 0.00 Cr |
| NonFX Proceeds Pending Settlement | 20,947,403.52 Cr |
| **Trade Date Cash Balance** | **164,163,863.33 Dr** |
| Market Value of Positions | 163,890,411.70 Cr |
| Mkt Val of Unsettled Fin Positions | 0.00 Cr |
| Mkt Val of Settled Fin Positions | 0.00 Cr |
| Mkt Val of Unsettled Fin Collateral | 0.00 Cr |
| Mkt Val of Settled Fin Collateral | 0.00 Cr |
| Net Value of Financing Interest | 0.00 Cr |
| Open Trade Equity on FX Deals | 0.00 Cr |
| Accrued Interest on Fixed Income | 0.00 Cr |
| Value of Open Swap Positions | 72,892.00 Dr |
| **Preliminary Account Value** | **346,343.63 Dr** |

CONFIDENTIAL

ED&F_00041330

Page 2 of 3

# Account Equity

**ED&F Man Capital Markets Ltd**
3 London Bridge Street
London SE1 9SG
United Kingdom

| | |
|---|---|
| Account Number: | CC:RIVERS-ASSOC |
| Account Name : | RIVERSIDE ASSOCIATES DEFINED BE |
| Date : | 07-03-2014 |
| Currency : | USD |

## Margin Summary

```
----------------------------------- -------------------------
Margin Req (Reg-T: Initial)                        0.00 Cr
Margin Req (Reg-T: Maintenance)                    0.00 Cr
Margin Req (Future Initial)                1,023,371.71 Dr
Margin Req (FOREX)                                 0.00 Cr
Margin Req (Minimum Equity)                        0.00 Cr
----------------------------------- -------------------------
Margin Req (Total)                         1,023,371.71 Dr
```

### Futures Initial Requirement

| Cur | Requirement | Requirement (USD) | Conv Rate |
|---|---|---|---|
| DKK | 5,504,000.00 Dr | 1,023,371.71 Dr | 0.18593 |
| | | 1,023,371.71 Dr | |

## Total Account Value                          1,369,715.34 Dr

## Financing Summary

```
Unsettled Value of collateral at close             0.00 Cr
Unsettled Financing Valuation                      0.00 Cr
----------------------------------- =========================
Unsettled Financing Excess at close                0.00

Settled Value of collateral at close               0.00 Cr
Settled Financing Valuation                        0.00 Cr
----------------------------------- -------------------------
Settled Financing Excess at close                  0.00

Total Financing Excess at close                    0.00
```

CONFIDENTIAL

ED&F-00041331

# TDC A/S

# TDC DC

| | | | | | | |
|---|---|---|---|---|---|---|
| ISIN: DK0060228559 | | | | SEDOL: 5698790 | | COUNTRY: DK |
| | EX DATE: | 07/03/2014 | | REC DATE: | 11/03/2014 | PAY DATE: 12/03/2014 |
| | | CCY: DKK | | GROSS RATE: | 2.20 | FEE: 0.00 |

