# Exhibit 107



**E D & F MAN CAPITAL MARKETS LIMITED**

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN - 5532 Lillehammer Lane, Suite 103, Park City, Utah, 84098, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | DSV A/S |
| ISIN: | DK0060079531 |
| SEDOL: | B1WT5G2 |
| Ex Date: | 13/03/2015 |
| Record Date: | 16/03/2015 |
| Pay Date: | 17/03/2015 |
| Quantity: | 850,000.00 |
| Gross Div Rate: | 1.60 |
| Amount Received: | 992,800.00 |
| WHT Suffered: | 367,200.00 |
| Currency: | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*[signature]*

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE
CONFIDENTIAL

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000

ED&F-00038285

## Charlotte Woodward

| | |
|---|---|
| **From:** | Ireland, Freddie (LDN) <fireland@edfmancapital.com> |
| **Sent:** | 11 March 2015 16:29 |
| **To:** | Stacey Kaminer; Mina, Sara (LDN) |
| **Cc:** | Alan Goldman; LDN-EQUITYFINANCE-TRADS-DL |
| **Subject:** | RE: DSV DC potential liquidity 1.7mm shares |
| **Attachments:** | Hello Freddie,; Fwd:Confirm |

Thanks Stacey, filled.
Confirms attached

---

**From:** Stacey Kaminer [mailto:sk@aigkamco.com]
**Sent:** 11 March 2015 15:07
**To:** Ireland, Freddie (LDN); Mina, Sara (LDN)
**Cc:** Alan Goldman; LDN-EQUITYFINANCE-TRADS-DL
**Subject:** RE: DSV DC potential liquidity 1.7mm shares

Thank you. The accounts are good with the terms please allocate 850,000 shares to each of RIVERS-ASSOC and LINDEN-ADBPL

Best,

Stacey

---

**From:** Ireland, Freddie (LDN) [mailto:fireland@edfmancapital.com]
**Sent:** Wednesday, March 11, 2015 9:02 AM
**To:** Stacey Kaminer; Mina, Sara (LDN)
**Cc:** Alan Goldman; LDN-EQUITYFINANCE-TRADS-DL
**Subject:** RE: DSV DC potential liquidity 1.7mm shares

priced this using the 1w rate -0.395

---

**From:** Stacey Kaminer [mailto:sk@aigkamco.com]
**Sent:** 11 March 2015 14:32
**To:** Mina, Sara (LDN)
**Cc:** Alan Goldman; LDN-EQUITYFINANCE-TRADS-DL
**Subject:** RE: DSV DC potential liquidity 1.7mm shares

The accounts are interested. What fixing rate is pricing into the futures today?

Best,

Stacey

---

**From:** Mina, Sara (LDN) [mailto:smina@edfmancapital.com]
**Sent:** Wednesday, March 11, 2015 4:22 AM
**To:** Stacey Kaminer
**Cc:** Alan Goldman; LDN-EQUITYFINANCE-TRADS-DL
**Subject:** DSV DC potential liquidity 1.7mm shares

Morning Stacey,

We have seen decent liquidity in DSV DC vs April expiry Ice futures per below details. Details are bellow. Let me know if these work for you and if so I will hit this.

Many thanks,
Sara


DSV DC
TD March 11th
SD March 13th
Quantity 1,700,000
Buy Stock @ 219.2
Sell Futures @ 217.6942




**Sara Mina**
Equity Finance Trader

**ED&F Man Capital Markets Limited**
Cottons Centre, Hay's Lane, London, SE1 2QE
Direct: +44 (0)203 580 7629 | Desk: +44 (0)203 580 7625 | Mobile: +44 (0)7810867085
smina@edfmancapital.com | www.edfman.com

This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at http://www.edfmancapital.com. This document has been prepared for informational purposes only and opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is a registered company in England, number 1292851. MCM is authorised and regulated by the Financial Conduct Authority in the UK, register number 194926 at http://www.fca.org.uk. Member of the LSE.
This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at http://www.edfmancapital.com. This document has been prepared for informational purposes only and opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is a


registered company in England, number 1292851. MCM is authorised and regulated by the Financial Conduct Authority in the UK, register number 194926 at http://www.fca.org.uk. Member of the LSE.

