# Exhibit 109



**E D & F MAN CAPITAL MARKETS LIMITED**

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane,  London SE1 2QE and registered In the United Kingdom – confirm, RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN - 5532 Lillehammer Lane, Suite 103, Park City, Utah, 84098, USA, was holding the below security over the dividend date.

|  |  |
|---|---|
| Security Description: | Danske Bank A/S |
| ISIN: | DK0010274414 |
| SEDOL: | 4588825 |
| Ex Date: | 19/03/2015 |
| Record Date: | 20/03/2015 |
| Pay Date: | 23/03/2015 |
| Quantity: | 1,200,000.00 |
| Gross Div Rate: | 5.5 |
| Amount Received: | 4,818,000.00 |
| WHT Suffered: | 1,782,000.00 |
| Currency | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN. If you have any further concerns or issues please do not hesitate to contact us.

A U T H O R I S E D   S I G N A T O R Y

Christina MacKinnon

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered In England No.1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL

ED&F-00047364

**Charlotte Woodward**

| | |
|---|---|
| **From:** | Mina, Sara (LDN) <smina@edfmancapital.com> |
| **Sent:** | 13 March 2015 15:45 |
| **To:** | Stacey Kaminer |
| **Cc:** | Alan Goldman; LDN-EQUITYFINANCE-TRADS-DL |
| **Subject:** | RE: DANSKE DC potential liquidity 3.4 million shares |
| **Attachments:** | The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Sheldon and Scott Goldstein Stock DANSKE DC 1.1 million; Linden Associates Defined Benefit Plan Stock DANSKE DC 1.1 million; RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN Stock DANSKE DC 1.2 million; Linden Associates Defined Benefit Plan Futures OGY 11K; RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN Futures OGY 12K; The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Sheldon and Scott Goldstein Futures OGY 11K |

Hi Stacey,

Please find your confirms attached. As discussed we were able to fill your futures at a slightly better level of 171.0973.

Thanks,
Sara

DANSKE DC
TD March 13th
SD March 17th
Quantity 3,400,000
Buy Stock @ 176
Sell Futures @ 171.0973

---

**From:** Stacey Kaminer [mailto:sk@aigkamco.com]
**Sent:** 13 March 2015 14:09
**To:** Mina, Sara (LDN)
**Cc:** Alan Goldman; LDN-EQUITYFINANCE-TRADS-DL
**Subject:** RE: DANSKE DC potential liquidity 3.4 million shares

The following accounts are interested:

1.1 mil shares – GOLDST-LAWGP
1.2 mil shares – RIVERS-ASSOC
1.1 mil shares – LINDEN-ADBPL

The pricing is accepted.

Best,

Stacey

---

**From:** Mina, Sara (LDN) [mailto:smina@edfmancapital.com]
**Sent:** Friday, March 13, 2015 7:28 AM
**To:** Stacey Kaminer

CONFIDENTIAL

ED&F-00047365

**Cc:** Alan Goldman; LDN-EQUITYFINANCE-TRADS-DL
**Subject:** DANSKE DC potential liquidity 3.4 million shares

Morning Stacey,

We have seen some decent liquidity in DANSKE DC vs April expiry Ice futures per below details. Details are bellow. Let me know if these work for you and if so we will allocate to you.

Many thanks,
Sara

DANSKE DC
TD March 13th
SD March 17th
Quantity 3,400,000
Buy Stock @ 176
Sell Futures @ 171.0928

**Sara Mina**
Equity Finance Trader

**ED&F Man Capital Markets Limited**
Cottons Centre, Hay's Lane, London, SE1 2QE
Direct: +44 (0)203 580 7629 | Desk: +44 (0)203 580 7625 | Mobile: +44 (0)7810867085
smina@edfmancapital.com | www.edfman.com

This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at http://www.edfmancapital.com. This document has been prepared for informational purposes only and opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is a registered company in England, number 1292851. MCM is authorised and regulated by the Financial Conduct Authority in the UK, register number 194926 at http://www.fca.org.uk. Member of the LSE.

CONFIDENTIAL                                                      ED&F-00047366

## Charlotte Woodward

| | |
|---|---|
| **From:** | Mina, Sara (LDN) <smina@edfmancapital.com> |
| **Sent:** | 13 March 2015 15:38 |
| **To:** | Mina, Sara (LDN) |
| **Subject:** | Linden Associates Defined Benefit Plan Futures OGY 11K |
| **Attachments:** | ATT00001.bin |

Trade Reference 423084

E D & F Man Capital Markets Limited

Cottons Centre, Hay's Lane, London, SE1 2QE

Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 13/03/2015 |
| Customer: | Linden Associates Defined Benefit Plan |
| Broker: | ED&F Man Capital Markets Ltd |
| Customer Trade Type: | Sell |
| Sec Desc: | OGY17APR2015BCLEAR |
| Exchange: | LIFFE |
| Price: | 171.0973 |
| Quantity: | 11,000 |
| Currency: | DKK |
| Comments: | External Sequence: EQ52025-187032 Execution Time: Friday March 13,2015 12:00:00 AM Batch Id: 20150313_033644 |
| Direct Commission: | 0.00 |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we

have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy.

A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for

directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered

compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be

disclosed.

Should you have any issue related to this confirm please contact our Settlements Dept:

Tel: +44 (0) 20 3580 7234
Email:
secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority
Registered in England No. 194926

1

## Charlotte Woodward

| | |
|---|---|
| **From:** | Mina, Sara (LDN) <smina@edfmancapital.com> |
| **Sent:** | 13 March 2015 15:32 |
| **To:** | Mina, Sara (LDN) |
| **Subject:** | Linden Associates Defined Benefit Plan Stock DANSKE DC 1.1 million |
| **Attachments:** | ATT00001.bin |

Trade Reference 422735

E D & F Man Capital Markets Limited

Cottons Centre, Hay's Lane, London, SE1 2QE

Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 13/03/2015 |
| Settlement Date: | 16/03/2015 |
| Customer: | Linden Associates Defined Benefit Plan |
| Broker: | ED&F Man Capital Markets Ltd |
| Trade Type: | Buy |
| Sec Desc: | DANSKE BANK A/S |
| ISIN: | DK0010274414 |
| Gross Price: | 176.002200 |
| Net Price: | 176.002200 |
| Quantity: | 1,100,000 |
| Settlement Method: | DNI |
| Net Cash: | 193,602,420.00 |
| Currency: | DKK |
| Comments: | External Sequence: EQ52022-187002 Execution Time: Friday March 13,2015 12:00:00 AM Batch Id: 20150313_033629 |
| Commission: | |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we

have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy.

