# Exhibit 111

CONFIDENTIAL



Account: CC:RIVERS-ASSOC
Name: RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN
Date: 31 Mar 2014

## Account Statement

### OTC-OPTIONS (EUR)

| Trade Date | Expiry Date | Asset | Description | Position | Strike | Trade Price | Original Value | Market Price | Market Value | Unrealised P&L |
|---|---|---|---|---|---|---|---|---|---|---|

### TOTAL RETURN SWAPS (EUR)

| Trade Date | Term Date | Asset | Description | Position | Trade Price | Cash Value | Market Price | Market Value | Unrealised P&L |
|---|---|---|---|---|---|---|---|---|---|

ED&F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London SE1 2QE
Tel. +44 (0)20 7089 8000

RIVER_00000084

CONFIDENTIAL



| | |
|---|---|
| Account: | CC:RIVERS-ASSOC |
| Name: | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN |
| Date: | 31 Mar 2014 |

ED&F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London SE1 2QE
Tel. +44 (0)20 7089 8000

RIVER_00000085

CONFIDENTIAL

# Account Transactions (General Ledger)
### ED&F Man Capital Markets Ltd
#### 03/01/2014 through 03/31/2014

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|---|---|---|---|---|---|---|---|

**Account (1-020-010-RIVERS-ASSOC) is (RIVERSIDE ASSOCIATES DEFINED BENEFIT PLA)**

**Asset (DKK / DKK) Layer (C) [Danish Kroner DKK]**

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|---|---|---|---|---|---|---|---|
| 03/12/2014 | T00021931001002 | SEL 2,150,000 TDC DC @ 52.4007 DKK 112,6 | 2 | PROCEED-EQUITY | 219310 | 112,661,419.00 Dr | 112,661,419.00 Dr |
| 03/13/2014 | 257567 | CASH DIV - TDC DC - PD 12/03/14 | 2 | Unclassified | 0 | 3,452,900.00 Cr | 109,208,519.00 Dr |
| 03/13/2014 | 257632 | TDC DC Custody Fees Pt I | 1 | Unclassified | 0 | 47,300.00 Dr | 109,255,819.00 Dr |
| 03/21/2014 | 260140 | Realized Gain/Loss Cust FUTURE | 89 | TR-PL-FUTURE | 0 | 2,838,000.00 Cr | 106,417,819.00 Dr |
| 03/24/2014 | T00022979601002 | SEL 2,000,000 DANSKE DC @ 144.2149 DKK 2 | 2 | PROCEED-EQUITY | 229796 | 288,429,840.00 Dr | 394,847,659.00 Dr |
| 03/25/2014 | 260620 | DANSKE DC Custody Fees | 1 | Unclassified | 0 | 40,000.00 Dr | 394,887,659.00 Dr |
| 03/26/2014 | 260723 | Reversal of SEL 2,000,000 NOVOB DC @ 246 | 3 | PROCEED-EQUITY | 231979 | 493,406,500.00 Cr | 98,518,841.00 Cr |
| 03/26/2014 | 261148 | CASH DIV - DANSKE DC - PD 24/03/14 | 2 | Unclassified | 0 | 2,920,000.00 Cr | 101,438,841.00 Cr |
| 03/26/2014 | T00023197901002 | SEL 2,000,000 NOVOB DC @ 246.7033 DKK 49 | 3 | PROCEED-EQUITY | 231979 | 493,406,500.00 Dr | 391,967,659.00 Dr |
| 03/26/2014 | T00023549801002 | SEL 2,000,000 NOVOB DC @ 246.7031 DKK 49 | 3 | PROCEED-EQUITY | 235498 | 493,406,160.00 Dr | 885,373,819.00 Dr |
| 03/27/2014 | 267921 | NOVOB DC Custody Fees | 1 | Unclassified | 0 | 90,000.00 Dr | 885,463,819.00 Dr |
| 03/28/2014 | 273532 | CASH DIV - NOVOB DC - PD 26/03/14 | 2 | Unclassified | 0 | 6,570,000.00 Cr | 878,893,819.00 Dr |
| | | | | | | | 878,893,819.00 Dr |

