# Exhibit 112

CONFIDENTIAL



Account: CC:RIVERS-ASSOC
Name: RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN
Date: 30 Apr 2014

## Account Statement

**OTC-OPTIONS (EUR)**

| Trade Date | Expiry Date | Asset | Description | Position | Strike | Trade Price | Original Value | Market Price | Market Value | Unrealised P&L |
|---|---|---|---|---|---|---|---|---|---|---|

ED&F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London SE1 2QE
Tel. +44 (0)20 7089 8000

RIVER_00000093



CONFIDENTIAL

Account: CC:RIVERS-ASSOC
Name: RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN
Date: 30 Apr 2014

## TOTAL RETURN SWAPS (EUR)

| Trade Date | Term Date | Asset | Description | Position | Trade Price | Cash Value | Market Price | Market Value | Unrealised P&L |
|---|---|---|---|---|---|---|---|---|---|

ED&F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London SE1 2QE
Tel. +44 (0)20 7089 8000

RIVER_00000094

CONFIDENTIAL



Account: CC:RIVERS-ASSOC
Name: RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN
Date: 30 Apr 2014

ED&F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London SE1 2QE
Tel. +44 (0)20 7089 8000

RIVER_00000095

# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd
### 04/01/2014 through 04/30/2014

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|---|---|---|---|---|---|---|---|

**Account (1-020-010-RIVERS-ASSOC) is (RIVERSIDE ASSOCIATES DEFINED BENEFIT PLA)**

**Asset (DKK / DKK) Layer (C) [Danish Kroner DKK]**

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|---|---|---|---|---|---|---|---|
| 03/31/2014 | | Opening Balance | 0 | | 0 | 878,893,819.00 Dr | 878,893,819.00 Dr |
| 04/08/2014 | 277308 | ED&F Man Futures brokerage - Mar 13 - TD | 1 | Unclassified | 0 | 1,325.20 Dr | 878,895,144.20 Dr |
| 04/09/2014 | T00024372301002 | SEL 175,000 TRYG DC @ 555.0069 DKK 97,12 | 3 | PROCEED-EQUITY | 243723 | 97,126,214.50 Dr | 976,021,358.70 Dr |
| 04/10/2014 | 278025 | TRYG DC Custody Fees | 1 | Unclassified | 0 | 47,250.00 Dr | 976,068,608.70 Dr |
| 04/11/2014 | 278395 | CASH DIV - TRYG DC - PD 09/04/14 | 2 | Unclassified | 0 | 3,449,250.00 Cr | 972,619,358.70 Dr |
| 04/14/2014 | 279191 | Realized Gain/Loss Cust FUTURE | 157 | TR-PL-FUTURE | 0 | 30,646,800.00 Cr | 941,972,558.70 Dr |
| 04/14/2014 | 279191 | Realized Gain/Loss Cust FUTURE | 189 | TR-PL-FUTURE | 0 | 4,709,372.50 Cr | 937,263,186.20 Dr |
| 04/14/2014 | 279191 | Realized Gain/Loss Cust FUTURE | 121 | TR-PL-FUTURE | 0 | 10,948,800.00 Dr | 948,211,986.20 Dr |
| 04/14/2014 | 279191 | Realized Gain/Loss Cust FUTURE | 87 | TR-PL-FUTURE | 0 | 122,335.00 Dr | 948,334,321.20 Dr |
| 04/24/2014 | 282148 | Realized Gain/Loss Cust FUTURE | 55 | TR-PL-FUTURE | 0 | 1,941,450.00 Dr | 950,275,771.20 Dr |
| 04/29/2014 | T00025374301002 | SEL 322,500 DNORD DC @ 223.4078 DKK 72,0 | 3 | PROCEED-EQUITY | 253743 | 72,049,012.28 Dr | 1,022,324,783.48 Dr |
| 04/30/2014 | 283907 | DNORD DC Custody Fees | 1 | Unclassified | 0 | 16,125.00 Dr | 1,022,340,908.48 Dr |
| 04/30/2014 | 283927 | TDC DC clearance fee | 1 | Unclassified | 0 | 725,144.00 Dr | 1,023,066,052.48 Dr |
| | | | | | | | 1,023,066,052.48 Dr |

