# Exhibit 120



**E D & F MAN CAPITAL MARKETS LIMITED**

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN - 75 Claremont Road, Suite 309, Bernardsville, NJ 07924, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Tryg A/S |
| ISIN: | DK0060013274 |
| SEDOL: | B0LL2W7 |
| Ex Date: | 04/04/2014 |
| Record Date: | 08/04/2014 |
| Pay Date: | 09/04/2014 |
| Quantity: | 50,000.00 |
| Gross Div Rate: | 27 |
| Amount Received: | 985,500.00 |
| WHT Suffered: | 364,500.00 |
| Currency | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE
CONFIDENTIAL

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000

ED&F-00044535

**Charlotte Woodward**

| | |
|---|---|
| **From:** | Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> |
| **Sent:** | 02 April 2014 17:25 |
| **To:** | Stacey Kaminer; Mina, Sara (LDN) |
| **Cc:** | Foster, Victoria (LDN) |
| **Subject:** | RE: Trade Interest |
| **Attachments:** | AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN - Confirm  (17.6 KB); AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN- Confirm  (17.6 KB); AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN - Confirm  (18.7 KB) |

Hi Stacey,

Confirms attached.

Thanks,
Oliver

**From:** Stacey Kaminer [mailto:SK@acerinvest.com]
**Sent:** 02 April 2014 15:33
**To:** Bottomley, Oliver (LDN); Mina, Sara (LDN)
**Cc:** Foster, Victoria (LDN)
**Subject:** Trade Interest

Hi All,

The following accounts are interested in purchasing a total of 50,000 shares of TRYG DC, ISIN DK0060013274, T+3 and hedging their purchase by selling Bclear futures in the amount of 500 TYF june expiry.  Can you provide clearance for these transactions?  Also, the accounts are looking for liquidity if you are able to source any please let them know.  The account is looking for pricing of 532.371 on the future and 557 on the equity.  I hear Marex may have liquidity on the future and Link for the equity.

| AIGPP | AMERIC-INVGR | 50,000 |
|---|---|---|

Best,

Stacey

This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at http://www.edfmancapital.com. This document has been prepared for informational purposes only and opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all

CONFIDENTIAL    ED&F-00044536

estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is a registered company in England, number 1292851. MCM is authorised and regulated by the Financial Conduct Authority in the UK, register number 194926 at http://www.fca.org.uk. Member of the LSE.

CONFIDENTIAL

ED&F-00044537

## Charlotte Woodward

| | |
|---|---|
| **From:** | Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> on behalf of LDN-EQUITYFINANCE-REPORTING-MB <equityfinancereporting@edfmancapital.com> |
| **Sent:** | 02 April 2014 17:21 |
| **To:** | Bottomley, Oliver (LDN) |
| **Subject:** | AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN - Confirm |
| **Attachments:** | ATT00001.bin |

Trade Reference 243456

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 02/04/2014 |
| Settlement Date: | 07/04/2014 |
| Customer: | AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN |
| Broker: | ED&F Man Capital Markets Ltd |
| Trade Type: | Buy |
| Sec Desc: | TRYG A/S |
| ISIN: | DK0060013274 |
| Gross Price: | 557 |
| Net Price: | 557.007000 |
| Quantity: | 50,000 |
| Settlement Method: | DNI |
| Net Cash: | 27,850,350.00 |
| Currency: | DKK |
| Comments: | External Sequence: EQ30134-109618 Execution Time: Wednesday April 02,2014 12:00:00 AM Batch Id: 20140402_019030 |
| Commission: | |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we
have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy.
A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for
directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered
compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be
disclosed.

Should you have any issue related to this confirm please contact our settlements Dept:    Tel: +44 (0) 20 3580 7234
Email:
secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

CONFIDENTIAL                                                                          ED&F-00044538

## Charlotte Woodward

| | |
|---|---|
| **From:** | Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> on behalf of LDN-EQUITYFINANCE-REPORTING-MB <equityfinancereporting@edfmancapital.com> |
| **Sent:** | 02 April 2014 17:20 |
| **To:** | Bottomley, Oliver (LDN) |
| **Subject:** | AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN- Confirm |
| **Attachments:** | ATT00001.bin |

### Trade Reference 243453

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 02/04/2014 |
| Customer: | AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN |
| Broker: | ED&F Man Capital Markets Ltd |
| Customer Trade Type: | Sell |
| Sec Desc: | TFY20JUN2014BCLEAR |
| Exchange: | LIFFE |
| Price: | 532.38 |
| Quantity: | 50 |
| Currency: | DKK |
| Comments: | External Sequence: EQ30133-109617 Execution Time: Wednesday April 02,2014 12:00:00 AM Batch Id: 20140402_019029 |
| Direct Commission: | (11.50) |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our Settlements Dept:      Tel: +44 (0) 20 3580 7234
Email:
secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

1

ED&F-00044539

## Charlotte Woodward

| | |
|---|---|
| **From:** | Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> on behalf of LDN-EQUITYFINANCE-REPORTING-MB <equityfinancereporting@edfmancapital.com> |
| **Sent:** | 02 April 2014 17:19 |
| **To:** | Bottomley, Oliver (LDN) |
| **Subject:** | AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN - Confirm |
| **Attachments:** | ATT00001.bin |

