# Exhibit 128

CONFIDENTIAL



Account: CC:AMERIC-INVGR
Name: AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN
Date: 31 Mar 2014

## Account Statement

**OTC-OPTIONS (EUR)**

| Trade Date | Expiry Date | Asset | Description | Position | Strike | Trade Price | Original Value | Market Price | Market Value | Unrealised P&L |
|---|---|---|---|---|---|---|---|---|---|---|
| REDACTED | | | | | | | | | | |

**TOTAL RETURN SWAPS (EUR)**

| Trade Date | Term Date | Asset | Description | Position | Trade Price | Cash Value | Market Price | Market Value | Unrealised P&L |
|---|---|---|---|---|---|---|---|---|---|
| REDACTED | | | | | | | | | |

ED&F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London SE1 2QE
Tel. +44 (0)20 7089 8000

AIG_00000170

CONFIDENTIAL



**ED&F Capital Markets**

Account: CC:AMERIC-INVGR
Name: AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN
Date: 31 Mar 2014

REDACTED

ED&F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London SE1 2QE
Tel. +44 (0)20 7089 8000

AIG_00000171

CONFIDENTIAL

# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd
### 03/01/2014 through 03/31/2014

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|---|---|---|---|---|---|---|---|

**Account (1-020-010-AMERIC-INVGR) is (AMERICAN INVESTMENT GROUP OF NY L.P PENS)**

**Asset (DKK / DKK) Layer (C) [Danish Kroner DKK]**

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|---|---|---|---|---|---|---|---|
| 02/28/2014 | | Opening Balance | 0 | | 0 | 177,187,470.00 Dr | 177,187,470.00 Dr |
| 03/07/2014 | 255079 | Reversal of SEL 1,000,000 TDC DC @ 52.90 | 3 | PROCEED-EQUITY | 219233 | 52,900,660.00 Cr | 124,286,810.00 Dr |
| 03/07/2014 | 255956 | Realized Gain/Loss Cust FUTURE | 7 | TR-PL-FUTURE | 0 | 0.00 Cr | 124,286,810.00 Dr |
| 03/07/2014 | T00021923301002 | SEL 1,000,000 TDC DC @ 52.9007 DKK 52,90 | 2 | PROCEED-EQUITY | 219233 | 52,900,660.00 Dr | 177,187,470.00 Dr |
| 03/10/2014 | T00021939101002 | SEL 1,000,000 TDC DC @ 52.9007 DKK 52,90 | 2 | PROCEED-EQUITY | 219391 | 52,900,660.00 Dr | 230,088,130.00 Dr |
| 03/12/2014 | 256038 | Reversal of SEL 2,000,000 TDC DC @ 52.55 | 3 | PROCEED-EQUITY | 219783 | 105,101,320.00 Cr | 124,986,810.00 Dr |
| 03/12/2014 | T00021930501002 | SEL 2,000,000 TDC DC @ 52.4007 DKK 104,8 | 2 | PROCEED-EQUITY | 219305 | 104,801,320.00 Dr | 229,788,130.00 Dr |
| 03/12/2014 | T00021978301002 | SEL 2,000,000 TDC DC @ 52.5507 DKK 105,1 | 2 | PROCEED-EQUITY | 219783 | 105,101,320.00 Dr | 334,889,450.00 Dr |
| 03/12/2014 | T00022535801002 | SEL 2,000,000 TDC DC @ 52.5507 DKK 105,1 | 2 | PROCEED-EQUITY | 225358 | 105,101,320.00 Dr | 439,990,770.00 Dr |
| 03/13/2014 | 257522 | CASH DIV - TDC DC - PD 12/03/14 | 2 | Unclassified | 0 | 1,606,000.00 Cr | 438,384,770.00 Dr |
| 03/13/2014 | 257535 | CASH DIV - TDC DC - PD 12/03/14 | 2 | Unclassified | 0 | 3,212,000.00 Cr | 435,172,770.00 Dr |
| 03/13/2014 | 257625 | TDC DC Custody Fees Pt I | 1 | Unclassified | 0 | 110,000.00 Dr | 435,282,770.00 Dr |
| 03/17/2014 | 258586 | CASH DIV - TDC DC - PD 12/03/14 | 2 | Unclassified | 0 | 3,212,000.00 Cr | 432,070,770.00 Dr |
| 03/20/2014 | T00022927001002 | SEL 3,000,000 DANSKE DC @ 142.6018 DKK 4 | 2 | PROCEED-EQUITY | 229270 | 427,805,340.00 Dr | 859,876,110.00 Dr |
| 03/21/2014 | 260140 | Realized Gain/Loss Cust FUTURE | 73 | TR-PL-FUTURE | 0 | 2,640,000.00 Cr | 857,236,110.00 Dr |
| 03/24/2014 | T00022978501002 | SEL 2,500,000 DANSKE DC @ 144.2149 DKK 3 | 2 | PROCEED-EQUITY | 229785 | 360,537,300.00 Dr | 1,217,773,410.00 Dr |
| 03/24/2014 | T00022978701002 | SEL 2,250,000 DANSKE DC @ 144.2149 DKK 3 | 2 | PROCEED-EQUITY | 229787 | 324,483,570.00 Dr | 1,542,256,980.00 Dr |
| 03/25/2014 | 260612 | DANSKE DC Custody Fees | 1 | Unclassified | 0 | 155,000.00 Dr | 1,542,411,980.00 Dr |
| 03/26/2014 | 260714 | Reversal of SEL 3,500,000 NOVOB DC @ 246 | 3 | PROCEED-EQUITY | 231973 | 863,461,375.00 Cr | 678,950,605.00 Dr |
| 03/26/2014 | 261124 | CASH DIV - DANSKE DC - PD 24/03/14 | 2 | Unclassified | 0 | 4,380,000.00 Cr | 674,570,605.00 Dr |
| 03/26/2014 | 261125 | CASH DIV - DANSKE DC - PD 24/03/14 | 2 | Unclassified | 0 | 6,935,000.00 Cr | 667,635,605.00 Dr |
| 03/26/2014 | 261474 | Swap close for swap #203304:0 - Settle D | 1 | CASH | 203304 | 43,000,000.00 Dr | 710,635,605.00 Dr |
| 03/26/2014 | T00023197301002 | SEL 3,500,000 NOVOB DC @ 246.7033 DKK 86 | 3 | PROCEED-EQUITY | 231973 | 863,461,375.00 Dr | 1,574,096,980.00 Dr |
| 03/26/2014 | T00023547801002 | SEL 3,500,000 NOVOB DC @ 246.7031 DKK 86 | 3 | PROCEED-EQUITY | 235478 | 863,460,780.00 Dr | 2,437,557,760.00 Dr |
| 03/27/2014 | 267914 | NOVOB DC Custody Fees | 1 | Unclassified | 0 | 157,500.00 Dr | 2,437,715,260.00 Dr |
| 03/28/2014 | 273507 | CASH DIV - NOVOB DC - PD 26/03/14 | 2 | Unclassified | 0 | 11,497,500.00 Cr | 2,426,217,760.00 Dr |
| | | | | | | | 2,426,217,760.00 Dr |

**Asset (DKK / DKK) Layer (O) [Danish Kroner DKK]**

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|---|---|---|---|---|---|---|---|
| 03/05/2014 | 254864 | Unrealized Gain/Loss Cust FUTURE | 202 | PROCEED-FUTURE | 219246 | 224,200.00 Cr | 224,200.00 Cr |
| 03/05/2014 | 254864 | Unrealized Gain/Loss Cust FUTURE | 204 | PROCEED-FUTURE | 219245 | 372,000.00 Cr | 596,200.00 Cr |
| 03/06/2014 | 254972 | Reversal of Unrealized Gain/Loss Cust FU | 204 | PROCEED-FUTURE | 219245 | 372,000.00 Dr | 224,200.00 Cr |
| 03/06/2014 | 254972 | Reversal of Unrealized Gain/Loss Cust FU | 202 | PROCEED-FUTURE | 219246 | 224,200.00 Dr | 0.00 Cr |
| 03/06/2014 | 255365 | Unrealized Gain/Loss Cust FUTURE | 106 | PROCEED-FUTURE | 219346 | 380,000.00 Cr | 380,000.00 Cr |
| 03/06/2014 | 255365 | Unrealized Gain/Loss Cust FUTURE | 110 | PROCEED-FUTURE | 219861 | 224,000.00 Cr | 604,000.00 Cr |
| 03/06/2014 | 255365 | Unrealized Gain/Loss Cust FUTURE | 108 | PROCEED-FUTURE | 219864 | 348,000.00 Cr | 952,000.00 Cr |
| 03/06/2014 | 255365 | Unrealized Gain/Loss Cust FUTURE | 262 | PROCEED-FUTURE | 219246 | 159,600.00 Cr | 1,111,600.00 Cr |
| 03/06/2014 | 255365 | Unrealized Gain/Loss Cust FUTURE | 260 | PROCEED-FUTURE | 219245 | 266,600.00 Cr | 1,378,200.00 Cr |
| 03/07/2014 | 255472 | Reversal of Unrealized Gain/Loss Cust FU | 108 | PROCEED-FUTURE | 219864 | 348,000.00 Dr | 1,030,200.00 Cr |
| 03/07/2014 | 255472 | Reversal of Unrealized Gain/Loss Cust FU | 106 | PROCEED-FUTURE | 219346 | 380,000.00 Dr | 650,200.00 Cr |
| 03/07/2014 | 255472 | Reversal of Unrealized Gain/Loss Cust FU | 110 | PROCEED-FUTURE | 219861 | 224,000.00 Dr | 426,200.00 Cr |
| 03/07/2014 | 255472 | Reversal of Unrealized Gain/Loss Cust FU | 262 | PROCEED-FUTURE | 219246 | 159,600.00 Dr | 266,600.00 Cr |
| 03/07/2014 | 255472 | Reversal of Unrealized Gain/Loss Cust FU | 260 | PROCEED-FUTURE | 219245 | 266,600.00 Dr | 0.00 Cr |
| 03/07/2014 | 255932 | Unrealized Gain/Loss Cust FUTURE | 246 | PROCEED-FUTURE | 223012 | 864,000.00 Cr | 864,000.00 Cr |
| 03/07/2014 | 255932 | Unrealized Gain/Loss Cust FUTURE | 244 | PROCEED-FUTURE | 222998 | 568,000.00 Cr | 1,432,000.00 Cr |
| 03/07/2014 | 255932 | Unrealized Gain/Loss Cust FUTURE | 248 | PROCEED-FUTURE | 219246 | 326,800.00 Cr | 1,758,800.00 Cr |
| 03/07/2014 | 255932 | Unrealized Gain/Loss Cust FUTURE | 108 | PROCEED-FUTURE | 219346 | 1,280,000.00 Cr | 3,038,800.00 Cr |

