# Exhibit 129

CONFIDENTIAL



| | Account: | CC:AMERIC-INVGR |
|---|---|---|
| | Name: | AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN |
| | Date: | 30 Mar 2015 |

## Account Statement

**OTC-OPTIONS (EUR)**

| Trade Date | Expiry Date | Asset | Description | Position | Strike | Trade Price | Original Value | Market Price | Market Value | Unrealised P&L |
|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

**TOTAL RETURN SWAPS (EUR)**

| Trade Date | Term Date | Asset | Description | Position | Trade Price | Cash Value | Market Price | Market Value | Unrealised P&L |
|---|---|---|---|---|---|---|---|---|---|

REDACTED

ED&F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London SE1 2QE
Tel. +44 (0)20 7089 8000

AIG_00000259

CONFIDENTIAL



Account: CC:AMERIC-INVGR
Name: AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN
Date: 30 Mar 2015

REDACTED

ED&F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London SE1 2QE
Tel. +44 (0)20 7089 8000

AIG_00000260

CONFIDENTIAL

# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd
### 03/01/2015 through 03/30/2015

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|------|------------|---------------------|-----|----------------|----------|--------------------|-----------------| 

Account (1-020-010-AMERIC-INVGR) is (AMERICAN INVESTMENT GROUP OF NY L.P PENS)

**Asset (DKK / DKK) Layer (C) [Danish Kroner DKK]**

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|------|------------|---------------------|-----|----------------|----------|--------------------|-----------------|
| 02/28/2015 | | Opening Balance | 0 | | 0 | 164,063,437.21 Dr | 164,063,437.21 Dr |
| 03/02/2015 | T000410695O1002 | SEL 750,000 NZYMB DC @ 322.504 DKK 241,8 | 2 | PROCEED-EQUITY | 410695 | 241,878,022.50 Dr | 405,941,459.71 Dr |
| 03/02/2015 | T000410746O1002 | BUY 750,000 NZYMB DC @ 321.7 DKK 241,275 | 2 | PROCEED-EQUITY | 410746 | 241,275,000.00 Cr | 164,666,459.71 Dr |
| 03/03/2015 | 392120 | CASH DIV - NZYMB DC - PD 02/03/15 | 2 | Unclassified | 0 | 1,642,500.00 Cr | 163,023,959.71 Dr |
| 03/11/2015 | 394899 | STCK LOAN DIV - TDC DC - PD 10/03/15 | 2 | Unclassified | 0 | 3,400,000.00 Cr | 159,623,959.71 Dr |
| 03/17/2015 | 396755 | MAKO Futures Brokerage - February - NZYM | 1 | Unclassified | 0 | 2,600.00 Dr | 159,626,559.71 Dr |
| 03/17/2015 | 396756 | MAKO Futures Brokerage - February - NZYM | 1 | Unclassified | 0 | 2,623.95 Dr | 159,629,183.66 Dr |
| 03/18/2015 | 396018 | Swap close for swap #321173:0 - Settle D | 1 | CASH | 321173 | 8,324,900.00 Dr | 167,954,083.66 Dr |
| 03/24/2015 | T000425629O1002 | SEL 184,162.8 DKK @ .1432 USD 26,376.8 | 3 | CASH | 425629 | 184,162.80 Dr | 168,138,246.46 Dr |
| | | | | | | | 168,138,246.46 Dr |

**Asset (EUR / EUR) Layer (C) [Euro]**

REDACTED

**Asset (USD / USD) Layer (C) [US Dollar]**

REDACTED

Gross Debit for all Trades:
Gross Credit for all Trades: 

Net Debit/Credit for all Trades:

CONFIDENTIAL

# Account Equity

ED&F Man Capital Markets Ltd  
Cottons Centre, Hay's Lane  
London, SE1 2QE  
United Kingdom

Account Number: CC:AMERIC-INVGR  
Account Name  : AMERICAN INVESTMENT GROUP OF NY  
Date          : 03/30/2015  
Currency      : USD

## Cash Summary

| Cur | Layer | Trade Date Amount | Conv Rate | TD Reporting Amt (USD) | Settle Date Amount | Conv Rate | SD Reporting Amt (USD) |
|---|---|---|---|---|---|---|---|
| DKK | Cash | 233,779,066.98 Dr | 0.14500740 | 33,899,694.68 Dr | 168,138,246.46 Dr | 0.14500740 | 24,381,289.96 Dr |
| EUR | Cash | [REDACTED] | 1.08330000 | [REDACTED] | [REDACTED] | 1.08330000 | [REDACTED] |
| USD | Cash | [REDACTED] | 1.00000000 | | [REDACTED] | 1.00000000 | |

