# Exhibit 132

CONFIDENTIAL



Account: CC:AMERIC-INVGR
Name: AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN
Date: 30 Apr 2015

## Account Statement

**OTC-OPTIONS (EUR)**

| Trade Date | Expiry Date | Asset | Description | Position | Strike | Trade Price | Original Value | Market Price | Market Value | Unrealised P&L |
|---|---|---|---|---|---|---|---|---|---|---|



REDACTED

ED&F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London SE1 2QE
Tel. +44 (0)20 7089 8000

AIG_00000265

CONFIDENTIAL



Account: CC:AMERIC-INVGR
Name: AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN
Date: 30 Apr 2015

[REDACTED]

## TOTAL RETURN SWAPS (EUR)

| Trade Date | Term Date | Asset | Description | Position | Trade Price | Cash Value | Market Price | Market Value | Unrealised P&L |
|---|---|---|---|---|---|---|---|---|---|

[REDACTED]

ED&F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London SE1 2QE
Tel. +44 (0)20 7089 8000

AIG_00000266

**CONFIDENTIAL**



Account: CC:AMERIC-INVGR
Name: AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN
Date: 30 Apr 2015

**REDACTED**

ED&F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London SE1 2QE
Tel. +44 (0)20 7089 8000

AIG_00000267

CONFIDENTIAL

# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd
### 04/01/2015 through 04/30/2015

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|---|---|---|---|---|---|---|---|

**Account (1-020-010-AMERIC-INVGR) is (AMERICAN INVESTMENT GROUP OF NY L.P PENS)**

**Asset (DKK / DKK) Layer (C) [Danish Kroner DKK]**

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|---|---|---|---|---|---|---|---|
| 03/31/2015 | | Opening Balance | 0 | | 0 | 168,138,246.46 Dr | 168,138,246.46 Dr |
| 04/01/2015 | 408423 | Reversal of SEL 4,000 MAERSKB DC @ 16,41 | 3 | PROCEED-EQUITY | 468112 | 65,640,820.52 Cr | 102,497,425.94 Dr |
| 04/01/2015 | T00046811201002 | SEL 4,000 MAERSKB DC @ 16,410.2051 DKK 6 | 2 | PROCEED-EQUITY | 468112 | 65,640,820.52 Dr | 168,138,246.46 Dr |
| 04/01/2015 | T00046914801002 | SEL 4,000 MAERSKB DC @ 16,410.2051 DKK 6 | 2 | PROCEED-EQUITY | 469148 | 65,640,820.52 Dr | 233,779,066.98 Dr |
| 04/08/2015 | 410057 | Swap close for swap #468118:0 - Settle D | 1 | CASH | 468118 | 760,405.60 Dr | 234,539,472.58 Dr |
| 04/08/2015 | 410057 | Swap close for swap #468118:0 - Settle D | 6 | CASH | 468118 | 2,670.11 Dr | 234,542,142.69 Dr |
| 04/08/2015 | 410085 | Reversal of BUY 4,000 MAERSKB DC @ 14,80 | 3 | PROCEED-EQUITY | 470187 | 59,200,000.00 Dr | 293,742,142.69 Dr |
| 04/08/2015 | 410519 | CASH DIV - MAERSKB DC - PD 07/04/15 | 2 | Unclassified | 0 | 5,755,320.00 Cr | 287,986,822.69 Dr |
| 04/08/2015 | T00047018701002 | BUY 4,000 MAERSKB DC @ 14,800 DKK 59,200 | 2 | PROCEED-EQUITY | 470187 | 59,200,000.00 Cr | 228,786,822.69 Dr |
| 04/08/2015 | T00047026001002 | BUY 4,000 MAERSKB DC @ 14,800 DKK 59,200 | 3 | PROCEED-EQUITY | 470260 | 59,200,000.00 Cr | 169,586,822.69 Dr |
| 04/10/2015 | 411443 | MAERSKB DC custody fee Pt I | 1 | Unclassified | 0 | 78,840.00 Dr | 169,665,662.69 Dr |
| 04/10/2015 | 411445 | MAERSKB DC funding Mar/Apr | 1 | Unclassified | 0 | 45,757.96 Dr | 169,711,420.65 Dr |
| 04/24/2015 | 416998 | DKK RECEIPT | 2 | Unclassified | 0 | 602,336.25 Cr | 169,109,084.40 Dr |
| 04/28/2015 | 418117 | NZYMB DC clearance fee | 1 | Unclassified | 0 | 567,670.04 Dr | 169,676,754.44 Dr |

169,676,754.44 Dr

**Asset (EUR / EUR) Layer (C) [Euro]**

REDACTED

**Asset (USD / USD) Layer (C) [US Dollar]**

REDACTED

Gross Debit for all Trades:
Gross Credit for all Trades: 

