# Exhibit 39

CONFIDENTIAL
Christian Ekstrand – May 6, 2021

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MASTER DOCKET 18-MD-2865(LAK)
CASE NO. 18-CV-09797

_____
                                        )
IN RE:                                  )
                                        )
CUSTOMS AND TAX ADMINISTRATION OF       )
THE KINGDOM OF DENMARK                  )
(SKATTEFORVALTNINGEN) TAX REFUND        )
SCHEME LITIGATION                       )
                                        )
_____)


        **********************************
        *                                *
        *         C O N F I D E N T I A L *
        *                                *
        **********************************


    REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL
                 EXAMINATION OF
         CHRISTIAN EKSTRAND – VOLUME I
              DATE: May 6, 2021




    REPORTED BY:  CHARLENE FRIEDMAN, CCR, RPR, CRR

CONFIDENTIAL
Christian Ekstrand - May 7, 2021

Page 183

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MASTER DOCKET 18-MD-2865(LAK)
CASE NO. 18-CV-09797

_____
                                        )
IN RE:                                  )
                                        )
CUSTOMS AND TAX ADMINISTRATION OF       )
THE KINGDOM OF DENMARK                  )
(SKATTEFORVALTNINGEN) TAX REFUND        )
SCHEME LITIGATION                       )
                                        )
_____)


        **********************************
        *                                *
        *          CONFIDENTIAL          *
        *                                *
        **********************************


    REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL
                 EXAMINATION OF
        CHRISTIAN EKSTRAND - VOLUME II
             DATE: May 7, 2021




    REPORTED BY:  CHARLENE FRIEDMAN, CCR, RPR, CRR

CONFIDENTIAL
Christian Ekstrand – May 6, 2021

9 (Pages 30 to 33)

Page 30

1          THE WITNESS:  Sorry.
2     Q    Did Accounting 2 have any control
3 functions?
4          MR. WEINSTEIN:  Objection to form.
5     A    You can say that the way we were
6 organized, it is an accounting department.
7 But they were responsible for controlling and
8 checking refunds of dividend withholding tax.
9     Q    When you say "they were responsible
10 for controlling and checking refunds of
11 dividend withholding tax," what do you mean?
12     A    I mean that when you claim refunds
13 of dividend withholding tax, you must meet
14 certain conditions and you have to document
15 those requirements in connection with your
16 claim for refund.  But Accounting 2 checks
17 with the claim board, including checking of
18 the documents, very fine documenting that you
19 are the beneficial owner or included in the
20 claim or the application for refund.
21          And the application of claim was
22 rejected if the requirements were not met.
23     Q    During the time period of January
24 2012 to August 2015, who was the head of
25 Accounting 2?

Page 31

1     A    As I remember it, Lisbeth R□mer was
2 the head of the department until October '13,
3 approximately, when she retired, and Dorthe
4 Pannerup took over the position.
5 D-O-R-T-H-E, and last name, P-A-N-N-E-R-U-P.
6     Q    Do you know about how many
7 employees Accounting 2 had during that
8 period?
9     A    I don't know for the entire
10 department exactly, but probably about a
11 man count of 20, but if you're talking
12 specifically about Accounting 2, it was five
13 or six people.
14     Q    Did that stay consistent over the
15 2012 to 2015 time period?
16     A    Yes, that was during that period.
17 It could vary, too, because people might have
18 stopped working and new employees come in.
19     Q    Were there budget cuts to
20 Accounting 2 during the period 2005 to 2015?
21     A    Could you repeat the period?
22 Apparently I got that wrong.
23          You were asking about which period?
24     Q    2005 to 2015.
25     A    Okay.  I don't know about the

Page 32

1 specific budget cuts.  But generally, there
2 were budget cuts in the tax agency during
3 that period.
4     Q    Were there complaints from
5 personnel in Accounting 2 about a lack of
6 resources?
7          MR. WEINSTEIN:  Objection to form.
8 Are you talking about for a ten-year period?
9          MR. SCHOENFELD:  Correct.
10          MR. WEINSTEIN:  Objection to form.
11     A    I don't think I can answer
12 specifically, but as in all instances of
13 SKAT, there was some frustration about
14 resources during the period.
15     Q    Who is Sven Neilsen?
16     A    He was an employee of Accounting 2.
17     Q    During what time period?
18     A    He was employed during the period
19 you're asking about.  If you want the
20 specific period, I don't have that, but I can
21 look it up.
22     Q    During that time period, what were
23 Sven's responsibilities?
24     A    He was responsible for handling the
25 reclaims and for entering them into the 3S

Page 33

1 system.
2     Q    Was anyone other than Sven Nielsen
3 responsible for handling reclaims?
4     A    Well, there were other employees.
5 There was a person called Laurits Cramer who
6 was — generally, he was opening the mailing
7 and sorting it.
8          And there were two ladies who did
9 some inputs in the system, but it was
10 generally Sven who did it.
11     Q    Was Sven's work in processing
12 reclaims subject to any auditing?
13          MR. WEINSTEIN:  Objection to form.
14     A    I don't understand the question, so
15 could you ask it again?  Rephrase it, please?
16     Q    Did anyone in Accounting 2 or in
17 Payments and Accounting have responsibility
18 for auditing Sven's work in approving or
19 rejecting reclaim applications?
20          MR. WEINSTEIN:  Objection to form.
21     A    I don't know if anybody was
22 responsible for auditing Sven's work, but
23 when you're talking about payments of
24 disbursements, there's a functional
25 separation as always.

CONFIDENTIAL
Christian Ekstrand - May 6, 2021

18 (Pages 66 to 69)

Page 66

1  there being any further investigation or
2  pushback on the explanation?
3          MR. WEINSTEIN:  Objection to the
4  form.
5      A    I base my reply on the fact that I
6  don't know whether further investigations
7  were made.
8      Q    Do you know whether there was any
9  discussion within SKAT about steps it could
10 take to learn more about the U.S. pension
11 plans investing in Danish companies?
12         MR. WEINSTEIN:  Objection to form.
13     A    It's not something I know for
14 certain, that I haven't heard that such
15 discussions took place.
16     Q    Did SKAT consider asking the
17 American pension plans for more information
18 about their investments or refund
19 applications?
20         MR. WEINSTEIN:  Objection to form.
21     A    No, I don't know.
22     Q    Mr. Ekstrand, you testified
23 earlier -- sorry.  Was that someone talking?
24 Okay.
25         Mr. Ekstrand, you testified earlier