## AGENT POSITIONS

| CLIENT ACCOUNT | CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVEABLE | CLAIM? | NOTES |
|---|---|---|---|---|---|---|---|---|
| CC:AMERIC-INVGR | AMERICAN INVESTMENT GROUP OF NY LP PENSION PLAN | 73% | 1,000,000 • | | 1,606,000.00 | | | |
| CC:AUTOPA-AUTOP | Autoparts Pensions Group Trust | 73% | 2,069,400 • | | 3,323,456.40 | | | |
| CC:BLUEGR-BLUEG | Bluegrass Retirement Group Trust | 73% | 828,000 • | | 1,329,768.00 | | | |
| CC:BLUELL-BLUEL | BlueGrass Investment Management LLC Retirement Plan | 73% | 2,604,000 • | | 4,182,024.00 | | | |
| CC:CASTPE-GRPTR | Casting Pensions Group Trust | 73% | 1,853,700 • | | 2,977,042.20 | | | |
| CC:CTECHO-00000 | Central Technologies Pensions Group Trust | 73% | 980,000 • | | 1,573,880.00 | | | |
| CC:CUBIXE-00000 | Cubix Managers Limited Partnerships | 73% | 4,995,000 • | | 8,021,970.00 | | | |
| CC:INDUST-PENGP | Industrial Pension Group Trust | 73% | 2,136,100 • | | 3,430,576.60 | | | |
| CC:KAMCO6-LPPRO | KAMCO LP PROFIT SHARING PLAN FBO | 73% | 1,000,000 • | | 1,606,000.00 | | | |
| CC:SVHOLD-SVHOL | SV Holdings LLC Retirement Plan | 73% | 1,678,600 • | | 2,695,831.60 | | | |
| CC:TEWLLC-TEW00 | Tew Enterprises LLC Retirement Plan | 73% | 2,857,000 • | | 4,588,342.00 | | | |
| CC:TEWLP0-TEWLP | Tew LP Retirement Plan | 73% | 2,843,200 • | | 4,566,179.20 | | | |
| LC:GLOBAL-EQV01 | BNP Paribas Depot 7785230F | 73% | | -24,845,000 | | -39,901,670.00 | | |
| CC:AMERIC-INVGR | AMERICAN INVESTMENT GROUP OF NY LP PENSION PLAN | 73% | 4,000,000 • | | 6,424,000.00 | | | |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC   - | 73% | | -2,000,000 | | -3,212,000.00 | | |
| | | | | | | | YES | |
| CC:AUTOPA-AUTOP | Autoparts Pensions Group Trust | 73% | 1,635,600 • | | 2,626,773.60 | | | |
| BK:000004-00000 | Equity Finance Vs IDB | 73% | | -498,000 | | -799,788.00 | YES | |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | | -1,137,600 | | -1,826,985.60 | | |
| CC:BLUEGR-BLUEG | Bluegrass Retirement Group Trust | 73% | 782,000 • | | 1,255,892.00 | | | |
| BK:000004-00000 | Equity Finance Vs IDB | 73% | | -379,000 | | -608,674.00 | YES | |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | | -403,000 | | -647,218.00 | | |
| CC:BLUELL-BLUEL | BlueGrass Investment Management LLC Retirement  Plan | 73% | 1,644,000 • | | 2,640,264.00 | | | |
| BK:000004-00000 | Equity Finance Vs IDB | 73% | | -452,000 | | -725,912.00 | YES | |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | | -1,192,000 | | -1,914,352.00 | | |
| CC:CAMBRI-401XP | Cambridge Way LLC 401K Profit Sharing Plan | 73% | 8,000,000 • | | 12,848,000.00 | | | |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | | -8,000,000 | | -12,848,000.00 | | |
| CC:CASTPE-GRPTR | Casting Pensions Group Trust | 73% | 1,548,700 • | | 2,487,212.20 | | | |
| BK:000004-00000 | Equity Finance Vs IDB | 73% | | -745,000 | | -1,196,470.00 | YES | |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | | -803,700 | | -1,290,742.20 | | |
| CC:CTECHO-00000 | Central Technologies Pensions Group Trust | 73% | 590,000 • | | 947,540.00 | | | |
| BK:000004-00000 | Equity Finance Vs IDB | 73% | | -200,000 | | -321,200.00 | YES | |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | | -390,000 | | -626,340.00 | | |
| CC:DWG00D-CONST | DW CONSTRUCTION INC RETIREMENT PLAN | 73% | 3,300,000 • | | 5,299,800.00 | | | |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | | -3,300,000 | | -5,299,800.00 | | |
| CC:GOLDST-LAWGP | The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO She | 73% | 2,200,000 • | | 3,533,200.00 | | | |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | | -2,200,000  • | | -3,533,200.00 | | |
| CC:HAMLYN-LLP00 | HAMLYN LP | 73% | 24,000,000 • | | 38,544,000.00 | | | |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | | -24,000,000 | | -38,544,000.00 | | |
| CC:INDUST-PENGP | Industrial Pension Group Trust | 73% | 1,577,100 • | | 2,532,822.60 | | | |
| BK:000004-00000 | Equity Finance Vs IDB | 73% | | -416,000 | | -668,096.00 | YES | |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | | -1,161,100 | | -1,864,726.60 | | |



ED&F-00041332



| SL CLIENT ACCOUNT | SL CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVABLE | CUSBA? | NET STK LOAN AMNT | PYMNT W/D | PYMNT JRNL NO |
|---|---|---|---|---|---|---|---|---|---|---|
| BR:JEFFER-INTER | Jefferies International Ltd | 85% | 950,000 | | 1,776,500.00 | | | YES | | |
| BR:MACQUA-MACQU | MACQUARIE BANK LIMITED | 85% | 400,000 | 1,350,000@85 | 748,000.00 | | | YES | | |
| CC:AUTOPA-AUTOP | Autoparts Pensions Group Trust | 100% | 21,800 | | 47,960.00 | | | | | |
| CC:TEWLPO-TEWLP | Tew LP Retirement Plan | 100% | 128,200 | 150,000@100 | 282,040.00 | | | | | |
| CC:POLLEN-FUNDO | POLLEN FUND LIMITED | 100% | | | | -1,300,000.00 | | | | |
| | SL TOTALS | | 1,500,000 | -1,500,000 | TOTALS 2,854,500.00 | -1,300,000.00 | | | | |

# SWAP POSITIONS

| SWP CLIENT ACCOUNT | SWP CLIENT NAME | DIV % | SWAP LONG | SWAP SHORT | PAYABLE | RECEIVABLE |
|---|---|---|---|---|---|---|
| | | SWP TOTAL: | | TOTALS | 0.00 | 0.00 |

CONFIDENTIAL

ED&F-00041333



ED&F-00041334