## Charlotte Woodward

**From:** Freddie Ireland (E D & F MAN CAPITAL) <fireland@bloomberg.net>
**Sent:** 11 March 2015 16:03
**Subject:** Hello Freddie,


--- Original Sender: ROSS LIDDARD, E D & F MAN CAPITAL ---

Hello Freddie,

To confirm ED&F MAN BUYS the following:

1,700,000 DSV DC (DK0060079531) @ DKK 219.20
                              @ DKK 219.20274 Net

SHAPES: 4 * 425,000

TRADE DATE: 11 MAR
VALUE DATE: 13-MAR

Thanks, Ross


------------------------------------------------------------------------------
This electronic mail message was sent by ED&F Man Capital Markets Limited ("MCM"). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited.  If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of and will not be responsible for the consequences of reliance upon any opinion or information contained herein.

# Charlotte Woodward

**From:** Freddie Ireland (E D & F MAN CAPITAL) <fireland@bloomberg.net>
**Sent:** 11 March 2015 15:56
**Subject:** Fwd:Confirm


--- Original Sender: HAYLEY MUNDEN, ICAP ---



----- Original Message -----
From: HAYLEY MUNDEN (ICAP)
At: Mar 11 2015 15:52:55

Hi Freddie,

To confirm YOU SELL:

17,000 DRD (DSV DC) ICE flex cash Apr'15 @ 217.6947 (ref: 219.2)
Splits: 9,010 @ 217.69 / 7,990 @ 217.7

Thanks, Hayley


---------------------------------------------------------------------------
This electronic mail message was sent by ED&F Man Capital Markets Limited ("MCM"). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of and will not be responsible for the consequences of reliance upon any opinion or information contained herein.

## Charlotte Woodward

| | |
|---|---|
| **From:** | ROSS LIDDARD <rliddard@edfmancapital.com> |
| **Sent:** | 11 March 2015 15:46 |
| **Subject:** | Bloomberg: Hello Billy, |

**Greeting**: EQUITY FINANCE BROKER 0203 580 7639 07789 263 785 {B9} {#L}

```
Hello Billy,

To confirm MS EDS LUX SELLS the following:

1,700,000 DSV DC (DK0060079531) @ DKK 219.20


SHAPES: 4 * 425,000

TRADE DATE: 11 MAR
VALUE DATE: 13-MAR

Thanks, Ross
```

**Sent By** :

**B ROSS LIDDARD**, rliddard@edfmancapital.com, RLIDDARD3@Bloomberg.net, E D & F MAN CAPITAL

**Recipients** :

**B BILLY KWONG**, KWONGB@Bloomberg.net, MORGAN STANLEY & CO

**Disclaimers** :

**E D & F MAN CAPITAL**

This electronic mail message was sent by ED&F Man Capital Markets Limited ("MCM"). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of and will not be responsible for the consequences of reliance upon any opinion or information contained herein.

Processed by **Global Relay Message Converter for Bloomberg** | V2.0.0 | File (BMAIL) Message 13564 | 2015-03-11 10:32:18 PM (EDT)

CONFIDENTIAL                                                                                                         ED&F-00038291

Rosenblatt work product: extracts of shadow data

| Firm | DateBasis | Sequence | ExtRefID | TradeDate | EntryDate | SettlementDate | TradeAccount | Product | AssetAlias1 | Currency | Ticket | Transaction | Quantity | Proceeds | FinalPrice | Asset | MasterAccount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E1 | TRD | 422186 | EQ51189-185242 | 11/03/2015 | 2015-03-12 00:00:00.000 | 13/03/2015 | 1020035IDBSEBIDBE1 | EQUITY | DK0060079531 | DKK | REP | BUY | 425,000 | 93161164.50 | 219.2027400000 | DSV DC | 1020035IDBSEBIDBE1 |
| E1 | TRD | 422186 | EQ51189-185242 | 11/03/2015 | 2015-03-12 00:00:00.000 | 13/03/2015 | 1020010RIVERSASSOC | EQUITY | DK0060079531 | DKK | REP | SEL | 425,000 | 93161164.50 | 219.2027400000 | DSV DC | 1020010RIVERSASSOC |
| E1 | TRD | 422187 | EQ51189-185241 | 11/03/2015 | 2015-03-12 00:00:00.000 | 13/03/2015 | 1020035IDBSEBIDBE1 | EQUITY | DK0060079531 | DKK | REP | BUY | 425,000 | 93161164.50 | 219.2027400000 | DSV DC | 1020035IDBSEBIDBE1 |
| E1 | TRD | 422187 | EQ51189-185241 | 11/03/2015 | 2015-03-12 00:00:00.000 | 13/03/2015 | 1020010RIVERSASSOC | EQUITY | DK0060079531 | DKK | REP | SEL | 425,000 | 93161164.50 | 219.2027400000 | DSV DC | 1020010RIVERSASSOC |