A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for

directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered

compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be

disclosed.

| | |
|---|---|
| Should you have any issue related to this confirm please contact our settlements Dept: | Tel: +44 (0) 20 3580 7234 Email: secops@edfmancapital.com |

1

ED&F-00047368

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority
Registered in England No. 194926

CONFIDENTIAL

ED&F-00047369

## Charlotte Woodward

**From:** Mina, Sara (LDN) <smina@edfmancapital.com>
**Sent:** 13 March 2015 15:40
**To:** Mina, Sara (LDN)
**Subject:** RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN Futures OGY 12K
**Attachments:** ATT00001.bin

Trade Reference 423083
E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 13/03/2015 |
| Customer: | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN |
| Broker: | ED&F Man Capital Markets Ltd |
| Customer Trade Type: | Sell |
| Sec Desc: | OGY17APR2015BCLEAR |
| Exchange: | LIFFE |
| Price: | 171.0973 |
| Quantity: | 12,000 |
| Currency: | DKK |
| Comments: | External Sequence: EQ52025-187031 Execution Time: Friday March 13,2015 12:00:00 AM Batch Id: 20150313_033644 |
| Direct Commission: | 0.00 |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we
have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy.
A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for
directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered
compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be
disclosed.

Should you have any issue related to this confirm please contact our Settlements Dept:

Tel: +44 (0) 20 3580 7234
Email:
secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority
Registered in England No. 194926

1

CONFIDENTIAL

## Charlotte Woodward

**From:** Mina, Sara (LDN) <smina@edfmancapital.com>
**Sent:** 13 March 2015 15:32
**To:** Mina, Sara (LDN)
**Subject:** RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN Stock DANSKE DC 1.2 million
**Attachments:** ATT00001.bin

Trade Reference 422734
E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 13/03/2015 |
| Settlement Date: | 16/03/2015 |
| Customer: | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN |
| Broker: | ED&F Man Capital Markets Ltd |
| Trade Type: | Buy |
| Sec Desc: | DANSKE BANK A/S |
| ISIN: | DK0010274414 |
| Gross Price: | 176.002200 |
| Net Price: | 176.002200 |
| Quantity: | 1,200,000 |
| Settlement Method: | DNI |
| Net Cash: | 211,202,640.00 |
| Currency: | DKK |
| Comments: | External Sequence: EQ52022-187001 Execution Time: Friday March 13,2015 12:00:00 AM Batch Id: 20150313_033629 |
| Commission: | |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we
have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy.
A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for
directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered
compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be
disclosed.

Should you have any issue related to this confirm please contact our settlements Dept:

Tel: +44 (0) 20 3580 7234
Email:
secops@edfmancapital.com

1

ED&F-00047371

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority
Registered in England No. 194926

CONFIDENTIAL

ED&F-00047372

## Charlotte Woodward

| | |
|---|---|
| **From:** | Mina, Sara (LDN) <smina@edfmancapital.com> |
| **Sent:** | 13 March 2015 15:41 |
| **To:** | Mina, Sara (LDN) |
| **Subject:** | The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Sheldon and Scott Goldstein Futures OGY 11K |
| **Attachments:** | ATT00001.bin |

Trade Reference 423082

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 13/03/2015 |
| Customer: | The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Sheldon and Scott Goldstein |
| Broker: | ED&F Man Capital Markets Ltd |
| Customer Trade Type: | Sell |
| Sec Desc: | OGY17APR2015BCLEAR |
| Exchange: | LIFFE |
| Price: | 171.0973 |
| Quantity: | 11,000 |
| Currency: | DKK |
| Comments: | External Sequence: EQ52025-187030 Execution Time: Friday March 13,2015 12:00:00 AM Batch Id: 20150313_033644 |
| Direct Commission: | 0.00 |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we
have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy.
A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for
directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered
compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be
disclosed.

| | |
|---|---|
| Should you have any issue related to this confirm please contact our Settlements Dept: | Tel: +44 (0) 20 3580 7234 Email: secops@edfmancapital.com |

1

ED&F-00047373

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority
Registered in England No. 194926

CONFIDENTIAL

ED&F-00047374

**Charlotte Woodward**

| | |
|---|---|
| **From:** | Mina, Sara (LDN) <smina@edfmancapital.com> |
| **Sent:** | 13 March 2015 15:32 |
| **To:** | Mina, Sara (LDN) |
| **Subject:** | The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Sheldon and Scott Goldstein Stock DANSKE DC 1.1 million |
| **Attachments:** | ATT00001.bin |

Trade Reference 422733

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 13/03/2015 |
| Settlement Date: | 16/03/2015 |
| Customer: | The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Sheldon and Scott Goldstein |
| Broker: | ED&F Man Capital Markets Ltd |
| Trade Type: | Buy |
| Sec Desc: | DANSKE BANK A/S |
| ISIN: | DK0010274414 |
| Gross Price: | 176.002200 |
| Net Price: | 176.002200 |
| Quantity: | 1,100,000 |
| Settlement Method: | DNI |
| Net Cash: | 193,602,420.00 |
| Currency: | DKK |
| Comments: | External Sequence: EQ52022-187000 Execution Time: Friday March 13,2015 12:00:00 AM Batch Id: 20150313_033629 |
| Commission: | |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we

have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy.
A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for
directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered
compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be
disclosed.

CONFIDENTIAL                                                      ED&F-00047375

Should you have any issue related to this confirm please contact our settlements Dept:

Tel: +44 (0) 20 3580 7234
Email:
secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority
Registered in England No. 194926

2

CONFIDENTIAL

ED&F-00047376

**Charlotte Woodward**

| | |
|---|---|
| **From:** | Schofield, Paul (LDN) <pschofield@edfmancapital.com> |
| **Sent:** | 13 March 2015 14:06 |
| **To:** | Mina, Sara (LDN) |
| **Cc:** | Liddard, Ross (LDN); Schofield, Paul (LDN) |
| **Subject:** | DANSKE + NOVOB CONFIRM (SEB Settlement please) |

Hi,

To confirm ED&F MCM BUY the following,

4,500,000 DANSKE DC (DK0010274414) @ DKK 176.00 (DKK 176.0022 net)
4,000,000 NOVOB DC (DK0060534915) @ DKK 329.10 (DKK 329.10411 net)

Trade date 13-Mar
Value date 17-Mar

DANSKE SHAPES: 2 x 1,000,000 / 1 x 2,500,000
NOVOB SHAPES: 4 x 1,000,000

Thanks,
P

Paul Schofield
Senior Equity Finance Broker



ED&F Man Capital Markets
Cottons Centre, Hays Lane, London, SE1 2QE
Direct: +44 (0)20 3580 7637
Mob: +44 (0)7810 543272