**Asset (DKK / DKK) Layer (O) [Danish Kroner DKK]**

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|---|---|---|---|---|---|---|---|
| 03/06/2014 | 255365 | Unrealized Gain/Loss Cust FUTURE | 170 | PROCEED-FUTURE | 219352 | 408,500.00 Cr | 408,500.00 Cr |
| 03/07/2014 | 255472 | Reversal of Unrealized Gain/Loss Cust FU | 170 | PROCEED-FUTURE | 219352 | 408,500.00 Dr | 0.00 Cr |
| 03/07/2014 | 255932 | Unrealized Gain/Loss Cust FUTURE | 150 | PROCEED-FUTURE | 219352 | 1,376,000.00 Cr | 1,376,000.00 Cr |
| 03/10/2014 | 256320 | Reversal of Unrealized Gain/Loss Cust FU | 150 | PROCEED-FUTURE | 219352 | 1,376,000.00 Dr | 0.00 Cr |
| 03/10/2014 | 256384 | Unrealized Gain/Loss Cust FUTURE | 136 | PROCEED-FUTURE | 219352 | 2,236,000.00 Cr | 2,236,000.00 Cr |
| 03/11/2014 | 256486 | Reversal of Unrealized Gain/Loss Cust FU | 136 | PROCEED-FUTURE | 219352 | 2,236,000.00 Dr | 0.00 Cr |
| 03/11/2014 | 256826 | Unrealized Gain/Loss Cust FUTURE | 132 | PROCEED-FUTURE | 219352 | 3,440,000.00 Cr | 3,440,000.00 Cr |
| 03/12/2014 | 256926 | Reversal of Unrealized Gain/Loss Cust FU | 132 | PROCEED-FUTURE | 219352 | 3,440,000.00 Dr | 0.00 Cr |
| 03/12/2014 | 257246 | Unrealized Gain/Loss Cust FUTURE | 130 | PROCEED-FUTURE | 219352 | 4,128,000.00 Cr | 4,128,000.00 Cr |
| 03/13/2014 | 257344 | Reversal of Unrealized Gain/Loss Cust FU | 130 | PROCEED-FUTURE | 219352 | 4,128,000.00 Dr | 0.00 Cr |
| 03/13/2014 | 257836 | Unrealized Gain/Loss Cust FUTURE | 130 | PROCEED-FUTURE | 219352 | 4,751,500.00 Cr | 4,751,500.00 Cr |
| 03/14/2014 | 257952 | Reversal of Unrealized Gain/Loss Cust FU | 130 | PROCEED-FUTURE | 219352 | 4,751,500.00 Dr | 0.00 Cr |
| 03/14/2014 | 258486 | Unrealized Gain/Loss Cust FUTURE | 130 | PROCEED-FUTURE | 219352 | 6,106,000.00 Cr | 6,106,000.00 Cr |
| 03/15/2014 | 258530 | Unrealized Gain/Loss Cust FUTURE | 130 | PROCEED-FUTURE | 219352 | 6,106,000.00 Cr | 12,212,000.00 Cr |
| 03/16/2014 | 258541 | Unrealized Gain/Loss Cust FUTURE | 130 | PROCEED-FUTURE | 219352 | 6,106,000.00 Cr | 18,318,000.00 Cr |
| 03/17/2014 | 258555 | Reversal of Unrealized Gain/Loss Cust FU | 130 | PROCEED-FUTURE | 219352 | 6,106,000.00 Dr | 12,212,000.00 Cr |