**Asset (DKK / DKK) Layer (O) [Danish Kroner DKK]**

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|---|---|---|---|---|---|---|---|
| 03/31/2014 | | Opening Balance | 0 | | 0 | 25,683,260.00 Dr | 25,683,260.00 Dr |
| 04/01/2014 | 275026 | Reversal of Unrealized Gain/Loss Cust FU | 560 | PROCEED-FUTURE | 231632 | 7,360,000.00 Cr | 18,323,260.00 Dr |
| 04/01/2014 | 275026 | Reversal of Unrealized Gain/Loss Cust FU | 484 | PROCEED-FUTURE | 229826 | 16,740,000.00 Cr | 1,583,260.00 Dr |
| 04/01/2014 | 275026 | Reversal of Unrealized Gain/Loss Cust FU | 268 | PROCEED-FUTURE | 232545 | 1,583,260.00 Cr | 0.00 Cr |
| 04/01/2014 | 275541 | Unrealized Gain/Loss Cust FUTURE | 284 | PROCEED-FUTURE | 232545 | 1,497,260.00 Dr | 1,497,260.00 Dr |
| 04/01/2014 | 275541 | Unrealized Gain/Loss Cust FUTURE | 570 | PROCEED-FUTURE | 231632 | 2,760,000.00 Dr | 4,257,260.00 Dr |
| 04/01/2014 | 275541 | Unrealized Gain/Loss Cust FUTURE | 494 | PROCEED-FUTURE | 229826 | 21,160,000.00 Dr | 25,417,260.00 Dr |
| 04/02/2014 | 275576 | Reversal of Unrealized Gain/Loss Cust FU | 570 | PROCEED-FUTURE | 231632 | 2,760,000.00 Cr | 22,657,260.00 Dr |
| 04/02/2014 | 275576 | Reversal of Unrealized Gain/Loss Cust FU | 494 | PROCEED-FUTURE | 229826 | 21,160,000.00 Cr | 1,497,260.00 Dr |
| 04/02/2014 | 275576 | Reversal of Unrealized Gain/Loss Cust FU | 284 | PROCEED-FUTURE | 232545 | 1,497,260.00 Cr | 0.00 Cr |
| 04/02/2014 | 275944 | Unrealized Gain/Loss Cust FUTURE | 304 | PROCEED-FUTURE | 232545 | 1,045,760.00 Dr | 1,045,760.00 Dr |
| 04/02/2014 | 275944 | Unrealized Gain/Loss Cust FUTURE | 514 | PROCEED-FUTURE | 229826 | 21,340,000.00 Dr | 22,385,760.00 Dr |
| 04/02/2014 | 275944 | Unrealized Gain/Loss Cust FUTURE | 590 | PROCEED-FUTURE | 231632 | 5,760,000.00 Dr | 28,145,760.00 Dr |
| 04/03/2014 | 275978 | Reversal of Unrealized Gain/Loss Cust FU | 514 | PROCEED-FUTURE | 229826 | 21,340,000.00 Cr | 6,805,760.00 Dr |
| 04/03/2014 | 275978 | Reversal of Unrealized Gain/Loss Cust FU | 304 | PROCEED-FUTURE | 232545 | 1,045,760.00 Cr | 5,760,000.00 Dr |