### Trade Reference 243452

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 02/04/2014 |
| Customer: | AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN |
| Broker: | ED&F Man Capital Markets Ltd |
| Customer Trade Type: | Sell |
| Sec Desc: | TFY20JUN2014BCLEAR |
| Exchange: | LIFFE |
| Price: | 532.37 |
| Quantity: | 450 |
| Currency: | DKK |
| Comments: | External Sequence: EQ30133-109616 Execution Time: Wednesday April 02,2014 12:00:00 AM Batch Id: 20140402_019029 |
| Direct Commission: | (103.50) |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our Settlements Dept:       Tel: +44 (0) 20 3580 7234
Email:
secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

1

## Charlotte Woodward

| | |
|---|---|
| **From:** | Conor Cooling <Conor.Cooling@Linkbrokers.co.uk> |
| **Sent:** | 02 April 2014 17:12 |
| **To:** | OLIVER BOTTOMLEY |
| **Subject:** | Bloomberg: Ref: MW018963 Confirmation of trade with Link brokers |
| **Attachments:** | alt_body.html; MW018963.pdf |

Confirmation of trade number : MW018963 (ED&F Man Capital Markets Ltd - Re Paribas)

This communication and all information contained in or attached to it (including, but not limited to market prices/levels and market commentary) (the "Information") is for informational purposes only, is confidential, may be legally privileged and is the intellectual property of one of the companies of ICAP plc group ("ICAP") or third parties. The Information is subject to ICAP's terms of business as published or communicated to clients from time to time and is directed to Eligible Counterparties and Professional Customers only and is not intended for Retail Clients (as each term is defined by the rules of the Financial Conduct Authority).

The Information is not, and should not be construed as, an offer, bid, recommendation or solicitation in relation to any financial instrument or investment or to participate in any particular trading strategy. The Information is not to be relied upon and is not warranted, including, but not limited, as to completeness, timeliness or accuracy and is subject to change without notice. All representations and warranties are expressly disclaimed. Access to the Information by anyone other than the intended recipient is unauthorised and any disclosure, copying or redistribution is prohibited. ICAP Securities Limited and certain of its affiliates are authorised and regulated by the Financial Conduct Authority. For further regulatory information and our terms of business, please see www.icap.com. If you receive this message in error, please immediately delete all copies of it and notify the sender.

We have taken precautions to minimise the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses.

---

**Sent By** :

**B** **Conor Cooling**, Conor.Cooling@Linkbrokers.co.uk, Unknown Company

**Recipients** :

**B** **OLIVER BOTTOMLEY**, obottomley@edfmancapital.com, OBOTTOMLEY2@Bloomberg.net, E D & F MAN CAPITAL

---

Processed by **Global Relay Message Converter for Bloomberg** | V2.0.0 | File (BMAIL) Message 6725 | 2014-04-03 05:25:38 AM (EDT)

CONFIDENTIAL

ED&F-00044541

Trade executed by The Link Asset & Securities Co. Ltd.

2 Broadgate, London EC2M 7UR
T: +44 (0) 20 7663 5333
F: +44 (0) 20 7696 3555



**Trade confirm MW018963 on trade date 02 Apr 2014**

We are pleased to confirm the details of your OTC transaction

### Trade details

| Buyer | ED&F Man Capital Markets Ltd - Re Paribas | Trader | Oliver Bottomley | Settlement | 07 Apr 2014 |
|---|---|---|---|---|---|

### Basket

| Ticker | Stock | ISIN | SEDOL | Quantity | Gross price | Net price | Value |
|---|---|---|---|---|---|---|---|
| TRYG | TRYG A/S | DK0060013274 | B0LL2W7 | 50,000 | 557.00000 | 557.00700 | 27,850,350.00 |
| | | | | | | | **27,850,350.00** |

### Brokerage

| Calculated by | Per basket | Our broker | Cash Cross Swaps | Brokerage | DKK 350 |
|---|---|---|---|---|---|

CONFIDENTIAL

ED&F-00044542

**Charlotte Woodward**

| | |
|---|---|
| **From:** | Ton That, Anatole <ATonThat@marexspectron.com> |
| **Sent:** | 02 April 2014 17:12 |
| **To:** | 'obottomley@edfmancapital.com' |
| **Cc:** | EquityFinanceTrading |
| **Subject:** | TYF Jun14 Bclear Confirmation |
| **Attachments:** | EDF020414TRYG.pdf |

Hi Oliver

Please find enclosed the confirmation of this trade.

Thanks

Anatole

Direct: +44 (0)20 7650 4497
Mobile: +44 (0)7980 413 780
Address: 155 Bishopsgate London EC2M 3TQ



This e-mail was sent to you by Marex Spectron.

The Marex Spectron® group of companies includes Marex Financial Limited, Marex USA Limited, Marex North America LLC, Marex Hong Kong Limited, Spectron Commodities Futures Inc, Spectron Energy Services Limited, Spectron Commodities Limited and Marex Spectron Securities LLP (individually and collectively "Marex Spectron").