Copyright Shadow Financial Services Corp. 1998-2014. All Rights Reserved.   Page 1 of 8   Produced on 03/31/2014

AIG_00000172

CONFIDENTIAL

## Account Transactions (General Ledger)
### ED&F Man Capital Markets Ltd
03/01/2014 through 03/31/2014

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|---|---|---|---|---|---|---|---|

**Account (1-020-010-AMERIC-INVGR) is (AMERICAN INVESTMENT GROUP OF NY L.P PENS) (Continued)**

**Asset (DKK / DKK) Layer (0) (Continued)**

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|---|---|---|---|---|---|---|---|
| 03/07/2014 | 255932 | Unrealized Gain/Loss Cust FUTURE | 250 | PROCEED-FUTURE | 219245 | 539,400.00 Cr | 3,578,200.00 Cr |
| 03/10/2014 | 256320 | Reversal of Unrealized Gain/Loss Cust FU | 248 | PROCEED-FUTURE | 219246 | 326,800.00 Dr | 3,251,400.00 Cr |
| 03/10/2014 | 256320 | Reversal of Unrealized Gain/Loss Cust FU | 250 | PROCEED-FUTURE | 219245 | 539,400.00 Dr | 2,712,000.00 Cr |
| 03/10/2014 | 256320 | Reversal of Unrealized Gain/Loss Cust FU | 246 | PROCEED-FUTURE | 223012 | 864,000.00 Dr | 1,848,000.00 Cr |
| 03/10/2014 | 256320 | Reversal of Unrealized Gain/Loss Cust FU | 108 | PROCEED-FUTURE | 219346 | 1,280,000.00 Dr | 568,000.00 Cr |
| 03/10/2014 | 256320 | Reversal of Unrealized Gain/Loss Cust FU | 244 | PROCEED-FUTURE | 222998 | 568,000.00 Dr | 0.00 Cr |
| 03/10/2014 | 256384 | Unrealized Gain/Loss Cust FUTURE | 228 | PROCEED-FUTURE | 223012 | 1,344,000.00 Cr | 1,344,000.00 Cr |
| 03/10/2014 | 256384 | Unrealized Gain/Loss Cust FUTURE | 230 | PROCEED-FUTURE | 219246 | 478,800.00 Cr | 1,822,800.00 Cr |
| 03/10/2014 | 256384 | Unrealized Gain/Loss Cust FUTURE | 226 | PROCEED-FUTURE | 219245 | 787,400.00 Cr | 2,610,200.00 Cr |
| 03/10/2014 | 256384 | Unrealized Gain/Loss Cust FUTURE | 100 | PROCEED-FUTURE | 219346 | 2,080,000.00 Cr | 4,690,200.00 Cr |
| 03/10/2014 | 256384 | Unrealized Gain/Loss Cust FUTURE | 224 | PROCEED-FUTURE | 222998 | 888,000.00 Cr | 5,578,200.00 Cr |
| 03/11/2014 | 256486 | Reversal of Unrealized Gain/Loss Cust FU | 228 | PROCEED-FUTURE | 223012 | 1,344,000.00 Dr | 4,234,200.00 Cr |
| 03/11/2014 | 256486 | Reversal of Unrealized Gain/Loss Cust FU | 230 | PROCEED-FUTURE | 219246 | 478,800.00 Dr | 3,755,400.00 Cr |
| 03/11/2014 | 256486 | Reversal of Unrealized Gain/Loss Cust FU | 226 | PROCEED-FUTURE | 219245 | 787,400.00 Dr | 2,968,000.00 Cr |
| 03/11/2014 | 256486 | Reversal of Unrealized Gain/Loss Cust FU | 100 | PROCEED-FUTURE | 219346 | 2,080,000.00 Dr | 888,000.00 Cr |
| 03/11/2014 | 256486 | Reversal of Unrealized Gain/Loss Cust FU | 224 | PROCEED-FUTURE | 222998 | 888,000.00 Dr | 0.00 Cr |
| 03/11/2014 | 256826 | Unrealized Gain/Loss Cust FUTURE | 220 | PROCEED-FUTURE | 219245 | 1,122,200.00 Cr | 1,122,200.00 Cr |
| 03/11/2014 | 256826 | Unrealized Gain/Loss Cust FUTURE | 100 | PROCEED-FUTURE | 219346 | 3,200,000.00 Cr | 4,322,200.00 Cr |
| 03/11/2014 | 256826 | Unrealized Gain/Loss Cust FUTURE | 222 | PROCEED-FUTURE | 219246 | 684,000.00 Cr | 5,006,200.00 Cr |
| 03/11/2014 | 256826 | Unrealized Gain/Loss Cust FUTURE | 226 | PROCEED-FUTURE | 223012 | 1,992,000.00 Cr | 6,998,200.00 Cr |
| 03/11/2014 | 256826 | Unrealized Gain/Loss Cust FUTURE | 224 | PROCEED-FUTURE | 222998 | 1,320,000.00 Cr | 8,318,200.00 Cr |
| 03/12/2014 | 256926 | Reversal of Unrealized Gain/Loss Cust FU | 222 | PROCEED-FUTURE | 219246 | 684,000.00 Dr | 7,634,200.00 Cr |
| 03/12/2014 | 256926 | Reversal of Unrealized Gain/Loss Cust FU | 220 | PROCEED-FUTURE | 219245 | 1,122,200.00 Dr | 6,512,000.00 Cr |
| 03/12/2014 | 256926 | Reversal of Unrealized Gain/Loss Cust FU | 224 | PROCEED-FUTURE | 222998 | 1,320,000.00 Dr | 5,192,000.00 Cr |
| 03/12/2014 | 256926 | Reversal of Unrealized Gain/Loss Cust FU | 100 | PROCEED-FUTURE | 219346 | 3,200,000.00 Dr | 1,992,000.00 Cr |
| 03/12/2014 | 256926 | Reversal of Unrealized Gain/Loss Cust FU | 226 | PROCEED-FUTURE | 223012 | 1,992,000.00 Dr | 0.00 Cr |
| 03/12/2014 | 257246 | Unrealized Gain/Loss Cust FUTURE | 216 | PROCEED-FUTURE | 219245 | 1,333,000.00 Cr | 1,333,000.00 Cr |
| 03/12/2014 | 257246 | Unrealized Gain/Loss Cust FUTURE | 214 | PROCEED-FUTURE | 219246 | 813,200.00 Cr | 2,146,200.00 Cr |
| 03/12/2014 | 257246 | Unrealized Gain/Loss Cust FUTURE | 218 | PROCEED-FUTURE | 223012 | 2,400,000.00 Cr | 4,546,200.00 Cr |
| 03/12/2014 | 257246 | Unrealized Gain/Loss Cust FUTURE | 100 | PROCEED-FUTURE | 219346 | 3,840,000.00 Cr | 8,386,200.00 Cr |
| 03/12/2014 | 257246 | Unrealized Gain/Loss Cust FUTURE | 220 | PROCEED-FUTURE | 222998 | 1,592,000.00 Cr | 9,978,200.00 Cr |
| 03/13/2014 | 257344 | Reversal of Unrealized Gain/Loss Cust FU | 216 | PROCEED-FUTURE | 219245 | 1,333,000.00 Dr | 8,645,200.00 Cr |
| 03/13/2014 | 257344 | Reversal of Unrealized Gain/Loss Cust FU | 220 | PROCEED-FUTURE | 222998 | 1,592,000.00 Dr | 7,053,200.00 Cr |
| 03/13/2014 | 257344 | Reversal of Unrealized Gain/Loss Cust FU | 218 | PROCEED-FUTURE | 223012 | 2,400,000.00 Dr | 4,653,200.00 Cr |
| 03/13/2014 | 257344 | Reversal of Unrealized Gain/Loss Cust FU | 214 | PROCEED-FUTURE | 219246 | 813,200.00 Dr | 3,840,000.00 Cr |
| 03/13/2014 | 257344 | Reversal of Unrealized Gain/Loss Cust FU | 100 | PROCEED-FUTURE | 219346 | 3,840,000.00 Dr | 0.00 Cr |
| 03/13/2014 | 257836 | Unrealized Gain/Loss Cust FUTURE | 226 | PROCEED-FUTURE | 223012 | 2,748,000.00 Cr | 2,748,000.00 Cr |
| 03/13/2014 | 257836 | Unrealized Gain/Loss Cust FUTURE | 228 | PROCEED-FUTURE | 222998 | 1,824,000.00 Cr | 4,572,000.00 Cr |
| 03/13/2014 | 257836 | Unrealized Gain/Loss Cust FUTURE | 100 | PROCEED-FUTURE | 219346 | 4,420,000.00 Cr | 8,992,000.00 Cr |
| 03/13/2014 | 257836 | Unrealized Gain/Loss Cust FUTURE | 224 | PROCEED-FUTURE | 219245 | 1,512,800.00 Cr | 10,504,800.00 Cr |
| 03/13/2014 | 257836 | Unrealized Gain/Loss Cust FUTURE | 222 | PROCEED-FUTURE | 219246 | 923,400.00 Cr | 11,428,200.00 Cr |
| 03/14/2014 | 257952 | Reversal of Unrealized Gain/Loss Cust FU | 226 | PROCEED-FUTURE | 223012 | 2,748,000.00 Dr | 8,680,200.00 Cr |
| 03/14/2014 | 257952 | Reversal of Unrealized Gain/Loss Cust FU | 228 | PROCEED-FUTURE | 222998 | 1,824,000.00 Dr | 6,856,200.00 Cr |
| 03/14/2014 | 257952 | Reversal of Unrealized Gain/Loss Cust FU | 100 | PROCEED-FUTURE | 219346 | 4,420,000.00 Dr | 2,436,200.00 Cr |
| 03/14/2014 | 257952 | Reversal of Unrealized Gain/Loss Cust FU | 224 | PROCEED-FUTURE | 219245 | 1,512,800.00 Dr | 923,400.00 Cr |
| 03/14/2014 | 257952 | Reversal of Unrealized Gain/Loss Cust FU | 222 | PROCEED-FUTURE | 219246 | 923,400.00 Dr | 0.00 Cr |
| 03/14/2014 | 258486 | Unrealized Gain/Loss Cust FUTURE | 224 | PROCEED-FUTURE | 219245 | 1,903,400.00 Cr | 1,903,400.00 Cr |
| 03/14/2014 | 258486 | Unrealized Gain/Loss Cust FUTURE | 226 | PROCEED-FUTURE | 223012 | 3,504,000.00 Cr | 5,407,400.00 Cr |
| 03/14/2014 | 258486 | Unrealized Gain/Loss Cust FUTURE | 228 | PROCEED-FUTURE | 222998 | 2,328,000.00 Cr | 7,735,400.00 Cr |