## Trade Date Positions (Equity) (DKK)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| MAERSKB DC | AP MOELLER-MAERSK A/S-B | C | 4,000.00 Lg | 16410.2051 | 16410.0000 | 65,640,820.52 Dr | 65,640,000.00 Cr | 820.52 Dr | DKK |
| TDC DC | TDC A/S | C | 3,400,000.00 Lg | 51.8007 | 50.1500 | 176,122,210.00 Dr | 170,510,000.00 Cr | 5,612,210.00 Dr | DKK |
| | | | | | Totals: | 241,763,030.52 Dr | 236,150,000.00 Cr | 5,613,030.52 Dr | |

## Trade Date Positions (Equity) (EUR)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| [REDACTED] | | | | | | | | | |

## Trade Date Positions (Equity) (USD)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| [REDACTED] | | | | | | | | | |

## Pending Trades (DKK)

| Trade Dt | Settl Dt | Type | Trn | Quantity | Asset | Trd Price | Proceeds | Cur |
|---|---|---|---|---|---|---|---|---|
| 03/30/15 | 04/01/15 | Normal | BUY | 0.00 | GENERIC_SWAP | 0.0000 | 0.00 Cr | DKK |
| 03/30/15 | 04/01/15 | Normal | BUY | 4,000.00 | MAERSKB DC | 16410.2051 | 65,640,820.52 Dr | DKK |

## Equity Swaps

| Tick Seq | Trade Dt / Set Dt | Term Dt | Asset Description | Quantity | D | Open Price | Notional | Cur | Market Price | MTM Valuation | Next Reset | Rate Description | Rate | Accrued Financing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 424140 | 03/13/15 / 03/18/15 | 08/25/15 | TDC DC / TDC A/S | 3,400,000 | S | 48.4500 | 164,730,000 | DKK | 50.1500 | -5,780,000 | | Fixed | 0.0000 | 0.00 |

AIG_00000262

Page 1 of 3

CONFIDENTIAL

# Account Equity

ED&F Man Capital Markets Ltd
Cottons Centre, Hay's Lane
London, SE1 2QE
United Kingdom

Account Number: CC:AMERIC-INVGR
Account Name  : AMERICAN INVESTMENT GROUP OF NY
Date          : 03/30/2015
Currency      : USD

## Equity Swaps (Con't)

| Tick Seq | Trade Dt Set Dt | Term Dt | Asset Description | Quantity | D | Open Price | Notional | Cur | Market Price | MTM Valuation | Next Reset | Rate Description | Rate | Accrued Financing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 468118 | 03/30/15 04/01/15 | 04/21/15 | MAERSKB DC AP MOELLER-MAERSK A/S-B | 4,000 | S | 14608.5060 | 58,434,024 | DKK | 16410.0000 | -7,205,976 | 04/01/15 | Fixed | -0.2350 | 0.00 |

REDACTED

## Account Summary

| Item | Amount (USD) |
|---|---|
| Value of opening currency balance | REDACTED |
| Value of trades settling today | |
| Value of Rec/Del today | |
| Value of Deposits/Withdrawls today | |
| **Value of closing currency balance(s)** | |
| NonFX Proceeds Pending Settlement | |
| **Trade Date Cash Balance** | |
| Market Value of Positions | |
| Net Value of Financing Interest | |
| Open Trade Equity on FX Deals | |
| Accrued Interest on Fixed Income | |
| Value of Open Swap Positions | |
| **Preliminary Account Value** | |

## Financing Summary

| | |
|---|---|
| Value of collateral | REDACTED |
| Financing Valuation | |
| **Total Financing Excess** | |

AIG_00000263

# Account Equity

```
ED&F Man Capital Markets Ltd                    Account Number: CC:AMERIC-INVGR
Cottons Centre, Hay's Lane                      Account Name   : AMERICAN INVESTMENT GROUP OF NY
London, SE1 2QE                                 Date           : 03/30/2015
United Kingdom                                  Currency       : USD
```

**Margin Summary**

```
------------------------------------ ======
Margin Req (Reg-T: Initial)                   REDACTED
Margin Req (Reg-T: Maintenance)
Margin Req (Future Initial)
Margin Req (FOREX)
Margin Req (Minimum Equity)
------------------------------------ ======
Margin Req (Total)
```

Outstanding Calls

```
Key       Type of Call          Status    Issue Date Entry Date Due Date    Amount (Original)    Amount (Open)          Cur
                                                      REDACTED
```

**Total Account Value**          REDACTED

CONFIDENTIAL

AIG_00000264