Net Debit/Credit for all Trades:

AIG_00000268

# Account Equity

ED&F Man Capital Markets Ltd  
Cottons Centre, Hay's Lane  
London, SE1 2QE  
United Kingdom

Account Number: CC:AMERIC-INVGR  
Account Name  : AMERICAN INVESTMENT GROUP OF NY  
Date          : 04/30/2015  
Currency      : USD

## Cash Summary

| Cur | Layer | Trade Date Amount | Conv Rate | TD Reporting Amt (USD) | Settle Date Amount | Conv Rate | SD Reporting Amt (USD) |
|---|---|---|---|---|---|---|---|
| DKK | Cash | 169,676,754.44 Dr | 0.15030000 | 25,502,416.19 Dr | 169,676,754.44 Dr | 0.15030000 | 25,502,416.19 Dr |
| EUR | Cash | REDACTED | 1.12190000 | REDACTED | REDACTED | 1.12190000 | REDACTED |
| USD | Cash | | 1.00000000 | | | 1.00000000 | |

## Trade Date Positions (Equity) (DKK)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| TDC DC | TDC A/S | C | 3,400,000.00 Lg | 51.8007 | 50.7000 | 176,122,210.00 Dr | 172,380,000.00 Cr | 3,742,210.00 Dr | DKK |
| | | | | | Totals: | 176,122,210.00 Dr | 172,380,000.00 Cr | 3,742,210.00 Dr | |

## Trade Date Positions (Equity) (EUR)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| REDACTED | | | | | | | | | |

## Trade Date Positions (Equity) (USD)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| REDACTED | | | | | | | | | |

## Pending Trades (USD)

| Trade Dt | Settl Dt | Type | Trn | Quantity | Asset | Trd Price | Proceeds | Cur |
|---|---|---|---|---|---|---|---|---|
| REDACTED | | | | | | | | |

## Equity Swaps

| Tick Seq | Trade Dt Set Dt | Term Dt | Asset Description | Quantity | D | Open Price | Notional | Cur | Market Price | MTM Valuation | Next Reset | Rate Description | Rate | Accrued Financing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 424140 | 03/13/15 03/18/15 | 08/25/15 | TDC DC TDC A/S | 3,400,000 | S | 48.4500 | 164,730,000 | DKK | 50.7000 | -7,650,000 | | Fixed | 0.0000 | 0.00 |

CONFIDENTIAL

AIG_00000269

# Account Equity

ED&F Man Capital Markets Ltd
Cottons Centre, Hay's Lane
London, SE1 2QE
United Kingdom

Account Number: CC:AMERIC-INVGR
Account Name  : AMERICAN INVESTMENT GROUP OF NY
Date          : 04/30/2015
Currency      : USD

## Equity Swaps (Con't)

| Tick Seq | Trade Dt Set Dt | Term Dt | Asset Description | Quantity D | Open Price | Notional Cur | Market Price | MTM Next Valuation Reset | Rate Description | Rate | Accrued Financing |
|---|---|---|---|---|---|---|---|---|---|---|---|

*[REDACTED]*

## Account Summary

| Item | Amount (USD) |
|---|---|
| Value of opening currency balance | REDACTED |
| Value of trades settling today | |
| Value of Rec/Del today | |
| Value of Deposits/Withdrawls today | |
| **Value of closing currency balance(s)** | |
| NonFX Proceeds Pending Settlement | |
| **Trade Date Cash Balance** | |
| Market Value of Positions | |
| Net Value of Financing Interest | |
| Open Trade Equity on FX Deals | |
| Accrued Interest on Fixed Income | |
| Value of Open Swap Positions | |
| **Preliminary Account Value** | |

## Financing Summary

| | |
|---|---|
| Value of collateral | REDACTED |
| Financing Valuation | |
| **Total Financing Excess** | |

CONFIDENTIAL   AIG_00000270

CONFIDENTIAL

## Account Equity

```
ED&F Man Capital Markets Ltd                Account Number: CC:AMERIC-INVGR
Cottons Centre, Hay's Lane                  Account Name   : AMERICAN INVESTMENT GROUP OF NY
London, SE1 2QE                             Date           : 04/30/2015
United Kingdom                              Currency       : USD
```

**Margin Summary**

```
---------------------------------------- =====
Margin Req (Reg-T: Initial)                    [REDACTED]
Margin Req (Reg-T: Maintenance)
Margin Req (Future Initial)
Margin Req (FOREX)
Margin Req (Minimum Equity)
---------------------------------------- =====
Margin Req (Total)
```

**Total Account Value**                     [REDACTED]