Page 67

1  that you were familiar with reports from SIR,
2  SKAT's internal audit department.
3          Is that right?
4      A    Yes.  I know that SIR has made the
5  reports on this area.
6      Q    And SIR concluded in 2015 that the
7  explanations given in these accounting
8  reports, their plausibility checks, were not
9  adequate, correct?
10         MR. WEINSTEIN:  Sorry.  Just one
11 second now.  We're having some background
12 noise that should stop in about ten seconds.
13     A    Could you please tell me where in
14 the report I should find the conclusion?
15     Q    Sure.
16         MR. WEINSTEIN:  Sure.  Also, Alan,
17 just so you know, I think it's 3:00 p.m.
18 here.  There was going to be a shift in
19 interpreters.  I know the second interpreter
20 is here.
21         MR. SCHOENFELD:  Okay.  Let me just
22 finish this question.
23     Q    So Mr. Ekstrand, if you go to
24 Exhibit 3007?  And if you look at the bottom
25 right-hand corner of each page, they have a

Page 68

1  number.
2          And I'm referring to the page
3  ending 898 in Exhibit 3007.
4          THE INTERPRETER:  898?
5          MR. SCHOENFELD:  898.
6          (Above-mentioned document marked
7  for Identifications.)
8      Q    So are you with me at Page 64 of
9  123 of the document, Bates 898?
10     A    Yes.
11     Q    And you see the last paragraph on
12 the page beginning "SKAT foretager?"
13     A    Yes.
14     Q    And does SIR conclude in that
15 paragraph that there was an inefficiently
16 critical appraisal of the causal explanations
17 offered in these accounting reports?
18         THE INTERPRETER:  Can you repeat
19 the question?
20     Q    The explanation for the increases?
21     A    He says that -- he also says that
22 based on the listing basis of documentation
23 that was in the critical conclusion.  The
24 report was issued in 2015 and it's after we
25 got the information that we had been

Page 69

1  defrauded, and that the main reason for
2  the -- or the main background for the fraud
3  was that U.S. pension plans had incorrectly
4  claimed refund amounts.
5          And in my view, the conclusion is
6  made in hindsight based on the information
7  that they have at that time.
8      Q    Okay.
9          MR. SCHOENFELD:  Why don't we take
10 a break and swap out translators.
11         VIDEO OPERATOR:  Stand by.  The
12 time the 9:05 a.m. New York time and we're
13 going off the record.

15 K R I S T E N   F O L L I N,
16         Called as the official interpreter in
17 this action, was duly sworn to faithfully translate
18 the questions to the witness from English to
19 Danish, and the answers from Danish to English.

21         VIDEO OPERATOR:  The time is 9:21
22 a.m. New York time and we're back on record.
23     Q    Mr. Ekstrand, SKAT is the agency of
24 the Danish government charged with the
25 assessment and collection of Danish taxes,

CONFIDENTIAL
Christian Ekstrand — May 6, 2021

19 (Pages 70 to 73)

Page 70

1  correct?
2       A    Yes.
3       Q    And among the taxes that SKAT
4  collects, it collects dividend withholding
5  tax, correct?
6       A    Yes.
7       Q    And when SKAT pays out dividend
8  withholding tax refunds, it uses tax revenues
9  to make those payments, correct?
10         MR. WEINSTEIN:  Objection.
11      A    So when there is dividend
12  withholding tax, then that is -- those are
13  the funds you can have -- invest.
14      Q    So the money SKAT's seeking to
15  recover in this case represents tax revenue
16  wrongly paid out to claimants, correct?
17         MR. WEINSTEIN:  Objection to form.
18      A    To my knowledge, we have filed a
19  suit to recover funds that we have wrongly
20  paid out.
21         MR. WEINSTEIN:  Alan, I'll also
22  just note that if you're asking about
23  subjects 15 -- I'm sorry, 16 and 17 in the
24  30(b)(6) notice, we had designated another
25  witness as SKAT's witness on those subjects.

Page 71

1  He's already testified.
2         These questions are not within the
3  notice that we designated Mr. Ekstrand to
4  cover.
5         MR. SCHOENFELD:  Okay.  To the
6  extent he knows the answer to these
7  questions, he can answer them in his
8  individual capacity.
9       Q    Mr. Ekstrand, there -- during the
10  relevant time period, there were different
11  ways to obtain a reclaim of dividend
12  withholding tax, correct?
13      A    Yes.
14      Q    There was something called the
15  "bank scheme," right?
16         THE INTERPRETER:  Excuse me?  What,
17  sir?
18      Q    There was something called the
19  "bank scheme?"
20      A    Yes.
21      Q    And then there was something called
22  the "form scheme," right?
23      A    Yes.
24      Q    And the "form scheme" just means
25  that the party requesting the reclaim

Page 72

1  completes the form that we looked at earlier,
2  correct?
3         MR. WEINSTEIN:  Objection.
4       A    In order to be -- to be part of the
5  form scheme, we -- you have to fill out the
6  form that I referred to earlier and attach
7  relevant documentation.
8       Q    And that form had to be submitted
9  to SKAT, correct?
10      A    Yes.
11      Q    The taxpayer couldn't submit that
12  form to some other part of the Danish
13  government, right?
14      A    SKAT is the relevant recipient of
15  that form.
16      Q    The claimant couldn't submit that
17  form to the issuer of the securities, right?
18      A    No.
19      Q    And after receiving the form, SKAT
20  makes a decision about whether or not to pay
21  the refund, right?
22      A    Once the form has been received,
23  checks are made to see that the conditions
24  for receiving payment are met before payment
25  is made.

Page 73

1       Q    And SKAT is the agency that makes
2  that decision whether to pay the refunds,
3  correct?
4       A    Yes.
5       Q    There's no other part of the Danish
6  government that can approve these refunds,
7  right?
8       A    No.
9       Q    VP Securities can't provide the
10  refund, right?
11      A    I'm not sure I understand the
12  question.
13      Q    So I think you testified that in
14  order to get a refund of dividend withholding
15  tax, the application needs to be submitted to
16  SKAT, correct?
17      A    Yes.
18      Q    And so am I correct that
19  VP Securities is not itself able to pay a
20  refund out to a shareholder?
21         Is that right?
22      A    Correct.
23      Q    And a U.S. pension plan owning
24  shares of a Danish company couldn't require
25  that company to pay its dividend on a gross

CONFIDENTIAL
Christian Ekstrand - May 6, 2021

Page 74

1 basis without withholding, correct?
2         MR. WEINSTEIN: Objection to form.
3         THE INTERPRETER: Can I just ask
4 you to repeat the question, please? That the
5 U.S. pension plan --
6     Q    A U.S. pension plan owning shares
7 in a Danish company couldn't require that
8 company to pay its dividend on a gross basis
9 without withholding, correct?
10        MR. WEINSTEIN: Objection.
11    A    No. And maybe we just need to
12 understand the process because it is not the
13 company handling the payment. So -- and we
14 need to understand the process.
15        This is not handled by
16 VP Securities. The company itself are the
17 ones who would hold the amount that they will
18 pay as dividends.
19        Subsequently, VP Securities will
20 make a calculation to see how much is to be
21 paid in dividend and how much is to be
22 withhold for taxes. And then, subsequently,
23 the funds will be paid out to the relevant
24 parties as well and the taxes will be
25 withheld.