CONFIDENTIAL

ED&F-00038292



CONFIDENTIAL   ED&F-00038293



# Account Equity

ED&F Man Capital Markets Ltd  
3 London Bridge Street  
London SE1 9SG  
United Kingdom  

Account Number: CC:RIVERS-ASSOC  
Account Name  : RIVERSIDE ASSOCIATES DEFINED BE  
Date          : 13-03-2015  
Currency      : USD  

## Cash Summary

| Cur Layer | Trade Date Amount | Conv Rate | TD Reporting Amt (USD) | Settle Date Amount | Conv Rate | SD Reporting Amt (USD) |
|---|---|---|---|---|---|---|
| DKK Cash | 673,461,788.16 Dr | 0.14069447 | 94,752,349.35 Dr | 188,173,394.16 Dr | 0.14069447 | 26,474,955.96 Dr |
| DKK Var Margin | 11,288,700.00 Dr | 0.14069447 | 1,588,257.66 Dr | 11,288,700.00 Dr | 0.14069447 | 1,588,257.66 Dr |
| EUR Cash | 53,643.53 Cr | 1.04960000 | 56,304.25 Cr | 53,643.53 Cr | 1.04960000 | 56,304.25 Cr |
| GBP Cash | 100.63 Dr | 1.47440000 | 148.37 Dr | 100.63 Dr | 1.47440000 | 148.37 Dr |
| USD Cash | 62,241,814.04 Dr | 1.00000000 | 62,241,814.04 Dr | 62,241,814.04 Dr | 1.00000000 | 62,241,814.04 Dr |
| USD SEG CASH A | 146,095.65 Cr | 1.00000000 | 146,095.65 Cr | 146,095.65 Cr | 1.00000000 | 146,095.65 Cr |
| | | | 158,380,169.52 Dr | | | 90,102,776.13 Dr |

## Trade Date Positions (Equity) (DKK)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| DANSKE DC | DANSKE BANK A/S | C | 1,200,000.00 Lg | 176.0022 | 175.5000 | 211,202,640.00 Dr | 210,600,000.00 Cr | 602,640.00 Dr | DKK |
| NOVOB DC | NOVO NORDISK A/S-B | C | 1,400,000.00 Lg | 329.1041 | 337.8000 | 460,745,754.00 Dr | 472,920,000.00 Cr | 12,174,246.00 Cr | DKK |
| | | | | | Totals: | 671,948,394.00 Dr | 683,520,000.00 Cr | 11,571,606.00 Cr | |

## Trade Date Positions (Equity) (USD)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| UN US | UNILEVER N V   -NY SHARES | C | 1,444,600.00 Lg | 42.1105 | 42.0300 | 60,832,871.64 Dr | 60,716,538.00 Cr | 116,333.64 Dr | USD |
| | | | | | Totals: | 60,832,871.64 Dr | 60,716,538.00 Cr | 116,333.64 Dr | |

## Trade Date Futures Positions (DKK)

| Asset | Description | Position | Trd Price | Market Price | Orig Notional | Market Value | Open Trd Equity | Cur |
|---|---|---|---|---|---|---|---|---|
| NFY17APR2015 | NFY17APR2015BCLEAR | 14,000.00 Sh | 324.5961 | 332.8200 | 454,434,540.00 Cr | 465,948,000.00 Dr | 11,513,460.00 Dr | DKK |
| OGY17APR2015 | OGY17APR2015BCLEAR | 12,000.00 Sh | 171.0973 | 170.9100 | 205,316,760.00 Cr | 205,092,000.00 Dr | 224,760.00 Cr | DKK |
| | | | | | 659,751,300.00 Cr | 671,040,000.00 Dr | 11,288,700.00 Dr | DKK |