CONFIDENTIAL                                                                        ED&F-00047377

## Charlotte Woodward

**From:** PAUL SCHOFIELD <pschofield@edfmancapital.com>
**Sent:** 13 March 2015 14:01
**Subject:** Bloomberg: DANSKE + NOVOB CONFIRM

**Greeting**: Equity Finance Office: 0203 580 7637 Mobile: 07810 543272

---

```
Hi,

To confirm CGML SELL the following,

1,000,000 DANSKE DC (DK0010274414) @ DKK 176.00
2,500,000 DANSKE DC (DK0010274414) @ DKK 176.00
3,000,000 NOVOB DC  (DK0060534915) @ DKK 329.10 (3 x 1,000,000)

Trade date 13-Mar
Value date 17-Mar

Thanks,
P
```

---

**Sent By** :

**B** **PAUL SCHOFIELD**, pschofield@edfmancapital.com, PSCHOFIELD9@Bloomberg.net, E D & F MAN CAPITAL

**Recipients** :

**B** **CHRIS BEARDSELL**, CBEARDSELL2@Bloomberg.net, CITIGROUP GLOBAL MAR

---

**Disclaimers** :

**E D & F MAN CAPITAL**

This electronic mail message was sent by ED&F Man Capital Markets Limited ("MCM"). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of and will not be responsible for the consequences of reliance upon any opinion or information contained herein.

---

Processed by **Global Relay Message Converter for Bloomberg** | V2.0.0 | File (BMAIL) Message 9120 | 2015-03-14 02:24:45 AM (EDT)

CONFIDENTIAL                                                                 ED&F-00047378

## Charlotte Woodward

| | |
|---|---|
| **From:** | amartinezbar@bloomberg.net on behalf of Angel Martinez Barenys (BOFA MERRILL LYNCH) <amartinezbar@bloomberg.net> |
| **Sent:** | 13 March 2015 13:49 |
| **To:** | undisclosed-recipients: |
| **Subject:** | Hi,     **DANSKE + NOVOB** |

Hi,     **DANSKE + NOVOB**

I am a BUYER of the following today T+2:

4,500,000 DANSKE DC @ DKK 176.00 (2 x 1,000,000/1 x 2,500,000)
4,000,000 NOVOB DC  @ DKK 329.10 (1 x 3,000,000/1 x 1,000,000)

Any interest here please?

Thanks,
P
Reply:
I CAN SELL YOU 1m ON BOTH. PLEASE SEND CONFIRM. THX

-------------------------------------------------------------------------------
This electronic mail message was sent by ED&F Man Capital Markets Limited ("MCM"). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited.  If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of and will not be responsible for the consequences of reliance upon any opinion or information contained herein.

CONFIDENTIAL                                                                                         ED&F-00047379

## Charlotte Woodward

| | |
|---|---|
| **From:** | Dan Lacey <Dan.Lacey@sunrisebrokers.com> |
| **Sent:** | 13 March 2015 14:48 |
| **To:** | Freddie Ireland. |
| **Cc:** | LDN-EQUITYFINANCE-TRADS-DL@edfmancapital.com |
| **Subject:** | SUNRISE BROKERS LONDON: Confirmation for Trade e180486 - Danske Bank - Equity Finance - Futures |
| **Attachments:** | 115031314474602627.gif; e180486_execution_seller.pdf |

SUNRISE BROKERS LONDON: Confirmation for Trade e180486 - Danske Bank - Equity Finance - Futures Attached.

Dan Lacey


4 Triton Square / Regent's Place / London / NW1 3HG / UK
T: / F: +44 20 7612 8313
www.sunrisebrokers.com <http://www.sunrisebrokers.com>




All prices are indicative only. All prices and fills are subject to formal confirmation by phone and subject to confirmation of the eligibility of the counter party. Please verify all details for accuracy, and immediately inform Sunrise Brokers of any errors. Sunrise Brokers cannot be held responsible for errors not brought to our attention immediately. The Purchaser and the Seller acknowledge receipt of this confirmation, that the terms contained herein and any and all actions and / or disputes arising therefrom are the sole and exclusive responsibility of the purchaser and the seller, and further agree to hold Sunrise Brokers, and its agents and / or representatives harmless from any dispute and / or action that may arise as a consequence of the above transaction.

This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as investment advice, or as an official statement of Sunrise. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice.

This email message has been swept by MailMarshal and Mimecast for the presence of computer viruses and other undesirable content.

Authorised and Regulated by the Financial Conduct Authority.

T: +44 (0) 207 0349800

CONFIDENTIAL

ED&F-00047380



LONDON

*Powered by mBOSStm*

# SUNRISE

TRADE CONFIRMATION REFERENCE:    e180486                                DATE: 13 March 2015

TO                       ED&F Man Capital Markets Ltd

TRADER            Freddie Ireland. - Email (fireland@edfmancapital.com)

## Equity Finance - Futures

| | | | |
|---|---|---|---|
| Equity | Danske Bank | Bloomberg Ticker: | DANSKE DC |
| Futures Contract Code | Ice Contract: DAN / OGY Apr 2015 | | |
| Multiplier | 100 | | |
| Number of Futures | 25,000 | | |
| Expiry of the futures | 17 Apr 15 | | |
| Cross Level | 171.115 | | |
| Currency | DKK | | |
| Obligations: | ED&F Man Capital Markets Ltd sells 25,000 DANSKE DC Cash Ice Futures | | |
| Trade Date | 13/03/2015 | | |
| Settlement Date | 17/03/2015 | | |

SUNRISE BROKERS LONDON BROKERAGE FEE        Danish Krone 31,250

SUNRISE BROKERS LONDON PAYMENT DETAILS FOR BANK TRANSFERS

SUNRISE BROKERS LONDON, Barclays Bank, Level 11, 1 Churchill Place, London, UK E14 5HP
SORT CODE: 20-19-90, ACCOUNT NO: 90808458, SWIFT CODE: BARCGB22

Authorised & regulated by the Financial Conduct Authority: FRN No. 208265
Please verify all details for accuracy, and immediately inform Sunrise Brokers of any errors. Sunrise Brokers cannot be held responsible for errors not brought to our attention immediately. The Purchaser and the Seller acknowledge receipt of this confirmation, that the terms contained herein and any and all actions and / or disputes arising therefrom are the sole and exclusive responsibility of the purchaser and the seller, and further agree to hold Brokers, and its agents and / or representatives harmless from any dispute and / or action that may arise as a consequence of the above transaction.
**www.sunrisebrokers.com**

                              ED&F-00047381

## Charlotte Woodward

| | |
|---|---|
| **From:** | Dan Lacey <Dan.Lacey@sunrisebrokers.com> |
| **Sent:** | 13 March 2015 14:55 |
| **To:** | Freddie Ireland. |
| **Cc:** | LDN-EQUITYFINANCE-TRADS-DL@edfmancapital.com |
| **Subject:** | SUNRISE BROKERS LONDON: Confirmation for Trade e180483 - Danske Bank - Equity Finance - Futures |
| **Attachments:** | 115031314544702767.gif; e180483_execution_seller.pdf |

SUNRISE BROKERS LONDON: Confirmation for Trade e180483 - Danske Bank - Equity Finance - Futures Attached.