| 03/17/2014 | 258562 | Reversal of Unrealized Gain/Loss Cust FU | 130 | PROCEED-FUTURE | 219352 | 6,106,000.00 Dr | 6,106,000.00 Cr |
| 03/17/2014 | 258563 | Reversal of Unrealized Gain/Loss Cust FU | 130 | PROCEED-FUTURE | 219352 | 6,106,000.00 Dr | 0.00 Cr |
| 03/17/2014 | 258838 | Unrealized Gain/Loss Cust FUTURE | 130 | PROCEED-FUTURE | 219352 | 4,880,500.00 Cr | 4,880,500.00 Cr |
| 03/18/2014 | 258868 | Reversal of Unrealized Gain/Loss Cust FU | 130 | PROCEED-FUTURE | 219352 | 4,880,500.00 Dr | 0.00 Cr |
| 03/18/2014 | 259110 | Unrealized Gain/Loss Cust FUTURE | 484 | PROCEED-FUTURE | 229826 | 2,160,000.00 Dr | 2,160,000.00 Dr |
| 03/18/2014 | 259110 | Unrealized Gain/Loss Cust FUTURE | 130 | PROCEED-FUTURE | 219352 | 3,182,000.00 Cr | 1,022,000.00 Cr |
| 03/19/2014 | 259145 | Reversal of Unrealized Gain/Loss Cust FU | 484 | PROCEED-FUTURE | 229826 | 2,160,000.00 Dr | 3,182,000.00 Cr |
| 03/19/2014 | 259145 | Reversal of Unrealized Gain/Loss Cust FU | 130 | PROCEED-FUTURE | 219352 | 3,182,000.00 Dr | 0.00 Cr |
| 03/19/2014 | 259488 | Unrealized Gain/Loss Cust FUTURE | 490 | PROCEED-FUTURE | 229826 | 5,780,000.00 Dr | 5,780,000.00 Dr |
| 03/19/2014 | 259488 | Unrealized Gain/Loss Cust FUTURE | 130 | PROCEED-FUTURE | 219352 | 3,160,500.00 Cr | 2,619,500.00 Dr |
| 03/20/2014 | 259512 | Reversal of Unrealized Gain/Loss Cust FU | 490 | PROCEED-FUTURE | 229826 | 5,780,000.00 Cr | 3,160,500.00 Cr |
| 03/20/2014 | 259512 | Reversal of Unrealized Gain/Loss Cust FU | 130 | PROCEED-FUTURE | 219352 | 3,160,500.00 Dr | 0.00 Cr |
| 03/20/2014 | 259780 | Unrealized Gain/Loss Cust FUTURE | 130 | PROCEED-FUTURE | 219352 | 3,053,000.00 Cr | 3,053,000.00 Cr |
| 03/20/2014 | 259780 | Unrealized Gain/Loss Cust FUTURE | 474 | PROCEED-FUTURE | 229826 | 4,560,000.00 Dr | 1,507,000.00 Dr |
| 03/20/2014 | 259780 | Unrealized Gain/Loss Cust FUTURE | 550 | PROCEED-FUTURE | 231632 | 3,620,000.00 Cr | 2,113,000.00 Cr |
| 03/21/2014 | 259849 | Reversal of Unrealized Gain/Loss Cust FU | 474 | PROCEED-FUTURE | 229826 | 4,560,000.00 Cr | 6,673,000.00 Cr |