| 04/03/2014 | 275978 | Reversal of Unrealized Gain/Loss Cust FU | 590 | PROCEED-FUTURE | 231632 | 5,760,000.00 Cr | 0.00 Cr |
| 04/03/2014 | 276383 | Unrealized Gain/Loss Cust FUTURE | 576 | PROCEED-FUTURE | 231632 | 2,740,000.00 Dr | 2,740,000.00 Dr |
| 04/03/2014 | 276383 | Unrealized Gain/Loss Cust FUTURE | 634 | PROCEED-FUTURE | 243637 | 1,561,000.00 Cr | 1,179,000.00 Dr |
| 04/03/2014 | 276383 | Unrealized Gain/Loss Cust FUTURE | 292 | PROCEED-FUTURE | 232545 | 115,240.00 Cr | 1,063,760.00 Cr |
| 04/03/2014 | 276383 | Unrealized Gain/Loss Cust FUTURE | 500 | PROCEED-FUTURE | 229826 | 21,140,000.00 Dr | 22,203,760.00 Dr |
| 04/04/2014 | 276418 | Reversal of Unrealized Gain/Loss Cust FU | 576 | PROCEED-FUTURE | 231632 | 2,740,000.00 Cr | 19,463,760.00 Dr |
| 04/04/2014 | 276418 | Reversal of Unrealized Gain/Loss Cust FU | 500 | PROCEED-FUTURE | 229826 | 21,140,000.00 Cr | 1,676,240.00 Cr |
| 04/04/2014 | 276418 | Reversal of Unrealized Gain/Loss Cust FU | 634 | PROCEED-FUTURE | 243637 | 1,561,000.00 Dr | 115,240.00 Cr |
| 04/04/2014 | 276418 | Reversal of Unrealized Gain/Loss Cust FU | 292 | PROCEED-FUTURE | 232545 | 115,240.00 Dr | 0.00 Cr |
| 04/04/2014 | 276777 | Unrealized Gain/Loss Cust FUTURE | 624 | PROCEED-FUTURE | 243637 | 1,559,250.00 Dr | 1,559,250.00 Dr |
| 04/04/2014 | 276777 | Unrealized Gain/Loss Cust FUTURE | 500 | PROCEED-FUTURE | 229826 | 24,340,000.00 Dr | 22,780,750.00 Dr |
| 04/04/2014 | 276777 | Unrealized Gain/Loss Cust FUTURE | 292 | PROCEED-FUTURE | 232545 | 164,260.00 Dr | 22,945,010.00 Dr |
| 04/04/2014 | 276777 | Unrealized Gain/Loss Cust FUTURE | 576 | PROCEED-FUTURE | 231632 | 940,000.00 Dr | 23,885,010.00 Dr |
| 04/07/2014 | 277174 | Reversal of Unrealized Gain/Loss Cust FU | 500 | PROCEED-FUTURE | 229826 | 24,340,000.00 Cr | 454,990.00 Cr |
| 04/07/2014 | 277174 | Reversal of Unrealized Gain/Loss Cust FU | 576 | PROCEED-FUTURE | 231632 | 940,000.00 Cr | 1,394,990.00 Cr |
| 04/07/2014 | 277174 | Reversal of Unrealized Gain/Loss Cust FU | 624 | PROCEED-FUTURE | 243637 | 1,559,250.00 Dr | 164,260.00 Dr |