This e-mail and/or any attached documents may contain privileged and confidential information and should only be read by the intended recipient. If you have received this email in error, you must not copy, distribute, disclose or use any of the information in it. Please delete the email, including attachments, from your computer and immediately notify the sender.

This message has been scanned for viruses by our regularly updated email security systems but in accordance with good computer practice, please ensure that all messages received are checked by your own security systems before opening.

For further important information concerning this email, please click here
http://www.marexspectron.com/EmailDisclaimer.aspx

CONFIDENTIAL                                                                 ED&F-00044543

Marex Financial Limited
155 Bishopsgate
London EC2M 3TQ
Tel: +44 207 655 6000
www.marexspectron.com



## Futures Confirmation

| | |
|---|---|
| **Trade Reference:** | EDF020414TRYG |
| **Client:** | ED&F Man Capital |
| **Futures Account:** | BNP BPS MCMEQT |
| **Trader:** | Oliver Bottomley |
| **Trade Date:** | 02 April 2014 |

| CONTRACT | EXCHANGE | CONTRACT TYPE | EXPIRY | BUY/SELL | NO. OF LOTS | UNDERLYING | FUTURES PRICE |
|---|---|---|---|---|---|---|---|
| TYF | Bclear | Cash | Jun-14 | SELL | 450 | TRYG DC | DKK 532.37 |
| TYF | Bclear | Cash | Jun-14 | SELL | 50 | TRYG DC | DKK 532.38 |

**Brokerage:** DKK 0.00

**ADDITIONAL NOTES:**

This confirmation shall, in the absence of manifest error, be conclusive and binding on you, unless we receive from you, an objection in writing within 24 hours to efs@marexspectron.com or by calling us on (+44) 207 650 4496, failing which your trade confirmation shall be deemed correct and conforming with your own records. Times of trades and venue of execution are available on request.

Marex Financial Limited is a wholly owned subsidiary of Marex Spectron Group Limited, and is authorized and regulated by the Financial Services Authority (FSA number 442767 ) with its registered address at 155 Bishopsgate, London, EC2M 3TQ (registered number 5613061 and VAT registration no. GB 872 8106 13 ).

To read our full terms and conditions, please visit www.marexspectron.com.

CONFIDENTIAL

Rosenblatt work product: extracts of shadow data

| Firm | DateBasis | Sequence | ExtRefID | TradeDate | EntryDate | SettlementDate | TradeAccount | Product | AssetAlias1 | Currency | Ticket | Transaction | Quantity | Proceeds | FinalPrice | Asset | MasterAccount |
|------|-----------|----------|----------|-----------|-----------|----------------|--------------|---------|-------------|----------|--------|-------------|----------|----------|------------|-------|---------------|
| E1 | TRD | 243456 | EQ30134-109618 | 02/04/2014 | 2014-04-02 00:00:00.000 | 07/04/2014 | 1020035LINK00LINK0 | EQUITY | DK0060013274 | DKK | ORG | BUY | 50,000 | 27850350.00 | 557.0070000000 | TRYG DC | 1020035LINK00LINK0 |
| E1 | TRD | 243456 | EQ30134-109618 | 02/04/2014 | 2014-04-02 00:00:00.000 | 07/04/2014 | 1020010AMERICINVGR | EQUITY | DK0060013274 | DKK | ORG | SEL | 50,000 | 27850350.00 | 557.0070000000 | TRYG DC | 1020010AMERICINVGR |

ED&F-00044545

**Message ID** 2875807

## SWIFT Information

| | |
|---|---|
| **Msg Type** 547 | **Direction** From Swift |
| **Status** Closed | **Loc ID** N/A |
| **Related Ref** N/A | **Loc SWIFT ID** N/A |
| **Transaction Ref** PG408DJP4A001 | **Purpose** N/A |
| **Asset Series** 285322 | **Curr Series** 285321 |
| **Reason Code** N/A | **External ID** N/A |
| **Trailer Hdr** {MAC:00000000}{CHK:6C84330336D5} | **User Hdr** {108:ISI4190990CMS000} |
| **Basic Hdr** F01MACVGB22AXXX0636157415 | **App Hdr** O5471045140409PARBFRPPGXXX79958850331404090945N |
| **Load User** SHSYSTEM | **Load Date** 09-04-2014 04:47:57 |
| **Load Port** S608207NJ3VW07 | **Proc User** N/A |
| **Proc Date** [NULL] | **Proc Port** N/A |
| **Duration** N/A | **Instruction Date** N/A |
| **ACK Date** [NULL] | **OATS** ☐ |
| **File Name** 06849116.TXT | **OATS Sent** ☐ |
| **Memo** | |