Copyright Shadow Financial Services Corp. 1998-2014. All Rights Reserved.    Page 2 of 8    Produced on 03/31/2014

AIG_00000173

CONFIDENTIAL

# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd
### 03/01/2014 through 03/31/2014

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|---|---|---|---|---|---|---|---|

**Account (1-020-010-AMERIC-INVGR) is (AMERICAN INVESTMENT GROUP OF NY L.P PENS) (Continued)**

Asset (DKK / DKK) Layer (0) (Continued)

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|---|---|---|---|---|---|---|---|
| 03/14/2014 | 258486 | Unrealized Gain/Loss Cust FUTURE | 222 | PROCEED-FUTURE | 219246 | 1,162,800.00 Cr | 8,898,200.00 Cr |
| 03/14/2014 | 258486 | Unrealized Gain/Loss Cust FUTURE | 100 | PROCEED-FUTURE | 219346 | 5,680,000.00 Cr | 14,578,200.00 Cr |
| 03/15/2014 | 258530 | Unrealized Gain/Loss Cust FUTURE | 226 | PROCEED-FUTURE | 223012 | 3,504,000.00 Cr | 18,082,200.00 Cr |
| 03/15/2014 | 258530 | Unrealized Gain/Loss Cust FUTURE | 228 | PROCEED-FUTURE | 222998 | 2,328,000.00 Cr | 20,410,200.00 Cr |
| 03/15/2014 | 258530 | Unrealized Gain/Loss Cust FUTURE | 100 | PROCEED-FUTURE | 219346 | 5,680,000.00 Cr | 26,090,200.00 Cr |
| 03/15/2014 | 258530 | Unrealized Gain/Loss Cust FUTURE | 224 | PROCEED-FUTURE | 219245 | 1,903,400.00 Cr | 27,993,600.00 Cr |
| 03/15/2014 | 258530 | Unrealized Gain/Loss Cust FUTURE | 222 | PROCEED-FUTURE | 219246 | 1,162,800.00 Cr | 29,156,400.00 Cr |
| 03/16/2014 | 258541 | Unrealized Gain/Loss Cust FUTURE | 224 | PROCEED-FUTURE | 219245 | 1,903,400.00 Cr | 31,059,800.00 Cr |
| 03/16/2014 | 258541 | Unrealized Gain/Loss Cust FUTURE | 228 | PROCEED-FUTURE | 222998 | 2,328,000.00 Cr | 33,387,800.00 Cr |
| 03/16/2014 | 258541 | Unrealized Gain/Loss Cust FUTURE | 226 | PROCEED-FUTURE | 223012 | 3,504,000.00 Cr | 36,891,800.00 Cr |
| 03/16/2014 | 258541 | Unrealized Gain/Loss Cust FUTURE | 222 | PROCEED-FUTURE | 219246 | 1,162,800.00 Cr | 38,054,600.00 Cr |
| 03/16/2014 | 258541 | Unrealized Gain/Loss Cust FUTURE | 100 | PROCEED-FUTURE | 219346 | 5,680,000.00 Cr | 43,734,600.00 Cr |
| 03/17/2014 | 258555 | Reversal of Unrealized Gain/Loss Cust FU | 226 | PROCEED-FUTURE | 223012 | 3,504,000.00 Dr | 40,230,600.00 Cr |
| 03/17/2014 | 258555 | Reversal of Unrealized Gain/Loss Cust FU | 224 | PROCEED-FUTURE | 219245 | 1,903,400.00 Dr | 38,327,200.00 Cr |
| 03/17/2014 | 258555 | Reversal of Unrealized Gain/Loss Cust FU | 222 | PROCEED-FUTURE | 219246 | 1,162,800.00 Dr | 37,164,400.00 Cr |
| 03/17/2014 | 258555 | Reversal of Unrealized Gain/Loss Cust FU | 100 | PROCEED-FUTURE | 219346 | 5,680,000.00 Dr | 31,484,400.00 Cr |
| 03/17/2014 | 258555 | Reversal of Unrealized Gain/Loss Cust FU | 228 | PROCEED-FUTURE | 222998 | 2,328,000.00 Dr | 29,156,400.00 Cr |
| 03/17/2014 | 258562 | Reversal of Unrealized Gain/Loss Cust FU | 226 | PROCEED-FUTURE | 223012 | 3,504,000.00 Dr | 25,652,400.00 Cr |
| 03/17/2014 | 258562 | Reversal of Unrealized Gain/Loss Cust FU | 224 | PROCEED-FUTURE | 219245 | 1,903,400.00 Dr | 23,749,000.00 Cr |
| 03/17/2014 | 258562 | Reversal of Unrealized Gain/Loss Cust FU | 100 | PROCEED-FUTURE | 219346 | 5,680,000.00 Dr | 18,069,000.00 Cr |
| 03/17/2014 | 258562 | Reversal of Unrealized Gain/Loss Cust FU | 228 | PROCEED-FUTURE | 222998 | 2,328,000.00 Dr | 15,741,000.00 Cr |
| 03/17/2014 | 258562 | Reversal of Unrealized Gain/Loss Cust FU | 222 | PROCEED-FUTURE | 219246 | 1,162,800.00 Dr | 14,578,200.00 Cr |
| 03/17/2014 | 258563 | Reversal of Unrealized Gain/Loss Cust FU | 224 | PROCEED-FUTURE | 219245 | 1,903,400.00 Dr | 12,674,800.00 Cr |
| 03/17/2014 | 258563 | Reversal of Unrealized Gain/Loss Cust FU | 222 | PROCEED-FUTURE | 219246 | 1,162,800.00 Dr | 11,512,000.00 Cr |
| 03/17/2014 | 258563 | Reversal of Unrealized Gain/Loss Cust FU | 228 | PROCEED-FUTURE | 222998 | 2,328,000.00 Dr | 9,184,000.00 Cr |
| 03/17/2014 | 258563 | Reversal of Unrealized Gain/Loss Cust FU | 226 | PROCEED-FUTURE | 223012 | 3,504,000.00 Dr | 5,680,000.00 Cr |
| 03/17/2014 | 258563 | Reversal of Unrealized Gain/Loss Cust FU | 100 | PROCEED-FUTURE | 219346 | 5,680,000.00 Dr | 0.00 Cr |
| 03/17/2014 | 258838 | Unrealized Gain/Loss Cust FUTURE | 230 | PROCEED-FUTURE | 222998 | 1,872,000.00 Cr | 1,872,000.00 Cr |
| 03/17/2014 | 258838 | Unrealized Gain/Loss Cust FUTURE | 100 | PROCEED-FUTURE | 219346 | 4,540,000.00 Cr | 6,412,000.00 Cr |
| 03/17/2014 | 258838 | Unrealized Gain/Loss Cust FUTURE | 212 | PROCEED-FUTURE | 229306 | 570,000.00 Cr | 6,982,000.00 Cr |
| 03/17/2014 | 258838 | Unrealized Gain/Loss Cust FUTURE | 232 | PROCEED-FUTURE | 223012 | 2,820,000.00 Cr | 9,802,000.00 Cr |
| 03/17/2014 | 258838 | Unrealized Gain/Loss Cust FUTURE | 234 | PROCEED-FUTURE | 219245 | 1,550,000.00 Cr | 11,352,000.00 Cr |
| 03/17/2014 | 258838 | Unrealized Gain/Loss Cust FUTURE | 236 | PROCEED-FUTURE | 219246 | 946,200.00 Cr | 12,298,200.00 Cr |
| 03/18/2014 | 258868 | Reversal of Unrealized Gain/Loss Cust FU | 230 | PROCEED-FUTURE | 222998 | 1,872,000.00 Dr | 10,426,200.00 Cr |
| 03/18/2014 | 258868 | Reversal of Unrealized Gain/Loss Cust FU | 212 | PROCEED-FUTURE | 229306 | 570,000.00 Dr | 9,856,200.00 Cr |
| 03/18/2014 | 258868 | Reversal of Unrealized Gain/Loss Cust FU | 232 | PROCEED-FUTURE | 223012 | 2,820,000.00 Dr | 7,036,200.00 Cr |
| 03/18/2014 | 258868 | Reversal of Unrealized Gain/Loss Cust FU | 236 | PROCEED-FUTURE | 219246 | 946,200.00 Dr | 6,090,000.00 Cr |
| 03/18/2014 | 258868 | Reversal of Unrealized Gain/Loss Cust FU | 234 | PROCEED-FUTURE | 219245 | 1,550,000.00 Dr | 4,540,000.00 Cr |
| 03/18/2014 | 258868 | Reversal of Unrealized Gain/Loss Cust FU | 100 | PROCEED-FUTURE | 219346 | 4,540,000.00 Dr | 0.00 Cr |
| 03/18/2014 | 259110 | Unrealized Gain/Loss Cust FUTURE | 232 | PROCEED-FUTURE | 219245 | 1,060,200.00 Cr | 1,060,200.00 Cr |
| 03/18/2014 | 259110 | Unrealized Gain/Loss Cust FUTURE | 230 | PROCEED-FUTURE | 223012 | 1,872,000.00 Cr | 2,932,200.00 Cr |
| 03/18/2014 | 259110 | Unrealized Gain/Loss Cust FUTURE | 212 | PROCEED-FUTURE | 229306 | 8,730,000.00 Dr | 5,797,800.00 Dr |
| 03/18/2014 | 259110 | Unrealized Gain/Loss Cust FUTURE | 432 | PROCEED-FUTURE | 229818 | 5,130,000.00 Dr | 10,927,800.00 Dr |
| 03/18/2014 | 259110 | Unrealized Gain/Loss Cust FUTURE | 236 | PROCEED-FUTURE | 222998 | 1,240,000.00 Cr | 9,687,800.00 Dr |
| 03/18/2014 | 259110 | Unrealized Gain/Loss Cust FUTURE | 234 | PROCEED-FUTURE | 219246 | 646,000.00 Cr | 9,041,800.00 Dr |
| 03/18/2014 | 259110 | Unrealized Gain/Loss Cust FUTURE | 100 | PROCEED-FUTURE | 219346 | 2,960,000.00 Cr | 6,081,800.00 Dr |
| 03/19/2014 | 259145 | Reversal of Unrealized Gain/Loss Cust FU | 230 | PROCEED-FUTURE | 223012 | 1,872,000.00 Dr | 7,953,800.00 Dr |
| 03/19/2014 | 259145 | Reversal of Unrealized Gain/Loss Cust FU | 212 | PROCEED-FUTURE | 229306 | 8,730,000.00 Cr | 776,200.00 Cr |
| 03/19/2014 | 259145 | Reversal of Unrealized Gain/Loss Cust FU | 100 | PROCEED-FUTURE | 219346 | 2,960,000.00 Dr | 2,183,800.00 Dr |