Page 75

1         And the relevant dividend
2 recipients are the ones that are known to VP.
3     Q    A U.S. pension plan can't say to
4 the company, the Danish company issuing the
5 dividend, "I don't want to deal with the
6 refund process, just pay me a gross
7 dividend," correct?
8         MR. WEINSTEIN: Objection to form.
9     A    No.
10    Q    No, it can't, correct?
11    A    No, it cannot.
12    Q    Okay. So in this case, SKAT
13 received the defendant's refund applications,
14 right?
15    A    Yes.
16    Q    And SKAT reviewed those
17 applications, right?
18    A    Yes.
19    Q    And SKAT made the decision to pay
20 out withheld dividend tax to the pension plan
21 in each of these cases, correct?
22    A    Yes. SKAT went through the
23 documentation that we have received.
24        And upon this review, we have
25 decided to refund the amounts.

Page 76

1     Q    And SKAT determined that each
2 claimant was subject to a double taxation
3 treaty, correct?
4     A    Yes. Because the claimant has
5 included documentation as to where they are
6 taxable, that they are domiciled in the U.S.
7 and are obligated to pay taxes in the U.S.
8     Q    I think you testified earlier that
9 there's an operative definition of
10 "beneficial owner" within SKAT.
11        Is that right?
12    A    What I said was that you had to be
13 the rightful owner of the shares in order to
14 claim a refund. But one of the conditions
15 also is that you, in actuality, are domiciled
16 at a location where we have a double taxation
17 agreement so that there is taxes to refund.
18    Q    Right. I'm focused on this
19 question of the rightful owner.
20        I believe you testified earlier
21 that there's a definition that SKAT applies
22 to determine whether someone is the rightful
23 beneficial owner of the dividends for
24 purposes of processing these refund
25 applications, correct?

Page 77

1         MR. WEINSTEIN: Objection to form.
2 Misstates his testimony.
3     A    So as I mentioned earlier, we have
4 a -- legal guidelines, including the
5 definition. And I also said earlier that if
6 you want an elaboration of the concept
7 "beneficial owner," I'm not the right person
8 to ask.
9     Q    But in approving the refund claims,
10 SKAT determined that the claimant was a
11 beneficial owner under SKAT's guidelines for
12 determination of who's the beneficial owner,
13 correct?
14    A    The control is performed by SKAT of
15 the documentation that the person in question
16 is the beneficial owner. And why would we
17 then think otherwise, since we receive a
18 declaration to that effect as well as
19 documentation of the domicile of the entity
20 in question?
21        And we also received dividend
22 credit advice saying that the entity in
23 question has received a dividend, and that
24 there is -- and that taxes have been
25 withheld.

CONFIDENTIAL
Christian Ekstrand - May 6, 2021

26 (Pages 98 to 101)

Page 98

1  paid on a balance principle and not
2  separately accounted."
3          MR. WEINSTEIN:  Objection to form.
4      A    Yes, I will try.
5          So the company had one tax account,
6  which is what I said earlier.  So once there
7  is an amount outstanding and there is a
8  payment deadline, this will be recorded in
9  your account as an amount due.
10         So if you do not pay the amount,
11  then the amount remains in the account.  And
12  then -- so then, again, with the example of
13  the 50 million, there are -- you have the
14  50 million that is withholding tax,
15  50 million, something other taxes, and
16  100 million in total -- these amounts will
17  afford you, in succession, and that
18  was -- stand up in your account, then
19  obviously, if there are any credits or
20  whatever due, then that will be -- offset
21  this amount and then you will have to pay the
22  remaining amount.
23         But if you had no other taxes to
24  pay other than your withholding, this tax
25  would be in your account and then due.  So in

Page 99

1  my mind, my thinking is the same as well as
2  stated in the text that we read out loud.
3      Q    So let's say that on January 1st,
4  you've got 50 million kroner in tax credits
5  in your account, and 50 million kroner in
6  dividend withholding taxes is due to SKAT on
7  January 10th.
8          Do you have that in mind?
9      A    Just to -- just to check, are you
10  saying that 50 million outstanding plus
11  50 million withholding tax, or both amounts
12  due, or did you say 50 million tax credit and
13  50 million withholding tax?
14     A    50 million tax credit in the
15  account on the day that 50 million in
16  withholding tax is due to be paid to SKAT.
17     A    So they even each other out, and
18  then, of course, you do not have to pay
19  50 million.
20     Q    Right.  So on the date that the
21  company is obligated to remit the withholding
22  tax to SKAT, it doesn't actually pay any
23  money to SKAT, correct?
24         MR. WEINSTEIN:  Objection to form.
25     A    These are amounts that fall due, so

Page 100

1  they are obligated to pay the 50 million.  So
2  in itself, it didn't change anything.
3      Q    The company in this example has
4  still paid its withholding tax, right?
5      A    Yes, because they have a tax credit
6  of 50 million and they have to pay
7  withholding tax of 50 million.
8          So those amounts even out each
9  other, and so then the account is zero.
10     Q    And so is it fair to say, as a
11  result of this netting process, SKAT doesn't
12  have any direct evidence that the company has
13  remitted withholding tax to the agency?
14         MR. WEINSTEIN:  Objection to form.
15     A    I'm not sure I understand the
16  reasoning, because they have the tax credit
17  of 50 million.  Then they have to pay
18  resulting taxes of 50 million.
19         So the money is still paid.
20     Q    But there's no evidence
21  of -- there's no -- nothing SKAT can point to
22  to show the actual payment of the withholding
23  tax, right?  It's just obligations and
24  liabilities netted in the account?
25         MR. WEINSTEIN:  Objection to form.