## Pending Trades (DKK)

| Trade Dt | Settl Dt | Type | Trn | Quantity | Asset | Trd Price | Proceeds | Cur |
|---|---|---|---|---|---|---|---|---|
| 13-03-15 | 17-03-15 | Normal | BUY | 1,200,000.00 | DANSKE DC | 176.0022 | 211,202,640.00 Dr | DKK |
| 13-03-15 | 17-03-15 | Normal | SEL | 850,000.00 | DSV DC | 219.6000 | 186,660,000.00 Cr | DKK |
| 13-03-15 | 17-03-15 | Normal | BUY | 1,400,000.00 | NOVOB DC | 329.1041 | 460,745,754.00 Dr | DKK |

CONFIDENTIAL                                                                 ED&F-00038295

Page 1 of 3

# Account Equity

**ED&F Man Capital Markets Ltd**  
3 London Bridge Street  
London SE1 9SG  
United Kingdom  

Account Number: CC:RIVERS-ASSOC  
Account Name  : RIVERSIDE ASSOCIATES DEFINED BE  
Date          : 13-03-2015  
Currency      : USD  

## Equity Swaps

| Tick Seq | Trade Dt Set Dt | Term Dt | Asset Description | Quantity D | Open Price | Notional | Cur | Market Price | MTM Valuation | Next Reset | Rate Description | Rate | Accrued Financing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 375276 | 27-01-15 30-01-15 | 30-04-15 | UN US UNILEVER N V -NY SHARES | 1,444,600 S | 42.8060 | 61,837,548 | USD | 42.0300 | 1,121,010 | | Fixed | 0.0000 | 0.00 |

## Account Summary

| Item | Amount (USD) |
|---|---|
| Value of opening currency balance | 76,425,279.44 Dr |
| Value of trades settling today | 38,034,557.80 Dr |
| Value of Rec/Del today | 0.00 Cr |
| Value of Deposits/Withdrawls today | 24,357,061.12 Cr |
| **Value of closing currency balance(s)** | **90,102,776.13 Dr** |
| Cash Collateral Pending Settlement | 0.00 Cr |
| Financed Cash Pending Settlement | 0.00 Cr |
| NonFX Proceeds Pending Settlement | 68,277,393.39 Dr |
| **Trade Date Cash Balance** | **158,380,169.52 Dr** |
| Market Value of Positions | 156,884,022.13 Cr |
| Mkt Val of Unsettled Fin Positions | 0.00 Cr |
| Mkt Val of Settled Fin Positions | 0.00 Cr |
| Mkt Val of Unsettled Fin Collateral | 0.00 Cr |
| Mkt Val of Settled Fin Collateral | 0.00 Cr |
| Net Value of Financing Interest | 0.00 Cr |
| Open Trade Equity on FX Deals | 0.00 Cr |
| Accrued Interest on Fixed Income | 0.00 Cr |
| Value of Open Swap Positions | 1,121,009.60 Cr |
| **Preliminary Account Value** | **375,137.79 Dr** |

## Margin Summary

| | Amount |
|---|---|
| Margin Req (Reg-T: Initial) | 0.00 Cr |
| Margin Req (Reg-T: Maintenance) | 0.00 Cr |
| Margin Req (Future Initial) | 7,660,811.08 Dr |
| Margin Req (FOREX) | 0.00 Cr |
| Margin Req (Minimum Equity) | 0.00 Cr |
| **Margin Req (Total)** | **7,660,811.08 Dr** |

## Futures Initial Requirement

| Cur | Requirement | Requirement (USD) | Conv Rate |
|---|---|---|---|
| DKK | 54,449,980.00 Dr | 7,660,811.08 Dr | 0.14069 |
| | | **7,660,811.08 Dr** | |

CONFIDENTIAL                                                               ED&F-00038296
Page 2 of 3

# Account Equity

```
ED&F Man Capital Markets Ltd                         Account Number: CC:RIVERS-ASSOC
3 London Bridge Street                               Account Name   : RIVERSIDE ASSOCIATES DEFINED BE
London SE1 9SG                                       Date           : 13-03-2015
United Kingdom                                       Currency       : USD
```

**Outstanding Calls**

| Key    | Type of Call | Status | Issue Date | Entry Date | Due Date   | Amount (Original)           | Amount (Open)               | Cur |
|--------|--------------|--------|------------|------------|------------|-----------------------------|-----------------------------|-----|
| 280351 | Futures call | Issued | 13-03-2015 | 13-03-2015 | 13-03-2015 | 7,568,700.81                | 7,568,700.81                | USD |
|        |              |        |            |            |            | ======================      | ======================      |     |
|        |              |        |            |            |            | 7,568,700.81                | 7,568,700.81                |     |