Dan Lacey


4 Triton Square / Regent's Place / London / NW1 3HG / UK
T: / F: +44 20 7612 8313
www.sunrisebrokers.com <http://www.sunrisebrokers.com>




All prices are indicative only. All prices and fills are subject to formal confirmation by phone and subject to confirmation of the eligibility of the counter party. Please verify all details for accuracy, and immediately inform Sunrise Brokers of any errors. Sunrise Brokers cannot be held responsible for errors not brought to our attention immediately. The Purchaser and the Seller acknowledge receipt of this confirmation, that the terms contained herein and any and all actions and / or disputes arising therefrom are the sole and exclusive responsibility of the purchaser and the seller, and further agree to hold Sunrise Brokers, and its agents and / or representatives harmless from any dispute and / or action that may arise as a consequence of the above transaction.

This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as investment advice, or as an official statement of Sunrise. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice.

This email message has been swept by MailMarshal and Mimecast for the presence of computer viruses and other undesirable content.

Authorised and Regulated by the Financial Conduct Authority.

T: +44 (0) 207 0349800

CONFIDENTIAL                                                                                       ED&F-00047382

LONDON

*Powered by mBOSStm*



# SUNRISE

| | | | |
|---|---|---|---|
| TRADE CONFIRMATION REFERENCE: | e180483 | | DATE: 13 March 2015 |
| TO | ED&F Man Capital Markets Ltd | | |
| TRADER | Freddie Ireland. - Email (fireland@edfmancapital.com) | | |

## Equity Finance - Futures

| | | | |
|---|---|---|---|
| Equity | Danske Bank | Bloomberg Ticker: | DANSKE DC |
| Futures Contract Code | Ice Contract: DAN / OGY Apr 2015 | | |
| Multiplier | 100 | | |
| Number of Futures | 10,000 | | |
| Expiry of the futures | 17 Apr 15 | | |
| Cross Level | 171.1219 | | |
| Currency | DKK | | |
| Obligations: | ED&F Man Capital Markets Ltd sells 10,000 DANSKE DC Cash Ice Futures | | |
| Trade Date | 13/03/2015 | | |
| Settlement Date | 17/03/2015 | | |

SUNRISE BROKERS LONDON BROKERAGE FEE          Danish Krone 12,500

SUNRISE BROKERS LONDON PAYMENT DETAILS FOR BANK TRANSFERS

SUNRISE BROKERS LONDON, Barclays Bank, Level 11, 1 Churchill Place, London, UK E14 5HP
SORT CODE: 20-19-90, ACCOUNT NO: 90808458, SWIFT CODE: BARCGB22

Authorised & regulated by the Financial Conduct Authority: FRN No. 208265
Please verify all details for accuracy, and immediately inform Sunrise Brokers of any errors. Sunrise Brokers cannot be held responsible for errors not brought to our attention immediately. The Purchaser and the Seller acknowledge receipt of this confirmation, that the terms contained herein and any and all actions and / or disputes arising therefrom are the sole and exclusive responsibility of the purchaser and the seller, and further agree to hold Brokers, and its agents and / or representatives harmless from any dispute and / or action that may arise as a consequence of the above transaction.
**www.sunrisebrokers.com**

**Charlotte Woodward**

| | |
|---|---|
| **From:** | Dan Lacey <Dan.Lacey@sunrisebrokers.com> |
| **Sent:** | 13 March 2015 14:55 |
| **To:** | Freddie Ireland. |
| **Cc:** | LDN-EQUITYFINANCE-TRADS-DL@edfmancapital.com |
| **Subject:** | SUNRISE BROKERS LONDON: Confirmation for Trade e180478 - Danske Bank - Equity Finance - Futures |
| **Attachments:** | 115031314553008161.gif; e180478_execution_seller.pdf |

SUNRISE BROKERS LONDON: Confirmation for Trade e180478 - Danske Bank - Equity Finance - Futures Attached.

Dan Lacey


4 Triton Square / Regent's Place / London / NW1 3HG / UK
T: / F: +44 20 7612 8313
www.sunrisebrokers.com <http://www.sunrisebrokers.com>



All prices are indicative only. All prices and fills are subject to formal confirmation by phone and subject to confirmation of the eligibility of the counter party. Please verify all details for accuracy, and immediately inform Sunrise Brokers of any errors. Sunrise Brokers cannot be held responsible for errors not brought to our attention immediately. The Purchaser and the Seller acknowledge receipt of this confirmation, that the terms contained herein and any and all actions and / or disputes arising therefrom are the sole and exclusive responsibility of the purchaser and the seller, and further agree to hold Sunrise Brokers, and its agents and / or representatives harmless from any dispute and / or action that may arise as a consequence of the above transaction.

This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as investment advice, or as an official statement of Sunrise. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice.

This email message has been swept by MailMarshal and Mimecast for the presence of computer viruses and other undesirable content.

Authorised and Regulated by the Financial Conduct Authority.

T: +44 (0) 207 0349800

CONFIDENTIAL                                                                 ED&F-00047384

LONDON



*Powered by mBOSStm*

# SUNRISE

| | | |
|---|---|---|
| TRADE CONFIRMATION REFERENCE: | e180478 | DATE: 13 March 2015 |
| TO | ED&F Man Capital Markets Ltd | |
| TRADER | Freddie Ireland. - Email (fireland@edfmancapital.com) | |

## Equity Finance - Futures

| | | | |
|---|---|---|---|
| Equity | Danske Bank | Bloomberg Ticker: | DANSKE DC |
| Futures Contract Code | Ice Contract: DAN / OGY Apr 2015 | | |
| Multiplier | 100 | | |
| Number of Futures | 10,000 | | |
| Expiry of the futures | 17 Apr 15 | | |
| Cross Level | 171.1219 | | |
| Currency | DKK | | |
| Obligations: | ED&F Man Capital Markets Ltd sells 10,000 DANSKE DC Cash Ice Futures | | |
| Trade Date | 13/03/2015 | | |
| Settlement Date | 17/03/2015 | | |

SUNRISE BROKERS LONDON BROKERAGE FEE          Danish Krone 12,500

SUNRISE BROKERS LONDON PAYMENT DETAILS FOR BANK TRANSFERS

SUNRISE BROKERS LONDON, Barclays Bank, Level 11, 1 Churchill Place, London, UK E14 5HP
SORT CODE: 20-19-90, ACCOUNT NO: 90808458, SWIFT CODE: BARCGB22