Copyright Shadow Financial Services Corp. 1998-2014. All Rights Reserved.    Page 1 of 4    Produced on 03/31/2014

RIVER_00000086

CONFIDENTIAL

## Account Transactions (General Ledger)
### ED&F Man Capital Markets Ltd
#### 03/01/2014 through 03/31/2014

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|---|---|---|---|---|---|---|---|

**Account (1-020-010-RIVERS-ASSOC) is (RIVERSIDE ASSOCIATES DEFINED BENEFIT PLA) (Continued)**

**Asset (DKK / DKK) Layer (O) (Continued)**

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|---|---|---|---|---|---|---|---|
| 03/21/2014 | 259849 | Reversal of Unrealized Gain/Loss Cust FU | 550 | PROCEED-FUTURE | 231632 | 3,620,000.00 Dr | 3,053,000.00 Cr |
| 03/21/2014 | 259849 | Reversal of Unrealized Gain/Loss Cust FU | 130 | PROCEED-FUTURE | 219352 | 3,053,000.00 Dr | 0.00 Cr |
| 03/21/2014 | 260127 | Unrealized Gain/Loss Cust FUTURE | 252 | PROCEED-FUTURE | 232545 | 142,760.00 Dr | 142,760.00 Dr |
| 03/21/2014 | 260127 | Unrealized Gain/Loss Cust FUTURE | 546 | PROCEED-FUTURE | 231632 | 7,820,000.00 Cr | 7,677,240.00 Cr |
| 03/21/2014 | 260127 | Unrealized Gain/Loss Cust FUTURE | 464 | PROCEED-FUTURE | 229826 | 5,360,000.00 Dr | 2,317,240.00 Cr |
| 03/24/2014 | 260526 | Reversal of Unrealized Gain/Loss Cust FU | 546 | PROCEED-FUTURE | 231632 | 7,820,000.00 Dr | 5,502,760.00 Dr |
| 03/24/2014 | 260526 | Reversal of Unrealized Gain/Loss Cust FU | 464 | PROCEED-FUTURE | 229826 | 5,360,000.00 Cr | 142,760.00 Dr |
| 03/24/2014 | 260526 | Reversal of Unrealized Gain/Loss Cust FU | 252 | PROCEED-FUTURE | 232545 | 142,760.00 Cr | 0.00 Cr |
| 03/24/2014 | 260533 | Unrealized Gain/Loss Cust FUTURE | 460 | PROCEED-FUTURE | 229826 | 3,340,000.00 Dr | 3,340,000.00 Dr |
| 03/24/2014 | 260533 | Unrealized Gain/Loss Cust FUTURE | 536 | PROCEED-FUTURE | 231632 | 6,240,000.00 Cr | 2,900,000.00 Cr |
| 03/24/2014 | 260533 | Unrealized Gain/Loss Cust FUTURE | 248 | PROCEED-FUTURE | 232545 | 1,319,240.00 Cr | 4,219,240.00 Cr |
| 03/25/2014 | 260568 | Reversal of Unrealized Gain/Loss Cust FU | 536 | PROCEED-FUTURE | 231632 | 6,240,000.00 Dr | 2,020,760.00 Cr |
| 03/25/2014 | 260568 | Reversal of Unrealized Gain/Loss Cust FU | 460 | PROCEED-FUTURE | 229826 | 3,340,000.00 Cr | 1,319,240.00 Cr |
| 03/25/2014 | 260568 | Reversal of Unrealized Gain/Loss Cust FU | 248 | PROCEED-FUTURE | 232545 | 1,319,240.00 Dr | 0.00 Cr |
| 03/25/2014 | 261026 | Unrealized Gain/Loss Cust FUTURE | 548 | PROCEED-FUTURE | 231632 | 7,040,000.00 Cr | 7,040,000.00 Cr |
| 03/25/2014 | 261026 | Unrealized Gain/Loss Cust FUTURE | 472 | PROCEED-FUTURE | 229826 | 1,060,000.00 Cr | 8,100,000.00 Cr |
| 03/25/2014 | 261026 | Unrealized Gain/Loss Cust FUTURE | 256 | PROCEED-FUTURE | 232545 | 1,147,240.00 Cr | 9,247,240.00 Cr |
| 03/26/2014 | 261067 | Reversal of Unrealized Gain/Loss Cust FU | 472 | PROCEED-FUTURE | 229826 | 1,060,000.00 Dr | 8,187,240.00 Cr |