Copyright Shadow Financial Services Corp. 1998-2014. All Rights Reserved.    Page 1 of 4    Produced on 05/01/2014

CONFIDENTIAL

RIVER_00000096

CONFIDENTIAL

# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd
### 04/01/2014 through 04/30/2014

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|---|---|---|---|---|---|---|---|

**Account (1-020-010-RIVERS-ASSOC) is (RIVERSIDE ASSOCIATES DEFINED BENEFIT PLA) (Continued)**

Asset (DKK / DKK) Layer (O) (Continued)

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|---|---|---|---|---|---|---|---|
| 04/07/2014 | 277174 | Reversal of Unrealized Gain/Loss Cust FU | 292 | PROCEED-FUTURE | 232545 | 164,260.00 Cr | 0.00 Cr |
| 04/07/2014 | 277181 | Unrealized Gain/Loss Cust FUTURE | 492 | PROCEED-FUTURE | 229826 | 24,340,000.00 Dr | 24,340,000.00 Dr |
| 04/07/2014 | 277181 | Unrealized Gain/Loss Cust FUTURE | 616 | PROCEED-FUTURE | 243637 | 945,000.00 Cr | 23,395,000.00 Dr |
| 04/07/2014 | 277181 | Unrealized Gain/Loss Cust FUTURE | 284 | PROCEED-FUTURE | 232545 | 744,760.00 Dr | 24,139,760.00 Dr |
| 04/07/2014 | 277181 | Unrealized Gain/Loss Cust FUTURE | 568 | PROCEED-FUTURE | 231632 | 9,240,000.00 Cr | 14,899,760.00 Dr |
| 04/08/2014 | 277216 | Reversal of Unrealized Gain/Loss Cust FU | 616 | PROCEED-FUTURE | 243637 | 945,000.00 Dr | 15,844,760.00 Dr |
| 04/08/2014 | 277216 | Reversal of Unrealized Gain/Loss Cust FU | 568 | PROCEED-FUTURE | 231632 | 9,240,000.00 Dr | 25,084,760.00 Dr |
| 04/08/2014 | 277216 | Reversal of Unrealized Gain/Loss Cust FU | 284 | PROCEED-FUTURE | 232545 | 744,760.00 Cr | 24,340,000.00 Dr |
| 04/08/2014 | 277216 | Reversal of Unrealized Gain/Loss Cust FU | 492 | PROCEED-FUTURE | 229826 | 24,340,000.00 Cr | 0.00 Cr |
| 04/08/2014 | 277626 | Unrealized Gain/Loss Cust FUTURE | 492 | PROCEED-FUTURE | 229826 | 16,340,000.00 Dr | 16,340,000.00 Dr |
| 04/08/2014 | 277626 | Unrealized Gain/Loss Cust FUTURE | 284 | PROCEED-FUTURE | 232545 | 959,760.00 Dr | 17,299,760.00 Dr |
| 04/08/2014 | 277626 | Unrealized Gain/Loss Cust FUTURE | 634 | PROCEED-FUTURE | 243637 | 1,734,250.00 Cr | 15,565,510.00 Dr |
| 04/08/2014 | 277626 | Unrealized Gain/Loss Cust FUTURE | 568 | PROCEED-FUTURE | 231632 | 17,040,000.00 Cr | 1,474,490.00 Cr |
| 04/09/2014 | 277660 | Reversal of Unrealized Gain/Loss Cust FU | 568 | PROCEED-FUTURE | 231632 | 17,040,000.00 Dr | 15,565,510.00 Dr |
| 04/09/2014 | 277660 | Reversal of Unrealized Gain/Loss Cust FU | 634 | PROCEED-FUTURE | 243637 | 1,734,250.00 Dr | 17,299,760.00 Dr |
| 04/09/2014 | 277660 | Reversal of Unrealized Gain/Loss Cust FU | 284 | PROCEED-FUTURE | 232545 | 959,760.00 Cr | 16,340,000.00 Dr |
| 04/09/2014 | 277660 | Reversal of Unrealized Gain/Loss Cust FU | 492 | PROCEED-FUTURE | 229826 | 16,340,000.00 Cr | 0.00 Cr |
| 04/09/2014 | 277967 | Unrealized Gain/Loss Cust FUTURE | 276 | PROCEED-FUTURE | 232545 | 1,174,760.00 Dr | 1,174,760.00 Dr |
| 04/09/2014 | 277967 | Unrealized Gain/Loss Cust FUTURE | 560 | PROCEED-FUTURE | 231632 | 9,640,000.00 Cr | 8,465,240.00 Cr |