CONFIDENTIAL

## Details (38)

Show Groups

System Default

| | Index | Tag | Value |
|---|---|---|---|
| 1 | 1 | 16R | GENL |
| 2 | 2 | 20C | :SEME//PG408DJP4A001 |
| 3 | 3 | 23G | NEWM |
| 4 | 4 | 98C | :PREP//20140409104228 |
| 5 | 5 | 16R | LINK |
| 6 | 6 | 13A | :LINK//543 |
| 7 | 7 | 20C | :RELA//E1000028532201 |
| 8 | 8 | 16S | LINK |
| 9 | 9 | 16S | GENL |
| 10 | 10 | 16R | TRADDET |
| 11 | 11 | 98A | :TRAD//20140408 |
| 12 | 12 | 98A | :ESET//20140409 |
| 13 | 13 | 35B | ISIN DK0060013274 |
| 14 | 14 | 000 | TRYG A/S |
| 15 | 15 | 16S | TRADDET |
| 16 | 16 | 16R | FIAC |
| 17 | 17 | 36B | :ESTT//UNIT/50000, |
| 18 | 18 | 97A | :SAFE//41329000010000778523F |
| 19 | 19 | 97A | :CASH//41329000010000724796K |
| 20 | 20 | 94F | :SAFE//CUST/NDEADKKKXXX |
| 21 | 21 | 16S | FIAC |
| 22 | 22 | 16R | SETDET |
| 23 | 23 | 22F | :SETR//TRAD |
| 24 | 24 | 16R | SETPRTY |
| 25 | 25 | 95P | :REAG//NDEADKKKXXX |
| 26 | 26 | 16S | SETPRTY |
| 27 | 27 | 16R | SETPRTY |
| 28 | 28 | 95P | :BUYR//PARBFRPPXXX |
| 29 | 29 | 97A | :SAFE//020001007697143 |
| 30 | 30 | 16S | SETPRTY |
| 31 | 31 | 16R | SETPRTY |
| 32 | 32 | 95P | :PSET//VPDKDKKKXXX |
| 33 | 33 | 16S | SETPRTY |
| 34 | 34 | 16R | AMT |
| 35 | 35 | 19A | :ESTT//DKK26225000, |
| 36 | 36 | 98A | :VALU//20140409 |
| 37 | 37 | 16S | AMT |
| 38 | 38 | 16S | SETDET |

ED&F-00044546

# Account Equity

**ED&F Man Capital Markets Ltd**
3 London Bridge Street
London SE1 9SG
United Kingdom

Account Number : CC:AMERIC-INVGR
Account Name : American Investment Group of NY
Date : 04-04-2014
Currency : USD

## Cash Summary

| Cur Layer | Trade Date Amount | Conv Rate | TD Reporting Amt (USD) | Settle Date Amount | Conv Rate | SD Reporting Amt (USD) |
|-----------|---|---|---|---|---|---|
| DKK Cash | 2,516,725,757.76 Dr | 0.18357382 | 462,004,961.25 Dr | 2,488,875,407.76 Dr | 0.18357382 | 456,892,366.11 Dr |
| DKK Var Margin | 48,098,490.00 Dr | 0.18357382 | 8,829,623.55 Dr | 48,098,490.00 Dr | 0.18357382 | 8,829,623.55 Dr |
| EUR Cash | 52,464.82 Cr | 1.37050000 | 71,903.04 Cr | 52,464.82 Cr | 1.37050000 | 71,903.04 Cr |
| EUR SEG CASH A | 9,684.84 Cr | 1.37050000 | 13,273.07 Cr | 9,684.84 Cr | 1.37050000 | 13,273.07 Cr |
| USD Cash | 8,380,343.09 Dr | 1.00000000 | 8,380,343.09 Dr | 8,380,343.09 Dr | 1.00000000 | 8,380,343.09 Dr |
| | | | 479,129,751.78 Dr | | | 474,017,156.64 Dr |

## Trade Date Positions (Equity) (DKK)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|-------|-------------|---|----------|-----------|--------------|----------------|--------------|----------------|-----|
| COLOB DC | COLOPLAST-B | C | 500,000.00 Lg | 354.9044 | 448.9000 | 177,452,220.00 Dr | 224,450,000.00 Cr | 46,997,780.00 Cr | DKK |
| DANSKE DC | DANSKE BANK A/S | C | 7,750,000.00 Lg | 143.5905 | 154.8000 | 1,112,826,210.00 Dr | 1,199,700,000.00 Cr | 86,873,790.00 Cr | DKK |
| MAERSKB DC | AP MOELLER-MAERSK A/S-B | C | 1,000.00 Lg | 63400.7925 | 13080.0000 | 63,400,792.50 Dr | 13,080,000.00 Cr | 50,320,792.50 Dr | DKK |
| NOVOB DC | NOVO NORDISK A/S-B | C | 3,500,000.00 Lg | 246.7031 | 243.6000 | 863,460,780.00 Dr | 852,600,000.00 Cr | 10,860,780.00 Dr | DKK |
| TDC DC | TDC A/S | C | 5,000,000.00 Lg | 52.5607 | 49.4300 | 262,803,300.00 Dr | 247,150,000.00 Cr | 15,653,300.00 Dr | DKK |
| TRYG DC | TRYG A/S | C | 50,000.00 Lg | 557.0070 | 524.5000 | 27,850,350.00 Dr | 26,225,000.00 Cr | 1,625,350.00 Dr | DKK |
| | | | | | Totals: | 2,507,793,652.50 Dr | 2,563,205,000.00 Cr | 55,411,347.50 Cr | |