AIG_00000174

CONFIDENTIAL

# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd
### 03/01/2014 through 03/31/2014

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|---|---|---|---|---|---|---|---|
| \multicolumn{8}{l}{Account (1-020-010-AMERIC-INVGR) is (AMERICAN INVESTMENT GROUP OF NY L.P PENS) (Continued)} |
| \multicolumn{8}{l}{Asset (DKK / DKK) Layer (0) (Continued)} |
| 03/19/2014 | 259145 | Reversal of Unrealized Gain/Loss Cust FU 232 | | PROCEED-FUTURE | 219245 | 1,060,200.00 Dr | 3,244,000.00 Dr |
| 03/19/2014 | 259145 | Reversal of Unrealized Gain/Loss Cust FU 432 | | PROCEED-FUTURE | 229818 | 5,130,000.00 Cr | 1,886,000.00 Cr |
| 03/19/2014 | 259145 | Reversal of Unrealized Gain/Loss Cust FU 236 | | PROCEED-FUTURE | 222998 | 1,240,000.00 Dr | 646,000.00 Dr |
| 03/19/2014 | 259145 | Reversal of Unrealized Gain/Loss Cust FU 234 | | PROCEED-FUTURE | 219246 | 646,000.00 Dr | 0.00 Cr |
| 03/19/2014 | 259488 | Unrealized Gain/Loss Cust FUTURE | 254 | PROCEED-FUTURE | 219245 | 1,047,800.00 Cr | 1,047,800.00 Cr |
| 03/19/2014 | 259488 | Unrealized Gain/Loss Cust FUTURE | 256 | PROCEED-FUTURE | 219246 | 638,400.00 Cr | 1,686,200.00 Cr |
| 03/19/2014 | 259488 | Unrealized Gain/Loss Cust FUTURE | 454 | PROCEED-FUTURE | 229818 | 13,727,500.00 Dr | 12,041,300.00 Dr |
| 03/19/2014 | 259488 | Unrealized Gain/Loss Cust FUTURE | 252 | PROCEED-FUTURE | 222998 | 1,224,000.00 Cr | 10,817,300.00 Dr |
| 03/19/2014 | 259488 | Unrealized Gain/Loss Cust FUTURE | 100 | PROCEED-FUTURE | 219346 | 2,940,000.00 Cr | 7,877,300.00 Dr |
| 03/19/2014 | 259488 | Unrealized Gain/Loss Cust FUTURE | 232 | PROCEED-FUTURE | 229306 | 14,250,000.00 Dr | 22,127,300.00 Dr |
| 03/19/2014 | 259488 | Unrealized Gain/Loss Cust FUTURE | 250 | PROCEED-FUTURE | 223012 | 1,848,000.00 Cr | 20,279,300.00 Dr |
| 03/20/2014 | 259512 | Reversal of Unrealized Gain/Loss Cust FU 232 | | PROCEED-FUTURE | 229306 | 14,250,000.00 Cr | 6,029,300.00 Dr |
| 03/20/2014 | 259512 | Reversal of Unrealized Gain/Loss Cust FU 100 | | PROCEED-FUTURE | 219346 | 2,940,000.00 Dr | 8,969,300.00 Dr |
| 03/20/2014 | 259512 | Reversal of Unrealized Gain/Loss Cust FU 454 | | PROCEED-FUTURE | 229818 | 13,727,500.00 Cr | 4,758,200.00 Cr |
| 03/20/2014 | 259512 | Reversal of Unrealized Gain/Loss Cust FU 250 | | PROCEED-FUTURE | 223012 | 1,848,000.00 Dr | 2,910,200.00 Cr |
| 03/20/2014 | 259512 | Reversal of Unrealized Gain/Loss Cust FU 256 | | PROCEED-FUTURE | 219246 | 638,400.00 Dr | 2,271,800.00 Cr |
| 03/20/2014 | 259512 | Reversal of Unrealized Gain/Loss Cust FU 254 | | PROCEED-FUTURE | 219245 | 1,047,800.00 Dr | 1,224,000.00 Cr |
| 03/20/2014 | 259512 | Reversal of Unrealized Gain/Loss Cust FU 252 | | PROCEED-FUTURE | 222998 | 1,224,000.00 Dr | 0.00 Cr |
| 03/20/2014 | 259780 | Unrealized Gain/Loss Cust FUTURE | 250 | PROCEED-FUTURE | 219245 | 1,016,800.00 Cr | 1,016,800.00 Cr |
| 03/20/2014 | 259780 | Unrealized Gain/Loss Cust FUTURE | 252 | PROCEED-FUTURE | 219246 | 619,400.00 Cr | 1,636,200.00 Cr |
| 03/20/2014 | 259780 | Unrealized Gain/Loss Cust FUTURE | 100 | PROCEED-FUTURE | 219346 | 2,840,000.00 Cr | 4,476,200.00 Cr |
| 03/20/2014 | 259780 | Unrealized Gain/Loss Cust FUTURE | 232 | PROCEED-FUTURE | 229306 | 12,420,000.00 Dr | 7,943,800.00 Dr |
| 03/20/2014 | 259780 | Unrealized Gain/Loss Cust FUTURE | 438 | PROCEED-FUTURE | 229818 | 10,830,000.00 Dr | 18,773,800.00 Dr |
| 03/20/2014 | 259780 | Unrealized Gain/Loss Cust FUTURE | 522 | PROCEED-FUTURE | 231625 | 6,335,000.00 Cr | 12,438,800.00 Dr |