Page 101

1      A    So I still don't understand the
2  reasoning behind your argument, because there
3  may not be something specific you can point
4  to, but they had to pay withholding tax of
5  50 million.
6          Then they had a tax credit that is
7  offset against the payment.  So they still
8  make their payment.
9      Q    But there won't be a bank receipt
10  or a SWIFT confirm for the payment of the
11  withholding tax, correct?
12     A    No, because there was no bank
13  transfer.
14     Q    Okay.
15         MR. SCHOENFELD:  Do you want to
16  take a short break now?
17         MR. WEINSTEIN:  Sure.
18         VIDEO OPERATOR:  Please stand by.
19  The time is 10:24 a.m. New York time, and
20  we're going off the record.
21         (Brief recess taken.)
22         VIDEO OPERATOR:  The time is
23  10:40 a.m. New York time and we're back on
24  record.
25     Q    Mr. Ekstrand, what's the name of

CONFIDENTIAL
Christian Ekstrand — May 6, 2021

35 (Pages 134 to 137)

Page 134

1   for Identification.)
2       Q    So Mr. Ekstrand, tell me when
3   you're there.
4       A    Yes, I'm there.
5       Q    Okay.  Have you seen this document
6   before?
7       A    Yes.
8       Q    What is it?
9       A    This is an early warning on stock
10  lending.
11      Q    Mr. Ekstrand, my understanding was
12  that this is a response to an early warning,
13  not the early warning itself.
14           Do I have that right?
15      A    Correct.
16      Q    And the reply comes from the
17  Ministry of Taxation, correct?
18      A    Yes.
19      Q    And the two early warnings it
20  addresses come from within SKAT, right?
21  There's a March 27, 2015 warning from the
22  large companies division and a July 7, 2015
23  warning from the Jura, SKAT's legal
24  authority, correct?
25           THE INTERPRETER:  The second date

Page 135

1   is July 7th?
2            MR. SCHOENFELD:  Correct.
3       A    Correct.
4       Q    Did you play any role in drafting
5   or approving this reply document?
6       A    Not at all.
7       Q    What is an "early warning?"
8       A    So an early morning is something
9   that you prepare if it comes to your
10  knowledge that there is the possibility of an
11  unforeseen effect of legislation that has
12  come into force.
13      Q    And can you describe, based on your
14  familiarity with this document, what the two
15  early warnings at issue here were disclosing?
16      A    So as far as I remembered, there
17  were some problematic registrations within
18  VP, which means that VP did not necessarily
19  report the beneficial owner of the share.
20           And, for example, that means that
21  if I own shares and then I lend them to you,
22  then they will be registered with your
23  custodian bank.  They will then be
24  registered -- I will lend them to you.
25           They will then be registered with

Page 136

1   your custodian bank and therefore, they will
2   be registered as owned by you.
3       Q    So the upshot of the early warnings
4   was that as a result of securities lending in
5   the market, SKAT wasn't receiving accurate
6   information about who owned securities.
7            Is that right?
8            MR. WEINSTEIN:  Objection to form.
9       A    Yes.  You can say that because VP
10  did not have the possibility to check a box
11  saying that this was stock lending.
12      Q    And so the large companies division
13  shares this concern on March 27, 2015,
14  correct?
15      A    Yes.
16      Q    And the response from the Ministry
17  of Taxation comes six months later, correct?
18      A    Yes.
19      Q    Is anything done in those six
20  months to address the issue that the large
21  companies division raised?
22      A    Not to my knowledge, no.  But
23  the -- the answer to this early warning is
24  quite clear, which is that you have to be the
25  beneficial owner in order to claim a refund.

Page 137

1       Q    So on Page 10 of the reply, do you
2   see the paragraph beginning "Som svar?"
3       A    Yes.
4       Q    And you see the last sentence of
5   the paragraph beginning "Det er?"
6       A    Yes.
7       Q    And am I correct that what the
8   Ministry is saying there is that it's the
9   view of the Ministry of Taxation that in
10  situations where the borrower has resold the
11  securities in question to a third party, that
12  the third party becomes the beneficial owner
13  of the dividends?
14      A    Correct.  Exactly as I said
15  earlier.
16      Q    And so that's an accurate statement
17  of SKAT's policy towards beneficial ownership
18  in these circumstances?
19      A    This is how the rules are.
20      Q    SKAT's website says the same thing
21  to taxpayers, correct?
22      A    I don't -- I have not seen that for
23  myself.
24      Q    Did you review the website in
25  preparation for today's deposition as a

CONFIDENTIAL
Christian Ekstrand - May 6, 2021

Page 138

1  30(b)(6) witness?
2      A    No.
3      Q    Okay.   Turn to Exhibit 3014 in your
4  binder, please.
5           (Above-mentioned document marked
6  for Identification.)
7           Are you there, Mr. Ekstrand?
8      A    Yes.
9      Q    Do you recognize this document?
10     A    Yes.
11     Q    And you've recognized it as a
12 printout of SKAT's website?
13     A    It looks as if it's something from
14 our website.
15     Q    Okay.   And so it lists the five
16 requirements for claiming a refund of
17 dividend withholding tax, correct?
18     A    Yes.
19     Q    And it lists -- if all five
20 requirements are satisfied, the shareholder's
21 entitled to a refund, correct?
22     A    Correct.
23     Q    Today, these are the only
24 requirements to be eligible for a refund of
25 withholding tax, right?

Page 139

1      A    So these are the five conditions
2  that exist.   However, some of them may
3  require more documentation than others.
4      Q    But there are no other substantive
5  requirements, correct?
6      A    No.
7           Sorry, correct.
8      Q    Okay.   And these were also the
9  requirements for the period 2012 to 2015,
10 correct?
11     A    More or less.   The period that we
12 are -- in the period that we are discussing,
13 we trusted documents that we got from the
14 custodian because this was an independent
15 third party.
16          It turned out, subsequently,
17 however, where we were the victims of an
18 advanced setup with the participation of the
19 custodian.   And thus, a dividend credit
20 advice is -- as such, is not enough as
21 documentation of ownership.
22     Q    Did you, in your capacity in
23 Special Control, reach the conclusion that
24 SKAT was the victim of an advanced setup with
25 the participation of the custodian?

Page 140

1      A    First of all, we were told that
2  there was fraud going on in this area from
3  international partners, which included both
4  pension plan and custodian companies.
5           In connection with our
6  investigation into this area, we were able to
7  determine that the custodian entities were
8  also part of the fraud going on.
9      Q    Are you aware of any facts
10 supporting the conclusion that the pension
11 plans intended to deceive SKAT as part of the
12 advanced setup that you just described?
13     A    Well, proof as such is something to
14 be used in a criminal case.   However, we do
15 have indications that the pension plans also
16 participated, which are apparent from the
17 decisions we have made concerning
18 cancellation, which is -- which are based on
19 the fact that these pension plans are often
20 newly-founded companies without the necessary
21 funds to make such extensive investments into
22 Danish companies.
23     Q    So you're referring to the --
24 factual bases for the cancellation of the
25 reclaim applications?