**Total Account Value**                                              **8,035,948.87 Dr**

**Financing Summary**

```
Unsettled Value of collateral at close               0.00 Cr
Unsettled Financing Valuation                        0.00 Cr
----------------------------------------   ========================
```
**Unsettled Financing Excess at close                 0.00**

```
Settled Value of collateral at close                 0.00 Cr
Settled Financing Valuation                          0.00 Cr
----------------------------------------   ========================
```
**Settled Financing Excess at close                   0.00**

**Total Financing Excess at close                     0.00**

# DSV A/S                                                                                                       DSV DC

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ISIN: DK0060079531 | | SEDOL: B1WT5G2 | | | | COUNTRY: DK | |
| EX DATE: | 13/03/2015 | REC DATE: | 16/03/2015 | | PAY DATE: | 17/03/2015 | |
| CCY: | DKK | GROSS RATE: | 1.60 | | FEE: | 0.00 | |

## AGENT POSITIONS                                                BOD BREAKDOWN TO BE SENT TO AGENT FOR: DATE:
                                                                                                 CZ / FI / NO / PL / SE

| CLIENT ACCOUNT | CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVEABLE | CLAIM? | NOTES |
|---|---|---|---|---|---|---|---|---|
| CC:LINDEN-ADBPL | Linden Associates Defined Benefit Plan | 73% | 850,000 | | 992,800.00 | | | |
| CC:RIVERS-ASSOC | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN | 73% | 850,000 | | 992,800.00 | | | |
| LC:DENDKK-DIVDK | SEB Depot 05295142806 | 73% | | -1,700,000 | | -1,985,600.00 | | |
| | TOTALS | | 1,700,000 | -1,700,000 | TOTALS | 1,985,600.00 | -1,985,600.00 | |

## SECURITIES LENDING POSITIONS

| SL CLIENT ACCOUNT | SL CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVEABLE | CLAIM? | NET STK LOAN AMNT | PYMNT V/D | PYMNT JRNL NO |
|---|---|---|---|---|---|---|---|---|---|---|
| CC:AUTOPA-AUTOP | Autoparts Pensions Group Trust | 100% | 710,000 | | 1,136,000.00 | | | | | |
| CC:CASTPE-GRPTR | Casting Pensions Group Trust | 100% | 910,000 | | 1,456,000.00 | | | | | |
| CC:CTECH0-00000 | Central Technologies Pensions Group Trust | 100% | 745,000 | | 1,192,000.00 | | | | | |
| CC:INDUST-PENGP | Industrial Pension Group Trust | 100% | 810,000 | | 1,296,000.00 | | | | | |
| CC:POLLEN-FUND0 | POLLEN FUND LIMITED | 100% | | -3,175,000 | | -5,080,000.00 | | | | |
| | SL TOTALS | | 3,175,000 | -3,175,000 | TOTALS | 5,080,000.00 | -5,080,000.00 | | | |

## SWAP POSITIONS

| SWP CLIENT ACCOUNT | SWP CLIENT NAME | DIV % | SWAP LONG | SWAP SHORT | PAYABLE | RECEIVEABLE |
|---|---|---|---|---|---|---|
| | SWP TOTALS | | 0 | 0 | TOTALS | 0.00 | 0.00 |

| PREPARED: | DESK SIGN OFF: | OPS MANAGER SIGN OFF: |
|---|---|---|

| AGENT CASH RECEIVED | CLAIMS PAID | D1 JOURNAL POSTED | JOURNAL NUMBERS UPDATED | | FILE CLOSED |
|---|---|---|---|---|---|
| | | | | DATE: | CLOSER: |