Authorised & regulated by the Financial Conduct Authority: FRN No. 208265
Please verify all details for accuracy, and immediately inform Sunrise Brokers of any errors. Sunrise Brokers cannot be held responsible for errors not brought to our attention immediately. The Purchaser and the Seller acknowledge receipt of this confirmation, that the terms contained herein and any and all actions and / or disputes arising therefrom are the sole and exclusive responsibility of the purchaser and the seller, and further agree to hold Brokers, and its agents and / or representatives harmless from any dispute and / or action that may arise as a consequence of the above transaction.
**www.sunrisebrokers.com**

Rosenblatt work product: extracts of shadow data

| Firm | DateBasis | Sequence | ExtRefID | TradeDate | EntryDate | SettlementDate | TradeAccount | Product | AssetAlias1 | Currency | Ticket | Transaction | Quantity | Proceeds | FinalPrice | Asset | MasterAccount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E1 | TRD | 423183 | EQS2022-186997 | 13/03/2015 | 2015-03-13 00:00:00.000 | 17/03/2015 | 1020035IDBSEBIDBE1 | EQUITY | DK0010274414 | DKK | REP | BUY | 1,000,000 | 176002200.00 | 176.0022000000 | DANSKE DC | 1020035IDBSEBIDBE1 |
| E1 | TRD | 423185 | EQS2022-186998 | 13/03/2015 | 2015-03-13 00:00:00.000 | 17/03/2015 | 1020035IDBSEBIDBE1 | EQUITY | DK0010274414 | DKK | REP | BUY | 2,500,000 | 440005500.00 | 176.0022000000 | DANSKE DC | 1020035IDBSEBIDBE1 |
| E1 | TRD | 423189 | EQS2022-186990 | 13/03/2015 | 2015-03-13 00:00:00.000 | 17/03/2015 | 1020035IDBSEBIDBE1 | EQUITY | DK0010274414 | DKK | REP | BUY | 1,000,000 | 176002200.00 | 176.0022000000 | DANSKE DC | 1020035IDBSEBIDBE1 |
| E1 | TRD | 422946 | EQS2022-187002 | 13/03/2015 | 2015-03-13 00:00:00.000 | 17/03/2015 | 1020010LINDENADBPL | EQUITY | DK0010274414 | DKK | NEW | SEL | 1,100,000 | 193602420.00 | 176.0022000000 | DANSKE DC | 1020010LINDENADBPL |
| E1 | TRD | 422947 | EQS2022-187001 | 13/03/2015 | 2015-03-13 00:00:00.000 | 17/03/2015 | 1020010RIVERSASSOC | EQUITY | DK0010274414 | DKK | NEW | SEL | 1,200,000 | 211202640.00 | 176.0022000000 | DANSKE DC | 1020010RIVERSASSOC |
| E1 | TRD | 422948 | EQS2022-187000 | 13/03/2015 | 2015-03-13 00:00:00.000 | 17/03/2015 | 1020010GOLDSTLAWGP | EQUITY | DK0010274414 | DKK | NEW | SEL | 1,100,000 | 193602420.00 | 176.0022000000 | DANSKE DC | 1020010GOLDSTLAWGP |

ED&F-00047386



SWIFT Message Detail

Message ID  7404588

Retr

**SWIFT Information**

| Field | Value | Field | Value |
|---|---|---|---|
| Msg Type | 545 | Direction | From Swift |
| Status | Closed | Loc ID | N/A |
| Related Ref | N/A | Loc SWIFT ID | N/A |
| Transaction Ref | C5383638 | Purpose | N/A |
| Asset Series | 451614 | Curr Series | 451612 |
| Reason Code | N/A | External ID | N/A |
| Trailer Hdr | {MAC:00000000}{CHK:13B296541AEB} | User Hdr | {108:03170604044423072} |
| Basic Hdr | F01MACVGH22AXXX0969280458 | App Hdr | O5450608150317ESSEDKKHCXXX2820806755150 3170509N |
| Load User | SHSYSTEM | Load Date | 17-03-2015 01:11:12 |
| Load Port | S608207NJ3VW07 | Proc User | N/A |
| ProcDate | [NULL] | Proc Port | N/A |
| Duration | N/A | Instruction Date | N/A |
| ACK Date | [NULL] | OATS ☐ | |
| | | OATS Sent ☐ | |
| File Name | 06845617.TXT | | |
| Memo | | | |

**Details (32)**

Show Groups                                    System Default

| Index | Tag | Value |
|---|---|---|
| 1 | 16R | GENL |
| 2 | 20C | :SEME//C3283639 |
| 3 | 23G | NEWM |
| 4 | 16R | LINK |
| 5 | 20C | :RELA//E1000045161401 |
| 6 | 16S | LINK |
| 7 | 16S | GENL |
| 8 | 16R | TRADDET |
| 9 | 98A | :ESET//20150317 |
| 10 | 98A | :TRAD//20150313 |
| 11 | 35B | ISIN DK0010274414 |
| 12 | 000 | DANSKE BANK A/S |
| 13 | 16S | TRADDET |
| 14 | 16R | FIAC |
| 15 | 36B | :ESTT//UNIT/1000000, |
| 16 | 97A | :SAFE//05285142806 |
| 17 | 16S | FIAC |
| 18 | 16R | SETDET |
| 19 | 22F | :SETR//TRAD |
| 20 | 16R | SETPRTY |
| 21 | 95P | :DEAG//ESSEDKKKXXX |
| 22 | 16S | SETPRTY |
| 23 | 16R | SETPRTY |
| 24 | 95P | :SELL//MACVG822 |
| 25 | 16S | SETPRTY |
| 26 | 16R | SETPRTY |
| 27 | 95P | :PSET//VPDKKKKXXX |
| 28 | 16S | SETPRTY |
| 29 | 16R | AMT |
| 30 | 19A | :ESTT//DKK17600200, |
| 31 | 16S | AMT |
| 32 | 16S | SETDET |