| 03/26/2014 | 261067 | Reversal of Unrealized Gain/Loss Cust FU | 548 | PROCEED-FUTURE | 231632 | 7,040,000.00 Dr | 1,147,240.00 Cr |
| 03/26/2014 | 261067 | Reversal of Unrealized Gain/Loss Cust FU | 256 | PROCEED-FUTURE | 232545 | 1,147,240.00 Dr | 0.00 Cr |
| 03/26/2014 | 261478 | Unrealized Gain/Loss Cust FUTURE | 548 | PROCEED-FUTURE | 231632 | 5,400,000.00 Cr | 5,400,000.00 Cr |
| 03/26/2014 | 261478 | Unrealized Gain/Loss Cust FUTURE | 472 | PROCEED-FUTURE | 229826 | 5,780,000.00 Dr | 380,000.00 Dr |
| 03/26/2014 | 261478 | Unrealized Gain/Loss Cust FUTURE | 256 | PROCEED-FUTURE | 232545 | 1,190,240.00 Cr | 810,240.00 Cr |
| 03/27/2014 | 261514 | Reversal of Unrealized Gain/Loss Cust FU | 256 | PROCEED-FUTURE | 232545 | 1,190,240.00 Dr | 380,000.00 Dr |
| 03/27/2014 | 261514 | Reversal of Unrealized Gain/Loss Cust FU | 472 | PROCEED-FUTURE | 229826 | 5,780,000.00 Cr | 5,400,000.00 Cr |
| 03/27/2014 | 261514 | Reversal of Unrealized Gain/Loss Cust FU | 548 | PROCEED-FUTURE | 231632 | 5,400,000.00 Dr | 0.00 Cr |
| 03/27/2014 | 271848 | Unrealized Gain/Loss Cust FUTURE | 472 | PROCEED-FUTURE | 229826 | 5,740,000.00 Dr | 5,740,000.00 Dr |
| 03/27/2014 | 271848 | Unrealized Gain/Loss Cust FUTURE | 548 | PROCEED-FUTURE | 231632 | 340,000.00 Dr | 6,080,000.00 Dr |
| 03/27/2014 | 271848 | Unrealized Gain/Loss Cust FUTURE | 256 | PROCEED-FUTURE | 232545 | 1,555,740.00 Cr | 4,524,260.00 Dr |
| 03/28/2014 | 271882 | Reversal of Unrealized Gain/Loss Cust FU | 256 | PROCEED-FUTURE | 232545 | 1,555,740.00 Dr | 6,080,000.00 Dr |
| 03/28/2014 | 271882 | Reversal of Unrealized Gain/Loss Cust FU | 548 | PROCEED-FUTURE | 231632 | 340,000.00 Cr | 5,740,000.00 Dr |
| 03/28/2014 | 271882 | Reversal of Unrealized Gain/Loss Cust FU | 472 | PROCEED-FUTURE | 229826 | 5,740,000.00 Cr | 0.00 Cr |
| 03/28/2014 | 273879 | Unrealized Gain/Loss Cust FUTURE | 480 | PROCEED-FUTURE | 229826 | 10,760,000.00 Dr | 10,760,000.00 Dr |
| 03/28/2014 | 273879 | Unrealized Gain/Loss Cust FUTURE | 264 | PROCEED-FUTURE | 232545 | 99,760.00 Dr | 10,859,760.00 Dr |
| 03/28/2014 | 273879 | Unrealized Gain/Loss Cust FUTURE | 556 | PROCEED-FUTURE | 231632 | 6,180,000.00 Dr | 17,039,760.00 Dr |
| 03/31/2014 | 274906 | Reversal of Unrealized Gain/Loss Cust FU | 556 | PROCEED-FUTURE | 231632 | 6,180,000.00 Cr | 10,859,760.00 Dr |
| 03/31/2014 | 274906 | Reversal of Unrealized Gain/Loss Cust FU | 264 | PROCEED-FUTURE | 232545 | 99,760.00 Cr | 10,760,000.00 Dr |
| 03/31/2014 | 274906 | Reversal of Unrealized Gain/Loss Cust FU | 480 | PROCEED-FUTURE | 229826 | 10,760,000.00 Cr | 0.00 Cr |
| 03/31/2014 | 274913 | Unrealized Gain/Loss Cust FUTURE | 268 | PROCEED-FUTURE | 232545 | 1,583,260.00 Dr | 1,583,260.00 Dr |
| 03/31/2014 | 274913 | Unrealized Gain/Loss Cust FUTURE | 560 | PROCEED-FUTURE | 231632 | 7,360,000.00 Dr | 8,943,260.00 Dr |
| 03/31/2014 | 274913 | Unrealized Gain/Loss Cust FUTURE | 484 | PROCEED-FUTURE | 229826 | 16,740,000.00 Dr | 25,683,260.00 Dr |