| 04/09/2014 | 277967 | Unrealized Gain/Loss Cust FUTURE | 484 | PROCEED-FUTURE | 229826 | 18,740,000.00 Dr | 10,274,760.00 Dr |
| 04/09/2014 | 277967 | Unrealized Gain/Loss Cust FUTURE | 596 | PROCEED-FUTURE | 243637 | 334,250.00 Cr | 9,940,510.00 Dr |
| 04/10/2014 | 278002 | Reversal of Unrealized Gain/Loss Cust FU | 596 | PROCEED-FUTURE | 243637 | 334,250.00 Dr | 10,274,760.00 Dr |
| 04/10/2014 | 278002 | Reversal of Unrealized Gain/Loss Cust FU | 560 | PROCEED-FUTURE | 231632 | 9,640,000.00 Dr | 19,914,760.00 Dr |
| 04/10/2014 | 278002 | Reversal of Unrealized Gain/Loss Cust FU | 276 | PROCEED-FUTURE | 232545 | 1,174,760.00 Cr | 18,740,000.00 Dr |
| 04/10/2014 | 278002 | Reversal of Unrealized Gain/Loss Cust FU | 484 | PROCEED-FUTURE | 229826 | 18,740,000.00 Cr | 0.00 Cr |
| 04/10/2014 | 278321 | Unrealized Gain/Loss Cust FUTURE | 588 | PROCEED-FUTURE | 243637 | 4,009,250.00 Dr | 4,009,250.00 Dr |
| 04/10/2014 | 278321 | Unrealized Gain/Loss Cust FUTURE | 284 | PROCEED-FUTURE | 232545 | 2,142,260.00 Dr | 1,866,990.00 Cr |
| 04/10/2014 | 278321 | Unrealized Gain/Loss Cust FUTURE | 476 | PROCEED-FUTURE | 229826 | 15,340,000.00 Dr | 13,473,010.00 Dr |
| 04/10/2014 | 278321 | Unrealized Gain/Loss Cust FUTURE | 552 | PROCEED-FUTURE | 231632 | 15,260,000.00 Cr | 1,786,990.00 Dr |
| 04/11/2014 | 278369 | Reversal of Unrealized Gain/Loss Cust FU | 588 | PROCEED-FUTURE | 243637 | 4,009,250.00 Dr | 2,222,260.00 Dr |
| 04/11/2014 | 278369 | Reversal of Unrealized Gain/Loss Cust FU | 552 | PROCEED-FUTURE | 231632 | 15,260,000.00 Dr | 17,482,260.00 Dr |
| 04/11/2014 | 278369 | Reversal of Unrealized Gain/Loss Cust FU | 284 | PROCEED-FUTURE | 232545 | 2,142,260.00 Cr | 15,340,000.00 Dr |
| 04/11/2014 | 278369 | Reversal of Unrealized Gain/Loss Cust FU | 476 | PROCEED-FUTURE | 229826 | 15,340,000.00 Cr | 0.00 Cr |
| 04/11/2014 | 278743 | Unrealized Gain/Loss Cust FUTURE | 434 | PROCEED-FUTURE | 229826 | 14,740,000.00 Dr | 14,740,000.00 Dr |
| 04/11/2014 | 278743 | Unrealized Gain/Loss Cust FUTURE | 546 | PROCEED-FUTURE | 243637 | 4,534,250.00 Cr | 10,205,750.00 Dr |
| 04/11/2014 | 278743 | Unrealized Gain/Loss Cust FUTURE | 510 | PROCEED-FUTURE | 231632 | 23,440,000.00 Cr | 13,234,250.00 Cr |
| 04/11/2014 | 278743 | Unrealized Gain/Loss Cust FUTURE | 242 | PROCEED-FUTURE | 232545 | 701,760.00 Dr | 12,532,490.00 Cr |
| 04/14/2014 | 279170 | Reversal of Unrealized Gain/Loss Cust FU | 546 | PROCEED-FUTURE | 243637 | 4,534,250.00 Dr | 7,998,240.00 Cr |
| 04/14/2014 | 279170 | Reversal of Unrealized Gain/Loss Cust FU | 242 | PROCEED-FUTURE | 232545 | 701,760.00 Cr | 8,700,000.00 Cr |
| 04/14/2014 | 279170 | Reversal of Unrealized Gain/Loss Cust FU | 510 | PROCEED-FUTURE | 231632 | 23,440,000.00 Dr | 14,740,000.00 Dr |
| 04/14/2014 | 279170 | Reversal of Unrealized Gain/Loss Cust FU | 434 | PROCEED-FUTURE | 229826 | 14,740,000.00 Cr | 0.00 Cr |
| 04/23/2014 | 281657 | Unrealized Gain/Loss Cust FUTURE | 412 | PROCEED-FUTURE | 253570 | 1,164,225.00 Dr | 1,164,225.00 Dr |
| 04/24/2014 | 281691 | Reversal of Unrealized Gain/Loss Cust FU | 412 | PROCEED-FUTURE | 253570 | 1,164,225.00 Cr | 0.00 Cr |