## Trade Date Positions (Equity) (EUR)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|-------|-------------|---|----------|-----------|--------------|----------------|--------------|----------------|-----|
| SOLB BB | SOLVAY SA | C | 800,000.00 Lg | 108.4014 | 110.8500 | 86,721,088.00 Dr | 88,680,000.00 Cr | 1,958,912.00 Cr | EUR |
| | | | | | Totals: | 86,721,088.00 Dr | 88,680,000.00 Cr | 1,958,912.00 Cr | |

## Trade Date Positions (Equity) (USD)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|-------|-------------|---|----------|-----------|--------------|----------------|--------------|----------------|-----|
| VEON US | VEON LTD | C | 684,000.00 Lg | 12.9902 | 8.5500 | 8,885,269.44 Dr | 5,848,200.00 Cr | 3,037,069.44 Dr | USD |
| | | | | | Totals: | 8,885,269.44 Dr | 5,848,200.00 Cr | 3,037,069.44 Dr | |

## Trade Date Positions (OTC-OPTIONS) (EUR)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|-------|-------------|---|----------|-----------|--------------|----------------|--------------|----------------|-----|
| SOLB BB | SOLVAY SA | C | 8,000.00 Sh | 103.3500 | 110.8400 | 82,680,000.00 Cr | 88,672,000.00 Dr | 5,992,000.00 Dr | EUR |
| | | | | | Totals: | 82,680,000.00 Cr | 88,672,000.00 Dr | 5,992,000.00 Dr | |

CONFIDENTIAL

ED&F-00044547

# Account Equity

**ED&F Man Capital Markets Ltd**
3 London Bridge Street
London SE1 9SG
United Kingdom

| | |
|---|---|
| Account Number | : CC:AMERIC-INVGR |
| Account Name | : American Investment Group of NY |
| Date | : 04-04-2014 |
| Currency | : USD |

## Trade Date Futures Positions (DKK)

| Asset | Description | Position | Trd Price | Market Price | Orig Notional | Market Value | Open Trd Equity | Cur |
|---|---|---|---|---|---|---|---|---|
| MAY20JUN2014 | MAY20JUN2014BCLEAR | 10.00 Sh | 62135.6100 | 13083.5500 | 62,135,610.00 Cr | 13,083,550.00 Dr | 49,052,060.00 Cr | DKK |
| NFY16APR2014 | NFY16APR2014BCLEAR | 35,000.00 Sh | 243.1300 | 243.6000 | 850,955,000.00 Cr | 852,600,000.00 Dr | 1,645,000.00 Dr | DKK |
| OGY16APR2014 | OGY16APR2014BCLEAR | 47,500.00 Sh | 142.6300 | 154.8000 | 677,492,500.00 Cr | 735,300,000.00 Dr | 57,807,500.00 Cr | DKK |
| OGY20JUN2014 | OGY20JUN2014BCLEAR | 30,000.00 Sh | 140.8500 | 154.8400 | 422,550,000.00 Cr | 464,520,000.00 Dr | 41,970,000.00 Cr | DKK |
| TKF18JUL2014 | TKF18JUL2014BCLEAR | 20,000.00 Sh | 49.3836 | 49.4600 | 98,767,200.00 Cr | 98,920,000.00 Dr | 152,800.00 Cr | DKK |
| TKF20JUN2014 | TKF20JUN2014BCLEAR | 30,000.00 Sh | 50.7861 | 49.4400 | 152,358,200.00 Cr | 148,320,000.00 Dr | 4,038,200.00 Cr | DKK |
| TYF20JUN2014 | TYF20JUN2014BCLEAR | 500.00 Sh | 532.3710 | 524.6400 | 26,618,550.00 Cr | 26,232,000.00 Dr | 386,550.00 Cr | DKK |
| | | | | | 2,290,877,060.00 Cr | 2,338,975,550.00 Dr | 48,098,490.00 Dr | DKK |

## Pending Trades (DKK)

| Trade Dt | Settl Dt | Type | Trn | Quantity | Asset | Trd Price | Proceeds | Cur |
|---|---|---|---|---|---|---|---|---|
| 02-04-14 | 07-04-14 | Normal | BUY | 50,000.00 | TRYG DC | 557.0070 | 27,850,350.00 Dr | DKK |

## Equity Swaps

| Tick Seq | Trade Dt Set Dt | Term Dt | Asset Description | Quantity D | Open Price | Notional Cur | Market Price | MTM Valuation Next Reset | Rate Description | Rate | Accrued Financing |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 238724 | 21-03-14 26-03-14 | 26-06-14 | COLOB DC COLOPLAST-B | 500,000 S | 439.2000 | 219,600,000 DKK | 448.9000 | -4,850,000 | Fixed | 0.0000 | 0.00 |
| 172560 | 12-11-13 15-11-13 | 12-11-14 | VEON US VEON LTD | 684,000 S | 12.9900 | 8,885,160 USD | 8.5500 | 3,036,960 | Fixed | 0.0000 | 0.00 |

# Account Equity

**ED&F Man Capital Markets Ltd**
3 London Bridge Street
London SE1 9SG
United Kingdom

Account Number: CC:AMERIC-INVGR
Account Name  : American Investment Group of NY
Date          : 04-04-2014
Currency      : USD