| 03/20/2014 | 259780 | Unrealized Gain/Loss Cust FUTURE | 254 | PROCEED-FUTURE | 222998 | 1,184,000.00 Cr | 11,254,800.00 Dr |
| 03/20/2014 | 259780 | Unrealized Gain/Loss Cust FUTURE | 256 | PROCEED-FUTURE | 223012 | 1,788,000.00 Cr | 9,466,800.00 Dr |
| 03/21/2014 | 259849 | Reversal of Unrealized Gain/Loss Cust FU 100 | | PROCEED-FUTURE | 219346 | 2,840,000.00 Dr | 12,306,800.00 Dr |
| 03/21/2014 | 259849 | Reversal of Unrealized Gain/Loss Cust FU 232 | | PROCEED-FUTURE | 229306 | 12,420,000.00 Cr | 113,200.00 Cr |
| 03/21/2014 | 259849 | Reversal of Unrealized Gain/Loss Cust FU 438 | | PROCEED-FUTURE | 229818 | 10,830,000.00 Cr | 10,943,200.00 Cr |
| 03/21/2014 | 259849 | Reversal of Unrealized Gain/Loss Cust FU 522 | | PROCEED-FUTURE | 231625 | 6,335,000.00 Dr | 4,608,200.00 Cr |
| 03/21/2014 | 259849 | Reversal of Unrealized Gain/Loss Cust FU 254 | | PROCEED-FUTURE | 222998 | 1,184,000.00 Dr | 3,424,200.00 Cr |
| 03/21/2014 | 259849 | Reversal of Unrealized Gain/Loss Cust FU 256 | | PROCEED-FUTURE | 223012 | 1,788,000.00 Dr | 1,636,200.00 Cr |
| 03/21/2014 | 259849 | Reversal of Unrealized Gain/Loss Cust FU 250 | | PROCEED-FUTURE | 219245 | 1,016,800.00 Dr | 619,400.00 Cr |
| 03/21/2014 | 259849 | Reversal of Unrealized Gain/Loss Cust FU 252 | | PROCEED-FUTURE | 219246 | 619,400.00 Dr | 0.00 Cr |
| 03/21/2014 | 260127 | Unrealized Gain/Loss Cust FUTURE | 170 | PROCEED-FUTURE | 219246 | 547,200.00 Cr | 547,200.00 Cr |
| 03/21/2014 | 260127 | Unrealized Gain/Loss Cust FUTURE | 172 | PROCEED-FUTURE | 219245 | 899,000.00 Cr | 1,446,200.00 Cr |
| 03/21/2014 | 260127 | Unrealized Gain/Loss Cust FUTURE | 152 | PROCEED-FUTURE | 229306 | 13,500,000.00 Dr | 12,053,800.00 Dr |
| 03/21/2014 | 260127 | Unrealized Gain/Loss Cust FUTURE | 168 | PROCEED-FUTURE | 223012 | 1,560,000.00 Cr | 10,493,800.00 Dr |
| 03/21/2014 | 260127 | Unrealized Gain/Loss Cust FUTURE | 222 | PROCEED-FUTURE | 232537 | 132,800.00 Dr | 10,626,600.00 Dr |
| 03/21/2014 | 260127 | Unrealized Gain/Loss Cust FUTURE | 514 | PROCEED-FUTURE | 231625 | 13,685,000.00 Cr | 3,058,400.00 Cr |
| 03/21/2014 | 260127 | Unrealized Gain/Loss Cust FUTURE | 174 | PROCEED-FUTURE | 222998 | 1,032,000.00 Cr | 4,090,400.00 Cr |
| 03/21/2014 | 260127 | Unrealized Gain/Loss Cust FUTURE | 428 | PROCEED-FUTURE | 229818 | 12,730,000.00 Dr | 8,639,600.00 Dr |
| 03/24/2014 | 260526 | Reversal of Unrealized Gain/Loss Cust FU 174 | | PROCEED-FUTURE | 222998 | 1,032,000.00 Dr | 9,671,600.00 Dr |
| 03/24/2014 | 260526 | Reversal of Unrealized Gain/Loss Cust FU 172 | | PROCEED-FUTURE | 219245 | 899,000.00 Dr | 10,570,600.00 Dr |
| 03/24/2014 | 260526 | Reversal of Unrealized Gain/Loss Cust FU 222 | | PROCEED-FUTURE | 232537 | 132,800.00 Cr | 10,437,800.00 Dr |
| 03/24/2014 | 260526 | Reversal of Unrealized Gain/Loss Cust FU 428 | | PROCEED-FUTURE | 229818 | 12,730,000.00 Cr | 2,292,200.00 Cr |
| 03/24/2014 | 260526 | Reversal of Unrealized Gain/Loss Cust FU 168 | | PROCEED-FUTURE | 223012 | 1,560,000.00 Dr | 732,200.00 Cr |
| 03/24/2014 | 260526 | Reversal of Unrealized Gain/Loss Cust FU 170 | | PROCEED-FUTURE | 219246 | 547,200.00 Dr | 185,000.00 Cr |
| 03/24/2014 | 260526 | Reversal of Unrealized Gain/Loss Cust FU 514 | | PROCEED-FUTURE | 231625 | 13,685,000.00 Dr | 13,500,000.00 Dr |

Copyright Shadow Financial Services Corp. 1998-2014. All Rights Reserved.    Page 4 of 8    Produced on 03/31/2014

AIG_00000175

CONFIDENTIAL

# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd
### 03/01/2014 through 03/31/2014

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|---|---|---|---|---|---|---|---|