Page 141

1      A    Yes.   Because that is the work that
2  we, as the tax agency, have done in this
3  case.
4      Q    Anything else?
5           MR. WEINSTEIN:   Objection to form.
6      A    Not at present.
7      Q    Going back to the website and the
8  five requirements, there's no requirement
9  here concerning whether the owner of the
10 shares hedged its purchase, correct?
11          THE INTERPRETER:   I'm sorry.   The
12 last part again?
13     Q    Going back to the website and the
14 five requirements listed, there's no
15 requirement here concerning whether the owner
16 of the shares hedged its purchase, correct?
17          MR. WEINSTEIN:   Objection to form.
18     A    It doesn't say anything about that,
19 no.
20     Q    And there's no requirement
21 concerning whether the owner of the shares
22 purchased those shares using financing,
23 correct?
24     A    No, there's nothing in here
25 preventing you from being the beneficial

CONFIDENTIAL
Christian Ekstrand – May 6, 2021

Page 142

1  owner if you have hedged your purchase or
2  anything like that.
3       Q    And was that SKAT's position
4  between 2012 and 2015?
5       MR. WEINSTEIN:  Objection to form.
6       A    I have no idea.
7       Q    Well, let me -- let me rephrase the
8  question in case it was confusing.
9       In the period 2012 to 2015, SKAT
10 didn't have any policy precluding an investor
11 from being the beneficial owner if the
12 investor had hedged its purchase.
13      Is that correct?
14      MR. WEINSTEIN:  Objection to form.
15      A    No, nothing like that.
16      Q    Is that also true with respect to
17 investors who finance their purchases?
18      MR. WEINSTEIN:  Objection to form.
19      A    As the investor has entered into a
20 binding legal agreement on the purchase,
21 however he can pay for that purchase, we
22 have -- we have no opinion on that.
23      THE INTERPRETER:  Just hold on one
24 second.
25      A    As long as -- however you have

Page 143

1  acquired the share, whether by hedging or
2  whether by whatever financing, that has
3  nothing to do with whether or not you are the
4  beneficial owner.
5       Q    When you buy yourself securities,
6  you understand that there's a trade date and
7  a settlement date, correct?
8       A    Yes.
9       Q    And what do each of those dates
10 represent?
11      A    So the trade date is the day the
12 security is traded.  The settlement date is
13 the date that the -- that the deal is
14 finished, where the security is -- it comes
15 to your custodian.
16      Q    So on the trade date -- oh, I
17 apologize.  Please go ahead.
18      A    Just -- the settlement date is the
19 day when the trade is final where the shares
20 go from one custodian to another.
21      Q    Okay.  And on the trade date, does
22 anything happen other than an agreement being
23 entered into and confirmations exchanged?
24      A    Well, you could have payment on
25 that day, but I imagine that payment would

Page 144

1  take place on the settlement date.
2       Q    Are any book entries made on the
3  trade?
4       MR. WEINSTEIN:  Objection to the
5  form.
6       A    Actually, I don't remember at this
7  time, but it is not registered with the
8  custodian.  That is not until the settlement
9  date.
10      That's when the shares move from
11 one to the other.
12      Q    Must the seller of the shares have
13 the shares on the trade date?
14      MR. WEINSTEIN:  Objection to form.
15      A    Not necessarily.
16      Q    To be entitled to a refund for a
17 dividend withholding tax, did SKAT require
18 there to be a certain number of days between
19 trade date and settlement date?
20      A    So no.  But in order to be entitled
21 to dividend, you have to be the beneficial
22 owner and the -- the agreement has to be
23 made, at the latest, on the -- at the latest,
24 on the date of the general meeting.
25      Q    So if the shares are purchased on

Page 145

1  or before the date of the annual general
2  meeting, the purchaser's entitled to the
3  dividend declared at that meeting.
4       Is that right?
5       THE INTERPRETER:  So could you
6  repeat that?
7       MR. SCHOENFELD:  Yes.
8       Q    So if the shares are purchased on
9  or before the date of the annual general
10 meeting, the purchaser's entitled to the
11 dividend declared at that meeting.
12      Is that right?
13      MR. WEINSTEIN:  Objection to form.
14      A    As long as a legal, binding
15 agreement has been made on the purchase and
16 payment, then yes.
17      Q    So if the trade date is before the
18 date of the annual general meeting?
19      A    That is not important as long as
20 he's the beneficial owner of the share on the
21 day of the general meeting.
22      Q    Was SKAT's understanding that if
23 the seller of shares receives a dividend on
24 the dividend payment date, it can pass that
25 dividend along to the purchaser?

CONFIDENTIAL
Christian Ekstrand – May 7, 2021

14 (Pages 232 to 235)

Page 232

1    Q    In order to conduct this
2 investigation, did you have to learn about
3 aspects of the securities market and
4 securities trading?
5        MR. WEINSTEIN:  Objection to the
6 form.
7    A    Obviously, we have gone through
8 various kinds of information about dealing
9 with shares in general.
10        But fundamentally, this is a case
11 that is all about whether or not you are the
12 beneficial owner of the shares where you are
13 attempting to claim a refund, and not so much
14 about how you got to that.
15    Q    Did anyone within SKAT educate you
16 about this concept of beneficial ownership so
17 that you could conduct the investigation?
18    A    No, there was not.  But within our
19 group we have collected a lot of information
20 about this issue.  We have reached a common
21 or general understanding of what this
22 entails.
23    Q    And what was that based on?
24    A    Well, based on the information that
25 we were able to collect about dealing with

Page 233

1 shares, obviously we have reviewed that
2 information.
3        As I said before, it's all about
4 being able to document that you are the
5 beneficial owner for the shares when you're
6 attempting to obtain a refund, which means
7 that you need to have ownership of the
8 dividend and ownership of the shares.
9    Q    Do you recall consulting any
10 written documents to educate yourself about
11 the concept of beneficial ownership in the
12 course of your investigation?
13    A    So I can't remember specific
14 sources that I consulted, but what this is
15 all about, it's having valid -- having valid
16 sources.
17    Q    Well, let me ask the question a
18 different way.
19        Where did your definition of
20 "beneficial ownership" come from for purposes
21 of this investigation?
22    A    So if you are looking to reclaim
23 dividend tax because you are covered by a
24 double taxation agreement, you need to be the
25 beneficial owner of the share that you're