| MESSAGE_ID | Tag Sequence | Tag Name | Tag Value |
|---|---|---|---|
| OESSEDKKKXXX566C150317000294497 150317 | 1 | Tag 16R | GENL |
| OESSEDKKKXXX566C150317000294497 150317 | 2 | Tag 20C | :CORP//150212DVCA161535 |
| OESSEDKKKXXX566C150317000294497 150317 | 3 | Tag 20C | :SEME//C150317000294497 |
| OESSEDKKKXXX566C150317000294497 150317 | 4 | Tag 23G | NEWM |
| OESSEDKKKXXX566C150317000294497 150317 | 5 | Tag 22F | :CAEV//DVCA |
| OESSEDKKKXXX566C150317000294497 150317 | 6 | Tag 16R | LINK |
| OESSEDKKKXXX566C150317000294497 150317 | 7 | Tag 13A | :LINK//564 |
| OESSEDKKKXXX566C150317000294497 150317 | 8 | Tag 20C | :PREV//C150316000293776 |
| OESSEDKKKXXX566C150317000294497 150317 | 9 | Tag 16S | LINK |
| OESSEDKKKXXX566C150317000294497 150317 | 10 | Tag 16S | GENL |
| OESSEDKKKXXX566C150317000294497 150317 | 11 | Tag 16R | USECU |
| OESSEDKKKXXX566C150317000294497 150317 | 12 | Tag 97A | :SAFE//05295142806 |
| OESSEDKKKXXX566C150317000294497 150317 | 13 | Tag 35B | ISIN DK0060079531<br>DSV B |
| OESSEDKKKXXX566C150317000294497 150317 | 14 | Tag 93B | :CONB//UNIT/1700000, |
| OESSEDKKKXXX566C150317000294497 150317 | 15 | Tag 16S | USECU |
| OESSEDKKKXXX566C150317000294497 150317 | 16 | Tag 16R | CADETL |
| OESSEDKKKXXX566C150317000294497 150317 | 17 | Tag 98A | :XDTE//20150313 |
| OESSEDKKKXXX566C150317000294497 150317 | 18 | Tag 98A | :RDTE//20150316 |
| OESSEDKKKXXX566C150317000294497 150317 | 19 | Tag 16S | CADETL |
| OESSEDKKKXXX566C150317000294497 150317 | 20 | Tag 16R | CACONF |
| OESSEDKKKXXX566C150317000294497 150317 | 21 | Tag 13A | :CAON//001 |
| OESSEDKKKXXX566C150317000294497 150317 | 22 | Tag 22F | :CAOP//CASH |
| OESSEDKKKXXX566C150317000294497 150317 | 23 | Tag 16R | CASHMOVE |
| OESSEDKKKXXX566C150317000294497 150317 | 24 | Tag 22H | :CRDB//CRED |
| OESSEDKKKXXX566C150317000294497 150317 | 25 | Tag 97A | :CASH//52950017004263 |
| OESSEDKKKXXX566C150317000294497 150317 | 26 | Tag 19B | :PSTA//DKK1985600, |
| OESSEDKKKXXX566C150317000294497 150317 | 27 | Tag 19B | :GRSS//DKK2720000, |
| OESSEDKKKXXX566C150317000294497 150317 | 28 | Tag 19B | :NETT//DKK1985600, |
| OESSEDKKKXXX566C150317000294497 150317 | 29 | Tag 19B | :WITL//DKK734400, |
| OESSEDKKKXXX566C150317000294497 150317 | 30 | Tag 98A | :POST//20150317 |
| OESSEDKKKXXX566C150317000294497 150317 | 31 | Tag 98A | :VALU//20150317 |
| OESSEDKKKXXX566C150317000294497 150317 | 32 | Tag 98A | :PAYD//20150317 |
| OESSEDKKKXXX566C150317000294497 150317 | 33 | Tag 92F | :GRSS//DKK1,600000 |
| OESSEDKKKXXX566C150317000294497 150317 | 34 | Tag 92A | :TAXR//27, |
| OESSEDKKKXXX566C150317000294497 150317 | 35 | Tag 16S | CASHMOVE |
| OESSEDKKKXXX566C150317000294497 150317 | 36 | Tag 16S | CACONF |
| OESSEDKKKXXX566C150317000294497 150317 | 37 | Tag 16R | ADDINFO |
| OESSEDKKKXXX566C150317000294497 150317 | 38 | Tag 70E | :PACO//SEB MERCHANT BANKING CUSTODY SERVICES DENMARK CORPORATE ACTIONS PHONE +371 677 57262 |
| OESSEDKKKXXX566C150317000294497 150317 | 39 | Tag 16S | ADDINFO |



CONFIDENTIAL

ED&F-00038300