CONFIDENTIAL

ED&F-00047387





SWIFT Message Detail

Message ID 7404586

Retr

**SWIFT Information**

| Msg Type | Direction |
|---|---|
| 545 | From Swift |

| Status | Loc ID |
|---|---|
| Closed | N/A |

| elated Ref | Loc SWIFT ID |
|---|---|
| N/A | N/A |

| Transaction Ref | Purpose |
|---|---|
| C5LE3640 | N/A |

| Asset Series | Curr Series |
|---|---|
| 451618 | 451617 |

| eason Code | External ID |
|---|---|
| N/A | N/A |

| Trailer Hdr | User Hdr |
|---|---|
| {MAC:00000000}{CHK:D1B196541AEA} | {108:0317060404507536} |

| Basic Hdr | App Hdr |
|---|---|
| F01MACVGB22AXXXD969280457 | O5450608150317ESSEDKKKAXXX5C897585311503170508N |

| Load User | Load Date |
|---|---|
| SHSYSTEM | 17-03-2015 01:11:12 |

| Load Port | Proc User |
|---|---|
| S60R2J7NJ3VW07 | N/A |

| Proc Date | Proc Port |
|---|---|
| [NULL] | N/A |

| Duration | Instruction Date |
|---|---|
| N/A | N/A |

| ACK Date | OATS ☐ |
|---|---|
| [NULL] | OATS Sent ☐ |

| File Name | |
|---|---|
| 05845617.TXT | |

Memo

**Details {32}**

Show Groups                                    System Default

| Index | Tag | Value |
|---|---|---|
| 1 | 16R | GENL |
| 2 | 20C | :SEME//C5383640 |
| 3 | 23G | NEWM |
| 4 | 16R | LINK |
| 5 | 20C | :RELA//E1000045161801 |
| 6 | 16S | LINK |
| 7 | 16S | GENL |
| 8 | 16R | TRADDET |
| 9 | 98A | :ESET//20150317 |
| 10 | 98A | :TRAD//20150313 |
| 11 | 35S | ISIN DK0010274414 |
| 12 | 000 | DANSKE BANK A/S |
| 13 | 16S | TRADDET |
| 14 | 16R | FIAC |
| 15 | 36B | :ESTT//UNIT/1000000, |
| 16 | 97A | :SAFE//05295142806 |
| 17 | 16S | FIAC |
| 18 | 16R | SETDET |
| 19 | 22F | :SETR//TRAD |
| 20 | 16R | SETPRTY |
| 21 | 95P | :DEAG//ESSEDKK000X |
| 22 | 16S | SETPRTY |
| 23 | 16R | SETPRTY |
| 24 | 95P | :SELL//MACVGB22 |
| 25 | 16S | SETPRTY |
| 26 | 16R | SETPRTY |
| 27 | 95P | :PSET//VPDKDK000XX |
| 28 | 16S | SETPRTY |
| 29 | 16R | AMT |
| 30 | 19A | :ESTT//DKK178002200, |
| 31 | 16S | AMT |
| 32 | 16S | SETDET |

CONFIDENTIAL

ED&F-00047389

# Account Equity

**ED&F Man Capital Markets Ltd**
3 London Bridge Street
London SE1 9SG
United Kingdom

| | |
|---|---|
| Account Number | : CC:RIVERS-ASSOC |
| Account Name | : RIVERSIDE ASSOCIATES DEFINED BE |
| Date | : 19-03-2015 |
| Currency | : USD |

## Cash Summary

| Cur Layer | Trade Date Amount | Conv Rate | TD Reporting Amt (USD) | Settle Date Amount | Conv Rate | SD Reporting Amt (USD) |
|---|---|---|---|---|---|---|
| DKK Cash | 863,056,731.29 Dr | 0.14308813 | 123,493,173.76 Dr | 863,056,731.29 Dr | 0.14308813 | 123,493,173.76 Dr |
| DKK Var Margin | 13,153,840.00 Dr | 0.14308813 | 1,882,158.37 Dr | 13,153,840.00 Dr | 0.14308813 | 1,882,158.37 Dr |
| EUR Cash | 52,953.53 Cr | 1.06590000 | 56,443.17 Cr | 52,953.53 Cr | 1.06590000 | 56,443.17 Cr |
| GBP Cash | 100.63 Dr | 1.47530000 | 148.46 Dr | 100.63 Dr | 1.47530000 | 148.46 Dr |
| USD Cash | 61,816,836.65 Dr | 1.00000000 | 61,816,836.65 Dr | 61,816,836.65 Dr | 1.00000000 | 61,816,836.65 Dr |
| USD SEG CASH A | 146,095.65 Cr | 1.00000000 | 146,095.65 Cr | 146,095.65 Cr | 1.00000000 | 146,095.65 Cr |
| | | | ============== | | | ============== |
| | | | 186,989,778.42 Dr | | | 186,989,778.42 Dr |

## Trade Date Positions (Equity) (DKK)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| DANSKE DC | DANSKE BANK A/S | C | 1,200,000.00 Lg | 176.0022 | 172.3000 | 211,202,640.00 Dr | 206,760,000.00 Cr | 4,442,640.00 Dr | DKK |
| NOVOB DC | NOVO NORDISK A/S-B | C | 1,400,000.00 Lg | 329.1041 | 341.9000 | 460,745,754.00 Dr | 478,660,000.00 Cr | 17,914,246.00 Dr | DKK |
| PNDORA DC | PANDORA A/S | C | 300,000.00 Lg | 635.0079 | 617.0000 | 190,502,382.00 Dr | 185,100,000.00 Cr | 5,402,382.00 Dr | DKK |
| | | | | | | ============== | ============== | ============== | |
| | | | | | Totals: | 862,450,776.00 Dr | 870,520,000.00 Cr | 8,069,224.00 Cr | |

## Trade Date Positions (Equity) (USD)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| UN US | UNILEVER N V  -NY SHARES | C | 1,444,600.00 Lg | 42.1105 | 42.3100 | 60,832,871.64 Dr | 61,121,026.00 Cr | 288,154.36 Cr | USD |
| | | | | | | ============== | ============== | ============== | |
| | | | | | Totals: | 60,832,871.64 Dr | 61,121,026.00 Cr | 288,154.36 Cr | |

## Trade Date Futures Positions (DKK)

| Asset | Description | Position | Trd Price | Market Price | Orig Notional | Market Value | Open Trd Equity | Cur |
|---|---|---|---|---|---|---|---|---|
| NFY17APR2015 | NFY17APR2015BCLEAR | 14,000.00 Sh | 324.5961 | 336.7700 | 454,434,540.00 Cr | 471,478,000.00 Dr | 17,043,460.00 Dr | DKK |
| OGY17APR2015 | OGY17APR2015BCLEAR | 12,000.00 Sh | 171.0973 | 172.2400 | 205,316,760.00 Cr | 206,688,000.00 Dr | 1,371,240.00 Dr | DKK |
| PAD17APR2015 | PAD17APR2015BCLEAR | 3,000.00 Sh | 626.8062 | 609.2700 | 188,041,860.00 Cr | 182,781,000.00 Dr | 5,260,860.00 Dr | DKK |
| | | | | | ============== | ============== | ============== | |
| | | | | | 847,793,160.00 Cr | 860,947,000.00 Dr | 13,153,840.00 Dr | DKK |