25,683,260.00 Dr

**Asset (EUR / EUR) Layer (C) [Euro]**

[content redacted]

# Account Transactions (General Ledger)
### ED&F Man Capital Markets Ltd
#### 03/01/2014 through 03/31/2014

| Date | Journal ID | Journal Description | Seq Classification Ticket # | Transaction Amount | Running Balance |
|---|---|---|---|---|---|

**Account (1-020-010-RIVERS-ASSOC) is (RIVERSIDE ASSOCIATES DEFINED BENEFIT PLA) (Continued)**

Asset (EUR / EUR) Layer (C) (Continued)

Asset (EUR / EUR) Layer (S) [Euro]

Asset (USD / USD) Layer (C) [US Dollar]

Asset (USD / USD) Layer (S) [US Dollar]

CONFIDENTIAL

RIVER_00000088

Copyright Shadow Financial Services Corp. 1998-2014. All Rights Reserved.   Page 3 of 4   Produced on 03/31/2014

# Account Transactions (General Ledger)
### ED&F Man Capital Markets Ltd
03/01/2014 through 03/31/2014

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|------|------------|---------------------|-----|----------------|----------|--------------------|-----------------|

**Gross Debit for all Trades:**
**Gross Credit for all Trades:**

**Net Debit/Credit for all Trades:**

CONFIDENTIAL

RIVER_00000089

Copyright Shadow Financial Services Corp. 1998-2014. All Rights Reserved.    Page 4 of 4    Produced on 03/31/2014

# Account Equity

```
ED&F Man Capital Markets Ltd                    Account Number: CC:RIVERS-ASSOC
Cottons Centre, Hay's Lane                      Account Name   : RIVERSIDE ASSOCIATES DEFINED BE
London, SE1 2QE                                 Date           : 03/31/2014
United Kingdom                                  Currency       : USD
```

## Cash Summary

| Cur | Layer | Trade Date Amount | Conv Rate | TD Reporting Amt (USD) | Settle Date Amount | Conv Rate | SD Reporting Amt (USD) |
|---|---|---|---|---|---|---|---|
| DKK | Cash | 878,893,819.00 Dr | 0.1844 | 162,082,768.06 Dr | 878,893,819.00 Dr | 0.1844 | 162,082,768.06 Dr |
| DKK | Var Margin | 25,683,260.00 Dr | 0.1844 | 4,736,424.11 Dr | 25,683,260.00 Dr | 0.1844 | 4,736,424.11 Dr |
| EUR | Cash | | 1.3769 | | | 1.3769 | |
| EUR | SEG CASH A | | 1.3769 | | | 1.3769 | |
| USD | Cash | | 1.0000 | | | 1.0000 | |
| USD | SEG CASH A | | 1.0000 | | | 1.0000 | |

## Trade Date Positions (Equity) (DKK)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| DANSKE DC | DANSKE BANK A/S | C | 2,000,000.00 Lg | 144.2149 | 151.0000 | 288,429,840.00 Dr | 302,000,000.00 Cr | 13,570,160.00 Cr | DKK |
| NOVOB DC | NOVO NORDISK A/S-B | C | 2,000,000.00 Lg | 246.7031 | 246.8000 | 493,406,160.00 Dr | 493,600,000.00 Cr | 193,840.00 Cr | DKK |
| TDC DC | TDC A/S | C | 2,150,000.00 Lg | 52.4007 | 50.1000 | 112,661,419.00 Dr | 107,715,000.00 Cr | 4,946,419.00 Dr | DKK |
| | | | | | Totals: | 894,497,419.00 Dr | 903,315,000.00 Cr | 8,817,581.00 Cr | |