0.00 Cr

Asset (DKK / EUR) Layer (C) [Danish Kroner DKK]

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|---|---|---|---|---|---|---|---|
| 04/30/2014 | 283904 | TDC DC Tax Reclaims | 2 | Unclassified | 0 | 1,266,244.65 Cr | 1,266,244.65 Cr |

RIVER_00000097

Copyright Shadow Financial Services Corp. 1998-2014. All Rights Reserved.   Page 2 of 4   Produced on 05/01/2014

CONFIDENTIAL

# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd
### 04/01/2014 through 04/30/2014

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|---|---|---|---|---|---|---|---|

**Account (1-020-010-RIVERS-ASSOC) is (RIVERSIDE ASSOCIATES DEFINED BENEFIT PLA) (Continued)**

Asset (DKK / EUR) Layer (C) (Continued)

|  |  |  |  |  |  |  | 1,266,244.65 Cr |

Asset (EUR / EUR) Layer (C) [Euro]

| 04/01/2014 | 275067 | Reverse of Drawdown 416 - NOVOB DC | 2 | Unclassified | 0 | 426.24 Cr | 2,712.37 Dr |
| 04/01/2014 | 275075 | Drawdown 416 - NOVOB DC | 1 | Unclassified | 0 | 744.48 Dr | 3,456.85 Dr |
| 04/04/2014 | 276541 | Reverse of Drawdown 409 - TDC DC | 2 | Unclassified | 0 | 1,125.21 Cr | 2,734.14 Dr |
| 04/04/2014 | 276550 | Drawdown 409 - TDC DC | 1 | Unclassified | 0 | 112.31 Dr | 2,846.45 Dr |
| 04/14/2014 | 278907 | Drawdown 433 - TRYG DC | 1 | Unclassified | 0 | 125.76 Dr | 3,170.21 Dr |
| 04/25/2014 | 282336 | Drawdown 450 - DNORD DC | 1 | Unclassified | 0 | 122.82 Dr | 62,431.74 Cr |

Asset (EUR / EUR) Layer (O) [Euro]

Asset (EUR / EUR) Layer (S) [Euro]

CONFIDENTIAL

# Account Transactions (General Ledger)
### ED&F Man Capital Markets Ltd
#### 04/01/2014 through 04/30/2014

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|------|------------|---------------------|-----|----------------|----------|--------------------|-----------------| 

Asset (USD / USD) Layer (C) [US Dollar]

Asset (USD / USD) Layer (S) [US Dollar]

Gross Debit for all Trades:
Gross Credit for all Trades:

Net Debit/Credit for all Trades:

RIVER_00000099

# Account Equity

ED&F Man Capital Markets Ltd  
Cottons Centre, Hay's Lane  
London, SE1 2QE  
United Kingdom  

Account Number: CC:RIVERS-ASSOC  
Account Name  : RIVERSIDE ASSOCIATES DEFINED BE  
Date          : 04/30/2014  
Currency      : USD  

## Cash Summary

| Cur | Layer | Trade Date Amount | Conv Rate | TD Reporting Amt (USD) | Settle Date Amount | Conv Rate | SD Reporting Amt (USD) |
|---|---|---|---|---|---|---|---|
| DKK | Cash | 1,021,799,807.83 Dr | 0.1858 | 189,830,346.36 Dr | 1,021,799,807.83 Dr | 0.1858 | 189,830,346.36 Dr |
| EUR | Cash | | 1.3867 | | | 1.3867 | |
| EUR | SEG CASH A | | 1.3867 | | | 1.3867 | |
| USD | Cash | | 1.0000 | | | 1.0000 | |
| USD | SEG CASH A | | 1.0000 | | | 1.0000 | |

## Trade Date Positions (Equity) (DKK)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| DANSKE DC | DANSKE BANK A/S | C | 2,000,000.00 Lg | 144.2149 | 152.0000 | 288,429,840.00 Dr | 304,000,000.00 Cr | 15,570,160.00 Cr | DKK |
| DNORD DC | D/S NORDEN | C | 322,500.00 Lg | 223.4078 | 215.0000 | 72,049,012.28 Dr | 69,337,500.00 Cr | 2,711,512.28 Dr | DKK |
| NOVOB DC | NOVO NORDISK A/S-B | C | 2,000,000.00 Lg | 246.7031 | 242.7000 | 493,406,160.00 Dr | 485,400,000.00 Cr | 8,006,160.00 Dr | DKK |
| TDC DC | TDC A/S | C | 2,150,000.00 Lg | 52.4007 | 50.5000 | 112,661,419.00 Dr | 108,575,000.00 Cr | 4,086,419.00 Dr | DKK |
| TRYG DC | TRYG A/S | C | 175,000.00 Lg | 555.0069 | 511.0000 | 97,126,214.50 Dr | 89,425,000.00 Cr | 7,701,214.50 Dr | DKK |
| | | | | | Totals: | 1,063,672,645.78 Dr | 1,056,737,500.00 Cr | 6,935,145.78 Dr | |