## Account Summary

| Item | Amount (USD) |
|------|-------------:|
| Value of opening currency balance | 482,166,898.24 Dr |
| Value of trades settling today | 0.00 Cr |
| Value of Rec/Del today | 0.00 Cr |
| Value of Deposits/Withdrawls today | 8,149,741.61 Cr |
| **Value of closing currency balance(s)** | **474,017,156.64 Dr** |
| Cash Collateral Pending Settlement | 0.00 Cr |
| Financed Cash Pending Settlement | 0.00 Cr |
| NonFX Proceeds Pending Settlement | 5,112,595.14 Dr |
| **Trade Date Cash Balance** | **479,129,751.78 Dr** |
| Market Value of Positions | 476,396,497.29 Cr |
| Mkt Val of Unsettled Fin Positions | 0.00 Cr |
| Mkt Val of Settled Fin Positions | 0.00 Cr |
| Mkt Val of Unsettled Fin Collateral | 0.00 Cr |
| Mkt Val of Settled Fin Collateral | 0.00 Cr |
| Net Value of Financing Interest | 0.00 Cr |
| Open Trade Equity on FX Deals | 0.00 Cr |
| Accrued Interest on Fixed Income | 0.00 Cr |
| Value of Open Swap Positions | 2,146,626.97 Cr |
| **Preliminary Account Value** | **586,627.52 Dr** |

## Margin Summary

| | |
|------|-------------:|
| Margin Req (Reg-T: Initial) | 0.00 Cr |
| Margin Req (Reg-T: Maintenance) | 0.00 Cr |
| Margin Req (Future Initial) | 30,425,759.90 Dr |
| Margin Req (FOREX) | 0.00 Cr |
| Margin Req (Minimum Equity) | 0.00 Cr |
| **Margin Req (Total)** | **30,425,759.90 Dr** |

### Futures Initial Requirement

| Cur | Requirement | Requirement (USD) | Conv Rate |
|-----|------------:|------------------:|----------:|
| DKK | 165,741,280.00 Dr | 30,425,759.90 Dr | 0.18357 |
| | | 30,425,759.90 Dr | |

**Total Account Value**              **31,012,387.42 Dr**

CONFIDENTIAL                                      ED&F-00044549

# Account Equity

**ED&F Man Capital Markets Ltd**
**3 London Bridge Street**
**London SE1 9SG**
**United Kingdom**

**Account Number: CC:AMERIC-INVGR**
**Account Name  : American Investment Group of NY**
**Date          : 04-04-2014**
**Currency      : USD**

## Financing Summary

```
Unsettled Value of collateral at close           0.00 Cr
Unsettled Financing Valuation                    0.00 Cr
-------------------------------------- ===========================
```
**Unsettled Financing Excess at close             0.00**
```
Settled Value of collateral at close             0.00 Cr
Settled Financing Valuation                      0.00 Cr
-------------------------------------- ===========================
```
**Settled Financing Excess at close               0.00**

**Total Financing Excess at close                 0.00**

CONFIDENTIAL

ED&F-00044550

# Tryg A/S

# TRYG DC

**ISIN:** DK0060013274          **SEDOL:** B0LL2W7          **COUNTRY:** DK

| | | | |
|---|---|---|---|
| **EX DATE:** 04/04/2014 | **REC DATE:** 08/04/2014 | **PAY DATE:** 09/04/2014 |
| **CCY:** DKK | **GROSS RATE:** 27.00 | **FEE:** 0.00 |