**Account (1-020-010-AMERIC-INVGR) is (AMERICAN INVESTMENT GROUP OF NY L.P PENS) (Continued)**

**Asset (DKK / DKK) Layer (0) (Continued)**

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|---|---|---|---|---|---|---|---|
| 03/24/2014 | 260526 | Reversal of Unrealized Gain/Loss Cust FU | 152 | PROCEED-FUTURE | 229306 | 13,500,000.00 Cr | 0.00 Cr |
| 03/24/2014 | 260533 | Unrealized Gain/Loss Cust FUTURE | 166 | PROCEED-FUTURE | 223012 | 2,376,000.00 Cr | 2,376,000.00 Cr |
| 03/24/2014 | 260533 | Unrealized Gain/Loss Cust FUTURE | 164 | PROCEED-FUTURE | 222998 | 1,576,000.00 Cr | 3,952,000.00 Cr |
| 03/24/2014 | 260533 | Unrealized Gain/Loss Cust FUTURE | 148 | PROCEED-FUTURE | 229306 | 10,500,000.00 Dr | 6,548,000.00 Dr |
| 03/24/2014 | 260533 | Unrealized Gain/Loss Cust FUTURE | 218 | PROCEED-FUTURE | 232537 | 1,227,200.00 Cr | 5,320,800.00 Dr |
| 03/24/2014 | 260533 | Unrealized Gain/Loss Cust FUTURE | 170 | PROCEED-FUTURE | 219246 | 805,600.00 Cr | 4,515,200.00 Dr |
| 03/24/2014 | 260533 | Unrealized Gain/Loss Cust FUTURE | 168 | PROCEED-FUTURE | 219245 | 1,320,600.00 Cr | 3,194,600.00 Dr |
| 03/24/2014 | 260533 | Unrealized Gain/Loss Cust FUTURE | 510 | PROCEED-FUTURE | 231625 | 10,920,000.00 Cr | 7,725,400.00 Cr |
| 03/24/2014 | 260533 | Unrealized Gain/Loss Cust FUTURE | 424 | PROCEED-FUTURE | 229818 | 7,932,500.00 Dr | 207,100.00 Dr |
| 03/25/2014 | 260568 | Reversal of Unrealized Gain/Loss Cust FU | 218 | PROCEED-FUTURE | 232537 | 1,227,200.00 Dr | 1,434,300.00 Dr |
| 03/25/2014 | 260568 | Reversal of Unrealized Gain/Loss Cust FU | 170 | PROCEED-FUTURE | 219246 | 805,600.00 Dr | 2,239,900.00 Dr |
| 03/25/2014 | 260568 | Reversal of Unrealized Gain/Loss Cust FU | 424 | PROCEED-FUTURE | 229818 | 7,932,500.00 Cr | 5,692,600.00 Cr |
| 03/25/2014 | 260568 | Reversal of Unrealized Gain/Loss Cust FU | 510 | PROCEED-FUTURE | 231625 | 10,920,000.00 Dr | 5,227,400.00 Dr |
| 03/25/2014 | 260568 | Reversal of Unrealized Gain/Loss Cust FU | 166 | PROCEED-FUTURE | 223012 | 2,376,000.00 Dr | 7,603,400.00 Dr |
| 03/25/2014 | 260568 | Reversal of Unrealized Gain/Loss Cust FU | 168 | PROCEED-FUTURE | 219245 | 1,320,600.00 Dr | 8,924,000.00 Dr |
| 03/25/2014 | 260568 | Reversal of Unrealized Gain/Loss Cust FU | 148 | PROCEED-FUTURE | 229306 | 10,500,000.00 Cr | 1,576,000.00 Cr |
| 03/25/2014 | 260568 | Reversal of Unrealized Gain/Loss Cust FU | 164 | PROCEED-FUTURE | 222998 | 1,576,000.00 Dr | 0.00 Cr |
| 03/25/2014 | 261026 | Unrealized Gain/Loss Cust FUTURE | 178 | PROCEED-FUTURE | 219245 | 1,271,000.00 Cr | 1,271,000.00 Cr |
| 03/25/2014 | 261026 | Unrealized Gain/Loss Cust FUTURE | 176 | PROCEED-FUTURE | 222998 | 1,512,000.00 Cr | 2,783,000.00 Cr |
| 03/25/2014 | 261026 | Unrealized Gain/Loss Cust FUTURE | 436 | PROCEED-FUTURE | 229818 | 2,517,500.00 Cr | 5,300,500.00 Cr |
| 03/25/2014 | 261026 | Unrealized Gain/Loss Cust FUTURE | 226 | PROCEED-FUTURE | 232537 | 1,067,200.00 Cr | 6,367,700.00 Cr |
| 03/25/2014 | 261026 | Unrealized Gain/Loss Cust FUTURE | 156 | PROCEED-FUTURE | 229306 | 3,900,000.00 Dr | 2,467,700.00 Cr |
| 03/25/2014 | 261026 | Unrealized Gain/Loss Cust FUTURE | 172 | PROCEED-FUTURE | 223012 | 2,280,000.00 Cr | 4,747,700.00 Cr |
| 03/25/2014 | 261026 | Unrealized Gain/Loss Cust FUTURE | 174 | PROCEED-FUTURE | 219246 | 775,200.00 Cr | 5,522,900.00 Cr |
| 03/25/2014 | 261026 | Unrealized Gain/Loss Cust FUTURE | 522 | PROCEED-FUTURE | 231625 | 12,320,000.00 Cr | 17,842,900.00 Cr |
| 03/26/2014 | 261067 | Reversal of Unrealized Gain/Loss Cust FU | 436 | PROCEED-FUTURE | 229818 | 2,517,500.00 Dr | 15,325,400.00 Cr |
| 03/26/2014 | 261067 | Reversal of Unrealized Gain/Loss Cust FU | 178 | PROCEED-FUTURE | 219245 | 1,271,000.00 Dr | 14,054,400.00 Cr |
| 03/26/2014 | 261067 | Reversal of Unrealized Gain/Loss Cust FU | 226 | PROCEED-FUTURE | 232537 | 1,067,200.00 Dr | 12,987,200.00 Cr |
| 03/26/2014 | 261067 | Reversal of Unrealized Gain/Loss Cust FU | 522 | PROCEED-FUTURE | 231625 | 12,320,000.00 Dr | 667,200.00 Dr |
| 03/26/2014 | 261067 | Reversal of Unrealized Gain/Loss Cust FU | 172 | PROCEED-FUTURE | 223012 | 2,280,000.00 Dr | 1,612,800.00 Dr |
| 03/26/2014 | 261067 | Reversal of Unrealized Gain/Loss Cust FU | 156 | PROCEED-FUTURE | 229306 | 3,900,000.00 Cr | 2,287,200.00 Cr |
| 03/26/2014 | 261067 | Reversal of Unrealized Gain/Loss Cust FU | 176 | PROCEED-FUTURE | 222998 | 1,512,000.00 Dr | 775,200.00 Cr |
| 03/26/2014 | 261067 | Reversal of Unrealized Gain/Loss Cust FU | 174 | PROCEED-FUTURE | 219246 | 775,200.00 Dr | 0.00 Cr |
| 03/26/2014 | 261478 | Unrealized Gain/Loss Cust FUTURE | 226 | PROCEED-FUTURE | 232537 | 1,107,200.00 Cr | 1,107,200.00 Cr |
| 03/26/2014 | 261478 | Unrealized Gain/Loss Cust FUTURE | 178 | PROCEED-FUTURE | 222998 | 1,528,000.00 Cr | 2,635,200.00 Cr |
| 03/26/2014 | 261478 | Unrealized Gain/Loss Cust FUTURE | 522 | PROCEED-FUTURE | 231625 | 9,450,000.00 Cr | 12,085,200.00 Cr |
| 03/26/2014 | 261478 | Unrealized Gain/Loss Cust FUTURE | 436 | PROCEED-FUTURE | 229818 | 13,727,500.00 Dr | 1,642,300.00 Dr |
| 03/26/2014 | 261478 | Unrealized Gain/Loss Cust FUTURE | 172 | PROCEED-FUTURE | 219246 | 782,800.00 Cr | 859,500.00 Dr |
| 03/26/2014 | 261478 | Unrealized Gain/Loss Cust FUTURE | 156 | PROCEED-FUTURE | 229306 | 14,160,000.00 Dr | 15,019,500.00 Dr |
| 03/26/2014 | 261478 | Unrealized Gain/Loss Cust FUTURE | 176 | PROCEED-FUTURE | 223012 | 2,304,000.00 Cr | 12,715,500.00 Dr |
| 03/26/2014 | 261478 | Unrealized Gain/Loss Cust FUTURE | 174 | PROCEED-FUTURE | 219245 | 1,283,400.00 Cr | 11,432,100.00 Dr |
| 03/27/2014 | 261514 | Reversal of Unrealized Gain/Loss Cust FU | 174 | PROCEED-FUTURE | 219245 | 1,283,400.00 Dr | 12,715,500.00 Dr |
| 03/27/2014 | 261514 | Reversal of Unrealized Gain/Loss Cust FU | 172 | PROCEED-FUTURE | 219246 | 782,800.00 Dr | 13,498,300.00 Dr |
| 03/27/2014 | 261514 | Reversal of Unrealized Gain/Loss Cust FU | 178 | PROCEED-FUTURE | 222998 | 1,528,000.00 Dr | 15,026,300.00 Dr |
| 03/27/2014 | 261514 | Reversal of Unrealized Gain/Loss Cust FU | 176 | PROCEED-FUTURE | 223012 | 2,304,000.00 Dr | 17,330,300.00 Dr |
| 03/27/2014 | 261514 | Reversal of Unrealized Gain/Loss Cust FU | 226 | PROCEED-FUTURE | 232537 | 1,107,200.00 Dr | 18,437,500.00 Dr |
| 03/27/2014 | 261514 | Reversal of Unrealized Gain/Loss Cust FU | 156 | PROCEED-FUTURE | 229306 | 14,160,000.00 Cr | 4,277,500.00 Dr |
| 03/27/2014 | 261514 | Reversal of Unrealized Gain/Loss Cust FU | 522 | PROCEED-FUTURE | 231625 | 9,450,000.00 Dr | 13,727,500.00 Dr |
| 03/27/2014 | 261514 | Reversal of Unrealized Gain/Loss Cust FU | 436 | PROCEED-FUTURE | 229818 | 13,727,500.00 Cr | 0.00 Cr |

AIG_00000176

# Account Transactions (General Ledger)
**ED&F Man Capital Markets Ltd**
03/01/2014 through 03/31/2014

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|---|---|---|---|---|---|---|---|