Page 234

1 seeking to reclaim tax for.  And as we
2 discussed yesterday, we have within SKAT
3 legal guidelines describing the concept of
4 "beneficial owner."
5        But I'm not the right person to ask
6 about details of the legal definition.
7    Q    My question isn't about the details
8 of the legal definition.
9        Is there a physical document called
10 "Legal Guidelines" or something like that
11 that includes the definition, "beneficial
12 ownership?"
13    A    To my recollection, there are legal
14 guidelines describing what is needed in order
15 to constitute the beneficial owner.
16    Q    Focusing on the period
17 June/July/August 2015, do you recall anyone
18 in the course of this investigation
19 indicating that they had previously heard
20 concerns relating to the issue of false or
21 fraudulent dividend withholding tax reclaims?
22        MR. WEINSTEIN:  Objection to form.
23    A    No.
24    Q    Did Dorthe Madsen ever say in June,
25 July, August 2015 that, the year before, she

Page 235

1 had observed an enormous increase in dividend
2 tax withholding reclaims attributable to U.S.
3 pension plans?
4    A    No.
5    Q    At some point in your investigation
6 did you learn that there was a series of
7 memos, Problemkatalog, and audit reports that
8 addressed issues related to dividend
9 withholding tax reclaims?
10        MR. WEINSTEIN:  Objection to form.
11    A    No.  My job was to verify the
12 reality of the information that we had
13 received and determine whether there were any
14 truth to these allegations and to determine
15 whether potentially there was a fraud case in
16 this -- within this area.
17    Q    You're aware now that those
18 documents that I just referenced exist,
19 correct?
20    A    Yes.
21    Q    How did you become aware of those
22 documents?
23    A    I became aware of those
24 subsequently.
25    Q    How?

CONFIDENTIAL
Christian Ekstrand – May 7, 2021

15 (Pages 236 to 239)

Page 236

1    A    Among other things, in my
2  preparation for this.
3    Q    Prior to your preparation for this
4  deposition, had you been aware of the
5  existence of these documents?
6    MR. WEINSTEIN:  Objection to form.
7  You've asked about a bunch of different
8  documents, so it's -- can you be more
9  specific?
10   Q    I'm referring to memos,
11 Problemkatalog, and audit reports concerning
12 issues relating to dividend withholding tax?
13   MR. WEINSTEIN:  So is the question
14 whether he saw any of them prior to his
15 preparation, or all of them?  What is the
16 question?
17   MR. SCHOENFELD:  Let's start with
18 any of them.
19   Q    Had you seen any of those documents
20 prior to your preparation for this
21 deposition?
22   A    Yes.
23   Q    Which of them?
24   A    You have to show me ones that
25 you're referring to and then I can tell you

Page 237

1  whether I've seen it or not.  Because I've
2  seen a bunch of documents.
3    Q    Is it fair to say that SKAT was
4  warned about deficiencies in its dividend
5  withholding tax refund process prior to June
6  of 2015?
7    MR. WEINSTEIN:  Objection to the
8  form.
9    A    So what do you mean?  And what
10 witnesses are you referring to?
11   Q    Are you aware of warnings about any
12 weaknesses in the dividend withholding tax
13 refund process prior to June of 2015?
14   A    So prior to 2015, as far as I know,
15 there are numerous reports describing this
16 issue.
17        But is there a specific one you
18 would like for us to review?
19   Q    We're going to review them.  I'm
20 just trying to ask about your recollection.
21        Do you know when the earliest of
22 these reports describing this issue was
23 generated within SKAT?
24   MR. WEINSTEIN:  Objection to form
25 and what this issue is.

Page 238

1    MR. SCHOENFELD:  He just testified
2  that there are numerous reports describing
3  this issue.  So I'm using his words and
4  asking him what he meant.
5    A    I think that they are all reports
6  going back as far as 2000.
7    Q    And as part of your
8  investigation -- well, I take that back.
9        All right.  Let's look at
10 Exhibit 3002.
11       (Above-mentioned document marked
12 for Identification.)
13   Q    Do you have that document in front
14 of you?
15   A    Yes.  Yes.
16   Q    Have you seen this document before?
17   A    Let me get this review.  I don't
18 think I've seen this exact document before.
19 I mean, I don't remember.
20   Q    Did you review this document in
21 preparation for this deposition?
22   A    Maybe, but I can't remember.
23   Q    This is an audit record from SIR,
24 correct?
25   A    It looks like it.

Page 239

1    Q    And what is SIR?
2    A    So it is SKAT's internal audit.
3    Q    And what are SIR's
4  responsibilities?
5    A    So as far as I can remember, they
6  are part of the Ministry's supervision with
7  SKAT and they carry out various forms of
8  investigations into -- they carry out various
9  investigations into SKAT's business areas.
10   Q    Okay.  So this audit report makes
11 certain observations about the administration
12 of dividend withholding tax, correct?
13   A    Correct.
14   Q    And so, for example, in
15 Paragraph 11 on Page 4, SIR observes that
16 "it's not satisfactory that it's possible for
17 dividend recipients to receive dividend tax
18 even if the company paying the dividend has
19 not paid the withheld dividend tax to SKAT,"
20 correct?
21   A    Yes.
22   Q    And that remained true in the
23 period January 2012 to August 2015, correct?
24   THE INTERPRETER:  January?
25 I'm sorry.

CONFIDENTIAL
Christian Ekstrand – May 7, 2021

17 (Pages 244 to 247)

Page 244

1    A    I've never met her myself, but
2  she's been the head of Accounts 2 for a long
3  period.  She had retired when I had this case
4  assigned.
5    Q    Okay.  Do you know whether she
6  played any role in drafting the
7  Problemkatalog?
8    A    She did.
9    Q    Do you know whether anyone else
10  played a role in drafting the Problemkatalog?
11    A    As far as I remember, several names
12  are mentioned in the Problemkatalog.
13    Q    Do you recall anyone else
14  that -- any other names?
15    A    Not right now, no.
16    Q    Have you ever -- is the term
17  "Problemkatalog" used within SKAT apart from
18  this document?
19    MR. WEINSTEIN:  Objection to form.
20    A    I have no knowledge of having seen
21  other Problemkatalogs.
22    Q    Do you know who this Problemkatalog
23  was sent to?
24    A    No.
25    Q    Do you know whether any remedial

Page 245

1  measures were taken as a result of the
2  Problemkatalog?
3    A    I think that we would need to
4  review the Problemkatalog in order to
5  determine what the desired measures were,
6  measures as in remedial action.
7    Q    Well, so, for example, one of the
8  things the Problemkatalog proposes on Page 20
9  is "stricter documentation requirements for
10  refund of Danish dividend tax concerning the
11  ownership of the shares."
12    Do you see that?
13    MR. WEINSTEIN:  He has 2006 in
14  front of him, the audit report.
15    Q    Oh, sorry.  So Exhibit 3052 is the
16  Problemkatalog.
17    (Above-mentioned document marked
18  for Identification.)
19    MR. WEINSTEIN:  We're probably
20  approaching a break time.
21    MR. SCHOENFELD:  Okay.  Let's take
22  a break now and we can return to this.
23    VIDEO OPERATOR:  Please stand by.
24  The time is 8:15 a.m. New York time and we're
25  going off the record.