## Equity Swaps

| Tick Seq | Trade Dt Set Dt | Term Dt | Asset Description | Quantity D | Open Price | Notional | Cur | Market Price | MTM Next Valuation Reset | Rate Description | Rate | Accrued Financing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 375276 | 27-01-15 30-01-15 | 30-04-15 | UN US UNILEVER N V -NY SHARES | 1,444,600 S | 42.8060 | 61,837,548 | USD | 42.3100 | 716,522 | Fixed | 0.0000 | 0.00 |

CONFIDENTIAL

ED&F-00047390

# Account Equity

**ED&F Man Capital Markets Ltd**
3 London Bridge Street
London SE1 9SG
United Kingdom

Account Number: CC:RIVERS-ASSOC
Account Name  : RIVERSIDE ASSOCIATES DEFINED BE
Date          : 19-03-2015
Currency      : USD

## Account Summary

| Item | Amount (USD) |
|------|-------------:|
| Value of opening currency balance | 158,880,867.48 Dr |
| Value of trades settling today | 27,258,629.60 Dr |
| Value of Rec/Del today | 0.00 Cr |
| Value of Deposits/Withdrawls today | 850,281.34 Dr |
| **Value of closing currency balance(s)** | **186,989,778.42 Dr** |
| | |
| Cash Collateral Pending Settlement | 0.00 Cr |
| Financed Cash Pending Settlement | 0.00 Cr |
| NonFX Proceeds Pending Settlement | 0.00 Cr |
| **Trade Date Cash Balance** | **186,989,778.42 Dr** |
| | |
| Market Value of Positions | 185,682,104.93 Cr |
| Mkt Val of Unsettled Fin Positions | 0.00 Cr |
| Mkt Val of Settled Fin Positions | 0.00 Cr |
| Mkt Val of Unsettled Fin Collateral | 0.00 Cr |
| Mkt Val of Settled Fin Collateral | 0.00 Cr |
| Net Value of Financing Interest | 0.00 Cr |
| Open Trade Equity on FX Deals | 0.00 Cr |
| Accrued Interest on Fixed Income | 0.00 Cr |
| Value of Open Swap Positions | 716,521.60 Cr |
| **Preliminary Account Value** | **591,151.89 Dr** |

## Margin Summary

| | |
|------|-------------:|
| Margin Req (Reg-T: Initial) | 0.00 Cr |
| Margin Req (Reg-T: Maintenance) | 0.00 Cr |
| Margin Req (Future Initial) | 2,967,762.29 Dr |
| Margin Req (FOREX) | 0.00 Cr |
| Margin Req (Minimum Equity) | 0.00 Cr |
| **Margin Req (Total)** | **2,967,762.29 Dr** |

### Futures Initial Requirement

| Cur | Requirement | Requirement (USD) | Conv Rate |
|-----|------------:|------------------:|----------:|
| DKK | 20,740,800.00 Dr | 2,967,762.29 Dr | 0.14309 |
| | | 2,967,762.29 Dr | |

CONFIDENTIAL

ED&F-00047391

# Account Equity

**ED&F Man Capital Markets Ltd**
**3 London Bridge Street**
**London SE1 9SG**
**United Kingdom**

**Account Number:** CC:RIVERS-ASSOC
**Account Name   :** RIVERSIDE ASSOCIATES DEFINED BE
**Date           :** 19-03-2015
**Currency       :** USD

---

**Outstanding Calls**

| Key | Type of Call | Status | Issue Date | Entry Date | Due Date | Amount (Original) | Amount (Open) | Cur |
|-----|--------------|--------|------------|------------|----------|-------------------|---------------|-----|
| 283284 | Futures call | Issued | 19-03-2015 | 19-03-2015 | 19-03-2015 | 2,393,277.40 | 2,393,277.40 | USD |
|  |  |  |  |  |  | 2,393,277.40 | 2,393,277.40 | |

**Total Account Value**                    3,558,914.18 Dr

## Financing Summary

| | |
|---|---|
| Unsettled Value of collateral at close | 0.00 Cr |
| Unsettled Financing Valuation | 0.00 Cr |
| **Unsettled Financing Excess at close** | **0.00** |
| Settled Value of collateral at close | 0.00 Cr |
| Settled Financing Valuation | 0.00 Cr |
| **Settled Financing Excess at close** | **0.00** |
| **Total Financing Excess at close** | **0.00** |

CONFIDENTIAL

ED&F-00047392

# Danske Bank A/S

**DANSKE DC**

ISIN: DK0010274414

SEDOL: 4588825

COUNTRY: DK

| | | | |
|---|---|---|---|
| EX DATE: 19/03/2015 | REC DATE: 20/03/2015 | PAY DATE: 23/03/2015 |
| CCY: DKK | GROSS RATE: 5.50 | FEE: 0.00 |

## AGENT POSITIONS

BOD BREAKDOWN TO BE SENT TO AGENT FOR: CZ / FI / NO / PL / SE    DATE: N/A

| CLIENT ACCOUNT | CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVEABLE | CLAIM? | NOTES |
|---|---|---|---|---|---|---|---|---|
| CC:AUTOPA-AUTOP | Autoparts Pensions Group Trust | 73% | 3,675,000 | | 14,755,125.00 | | | |
| CC:CASTPE-GRPTR | Casting Pensions Group Trust | 73% | 3,375,000 | | 13,550,625.00 | | | |
| CC:CTECH0-00000 | Central Technologies Pensions Group Trust | 73% | 3,680,000 | | 14,775,200.00 | | | |
| CC:GOLDST-LAWGP | The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Shei | 73% | 1,100,000 | | 4,416,500.00 | | | |
| CC:GSA000-TRAD0 | GSA Trading (Canada) Corporate Pension Plan | 73% | 3,100,000 | | 12,446,500.00 | | | |
| CC:INDUST-PENGP | Industrial Pension Group Trust | 73% | 3,575,000 | | 14,353,625.00 | | | |
| CC:KOUTRO-PENPL | Koutroulakis & Co Corporate Pension Plan | 73% | 4,000,000 | | 16,060,000.00 | | | |
| CC:LINDEN-ADBPL | Linden Associates Defined Benefit Plan | 73% | 1,100,000 | | 4,416,500.00 | | | |
| CC:RIVERS-ASSOC | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN | 73% | 1,200,000 | | 4,818,000.00 | | | |
| LC:DENDKK-DIVDK | SEB Depot 05295142806 | 73% | | -24,805,000 | | -99,592,075.00 | | |
| | | TOTALS | 24,805,000 | -24,805,000 | TOTALS 99,592,075.00 | -99,592,075.00 | | |