## Trade Date Positions (Equity) (USD)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|

## Trade Date Futures Positions (DKK)

| Asset | Description | Position | Trd Price | Market Price | Orig Notional | Market Value | Open Trd Equity | Cur |
|---|---|---|---|---|---|---|---|---|
| NFY16APR2014 | NFY16APR2014BCLEAR | 20,000.00 Sh | 243.1300 | 246.8100 | 486,260,000.00 Cr | 493,620,000.00 Dr | 7,360,000.00 Dr | DKK |
| OGY16APR2014 | OGY16APR2014BCLEAR | 20,000.00 Sh | 142.6300 | 151.0000 | 285,260,000.00 Cr | 302,000,000.00 Dr | 16,740,000.00 Dr | DKK |
| TKF18JUL2014 | TKF18JUL2014BCLEAR | 21,500.00 Sh | 49.3836 | 50.1200 | 106,174,740.00 Cr | 107,758,000.00 Dr | 1,583,260.00 Dr | DKK |
| | | | | | 877,694,740.00 Cr | 903,378,000.00 Dr | 25,683,260.00 Dr | DKK |

## Pending Trades (USD)

| Trade Dt | Settl Dt | Type | Trn | Quantity | Asset | Trd Price | Proceeds | Cur |
|---|---|---|---|---|---|---|---|---|

Page 1 of 3

# Account Equity

ED&F Man Capital Markets Ltd
Cottons Centre, Hay's Lane
London, SE1 2QE
United Kingdom

Account Number: CC:RIVERS-ASSOC
Account Name   : RIVERSIDE ASSOCIATES DEFINED BE
Date           : 03/31/2014
Currency       : USD

## Equity Swaps

| Tick Seq | Trade Dt Settle Dt | Term Date | Asset Description | Quantity D | Open Price | Notional Cur | Market Price | MTM Next Valuation Reset | Rate Description | Rate | Accrued Financing |
|---|---|---|---|---|---|---|---|---|---|---|---|

## Account Summary

| Item | Amount (USD) |
|---|---|
| Value of opening currency balance | |
| Value of trades settling today | |
| Value of Rec/Del today | |
| Value of Deposits/Withdrawls today | |
| **Value of closing currency balance(s)** | |
| NonFX Proceeds Pending Settlement | |
| **Trade Date Cash Balance** | |
| Market Value of Positions | |
| Net Value of Financing Interest | |
| Open Trade Equity on FX Deals | |
| Accrued Interest on Fixed Income | |
| Value of Open Swap Positions | |
| **Preliminary Account Value** | |

## Financing Summary

| | |
|---|---|
| Value of collateral | |
| Financing Valuation | |
| **Total Financing Excess** | |

## Margin Summary

| | |
|---|---|
| Margin Req (Reg-T: Initial) | |
| Margin Req (Reg-T: Maintenance) | |
| Margin Req (Future Initial) | |
| Margin Req (FOREX) | |
| Margin Req (Minimum Equity) | |
| **Margin Req (Total)** | |

## Futures Initial Requirement

| Cur | Requirement | Requirement (USD) | Conv Rate |
|---|---|---|---|
| DKK | 61,684,000.00 Dr | 11,375,564.66 Dr | 0.18442 |
| | | 11,375,564.66 Dr | |

Page 2 of

CONFIDENTIAL

# Account Equity

ED&F Man Capital Markets Ltd
Cottons Centre, Hay's Lane
London, SE1 2QE
United Kingdom

Account Number: CC:RIVERS-ASSOC
Account Name  : RIVERSIDE ASSOCIATES DEFINED BE
Date          : 03/31/2014
Currency      : USD

**Outstanding Calls**

| Key | Type of Call | Status | Issue Date | Entry Date | Due Date | Amount (Original) | Amount (Open) | Cur |
|-----|--------------|--------|------------|------------|----------|-------------------|---------------|-----|
|     |              |        |            |            |          |                   |               |     |

**Total Account Value**

Page 3 of 3

CONFIDENTIAL

RIVER_00000092