## Trade Date Positions (Equity) (EUR)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|

## Trade Date Positions (Equity) (USD)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|

## Trade Date Positions (OTC-OPTIONS) (EUR)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|

Page 1 of 3

CONFIDENTIAL  
RIVER_00000100

CONFIDENTIAL

# Account Equity

ED&F Man Capital Markets Ltd  
Cottons Centre, Hay's Lane  
London, SE1 2QE  
United Kingdom

Account Number: CC:RIVERS-ASSOC  
Account Name  : RIVERSIDE ASSOCIATES DEFINED BE  
Date          : 04/30/2014  
Currency      : USD

**Pending Trades (EUR)**

| Trade Dt Settl Dt Type | Trn | Quantity Asset | Trd Price | Proceeds Cur |
|---|---|---|---|---|

**Pending Trades (USD)**

| Trade Dt Settl Dt Type | Trn | Quantity Asset | Trd Price | Proceeds Cur |
|---|---|---|---|---|

**Equity Swaps**

| Tick Seq | Trade Dt Settle Dt | Term Date | Asset Description | Quantity D | Open Price | Notional | Cur | Market Price | MTM Valuation | Next Reset | Rate Description | Rate | Accrued Financing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 246927 | 04/14/2014 04/16/2014 | 12/23/2014 | DANSKE DC DANSKE BANK A/S | 2,000,000 S | 148.1000 | 296,200,000 | DKK | 152.0000 | 7,800,000 | | Fixed | 0.0000 | 0.00 |
| 246841 | 04/14/2014 04/16/2014 | 12/23/2014 | NOVOB DC NOVO NORDISK A/S-B | 2,000,000 S | 227.8000 | 455,600,000 | DKK | 242.7000 | 29,800,000 | | Fixed | 0.0000 | 0.00 |
| 246968 | 04/14/2014 04/16/2014 | 12/23/2014 | TDC DC TDC A/S | 2,150,000 S | 49.4300 | 106,274,500 | DKK | 50.5000 | 2,300,500 | | Fixed | 0.0000 | 0.00 |
| 256432 | 04/24/2014 04/29/2014 | 07/24/2014 | DNORD DC D/S NORDEN | 322,500 S | 225.4248 | 72,699,498 | DKK | 215.0000 | -3,361,998 | | Fixed | 0.0000 | 0.00 |
| 246995 | 04/14/2014 04/16/2014 | 12/23/2014 | TRYG DC TRYG A/S | 175,000 S | 506.5000 | 88,637,500 | DKK | 511.0000 | 787,500 | | Fixed | 0.0000 | 0.00 |

Page 2 of 3

RIVER_00000101

**CONFIDENTIAL**

# Account Equity

ED&F Man Capital Markets Ltd
Cottons Centre, Hay's Lane
London, SE1 2QE
United Kingdom

Account Number: CC:RIVERS-ASSOC
Account Name  : RIVERSIDE ASSOCIATES DEFINED BE
Date          : 04/30/2014
Currency      : USD

## Account Summary

| Item | Amount (USD) |
|---|---|
| Value of opening currency balance | |
| Value of trades settling today | |
| Value of Rec/Del today | |
| Value of Deposits/Withdrawls today | |
| **Value of closing currency balance(s)** | |
| NonFX Proceeds Pending Settlement | |
| **Trade Date Cash Balance** | |
| Market Value of Positions | |
| Net Value of Financing Interest | |
| Open Trade Equity on FX Deals | |
| Accrued Interest on Fixed Income | |
| Value of Open Swap Positions | |
| **Preliminary Account Value** | |

## Financing Summary

| | |
|---|---|
| Value of collateral | |
| Financing Valuation | |
| **Total Financing Excess** | |

## Margin Summary

| | |
|---|---|
| Margin Req (Reg-T: Initial) | |
| Margin Req (Reg-T: Maintenance) | |
| Margin Req (Future Initial) | |
| Margin Req (FOREX) | |
| Margin Req (Minimum Equity) | |
| **Margin Req (Total)** | |

**Total Account Value**

## Missing Market Prices

| Asset | Cur | Product | Description |
|---|---|---|---|