## AGENT POSITIONS

| CLIENT ACCOUNT | CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVEABLE | CLAIM? | NOTES |
|---|---|---|---|---|---|---|---|---|
| CC:AMERIC-INVGR | AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN | 73% | 50,000 | | 985,500.00 | | | 16/04/14 - Rate on Maple borrow amended from 85% as per agreement from desk & client - MPM |
| CC:AUTOPA-AUTOP | Autoparts Pensions Group Trust | 73% | 136,000 | | 2,680,560.00 | | | |
| CC:BLUEGR-BLUEG | Bluegrass Retirement Group Trust | 73% | 113,000 | | 2,227,230.00 | | | |
| CC:BLUELL-BLUEL | BlueGrass Investment Management LLC Retirement Plan | 73% | 23,000 | | 453,330.00 | | | |
| CC:BLUELL-BLUEL | BlueGrass Investment Management LLC Retirement Plan | 73% | 128,000 | | 2,522,880.00 | | | |
| CC:CAMBRI-401KP | Cambridge Way LLC 401K Profit Sharing Plan | 73% | 612,500 | | 12,072,375.00 | | | |
| CC:CASTPE-GRPTR | Casting Pensions Group Trust | 73% | 128,000 | | 2,522,880.00 | | | |
| CC:CTECH0-00000 | Central Technologies Pensions Group Trust | 73% | 106,000 | | 2,089,260.00 | | | |
| CC:FEDLOG-FEDLO | FEDERATED LOGISTICS 401(K) PLAN | 73% | 300,000 | | 5,913,000.00 | | | |
| CC:HAMLYN-LLP00 | HAMLYN LP | 73% | 350,000 | | 6,898,500.00 | | | |
| CC:INDUST-PENGP | Industrial Pension Group Trust | 73% | 116,000 | | 2,286,360.00 | | | |
| CC:LINDEN-ADBPL | Linden Associates Defined Benefit Plan | 73% | 175,000 | | 3,449,250.00 | | | |
| CC:MOIRA0-ASSOC | MOIRA ASSOCIATES LLC 401K PLAN | 73% | 225,000 | | 4,434,750.00 | | | |
| CC:NSONGF-401PL | Newsong Fellowship Church 401K | 73% | 225,000 | | 4,434,750.00 | | | |
| CC:RIVERS-ASSOC | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN | 73% | 175,000 | | 3,449,250.00 | | | |
| CC:SVHOLD-SVHOL | SV Holdings LLC Retirement Plan | 73% | 113,000 | | 2,227,230.00 | | | |
| CC:TVETER-TVETE | Tveter LLC Pension Plan | 73% | 100,000 | | 1,971,000.00 | | | |
| CC:EDFDUB-EDFDU | ED&F Man Professional Trading (Dubai) Limited | 73% | | -2,162,500 | | -42,622,875.00 | | |
| LC:GLOBAL-EQY01 | BNP Paribas Depot 778523F | 73% | | -73,000 | | -1,438,830.00 | | |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | 2,162,500 | | 42,622,875.00 | | YES | |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | | -2,162,500 | | -42,622,875.00 | YES | |
| SB:IDBEDF-IDBED | Equity Finance Vs IDB (BNP) | 73% | | -540,000 | | -10,643,400.00 | YES | |
| SB:IDBEDF-IDBED | Equity Finance Vs IDB (BNP) | 73% | | -300,000 | | -5,913,000.00 | YES | |
| | | **TOTALS** | 5,238,000 | -5,238,000 | **TOTALS** 103,240,980.00 | -103,240,980.00 | | |

## SECURITIES LENDING POSITIONS

| SL CLIENT ACCOUNT | SL CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVEABLE | CLAIM? | NET STK LOAN AMNT | PYMNT V/D | PYMNT JRNL NO |
|---|---|---|---|---|---|---|---|---|---|---|
| BR:MAPLE0-UKLTD | Maple Securities UK Ltd | 73% | 23,000 | | 453,330.00 | | YES | | 22/04 | 280849 |
| CC:POLLEN-FUND0 | POLLEN FUND LIMITED | 73% | | -23,000 | | -453,330.00 | | | | |
| CC:BLUEGR-BLUEG | Bluegrass Retirement Group Trust | 100% | 12,000 | | 324,000.00 | | | | | |
| CC:BLUELL-BLUEL | BlueGrass Investment Management LLC Retirement Plan | 100% | 5,000 | | 135,000.00 | | | | | |
| CC:CTECH0-00000 | Central Technologies Pensions Group Trust | 100% | 14,000 | | 378,000.00 | | | | | |
| CC:TEWLLC-TEW00 | Tew Enterprises LLC Retirement Plan | 100% | 130,500 | | 3,523,500.00 | | | | | |

CONFIDENTIAL

ED&F-00044551

| CC:TEWLP0-TEWLP | Tew LP Retirement Plan | | 100% | 115,500 | | 3,118,500.00 | |
| CC:POLLEN-FUND0 | POLLEN FUND LIMITED | | 100% | | -277,000 | | -7,479,000.00 |
| | | SL TOTALS | | 300,000 | -300,000 | TOTALS 7,932,330.00 | -7,932,330.00 |

## SWAP POSITIONS

| SWP CLIENT ACCOUNT | SWP CLIENT NAME | DIV % | SWAP LONG | SWAP SHORT | PAYABLE | RECEIVEABLE |
|---|---|---|---|---|---|---|
| | | SWP TOTALS | 0 | 0 | TOTALS 0.00 | 0.00 |

| PREPARED: | | DESK SIGN OFF: | | OPS MANAGER SIGN OFF |
|---|---|---|---|---|
| AGENT CASH RECEIVED | CLAIMS PAID | JOURNAL NUMBERS UPDATED | DATE: 22/04/14 | FILE CLOSED / CLOSER: |