**Account (1-020-010-AMERIC-INVGR) is (AMERICAN INVESTMENT GROUP OF NY L.P PENS) (Continued)**

**Asset (DKK / DKK) Layer (O) (Continued)**

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|---|---|---|---|---|---|---|---|
| 03/27/2014 | 271848 | Unrealized Gain/Loss Cust FUTURE | 156 | PROCEED-FUTURE | 229306 | 14,070,000.00 Dr | 14,070,000.00 Dr |
| 03/27/2014 | 271848 | Unrealized Gain/Loss Cust FUTURE | 172 | PROCEED-FUTURE | 219245 | 1,395,000.00 Cr | 12,675,000.00 Dr |
| 03/27/2014 | 271848 | Unrealized Gain/Loss Cust FUTURE | 436 | PROCEED-FUTURE | 229818 | 13,632,500.00 Dr | 26,307,500.00 Dr |
| 03/27/2014 | 271848 | Unrealized Gain/Loss Cust FUTURE | 522 | PROCEED-FUTURE | 231625 | 595,000.00 Dr | 26,902,500.00 Dr |
| 03/27/2014 | 271848 | Unrealized Gain/Loss Cust FUTURE | 178 | PROCEED-FUTURE | 222998 | 1,672,000.00 Cr | 25,230,500.00 Dr |
| 03/27/2014 | 271848 | Unrealized Gain/Loss Cust FUTURE | 226 | PROCEED-FUTURE | 232537 | 1,447,200.00 Dr | 23,783,300.00 Dr |
| 03/27/2014 | 271848 | Unrealized Gain/Loss Cust FUTURE | 174 | PROCEED-FUTURE | 219246 | 851,200.00 Cr | 22,932,100.00 Dr |
| 03/27/2014 | 271848 | Unrealized Gain/Loss Cust FUTURE | 176 | PROCEED-FUTURE | 223012 | 2,520,000.00 Cr | 20,412,100.00 Dr |
| 03/28/2014 | 271882 | Reversal of Unrealized Gain/Loss Cust FU | 172 | PROCEED-FUTURE | 219245 | 1,395,000.00 Dr | 21,807,100.00 Dr |
| 03/28/2014 | 271882 | Reversal of Unrealized Gain/Loss Cust FU | 436 | PROCEED-FUTURE | 229818 | 13,632,500.00 Cr | 8,174,600.00 Dr |
| 03/28/2014 | 271882 | Reversal of Unrealized Gain/Loss Cust FU | 522 | PROCEED-FUTURE | 231625 | 595,000.00 Cr | 7,579,600.00 Dr |
| 03/28/2014 | 271882 | Reversal of Unrealized Gain/Loss Cust FU | 156 | PROCEED-FUTURE | 229306 | 14,070,000.00 Cr | 6,490,400.00 Cr |
| 03/28/2014 | 271882 | Reversal of Unrealized Gain/Loss Cust FU | 174 | PROCEED-FUTURE | 219246 | 851,200.00 Dr | 5,639,200.00 Cr |
| 03/28/2014 | 271882 | Reversal of Unrealized Gain/Loss Cust FU | 226 | PROCEED-FUTURE | 232537 | 1,447,200.00 Cr | 4,192,000.00 Cr |
| 03/28/2014 | 271882 | Reversal of Unrealized Gain/Loss Cust FU | 178 | PROCEED-FUTURE | 222998 | 1,672,000.00 Dr | 2,520,000.00 Cr |
| 03/28/2014 | 271882 | Reversal of Unrealized Gain/Loss Cust FU | 176 | PROCEED-FUTURE | 223012 | 2,520,000.00 Dr | 0.00 Cr |
| 03/28/2014 | 273879 | Unrealized Gain/Loss Cust FUTURE | 184 | PROCEED-FUTURE | 223012 | 1,572,000.00 Cr | 1,572,000.00 Cr |
| 03/28/2014 | 273879 | Unrealized Gain/Loss Cust FUTURE | 182 | PROCEED-FUTURE | 219245 | 905,200.00 Cr | 2,477,200.00 Cr |
| 03/28/2014 | 273879 | Unrealized Gain/Loss Cust FUTURE | 234 | PROCEED-FUTURE | 232537 | 92,800.00 Dr | 2,384,400.00 Cr |
| 03/28/2014 | 273879 | Unrealized Gain/Loss Cust FUTURE | 186 | PROCEED-FUTURE | 222998 | 1,040,000.00 Cr | 3,424,400.00 Cr |
| 03/28/2014 | 273879 | Unrealized Gain/Loss Cust FUTURE | 180 | PROCEED-FUTURE | 219246 | 551,000.00 Cr | 3,975,400.00 Cr |
| 03/28/2014 | 273879 | Unrealized Gain/Loss Cust FUTURE | 128 | PROCEED-FUTURE | 238703 | 498,770.00 Dr | 3,476,630.00 Cr |
| 03/28/2014 | 273879 | Unrealized Gain/Loss Cust FUTURE | 444 | PROCEED-FUTURE | 229818 | 25,555,000.00 Dr | 22,078,370.00 Dr |
| 03/28/2014 | 273879 | Unrealized Gain/Loss Cust FUTURE | 164 | PROCEED-FUTURE | 229306 | 21,690,000.00 Dr | 43,768,370.00 Dr |
| 03/28/2014 | 273879 | Unrealized Gain/Loss Cust FUTURE | 530 | PROCEED-FUTURE | 231625 | 10,815,000.00 Dr | 54,583,370.00 Dr |
| 03/31/2014 | 274906 | Reversal of Unrealized Gain/Loss Cust FU | 234 | PROCEED-FUTURE | 232537 | 92,800.00 Cr | 54,490,570.00 Dr |
| 03/31/2014 | 274906 | Reversal of Unrealized Gain/Loss Cust FU | 444 | PROCEED-FUTURE | 229818 | 25,555,000.00 Cr | 28,935,570.00 Dr |
| 03/31/2014 | 274906 | Reversal of Unrealized Gain/Loss Cust FU | 182 | PROCEED-FUTURE | 219245 | 905,200.00 Dr | 29,840,770.00 Dr |
| 03/31/2014 | 274906 | Reversal of Unrealized Gain/Loss Cust FU | 180 | PROCEED-FUTURE | 219246 | 551,000.00 Dr | 30,391,770.00 Dr |
| 03/31/2014 | 274906 | Reversal of Unrealized Gain/Loss Cust FU | 530 | PROCEED-FUTURE | 231625 | 10,815,000.00 Cr | 19,576,770.00 Dr |
| 03/31/2014 | 274906 | Reversal of Unrealized Gain/Loss Cust FU | 128 | PROCEED-FUTURE | 238703 | 498,770.00 Cr | 19,078,000.00 Dr |
| 03/31/2014 | 274906 | Reversal of Unrealized Gain/Loss Cust FU | 164 | PROCEED-FUTURE | 229306 | 21,690,000.00 Cr | 2,612,000.00 Cr |
| 03/31/2014 | 274906 | Reversal of Unrealized Gain/Loss Cust FU | 184 | PROCEED-FUTURE | 223012 | 1,572,000.00 Dr | 1,040,000.00 Cr |
| 03/31/2014 | 274906 | Reversal of Unrealized Gain/Loss Cust FU | 186 | PROCEED-FUTURE | 222998 | 1,040,000.00 Dr | 0.00 Cr |
| 03/31/2014 | 274913 | Unrealized Gain/Loss Cust FUTURE | 448 | PROCEED-FUTURE | 229818 | 39,757,500.00 Dr | 39,757,500.00 Dr |
| 03/31/2014 | 274913 | Unrealized Gain/Loss Cust FUTURE | 186 | PROCEED-FUTURE | 223012 | 756,000.00 Cr | 39,001,500.00 Dr |
| 03/31/2014 | 274913 | Unrealized Gain/Loss Cust FUTURE | 534 | PROCEED-FUTURE | 231625 | 12,880,000.00 Dr | 51,881,500.00 Dr |
| 03/31/2014 | 274913 | Unrealized Gain/Loss Cust FUTURE | 128 | PROCEED-FUTURE | 238703 | 1,478,530.00 Dr | 53,360,030.00 Dr |
| 03/31/2014 | 274913 | Unrealized Gain/Loss Cust FUTURE | 180 | PROCEED-FUTURE | 222998 | 496,000.00 Cr | 52,864,030.00 Dr |
| 03/31/2014 | 274913 | Unrealized Gain/Loss Cust FUTURE | 182 | PROCEED-FUTURE | 219245 | 483,600.00 Cr | 52,380,430.00 Dr |
| 03/31/2014 | 274913 | Unrealized Gain/Loss Cust FUTURE | 184 | PROCEED-FUTURE | 219246 | 292,600.00 Cr | 52,087,830.00 Dr |
| 03/31/2014 | 274913 | Unrealized Gain/Loss Cust FUTURE | 238 | PROCEED-FUTURE | 232537 | 1,472,800.00 Dr | 53,560,630.00 Dr |
| 03/31/2014 | 274913 | Unrealized Gain/Loss Cust FUTURE | 164 | PROCEED-FUTURE | 229306 | 30,540,000.00 Dr | 84,100,630.00 Dr |
| | | | | | | | 84,100,630.00 Dr |

**Asset (EUR / EUR) Layer (C) [Euro]**

REDACTED

CONFIDENTIAL

# Account Transactions (General Ledger)
### ED&F Man Capital Markets Ltd
#### 03/01/2014 through 03/31/2014

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|---|---|---|---|---|---|---|---|

Account (1-020-010-AMERIC-INVGR) is (AMERICAN INVESTMENT GROUP OF NY L.P PENS) (Continued)

Asset (EUR / EUR) Layer (C) (Continued)

REDACTED

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|---|---|---|---|---|---|---|---|
| 03/20/2014 | 259560 | Drawdown 409 - TDC DC | 1 | Unclassified | 0 | 2,616.77 Dr | 16,799.77 Dr |
| 03/25/2014 | 260782 | Drawdown 407 - DANSKE DC 1 | 1 | Unclassified | 0 | 1,145.13 Dr | 17,944.90 Dr |
| 03/25/2014 | 260791 | DANSKE DC funding 2 | 1 | Unclassified | 0 | 24,672.97 Dr | 42,617.87 Dr |
| 03/27/2014 | 268462 | Drawdown 416 - NOVOB DC | 1 | Unclassified | 0 | 745.92 Dr | 43,363.79 Dr |