Page 246

1    (Brief recess taken.)
2    VIDEO OPERATOR:  The time is
3  8:27 a.m. New York time and we're back on
4  record.
5    Q    Mr. Ekstrand, do you have
6  Exhibit 3052, the Problemkatalog, in front of
7  you?
8    A    I do.
9    Q    Okay.  So referring to the Bates
10  numbers in the bottom right hand corner, I'm
11  on page 517935.
12    THE INTERPRETER:  Page what?
13  79-what?
14    MR. SCHOENFELD:  517935.
15    A    Yes.
16    Q    And so in the paragraph beginning
17  K-O-N-K-R-E-T, Ms. R□mer is proposing
18  stricter documentation requirements to
19  establish ownership of shares for purposes of
20  refund of Danish dividend tax, correct?
21    A    That's what it says, yes.
22    Q    Between 2006 and 2012, did SKAT
23  produce any stricter documentation
24  requirements to establish ownership?
25    A    So this is referring to nominee and

Page 247

1  omnibus custodians.  Denmark, during this
2  period, make requirements ordering a
3  stricter -- established stricter requirements
4  to these omnibus custodians.
5    I think that at the time, or just
6  shortly after this, there was a project
7  called "Trace."
8    MR. SCHOENFELD:  Can I pause you
9  for a second?  I just lost everything after
10  "project called Trace."
11    A    So the project "Trace" was that
12  several European countries and international
13  banks got together in order to find a way or
14  model which could be net clearance.  So I
15  said "net clearance," but net settlement.
16    But they would get together in
17  order to attempt to deal with these omnibus
18  accounts, which would make requirements of
19  the shareholder concerning registration with
20  whatever -- back where you have your omnibus
21  custodian, but this work was on the way for
22  several years.  They have yet to reach a
23  solution.
24    This requires that everywhere in
25  the world, also in the U.S., that this

Page 248

1  happens.  It was not possible for them alone
2  to strengthen requirements in this area.
3          So in my understanding, we have
4  accepted this, but Trace is -- nothing came
5  of it.
6      Q    Did SKAT itself adopt any stricter
7  requirements to establish shareholding
8  between 2006 and 2012?
9          THE INTERPRETER:  Can I ask you to
10  repeat the question?
11      Q    Did SKAT itself adopt any stricter
12  requirements to establish shareholding
13  between 2006 and 2012?
14      A    No.  As far as I know, the
15  requirement also exists at the time, which
16  means where you fill out a form stating that
17  you are the beneficial owner -- I've
18  mentioned this a number of times -- you
19  enclose documentation regarding your domicile
20  and cases where you pay taxes.
21          Also, you enclose third-party
22  documentation stating that you have shares
23  with the custodian and it is for these shares
24  that you are attempting to reclaim dividend
25  tax.

Page 249

1      Q    Do you know where there was any
2  official response to the Problemkatalog after
3  it was written in 2006?
4      A    I do not know.
5      Q    Let's turn to document 3003.
6          (Above-mentioned document marked
7  for Identification.)
8      Q    Have you seen this document before?
9      A    Yes.
10      Q    Did you see it in preparation for
11  your deposition?
12      A    Yes.
13      Q    Have you seen it prior to your
14  preparation for your deposition?
15      A    I don't think so.
16      Q    So this is a SIR report from 2010
17  concerning withholding tax on foreign
18  shareholders dividend tax, correct?
19      A    Yes.
20      Q    When an audit report like this is
21  generated from SIR, what's the ordinary
22  process after the report is issued?
23      A    So, in general, the report is sent
24  to SKAT and we have one-channel reception for
25  reports.  And I'm unsure of the name of that

Page 250

1  unit.
2          But then, once received, it will be
3  forwarded to the correct business area, to
4  the deputy directors within that area, and
5  they then can consequently decide what needs
6  to happen.
7      Q    And is there a process for ensuring
8  or confirming that necessary follow-up is
9  taken with respect to audit reports?
10      A    So my understanding is that it is
11  up to the relevant business unit or business
12  areas.  It is up to them to decide whether
13  any follow-up is needed for whatever issues.
14      Q    Okay.  So on the first page, in the
15  first paragraph, SIR identifies a problem in
16  that it's possible that too much withholding
17  taxes were refunded via the so-called refund
18  scheme.
19          Do you see that?
20          MR. WEINSTEIN:  Objection to form.
21      A    What it says here is that they
22  cannot rule out that there are too many
23  refunds under the refund of withholding tax
24  scheme.
25      Q    So what's your understanding of the

Page 251

1  problem that SIR is identifying?
2          MR. WEINSTEIN:  Objection to form.
3      A    Which problem are you referring to?
4      Q    Well, what's your understanding of
5  SIR's observation in that first paragraph?
6  What issue are they addressing in this
7  report?
8          MR. WEINSTEIN:  Objection to form.
9      A    I just need to review the text.
10          (Witness reviewing.)
11          So, to my understanding, this
12  refers to the fact that we have two refund
13  schemes.  We have the form scheme and we have
14  the bank scheme.
15          Under the form scheme, we are very
16  fine, what we have discussed previously, that
17  the conditions are met in connection with the
18  documentation that we submitted.
19          In the meantime, there's a bank
20  scheme that has been put in place where the
21  bank sends a spreadsheet containing
22  information, but not necessarily
23  documentation.  Just information about a
24  refund to be paid.
25          So, to my understanding, the

CONFIDENTIAL
Christian Ekstrand — May 7, 2021

19 (Pages 252 to 255)

Page 252

1  problem is that there was no -- the problem
2  was that the bank scheme and the form scheme
3  did not correspond, which means that you
4  could have an application under the
5  spreadsheet scheme that also had been
6  submitted under the form scheme.
7            That was how I understood it.
8       Q    On Page 12 of the report, SIR makes
9  certain findings, right?
10      A    Yes.
11      Q    So starting at the bottom, SIR
12  finds that "previous investigations initiated
13  by SKAT have not been followed up on,"
14  correct?
15      A    Correct.
16      Q    Did SKAT agree with that finding?
17      A    I have no knowledge about that.
18      Q    What do you mean you have no
19  knowledge about that fact?
20      A    I have no knowledge about whether
21  there was no follow-up on previous reports
22  made.
23      Q    Well, did you do anything to
24  educate yourself about that finding or SKAT's
25  follow-up on previous investigations?