## SECURITIES LENDING POSITIONS

| SL CLIENT ACCOUNT | SL CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVEABLE | CLAIM? | NET STK LOAN AMNT | PYMNT V/D | PYMNT JRNL NO |
|---|---|---|---|---|---|---|---|---|---|---|
| BR:MACQUA-MACQU | MACQUARIE BANK LIMITED | 85% | 6,805,000 | | 31,813,375.00 | | YES | | 24-Mar | 3993 71 |
| CC:CASTPE-GRPTR | Casting Pensions Group Trust | 100% | 270,000 | | 1,485,000.00 | | | | | |
| CC:CTECH0-00000 | Central Technologies Pensions Group Trust | 100% | 110,000 | | 605,000.00 | | | | | |
| CC:INDUST-PENGP | Industrial Pension Group Trust | 100% | 152,000 | | 836,000.00 | | | | | |
| CC:GSA-DE-GMBH0 | GSA Germany GmbH | 85% | | -4,000,000 | | -18,700,000.00 | | | | |
| CC:POLLEN-FUND0 | POLLEN FUND LIMITED | 100% | | -532,000 | | -2,926,000.00 | | | | |
| CC:POLLEN-FUND0 | POLLEN FUND LIMITED | 85% | | -2,805,000 | | -13,113,375.00 | | | | |
| | | SL TOTALS | 7,337,000 | -7,337,000 | TOTALS 34,739,375.00 | -34,739,375.00 | | | | |

## SWAP POSITIONS

| SWP CLIENT ACCOUNT | SWP CLIENT NAME | DIV % | SWAP LONG | SWAP SHORT | PAYABLE | RECEIVEABLE |
|---|---|---|---|---|---|---|
| | | SWP TOTALS | 0 | 0 | TOTALS 0.00 | 0.00 |

| | | | |
|---|---|---|---|
| PREPARED: | DESK SIGN OFF: | | OPS MANAGER SIGN OFF |
| AGENT CASH RECEIVED | CLAIMS PAID | D1 JOURNAL POSTED N/A | JOURNAL NUMBERS UPDATED    DATE: 25/3/15   FILE CLOSED   CLOSER: |

CONFIDENTIAL

ED&F-00047393

| MESSAGE_ID | Tag Sequence | Tag Name | Tag Value |
|---|---|---|---|
| OESSEDKKKXXX566C150323000297209 150323 | 1 | Tag 16R | GENL |
| OESSEDKKKXXX566C150323000297209 150323 | 2 | Tag 20C | :CORP//150205DVCA160956 |
| OESSEDKKKXXX566C150323000297209 150323 | 3 | Tag 20C | :SEME//C150323000297209 |
| OESSEDKKKXXX566C150323000297209 150323 | 4 | Tag 23G | NEWM |
| OESSEDKKKXXX566C150323000297209 150323 | 5 | Tag 22F | :CAEV//DVCA |
| OESSEDKKKXXX566C150323000297209 150323 | 6 | Tag 16R | LINK |
| OESSEDKKKXXX566C150323000297209 150323 | 7 | Tag 13A | :LINK//564 |
| OESSEDKKKXXX566C150323000297209 150323 | 8 | Tag 20C | :PREV//C150320000296117 |
| OESSEDKKKXXX566C150323000297209 150323 | 9 | Tag 16S | LINK |
| OESSEDKKKXXX566C150323000297209 150323 | 10 | Tag 16S | GENL |
| OESSEDKKKXXX566C150323000297209 150323 | 11 | Tag 16R | USECU |
| OESSEDKKKXXX566C150323000297209 150323 | 12 | Tag 97A | :SAFE//05295142806 |
| OESSEDKKKXXX566C150323000297209 150323 | 13 | Tag 35B | ISIN DK0010274414 |
| | | | DANSKE BANK A/S |
| OESSEDKKKXXX566C150323000297209 150323 | 14 | Tag 93B | :CONB//UNIT/24805000, |
| OESSEDKKKXXX566C150323000297209 150323 | 15 | Tag 16S | USECU |
| OESSEDKKKXXX566C150323000297209 150323 | 16 | Tag 16R | CADETL |
| OESSEDKKKXXX566C150323000297209 150323 | 17 | Tag 98A | :XDTE//20150319 |
| OESSEDKKKXXX566C150323000297209 150323 | 18 | Tag 98A | :RDTE//20150320 |
| OESSEDKKKXXX566C150323000297209 150323 | 19 | Tag 16S | CADETL |
| OESSEDKKKXXX566C150323000297209 150323 | 20 | Tag 16R | CACONF |
| OESSEDKKKXXX566C150323000297209 150323 | 21 | Tag 13A | :CAON//001 |
| OESSEDKKKXXX566C150323000297209 150323 | 22 | Tag 22F | :CAOP//CASH |
| OESSEDKKKXXX566C150323000297209 150323 | 23 | Tag 16R | CASHMOVE |
| OESSEDKKKXXX566C150323000297209 150323 | 24 | Tag 22H | :CRDB//CRED |
| OESSEDKKKXXX566C150323000297209 150323 | 25 | Tag 97A | :CASH//52950017004263 |
| OESSEDKKKXXX566C150323000297209 150323 | 26 | Tag 19B | :PSTA//DKK99592075, |
| OESSEDKKKXXX566C150323000297209 150323 | 27 | Tag 19B | :GRSS//DKK136427500, |
| OESSEDKKKXXX566C150323000297209 150323 | 28 | Tag 19B | :NETT//DKK99592075, |
| OESSEDKKKXXX566C150323000297209 150323 | 29 | Tag 19B | :WITL//DKK36835425, |
| OESSEDKKKXXX566C150323000297209 150323 | 30 | Tag 98A | :POST//20150323 |
| OESSEDKKKXXX566C150323000297209 150323 | 31 | Tag 98A | :VALU//20150323 |
| OESSEDKKKXXX566C150323000297209 150323 | 32 | Tag 98A | :PAYD//20150323 |
| OESSEDKKKXXX566C150323000297209 150323 | 33 | Tag 92F | :GRSS//DKK5,500000 |
| OESSEDKKKXXX566C150323000297209 150323 | 34 | Tag 92A | :TAXR//27, |
| OESSEDKKKXXX566C150323000297209 150323 | 35 | Tag 16S | CASHMOVE |
| OESSEDKKKXXX566C150323000297209 150323 | 36 | Tag 16S | CACONF |
| OESSEDKKKXXX566C150323000297209 150323 | 37 | Tag 16R | ADDINFO |
| OESSEDKKKXXX566C150323000297209 150323 | 38 | Tag 70E | :PACO//SEB MERCHANT |
| | | | BANKING |
| | | | CUSTODY SERVICES DENMARK |
| | | | CORPORATE ACTIONS |
| | | | PHONE +371 677 57262 |
| OESSEDKKKXXX566C150323000297209 150323 | 39 | Tag 16S | ADDINFO |



ED&F-00047395