CONFIDENTIAL

ED&F-00044552

| MESSAGE_ID | Tag Sequence | Tag Name | Tag Value |
|---|---|---|---|
| OPARBFRPPXXX5661403358130101DKK 140409 | 1 | Tag 16R | GENL |
| OPARBFRPPXXX5661403358130101DKK 140409 | 2 | Tag 20C | :CORP//2014625433 |
| OPARBFRPPXXX5661403358130101DKK 140409 | 3 | Tag 20C | :SEME//1403358130101DKK |
| OPARBFRPPXXX5661403358130101DKK 140409 | 4 | Tag 23G | NEWM |
| OPARBFRPPXXX5661403358130101DKK 140409 | 5 | Tag 22F | :CAEV//DVCA |
| OPARBFRPPXXX5661403358130101DKK 140409 | 6 | Tag 16R | LINK |
| OPARBFRPPXXX5661403358130101DKK 140409 | 7 | Tag 22F | :LINK//INFO |
| OPARBFRPPXXX5661403358130101DKK 140409 | 8 | Tag 13A | :LINK//564 |
| OPARBFRPPXXX5661403358130101DKK 140409 | 9 | Tag 20C | :PREV//2014625433000100 |
| OPARBFRPPXXX5661403358130101DKK 140409 | 10 | Tag 16S | LINK |
| OPARBFRPPXXX5661403358130101DKK 140409 | 11 | Tag 16R | LINK |
| OPARBFRPPXXX5661403358130101DKK 140409 | 12 | Tag 22F | :LINK//INFO |
| OPARBFRPPXXX5661403358130101DKK 140409 | 13 | Tag 13A | :LINK//000 |
| OPARBFRPPXXX5661403358130101DKK 140409 | 14 | Tag 20C | :RELA//E1000028295401 |
| OPARBFRPPXXX5661403358130101DKK 140409 | 15 | Tag 16S | LINK |
| OPARBFRPPXXX5661403358130101DKK 140409 | 16 | Tag 16S | GENL |
| OPARBFRPPXXX5661403358130101DKK 140409 | 17 | Tag 16R | USECU |
| OPARBFRPPXXX5661403358130101DKK 140409 | 18 | Tag 97A | :SAFE//4132900010000778523F |
| OPARBFRPPXXX5661403358130101DKK 140409 | 19 | Tag 94F | :SAFE//CUST/NDEADKKKXXX |
| OPARBFRPPXXX5661403358130101DKK 140409 | 20 | Tag 35B | ISIN DK0060013274<br>TRYG A/S |
| OPARBFRPPXXX5661403358130101DKK 140409 | 21 | Tag 93B | :CONB//UNIT/73000, |
| OPARBFRPPXXX5661403358130101DKK 140409 | 22 | Tag 16S | USECU |
| OPARBFRPPXXX5661403358130101DKK 140409 | 23 | Tag 16R | CADETL |
| OPARBFRPPXXX5661403358130101DKK 140409 | 24 | Tag 98A | :XDTE//20140404 |
| OPARBFRPPXXX5661403358130101DKK 140409 | 25 | Tag 98A | :RDTE//20140408 |
| OPARBFRPPXXX5661403358130101DKK 140409 | 26 | Tag 22F | :DIVI//REGR |
| OPARBFRPPXXX5661403358130101DKK 140409 | 27 | Tag 16S | CADETL |
| OPARBFRPPXXX5661403358130101DKK 140409 | 28 | Tag 16R | CACONF |
| OPARBFRPPXXX5661403358130101DKK 140409 | 29 | Tag 13A | :CAON//001 |
| OPARBFRPPXXX5661403358130101DKK 140409 | 30 | Tag 22F | :CAOP//CASH |
| OPARBFRPPXXX5661403358130101DKK 140409 | 31 | Tag 16R | CASHMOVE |
| OPARBFRPPXXX5661403358130101DKK 140409 | 32 | Tag 22H | :CRDB//CRED |
| OPARBFRPPXXX5661403358130101DKK 140409 | 33 | Tag 97A | :CASH//4132900010000724864B |
| OPARBFRPPXXX5661403358130101DKK 140409 | 34 | Tag 19B | :PSTA//DKK1438830, |
| OPARBFRPPXXX5661403358130101DKK 140409 | 35 | Tag 19B | :GRSS//DKK1971000, |
| OPARBFRPPXXX5661403358130101DKK 140409 | 36 | Tag 19B | :NETT//DKK1438830, |
| OPARBFRPPXXX5661403358130101DKK 140409 | 37 | Tag 19B | :WITF//DKK532170, |
| OPARBFRPPXXX5661403358130101DKK 140409 | 38 | Tag 98A | :POST//20140409 |
| OPARBFRPPXXX5661403358130101DKK 140409 | 39 | Tag 98A | :VALU//20140409 |
| OPARBFRPPXXX5661403358130101DKK 140409 | 40 | Tag 98A | :PAYD//20140409 |
| OPARBFRPPXXX5661403358130101DKK 140409 | 41 | Tag 92F | :NETT//DKK19,71 |
| OPARBFRPPXXX5661403358130101DKK 140409 | 42 | Tag 92F | :GRSS//DKK27, |
| OPARBFRPPXXX5661403358130101DKK 140409 | 43 | Tag 92A | :WITF//27, |
| OPARBFRPPXXX5661403358130101DKK 140409 | 44 | Tag 16S | CASHMOVE |
| OPARBFRPPXXX5661403358130101DKK 140409 | 45 | Tag 16S | CACONF |
| OPARBFRPPXXX5661403358130101DKK 140409 | 46 | Tag 16R | ADDINFO |
| OPARBFRPPXXX5661403358130101DKK 140409 | 47 | Tag 70E | :TAXE// half-base taxation for foreign securities |
| OPARBFRPPXXX5661403358130101DKK 140409 | 48 | Tag 95Q | :MERE//ASSET SERVICES |
| OPARBFRPPXXX5661403358130101DKK 140409 | 49 | Tag 16S | ADDINFO |

ED&F-00044553



CONFIDENTIAL

ED&F-00044554