REDACTED

Asset (EUR / EUR) Layer (S) [Euro]

REDACTED

Asset (USD / USD) Layer (C) [US Dollar]

REDACTED

Asset (USD / USD) Layer (S) [US Dollar]

REDACTED

CONFIDENTIAL

# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd
### 03/01/2014 through 03/31/2014

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|------|------------|---------------------|-----|----------------|----------|--------------------|-----------------|

REDACTED

Gross Debit for all Trades:
Gross Credit for all Trades:

Net Debit/Credit for all Trades:


REDACTED

AIG_00000179

**CONFIDENTIAL**

# Account Equity

ED&F Man Capital Markets Ltd
Cottons Centre, Hay's Lane
London, SE1 2QE
United Kingdom

Account Number: CC:AMERIC-INVGR
Account Name   : AMERICAN INVESTMENT GROUP OF NY
Date           : 03/31/2014
Currency       : USD

## Cash Summary

| Cur Layer | Trade Date Amount | Conv Rate | TD Reporting Amt (USD) | Settle Date Amount | Conv Rate | SD Reporting Amt (USD) |
|---|---|---|---|---|---|---|
| DKK Cash | 2,489,618,552.50 Dr | 0.1844 | 459,127,436.88 Dr | 2,426,217,760.00 Dr | 0.1844 | 447,435,266.88 Dr |
| DKK Var Margin | 84,100,630.00 Dr | 0.1844 | 15,509,567.38 Dr | 84,100,630.00 Dr | 0.1844 | 15,509,567.38 Dr |
| EUR Cash | REDACTED | 1.3769 | REDACTED | REDACTED | 1.3769 | REDACTED |
| EUR SEG CASH A | REDACTED | 1.3769 | REDACTED | REDACTED | 1.3769 | REDACTED |
| USD Cash | REDACTED | 1.0000 | REDACTED | REDACTED | 1.0000 | REDACTED |
| USD SEG CASH A | REDACTED | 1.0000 | REDACTED | REDACTED | 1.0000 | REDACTED |

## Trade Date Positions (Equity) (DKK)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| COLOB DC | COLOPLAST-B | C | 500,000.00 Lg | 354.9044 | 438.5000 | 177,452,220.00 Dr | 219,250,000.00 Cr | 41,797,780.00 Cr | DKK |
| DANSKE DC | DANSKE BANK A/S | C | 7,750,000.00 Lg | 143.5905 | 151.0000 | 1,112,826,210.00 Dr | 1,170,250,000.00 Cr | 57,423,790.00 Cr | DKK |
| MAERSKB DC | AP MOELLER-MAERSK A/S-B | C | 1,000.00 Lg | 63400.7925 | 65000.0000 | 63,400,792.50 Dr | 65,000,000.00 Cr | 1,599,207.50 Cr | DKK |
| NOVOB DC | NOVO NORDISK A/S-B | C | 3,500,000.00 Lg | 246.7031 | 246.8000 | 863,460,780.00 Dr | 863,800,000.00 Cr | 339,220.00 Cr | DKK |
| TDC DC | TDC A/S | C | 5,000,000.00 Lg | 52.5607 | 50.1000 | 262,803,300.00 Dr | 250,500,000.00 Cr | 12,303,300.00 Dr | DKK |
| | | | | | Totals: | 2,479,943,302.50 Dr | 2,568,800,000.00 Cr | 88,856,697.50 Cr | |

## Trade Date Positions (Equity) (EUR)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L Cur |
|---|---|---|---|---|---|---|---|---|
| REDACTED | | | | | | | | |

## Trade Date Positions (Equity) (USD)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L Cur |
|---|---|---|---|---|---|---|---|---|
| REDACTED | | | | | | | | |

## Trade Date Positions (OTC-OPTIONS) (EUR)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L Cur |
|---|---|---|---|---|---|---|---|---|
| REDACTED | | | | | | | | |

AIG_00000180

CONFIDENTIAL

# Account Equity

ED&F Man Capital Markets Ltd  
Cottons Centre, Hay's Lane  
London, SE1 2QE  
United Kingdom  

Account Number: CC:AMERIC-INVGR  
Account Name  : AMERICAN INVESTMENT GROUP OF NY  
Date          : 03/31/2014  
Currency      : USD  

### Trade Date Futures Positions (DKK)

| Asset | Description | Position | Trd Price | Market Price | Orig Notional | Market Value | Open Trd Equity | Cur |
|---|---|---|---|---|---|---|---|---|
| MAY20JUN2014 | MAY20JUN2014BCLEAR | 10.00 Sh | 62135.6100 | 63614.1400 | 62,135,610.00 Cr | 63,614,140.00 Dr | 1,478,530.00 Dr | DKK |
| NFY16APR2014 | NFY16APR2014BCLEAR | 35,000.00 Sh | 243.1300 | 246.8100 | 850,955,000.00 Cr | 863,835,000.00 Dr | 12,880,000.00 Dr | DKK |
| OGY16APR2014 | OGY16APR2014BCLEAR | 47,500.00 Sh | 142.6300 | 151.0000 | 677,492,500.00 Cr | 717,250,000.00 Dr | 39,757,500.00 Dr | DKK |
| OGY20JUN2014 | OGY20JUN2014BCLEAR | 30,000.00 Sh | 140.8500 | 151.0300 | 422,550,000.00 Cr | 453,090,000.00 Dr | 30,540,000.00 Dr | DKK |
| TKF18JUL2014 | TKF18JUL2014BCLEAR | 20,000.00 Sh | 49.3836 | 50.1200 | 98,767,200.00 Cr | 100,240,000.00 Dr | 1,472,800.00 Dr | DKK |
| TKF20JUN2014 | TKF20JUN2014BCLEAR | 30,000.00 Sh | 50.7861 | 50.1100 | 152,358,200.00 Cr | 150,330,000.00 Dr | 2,028,200.00 Cr | DKK |
| | | | | | ================ | ================ | =============== | === |
| | | | | | 2,264,258,510.00 Cr | 2,348,359,140.00 Dr | 84,100,630.00 Dr | DKK |

### Pending Trades (DKK)

| Trade Dt | Settl Dt | Type | Trn | Quantity | Asset | Trd Price | Proceeds | Cur |
|---|---|---|---|---|---|---|---|---|
| 03/28/14 | 04/02/14 | Normal | BUY | 1,000.00 | MAERSKB DC | 63400.7925 | 63,400,792.50 Dr | DKK |
| 03/21/14 | 06/26/14 | Normal | BUY | 0.00 | SHPERF1M | 0.0000 | 0.00 Cr | DKK |

### Equity Swaps

| Tick Seq | Trade Dt / Settle Dt | Term Date | Asset Description | Quantity D | Open Price | Notional | Cur | Market Price | MTM Valuation | Next Reset | Rate Description | Rate | Accrued Financing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 238724 | 03/21/2014 03/26/2014 | 06/26/2014 | COLOB DC COLOPLAST-B | 500,000 S | 439.2000 | 219,600,000 | DKK | 438.5000 | -350,000 | | Fixed | 0.0000 | 0.00 |



CONFIDENTIAL

# Account Equity

```
ED&F Man Capital Markets Ltd                    Account Number: CC:AMERIC-INVGR
Cottons Centre, Hay's Lane                      Account Name  : AMERICAN INVESTMENT GROUP OF NY
London, SE1 2QE                                 Date          : 03/31/2014
United Kingdom                                  Currency      : USD
```

## Account Summary

```
Item                                          Amount (USD)
----------------------------------------      ====
Value of opening currency balance
Value of trades settling today
Value of Rec/Del today
Value of Deposits/Withdrawls today
----------------------------------------      ====
Value of closing currency balance(s)

NonFX Proceeds Pending Settlement
----------------------------------------      ====
Trade Date Cash Balance

Market Value of Positions
Net Value of Financing Interest
Open Trade Equity on FX Deals
Accrued Interest on Fixed Income
Value of Open Swap Positions
----------------------------------------      ====
Preliminary Account Value
```

[REDACTED]

## Financing Summary

```
----------------------------------------      ====
Value of collateral
Financing Valuation
----------------------------------------      ====
Total Financing Excess
```

## Margin Summary

```
----------------------------------------      ====
Margin Req (Reg-T: Initial)
Margin Req (Reg-T: Maintenance)
Margin Req (Future Initial)
Margin Req (FOREX)
Margin Req (Minimum Equity)
----------------------------------------      ====
Margin Req (Total)
```

### Futures Initial Requirement

```
Cur Requirement                Requirement (USD)       Conv Rate
---                ---------------------       ---------------------     -------
DKK                164,006,280.00 Dr              30,245,510.06 Dr       0.18442
                                                 =================
                                                 30,245,510.06 Dr
```

AIG_00000182

CONFIDENTIAL

## Account Equity

ED&F Man Capital Markets Ltd
Cottons Centre, Hay's Lane
London, SE1 2QE
United Kingdom

Account Number: CC:AMERIC-INVGR
Account Name  : AMERICAN INVESTMENT GROUP OF NY
Date          : 03/31/2014
Currency      : USD

Total Account Value                     REDACTED