Page 253

1       A    No.  I have referred to what the
2  report says.
3       Q    In the bullet above that, it says,
4  "SIR finds that there are no checks in
5  connections with refund requests as to
6  whether the investor is actually a
7  shareholder and whether the investor is, in
8  fact, liable for tax in Denmark or not."
9            Was that accurate as of 2010?
10      A    I wouldn't say so, no.
11      Q    Why not?
12      A    So there was a process in place and
13  we've discussed that several times.  When we
14  submit an application, or when we receive an
15  application, first we review whether it's in
16  compliance with the conditions.
17           That is already when mail is
18  opened, where their applications are divided
19  into two parts.  Subsequently, we go through
20  whether the application complies with the
21  criterias for being awarded a refund.
22           I -- whether the form has been
23  printed and signed, whether a certificate
24  from the domicile is included, and whether a
25  dividend credit advice has been included from

Page 254

1  a third party, and whether this matches the
2  application submitted before this is inputted
3  into the system.
4            So there are checks in place.
5       Q    The purpose of that process was to
6  confirm that a shareholder was
7  the then -- sorry.
8            The purpose of that process was to
9  confirm that a dividend withholding tax
10  applicant was the beneficial owner of the
11  dividend, correct?
12      A    Yes.
13      Q    And SIR is observing here that
14  there -- that in its view, there are
15  deficiencies in that process, correct?
16      MR. WEINSTEIN:  Objection to form.
17  Asked and answered.
18      A    No, I do not think that's what
19  they're doing.  Maybe they're referring to
20  the spreadsheet scheme where we do not
21  perform this control.
22      Q    Do you know whether, in response to
23  the findings in this audit report, SIR spoke
24  with anyone in Accounting 2 and shared its
25  observations about the process for dividend

Page 255

1  withholding tax refunds?
2       A    No.
3       Q    A working group was established
4  following the issuance of this audit report,
5  correct?
6       A    A working group was established at
7  some point, yes.
8       Q    Do you know whether it was in
9  response to this audit report?
10      A    No.
11      Q    And so I take it you don't know
12  what that working group -- well, do you know
13  what that working group did, if anything, in
14  response to the findings of the 2010 audit
15  report?
16      A    I don't remember.  But if there's a
17  memo to that effect, let's review it.
18      Q    Are you aware of a 2016 report by
19  the Rigsrevisionen?
20      A    Yes.
21      Q    And how are you familiar with that
22  report?
23      A    I have read it.
24      Q    Did you read it in preparation for
25  this deposition?

Page 260

1    A    Yes.
2    Q    And Lisbeth Rømer is writing about
3 the same concerns in 2011, correct?
4    A    And what problem specifically are
5 you referring to?
6    Q    This problem of reconciliation.
7    A    Yes.
8    Q    And legislation is passed in 2012
9 to address that issue.
10        Is that correct?
11    A    Yes.
12    Q    And it becomes effective for large
13 companies in 2013, correct?
14    A    Well, listed companies.
15    Q    Sorry.  Listed companies.
16    A    Yes.
17    Q    The next document is another
18 warning from Lisbeth Rømer from October of
19 2011.
20        MR. WEINSTEIN:  Objection to form.
21        MR. SCHOENFELD:  This is
22 Exhibit 3004.
23        (Above-mentioned document marked
24 for Identification.)
25    Q    Mr. Ekstrand, do you have that

Page 261

1 document in front of you?
2    A    Yes.
3    Q    Do you see in the last sentence of
4 the document, Ms. Rømer refers to the
5 possibility of fraud with respect to dividend
6 withholding tax refunds?
7    A    Yes.
8    Q    And she explains earlier in the
9 document, at the bottom of the second page,
10 that one of her concerns about fraud is that
11 SKAT doesn't know a foreign dividend
12 recipient and may, therefore, refund dividend
13 withholding tax to the wrong person.
14        Is that right?
15        MR. WEINSTEIN:  Objection to the
16 form.
17    A    Well, that risk, you can say, is
18 always present.
19    Q    How is it always present?
20    A    Well, if you submit that
21 documentation, we will refund to the
22 incorrect individual.
23        What she says here is that she
24 wants a net principal where all share owners
25 are to be registered.  This is a method that

Page 262

1 has been an attempt to put into place for
2 many years, as we mentioned earlier with the
3 Trace project.
4        And this project cannot be
5 fulfilled, cannot be carried out.  Because in
6 actuality, what it means is that a foreign
7 share owner who wants to trade shares in
8 Denmark will need to have a bank account in
9 Denmark, and if he were to trade shares in
10 Germany, he would need a bank account in
11 Germany, and so on, and so forth.
12        They have yet to be able to produce
13 such a model.
14    Q    So you mentioned earlier that Trace
15 project.
16        Other than Denmark's participation
17 in the Trace project, are you aware of any
18 particular remedial measures that were taken
19 in response to Ms. Rømer's October 4, 2011
20 memo?
21    A    As far as I know, this was the only
22 option we had to enter into a collaboration
23 with other European countries to do this.
24    Q    Okay.  You can set that exhibit
25 aside.  I'd like you now to turn to

Page 263

1 Exhibit 3009.
2        (Above-mentioned document marked
3 for Identification.)
4    Q    Have you seen this document before?
5    A    Yes.
6    Q    In the course of preparation for
7 this deposition?
8    A    Yes.
9    Q    Have you reviewed it prior to this
10 deposition?
11    A    No.
12    Q    It's addressed to Jens Brøchner.
13        Do you see that?
14    A    Yes.
15    Q    And are you aware that Mr. Brøchner
16 has testified before the parliamentary
17 commission that he never received this memo?
18    A    Yes, I think I've read that.
19    Q    If you look at Page 15 of the
20 memo —
21    A    Yes.
22    Q    — there's a chart showing a number
23 of particular recommendations that SIR is
24 making for administration of the dividend
25 withholding tax.