# Exhibit 75




American Investment Group of New York, L.P Pension Plan
3372 Woods Edge Circle, Suite 104
Bonita Springs
Florida 34134
USA

**Antifraud Unit SK 3**
Danish Customs and
Tax Administration

Kratbjerg 236
DK - 3480 Fredensborg

Phone +(45) 7222 1818

www.skat.dk

Date: 28 October 2016

J.nr. 15-2943752

TIN   30-0124217

Gitte Kierkegaard
Special Agent

## For your information

Please find enclosed SKATs final decision on your request for a dividend tax refund.

It appears from the enclosed decision that the request for refund cannot be approved.

The reason for SKAT not having found any basis for approving the request for refund appears from the enclosed decision. In this connection, it should be remarked that the court language in Denmark is Danish in accordance with Section 149 of the Danish Administration of Justice Act (Retsplejeloven).

It is recommended that you have the enclosed decision translated, if necessary.

Please note that the guidelines for making an appeal appears from the decision. In this context it should be noted that an appeal, if any, must reach the Danish Tax Appeals Agency no later than three months from the receipt of the enclosed decision.

Yours Sincerely

Gitte Kierkegaard
Special agent

gitte.kierkegaard@skat.dk
Direct telephone +45 72370207

Katrine Basballe
Special agent

katrine.basballe@Skat.dk
Direct telephone +45 72370238

Information about the final decision is sent to:
GOAL TaxBack Limited, 69 Park Lane, Croydon, Surrey, CR9 1BG, UK

Confidential Pursuant to Protective Order                                                          SKAT_MDL_001_008102



**SKAT**

American Investment Group of New York, L.P Pension Plan
3372 Woods Edge Circle, Suite 104
Bonita Springs
Florida 34134
USA

Særlig Kontrol 3

Kratbjerg 236
3480 Fredensborg
Denmark

www.skat.dk

Dato: 28. oktober 2016

Ref. Captia nr: 15-2943752

Dit TIN: 30-0124217

**Afgørelse – Afslag på anmodninger om tilbagebetaling af udbytteskat**

Goal TaxBack Limited har som agent, på vegne af American Investment Group of New York, L.P Pension Plan (herefter American Investment Group), fremsendt anmodning dateret den 13. august 2015 om tilbagebetaling af indeholdt udbytteskat, i alt 810.000 DKK.

SKAT har den 30. august 2016 fremsendt forslag til afgørelse.

SKAT har ikke modtaget bemærkninger til det fremsendte forslag, hvorfor SKAT træffer afgørelse i overensstemmelse hermed.

## SKATs afgørelse

SKAT skal efter anmodning fra den skattepligtige tilbagebetale indeholdt udbytteskat, som overstiger den endelige skat efter en dobbeltbeskatningsoverenskomst.

SKAT kan ikke imødekomme American Investment Groups anmodning om tilbagebetaling af indeholdt udbytteskat af danske aktier, idet:

- American Investment Group har ikke dokumenteret købet af de aktier, hvorpå udbytteskatten tilbagesøges, ligesom det ikke fremgår om eventuelle aktier indgår i et låne-arrangement.

- American Investment Group har ikke dokumenteret ejerskabet på udbyttetidspunktet til de omhandlede aktier, hvorpå udbytteskatten tilbagesøges.

- American Investment Group har ikke dokumenteret, at selskabet har modtaget udbytte og at der er indeholdt udbytteskat vedrørende de pågældende aktier, hvorpå udbytte-skatten tilbagesøges.

American Investment Group opfylder således ikke betingelserne for at få udbetalt indeholdt udbytteskat af danske aktier, jf. artikel 10 i dobbeltbeskatningsoverenskomsten mellem Danmark og USA.

American Investment Group har som pensionskasse – med en enkelt deltager med de deraf afgrænsede indskudsbeløb - ikke haft det fornødne kapitalgrundlag til at kunne foretage inve-steringer i danske aktier i den størrelsesordenen som ligger til grund for såvel denne som tid-ligere anmodninger om udbetaling af indeholdt udbytteskat. Anmodningen kan på grund af det manglende kapitalgrundlag, ikke omfattes af artikel 22 stk. 2, litra e i dobbeltbeskatning-saftalen mellem Danmark og USA.

Side 1 / 19

Confidential Pursuant to Protective Order

SKAT_MDL_001_008103

SKAT kan af disse grunde ikke imødekomme American Investment Groups anmodning af 13. august 2015, om tilbagebetaling af indeholdt udbytteskat af danske aktier efter kildeskattelovens § 69 B, stk. 1, 1. pkt.

For yderligere begrundelse henvises til nedenstående sagsfremstilling og begrundelse.

Der skal i sin helhed henvises til de bilag der tidligere er fremsendte sammen med SKATs forslag. Såfremt bilagene ønskes genfremsendt, bedes selskabet give SKAT besked herom.

Confidential Pursuant to Protective Order

# Sagsfremstilling og begrundelse

## Indholdsfortegnelse

SKATs afgørelse ........................................................................................................... 1

Sagsfremstilling og begrundelse ................................................................................. 3

1.   Faktiske forhold .................................................................................................... 4

    1.1    Anmodningen af 13. august 2015........................................................................ 4

    1.2    SKATs korrespondance med selskabet .............................................................. 5

    1.3    Trustee ................................................................................................................ 5

    1.4    Oplysninger fra Internal Revenue Service (IRS) i USA ................................... 6

        1.4.1    De amerikanske selvangivelser 2013 - 2014....................................... 6

    1.5    Pensionskassens etablering og registreringsforhold......................................... 7

    1.6    Oplysning om den erhvervsvirksomhed som pensionskassen er tilknyttet........ 8

    1.7    Dokumentation for American Investment Group´s ejerskab til aktierne mv. ........... 8

    1.8    Tax Voucher ....................................................................................................... 9

    1.9    Tidligere anmodninger om tilbagebetaling af indeholdt udbytteskat.............. 10

    1.10    Beregning af investeringerne .......................................................................... 10

2   Retsregler ............................................................................................................... 11

    2.1    Lovbekendtgørelser ......................................................................................... 11

    2.2    Dobbeltbeskatningsoverenskomst ................................................................... 11

    2.3    Retspraksis........................................................................................................ 11

3   SKATs bemærkninger............................................................................................ 12

    3.1    Lovgrundlag ..................................................................................................... 12

    3.2    Anmodningen af 13. august 2015.................................................................... 12

    3.3    Pensionskassen og erhvervsvirksomheden den knytter sig til......................... 13

    3.4    Pensionskassens trustee ................................................................................... 13

    3.5    Manglende eller ikke fyldestgørende dokumentation ..................................... 13

        3.5.1    Manglende originale dokumenter ....................................................... 13

        3.5.2    Mangelfuld dokumentation for ejerskab til aktierne og modtagne udbytter...... 14

        3.5.3    Manglende dokumentation for de faktiske pengestrømme .................. 16

    3.6    Kapitalgrundlag for investeringer ................................................................... 16

4   SKATs foreløbige konklusion .............................................................................. 18

5   Selskabets bemærkninger...................................................................................... 18

6   SKATs afgørelse ................................................................................................... 18

Klagevejledning .......................................................................................................... 19

Confidential Pursuant to Protective Order    SKAT_MDL_001_008105

# 1. Faktiske forhold

## 1.1   Anmodningen af 13. august 2015

Med henvisning til dobbeltbeskatningsoverenskomsten mellem Danmark og USA har Goal Taxback Limited som agent, på vegne af American Investment Group, anmodet om at få tilbagebetalt indeholdt udbytteskat vedrørende følgende aktier: [1]

| ISIN/Aktier | Ex-dato | Anmodning om Tilbagebetaling | Nettoudbytte | Antal Aktier |
|---|---|---|---|---|
| DK0060228559 TDC A/S | 10. aug. 2015 | DKK 810.000 | DKK 2.190.000 | 3.000.000 |

Anmodningen var vedlagt følgende bilag:

- Blanket 06.003 ENG – Claim to Relief from Danish Dividend Tax[2]

- Tax Voucher from custodian ED&F Man Capital Markets Limited
    o   ISIN DK0060228559 – TDC A/S [3]

- FORM 6166 from IRS – Certificate of Residence in USA[4]

- POWER OF ATTORNEY til Goal Taxback Limited fra American Investment Group of New York, L.P Pension Plan, dateret 17. April 2015 [5]

---

[1] Bilag 125-1A til 125-7A
[2] Bilag 125-4A
[3] Bilag 125-3A
[4] Bilag 125-5A
[5] Bilag 125-6A til 125-7A

Confidential Pursuant to Protective Order                                          SKAT_MDL_001_008106

## 1.2    SKATs korrespondance med selskabet

Den 28. oktober 2015 har SKAT ved brev anmodet American Investment Group om yder-
ligere oplysninger og dokumentation til brug ved SKATs kontrol af grundlaget for anmod-
ningen, herunder : [6]
* Beskrivelse af selskabet og ID information
* Fuldmagts/repræsentationsforhold
* Dokumentation for selskabets anskaffelse af de pågældende aktier og modtagelse
  af aktieudbytter, hvorpå selskabet tilbagesøger indeholdt udbytteskat.

Den 5. november 2015 har SKAT modtaget en mail fra Melissa-Anne Rodrigues, Operations
Manager, Goal Group of Companies, på vegne af pensionskassen:[7]
* Anmoder om forlængelse af frist til besvarelse af SKATs henvendelse.
* Ønsker oplyst, om Form 6166 er tilstrækkelig dokumentation til spørgsmål nr. 1a i
  SKATs brev af 28. oktober 2015.

Den 10. november 2015 har SKAT imødekommet anmodningen fra Melissa-Anne Rodrigues,
om yderligere svarfrist og samtidig oplyst, at skattepligtserklæringen Form 6166, ikke er til-
strækkelig dokumentation grundet formuleringen *"to the best of our knowledge"*.[8]

Den 1. december 2015 har SKAT modtaget svar pr. mails fra Stacey Kaminer på vegne af
American Investment Group, vedhæftet følgende: [9]
* American Investment Groups Pension Plan.
* Dokumenter vedrørende pensionskassens registrering samt om ændring i trusteeforhold.
* Dokumenter vedrørende anskaffelse af de pågældende aktier og modtagelse af udbyt-
  te. Størstedelen af teksten er gjort ulæseligt ved overstregning.
* Bemærkninger til SKATs spørgsmål.

## 1.3    Trustee

SKAT har den 1. december 2015 pr. mail fra Stacey Kaminer modtaget et *"Minutes of Meet-
ing of the Partners in American Investment Group of New York, L.P."* [10]

Dokumentet er dateret den 23. februar 2011 og vedrører en beslutning om, at Stacey Kaminer
indtræder som trustee og at Elaina Crema fratræder som trustee for pensionskassen.

Sammen med dokumentet *"Minutes of Meeting"* var vedhæftet en udskrift af side 67 fra Ame-
rican Investment Groups pensionsaftale (Pension Plan), hvorpå aftalen er underskrevet af pen-
sionsaftalens parter, American Investment Group of New York L.P. ved Robert N. Crema
samt  Trustees Robert N. Crema og Elaina Crema.[11]

Dokumentet *"Minutes of Meeting"* er imidlertid *ikke* underskrevet af Elaina Crema, men kun
af Robert Crema og Stacey Kaminer.

---

[6] Bilag 125-8 1 til 125-8-3
[7] Bilag 125-9 1 til 125-9-2
[8] Bilag 125-10
[9] Bilag 125-11-1 til 125-11-105
[10] Bilag 125-11-76
[11] Bilag 125-11-76A

Confidential Pursuant to Protective Order                                                    SKAT_MDL_001_008107

## 1.4   Oplysninger fra Internal Revenue Service (IRS) i USA

SKAT har via de kompetente myndigheder i Danmark og USA modtaget oplysninger fra skattemyndigheden, Internal Revenue Service (IRS) i USA.

- Vedrørende skattepligtserklæringen - Form 6166 (Certification of U.S. Tax Residency). [12] Det er oplyst, at Form 6166 er en erklæring, der udstedes af IRS på foranledning af, at American Investment Group har indsendt en Form 8802 (Application for United States Residency Cerfification). Oplysningerne i Form 8802 afgives under ansvar, men efterprøves ikke af IRS ved udstedelsen Form 6166.

  Den manglende prøvelse af grundlaget medfører, at IRS formulerer sig således i skattepligtserklæringen, Form 6166:
  *"I certify that, **to the best of our knowledge**, the above-named entity is a trust forming part of a pension, profit sharing, or stock bonus plan qualified under section 401(a) of the U.S. Internal Revenue Code, which is exempt from U.S. taxation under section 501(a), and is a resident of the United States of America for purposes of U.S. taxation."*

- IRS har ved brev den 3. august 2016 fremsendt: [13] Udskrift af American Investment Group´s selvangivelser for 2013 og 2014 (Form 5500)[14]

- IRS har ved mail den 15. juni 2016 oplyst et link til IRS hjemmeside hvor reglerne for de forskellige typer af pensionsselskaber kort er beskrevet:
  https://www.irs.gov/retirement-plans/plan-participant-employee/retirement-topics-contributions
  Sider SKAT har fundet relevante er vedlagt.[15]

- IRS har ved brev af 13. juni 2016 fremsendt: [16] 2015-Instuctions for Form 5500-EZ mv. [17]

### 1.4.1   De amerikanske selvangivelser 2013 - 2014

SKAT har modtaget udskrift af American Investment Group´s selvangivelser:

2013: Form 5500-EZ – *Annual Return of One-Participant (Owners and Their Spouses) Retirement Plan* [18]
2014: Form 5500-SF – *Short Form Annual Return/Report of Small Employee Benefit Plan"* [19]

Ved markering i 2014-selvangivelsens Part I er det oplyst, at selvangivelsen vedrører *"a one participant plan"* (en pensionskasse for en enkelt deltager).

---

[12] Bilag 125-5A
[13] Bilag 125-23-1 til 125-23-9
[14] Bilag 125-23-5 til 125-23-9
[15] Bilag 125-22-1 til 125-22-6
[16] Bilag 125-21-1 til 125-21-15
[17] Bilag 125-21-4 til 125-21-15
[18] Bilag 125-23-5 til 125-23-6
[19] Bilag 125-23-7 til 125-23-9

Confidential Pursuant to Protective Order                    SKAT_MDL_001_008108

Desuden er følgende oplyst i selvangivelserne:

| Finansiel Information | Aktiver<br><br>(felt 7a) | Gæld<br><br>(felt 7b) | Antal Deltagere<br>(2013: felt 6a, 6b)<br>(2014: felt 5a, 5b) | Indskud<br><br>(felt 8a, 8b, 8c) |
|---|---|---|---|---|
| 1. januar 2013 | 4.529.723 $ | 0 $ | 1 | - |
| 31. december 2013 | 4.893.956 $ | 0 $ | 1 | 0 $ |
| 31. december 2014 | 5.309.103 $ | 0 $ | 1 | 0 $ |

Herudover fremgår blandt andet følgende af selvangivelserne om pensionsselskabet: [20]

1c:  Date plan first became effective:  01/01/2002
1b:  Plan number:               001
9:   Plan Characteristics 2E code [21]:   Profit-sharing
     Plan Characteristics 3D code[22]:   Pre-approved pension plan – A master prototype,
                                  or volume submitter plan that is the subject of a
                                  favorable opinion or advisory letter from the IRS

## 1.5  Pensionskassens etablering og registreringsforhold

SKAT har den 1. december 2015 pr. mail modtaget følgende udbedt materiale fra Trustee
Stacey Kaminer vedrørende American Investment Group´s etablering og registreringsforhold:[23]

- Pensionsaftale gældende fra 22. januar 2010 [24]
  Det fremgår af pensionsaftalens indledende bemærkninger, at pensionsaftalen er indgået
  mellem erhvervsvirksomheden American Investment Group og Trustee Robert Crema og
  Elaina Crema.
  Det oplyses, at den oprindelige pensionsaftale gældende fra 1. januar 2002, (Effective
  Date) er ændret efter ønske fra American Investment Group of New York, L.P.

- Brev dateret 11-06-2002 fra IRS (Internal Revenue Service) [25]
  EIN 30-0124217 (Employer Identification Number) tildelt pensionskassen ved trust Robert
  Crema

- Accept-skrivelser af 14. januar 2003 og 31. marts 2014 fra IRS [26]
  Pensionskassen accepteres på det foreliggende grundlag under *"section 401 of the Internal
  Revenue Code"*.

  På disse skrivelser er EIN imidlertid ikke identisk med EIN på selvangivelsen (Form 5500).

---

[20] Bilag 125-23-5 til 125-23-9
[21] Bilag 125-21-12
[22] Bilag 125-21-12
[23] Bilag 125-11-1 til 125-11-2
[24] Bilag 125-11-3 til 125-11-74
[25] Bilag 125-11-75
[26] Bilag 125-11-79 til 125-11-82

Confidential Pursuant to Protective Order                                        SKAT_MDL_001_008109

- Brev dateret den 29. november 2015 fra K&L Gates LLP, hvori det anføres: [27]
  *"the Pension Plan is a U.S. pension/retirement plan qualified under section 401(a) of the*
  *U.S. Internal Revenue Code of 1986, as amended (the "IRC") and is therefor, exempt from*
  *U.S. income taxation under section 501(a) of the Code. ....*
  *Accordingly, the Pension Plan is a resident of the United States of America for*
  *purposes of U.S. taxation and entitled to the benefits of the Denmark-United States 1999*
  *Income Tax Convention and Final Protocol, as Amended."*

## 1.6   Oplysning om den erhvervsvirksomhed som pensionskassen er tilknyttet

I pensionskassens amerikanske selvangivelser for 2013 og 2014, er følgende oplyst om den
erhvervsvirksomhed pensionskassen er knyttet til: [28]

2a: Employers navn:              American Investment Group of New York, L.P.
2b: Employers identifikationsnr: 30-0124217 (EIN)
2d: Business code 523900 [29]:   Other Financial Investment Activities (including portfolio
                                 management & investment advice
Det skal bemærkes, at erhvervsvirksomhed benævnes "employer" i USA.

## 1.7   Dokumentation for American Investment Group's ejerskab til aktierne mv.

Som dokumentation for American Investment Group's ejerskab til aktierne og modtagelse af
de udbytter, hvorpå der tilbagesøges indeholdt udbytteskat, har SKAT fra Stacey Kaminer den
1. december 2015, modtaget følgende udskrifter fra brokervirksomheden ED&F Man Capital
Markets Ltd's klientkonto:

- Account Transaction (General Ledger) 08/01/2014 – 08/11/2014 30
  En stor del af teksten er gjort ulæselig ved overstregninger.

- Account Transaction (General Ledger) 08/01/2015 – 08/13/2015 [31]
  En stor del af teksten er gjort ulæselig ved overstregninger.

- Account Equity den <u>08/10/2015</u> [32]
  SKAT har alene modtaget side 1 af 3 sider.
  En stor del af teksten gjort ulæselig ved overstregninger.

- Account Equity <u>08/11/2015</u> [33]
  SKAT har alene modtaget side 1 af 3 sider.
  En stor del af teksten gjort ulæselig ved overstregninger.

---

[27] Bilag 125-11-77 til 125-11-78
[28] Bilag 125-23-5 til 125-23-9
[29] Bilag 125-21-14
[30] Bilag 125-11-85
[31] Bilag 125-11-86
[32] Bilag 125-11-87
[33] Bilag 125-11-88

Confidential Pursuant to Protective Order                                      SKAT_MDL_001_008110

- Trade Reference 529234 [34]
  En kopi af intern mail af 14. august 2015 i brokervirksomheden vedrørende brokervirk-
  somhedens køb af 2.000.000 stk. TDC A/S aktier for NET Cash 101.801.280 DKK.
  American Investment Group er anført som "Customer".

- Trade Reference 317924 [35]
  En kopi af intern mail af 7. august 2014 i brokervirksomheden vedrørende brokervirksom-
  hedens køb af 3.400.000 stk. TDC A/S aktier for Net Cash 176.122.210 DKK.
  American Investment Group er anført som "Customer".

Det bemærkes, at kontoen vedrører et mellemværende opgjort i **danske kroner.**


## 1.8   Tax Voucher

Sammen med American Investment Group´s anmodning om tilbagebetaling af indeholdt ud-
bytteskat, var vedlagt en Tax Voucher fra brokerfirmaet ED&F Man Capital Markets Limited,
underskrevet af Christina MacKinnon, Head of Securities Operations – hvori det blandt andet
bekræftes, at American Investment Group har ejet aktierne på udbyttedatoen: [36]

> *"ED&F Man Capital Markets Limited ... - confirm, American Investment Group of NY
> L.P. Pension Plan ... was holding the below security over the dividend date."*

> *"ED&F Man Capital Markets Limited has no beneficial interest in the holding and will
> not be reclaiming the tax. The dividends specified on this credit advice were paid net
> of withholding tax to American Investment Group of NY L.P. Pension Plan."*

I mailen fra Stacey Kaminer den 1. december 2015, modtog SKAT udskrift af et "*SECURITY
AND SET-OFF DEED*". Dokumentet er en aftale om sikkerhed og modregning mellem pen-
sionskassen og ED&F Man Capital Markets Limited. Aftalen er indgået den 21. juni 2012 og
er underskrevet af American Investment Group´s trustee Robert Crema og på vegne af ED&F
Man Capital Markets Limited, af Sharon Heath. [37]

---

[34] Bilag 125-11-83
[35] Bilag 125-11-84
[36] Bilag 125-3A
[37] Bilag 125-11-89 til 125-11-105

Confidential Pursuant to Protective Order
SKAT_MDL_001_008111

## 1.9   Tidligere anmodninger om tilbagebetaling af indeholdt udbytteskat

American Investment Group har, som pensionskasse, tidligere anmodet om tilbagebetalinger af indeholdte udbytteskatter og har fået udbetalt i alt 21.060.000 DKK. [38]
Denne udbetaling svarer til at selskabet skulle have foretaget investeringer, der har givet et udbytte på 78.000.000 DKK alene i danske C20 aktier.

Følgende oplysninger fremgår af American Investment Groups tidligere anmodninger:

| SKATs bundt nr. | Dato for anmodning | Aktie | Antal stk. | Ex-dato | Udbytte DDK | Tilbagebetalt udbytteskat DDK | Bilags nr. |
|---|---|---|---|---|---|---|---|
| 15614 | 05-03-2014 | Coloplast A/S | 500.000 | 06-12-2013 | 3.500.000 | 945.000 | 125-12-4 |
| 19414 | 26-03-2014 | TDC A/S | 5.000.000 | 07-03-2014 | 11.000.000 | 2.970.000 | 125-13-3 |
| 21814 | 04-04-2014 | Danske Bank A/S | 7.750.000 | 19-03-2014 | 15.500.000 | 4.185.000 | 125-14-3 |
| 21814 | 04-04-2014 | Novo Nordisk A/S | 3.500.000 | 21-03-2014 | 15.750.000 | 4.252.500 | 125-14-4 |
| 27814 | 16-04-2014 | A.P. Møller Mærsk A/S (B) | 1.000 | 01-04-2014 | 1.400.000 | 378.000 | 125-15-3 |
| 27814 | 16-04-2014 | Tryg A/S | 50.000 | 04-04-2014 | 1.350.000 | 364.500 | 125-15-4 |
| 72614 | 14-08-2014 | TDC A/S | 3.400.000 | 08-08-2014 | 5.100.000 | 1.377.000 | 125-16-3 |
| 106214 | 03-12-2014 | Chr. Hansen Holding A/S | 800.000 | 28-11-2014 | 3.016.000 | 814.320 | 125-17-3 |
| 109214 | 10-12-2014 | Coloplast A/S | 1.500.000 | 05-12-2014 | 11.250.000 | 3.037.500 | 125-18-3 |
| 21315 | 04-03-2015 | Novozymes A/S | 750.000 | 26-02-2015 | 2.250.000 | 607.500 | 125-19-3 |
| 34815 | 08-04-2015 | A.P. Møller Mærsk A/S (B) | 4.000 | 31-03-2015 | 7.884.000 | 2.128.680 | 125-20-4 |
|  |  | I alt |  |  | 78.000.000 | 21.060.000 |  |

## 1.10   Beregning af investeringerne

SKAT har opgjort de ovenfor anførte aktiers anskaffelsessummer skønsmæssigt med udgangspunkt i, at aktierne skal være ejet dagen før ex-datoen. Anskaffelsessummerne nedenfor er derfor beregnet på baggrund af lukkekursen på børsdagen før ex-datoen:

| SKATs bundt nr. | Ex-dato | Kursdato | Aktie | Antal stk. | Kurs* | Beregnet anskaffelsessum DDK |
|---|---|---|---|---|---|---|
| 15614 | 06-12-2013 | 05-12-2013 | Coloplast A/S | 500.000 | 358,30 | 179.150.000 |
| 19414 | 07-03-2014 | 06-03-2014 | TDC A/S | 5.000.000 | 52,65 | 263.250.000 |
| 21814 | 19-03-2014 | 18-03-2014 | Danske Bank A/S | 7.750.000 | 145,70 | 1.129.175.000 |
| 21814 | 21-03-2014 | 20-03-2014 | Novo Nordisk A/S | 3.500.000 | 245,80 | 860.300.000 |
| 27814 | 01-04-2014 | 31-03-2014 | A.P. Møller Mærsk A/S (B) | 1.000 | 65.000,00 | 65.000.000 |
| 27814 | 04-04-2014 | 03-04-2014 | Tryg A/S | 50.000 | 110,30 | 5.515.000 |
| 72614 | 08-08-2014 | 07-08-2014 | TDC A/S | 3.400.000 | 51,35 | 174.590.000 |
| 106214 | 28-11-2014 | 27-11-2014 | Chr. Hansen Holding A/S | 800.000 | 258,90 | 207.120.000 |
| 109214 | 05-12-2014 | 04-12-2014 | Coloplast A/S | 1.500.000 | 527,00 | 790.500.000 |
| 21315 | 26-02-2015 | 25-02-2015 | Novozymes A/S | 750.000 | 322,50 | 241.875.000 |
| 34815 | 31-03-2015 | 30-03-2015 | A.P. Møller Mærsk A/S (B) | 4.000 | 16.410,00 | 65.640.000 |

*Kursen fremgår af Euro Investors hjemmeside: http://www.euroinvestor.dk/

---

[38] Bilag 125-12-1 til 125-20-7

Confidential Pursuant to Protective Order

# 2    Retsregler

## 2.1    Lovbekendtgørelser

Selskabsskatteloven – lovbekendtgørelse nr. 680 af 20. maj 2015:
- § 2, stk. 1, litra c og stk. 3, 2. pkt.

Ligningsloven – lovbekendtgørelse nr. 1041 af 15. september 2014 med senere ændringer:
- § 16 A, stk. 1.

Kildeskatteloven – lovbekendtgørelse nr. 1403 af 7. december 2010 med senere ændringer:
- §§ 65, stk. 1, 65 A, stk. 1 og 69 B, stk. 1 og 2.

## 2.2    Dobbeltbeskatningsoverenskomst

BKI nr. 13 af 14/4 2000 af overenskomst af 19/8 1999 mellem Danmark og USA til undgåelse af dobbeltbeskatning og forhindring af skatteunddragelse for så vidt angår indkomstskatter. Som ændret ved BKI nr. 1 af 18/2 2008 af protokol af 2/5 2006:
- Artiklerne 10 og 22.

## 2.3    Retspraksis

SKM 2010.266 SR. Skatterådets bindende svar af 26.januar 2010.

Ved udlån af aktier, finder Skatterådet, at långiver fortsat skattemæssigt anses for ejer af aktierne, hvorfor udbyttet skal beskattes efter de regler der gælder for långiver, herunder efter en eventuel dobbeltbeskatningsoverenskomst mellem Danmark og den stat hvor långiver er hjemmehørende.

Confidential Pursuant to Protective Order                              SKAT_MDL_001_008113

# 3    SKATs bemærkninger

## 3.1    Lovgrundlag

Et udenlandsk selskab, der modtager udbytte fra et dansk selskab, er begrænset skattepligtig til Danmark efter selskabsskattelovens § 2, stk. 1, litra c.

Et udenlandsk selskab, der er begrænset skattepligtig til Danmark, skal betale 27 % i skat af udbytte, jf. selskabsskattelovens § 2, stk. 3, og det danske udbetalende selskab indeholder således 27 %. Det fremgår af kildeskattelovens § 65.

Hvis den retmæssige ejer af aktieudbyttet er hjemmehørende i USA, kan Danmark beskatte udbytte, der udbetales fra et selskab hjemmehørende i Danmark med 15 % af bruttobeløbet i henhold til artikel 10, stk. 2, litra b), i dobbeltbeskatningsoverenskomsten mellem Danmark og USA.

Danmark kan dog ikke beskatte udbytte udbetalt til et selskab, der er hjemmehørende i USA, hvis den retmæssige ejer er en pensionskasse, som omtalt i artikel 22, stykke 2, litra e, jf. dobbeltbeskatningsoverenskomstens artikel 10, stk. 3, litra c.

En pensionskasse efter artikel 22, stk. 2, litra e, er en juridisk person, hvad enten personen er fritaget for beskatning eller ikke, der er organiseret efter lovgivningen i en kontraherende stat med det formål at yde pension eller lignende ydelser efter en fastsat ordning til arbejdstagere, herunder selvstændige erhvervsdrivende, forudsat at mere end 50 pct. af denne persons begunstigede, medlemmer eller deltagere er fysiske personer, som er hjemmehørende i en af de kontraherende stater.

Vedrørende aktielån fremgår det af SKM2010.266SR, at udbytte på udlånte aktier skal beskattes hos långiver.

## 3.2    Anmodningen af 13. august 2015

Goal Taxback Limited har som agent, på vegne af American Investment Group, anmodet om at få tilbagebetalt indeholdt udbytteskat, med henvisning til dobbeltbeskatningsoverenskomsten mellem Danmark og USA, vedrørende følgende aktier: [39]

| ISIN/Aktier | Ex-dato | Anmodning om tilbagebetaling | Netto udbytte | Antal Aktier |
|---|---|---|---|---|
| DK0060228559 TDC A/S | 10. aug. 2015 | DKK 810.000 | DKK 2.190.000 | 3.000.000 |

---

[39] Bilag 125-1A til 125-7A

Confidential Pursuant to Protective Order                    SKAT_MDL_001_008114

### 3.3    Pensionskassen og erhvervsvirksomheden den knytter sig til

Det fremgår af FORM 6166, at *American Investment Group of New York, L.P Pension Plan* er registreret som en pensionskasse i USA. [40]

Pensionskassen er en selvstændig enhed, der knytter sig til erhvervsvirksomheden *American Investment Group of New York, L.P.*, som ifølge selvangivelserne er en enkeltmandsvirksomhed. [41]

Pensionskasser for enkeltmandsvirksomheder etableres med det formål, at ejeren af virksomheden og dennes ægtefælle, kan opspare til pensionen.
Pensionskasser skal selvangive særskilt og skal have egen bankkonto af hensyn til krav om formueadskillelse mellem pensionskasse og employer (erhvervsvirksomheden).[42]

### 3.4    Pensionskassens trustee

Ved mail 1. december 2015 fra Stacey Kaminer modtog SKAT et "Minutes of Meeting" dateret den 23. februar 2011. Det fremgår heraf, at Stacey Kaminer indtræder som trustee og at Elaina Crema samtidig fratræder som trustee i American Investment Group. Dokumentet er underskrevet af trustee Robert Crema og Stacey Kaminer, men ikke af Elaina Crema. [43]

På det foreliggende grundlag accepteres det at Stacey Kaminer kan repræsentere American Investment Group.

### 3.5    Manglende eller ikke fyldestgørende dokumentation

#### 3.5.1    Manglende originale dokumenter

Til brug for kontrollen af American Investment Group´s ejerskab til aktierne, retten til udbyttet og at udbyttet faktisk er tilgået American Investment Group, har SKAT anmodet om originale Tax Voucher /credit advice, købs- og beholdningsbilag samt bankkontoudskrifter. [44]

SKAT har alene modtaget svar pr. mails. Der er derfor ikke tale om originale dokumenter.[45]

De udbedte originaldokumenter er ikke fremlagt for SKAT og det materiale SKAT har modtaget i stedet for de originale dokumenter, er ikke fyldestgørende. Nærmere herom nedenfor. Anmodningerne vil, derfor alene på dette grundlag kunne afvises.

---

[40] Bilag 125-5A
[41] Bilag 125-23-5 til 125-23-9
[42] Bilag 125-22-1 og 125-22-4
[43] Bilag 125-11-76
[44] Bilag 125-8-1 til 125-8-3
[45] Bilag 125-11-1 til 125-11-2

Confidential Pursuant to Protective Order                    SKAT_MDL_001_008115

### 3.5.2 Mangelfuld dokumentation for ejerskab til aktierne og modtagne udbytter

Som dokumentation for American Investment Group´s ejerskab til aktierne og modtagelse af det udbytte, hvorpå der tilbagesøges indeholdt udbytteskat, har SKAT 1. december 2015 modtaget udskrifter fra brokervirksomheden ED&F Man Capital Markets Ltd´s klientkonto. Det fremgår, at kontoen vedrører et mellemværende i **danske kroner** mellem brokervirksomheden og American Investment Group of NY L.P. Pens.

Udskrifterne er mangelfulde, idet der mangler sider og en stor del af teksten på de sider SKAT har modtaget, er gjort ulæselig ved overstregninger. Det drejer sig om følgende udskrifter:

- Account Transaction (General Ledger) <u>08/01/2014 – 08/11/2014</u> [46]
  En stor del af teksten er overstreget

- Account Transaction (General Ledger) <u>08/01/2015 – 08/13/2015</u> [47]
  En stor del af teksten er overstreget

- Account Equity den <u>08/10/2015</u> [48]
  SKAT har alene modtaget side 1 af 3 sider. En stor del af teksten er overstreget

- Account Equity <u>08/11/2015</u> [49]
  SKAT har alene modtaget side 1 af 3 sider. En stor del af teksten er overstreget

SKAT er uforstående overfor det oplyste i mailen fra trustee Stacey Kaminer om, at de vedhæftede *"Account Statements"* og *"Positions Reports"* skulle indeholde uvedkommende information som derfor er overstreget af private hensyn *(with any unrelated information blacked out for privcy purposes).* [50]

Det har forklaringen imod sig, at den tekst der er gjort ulæselig ikke skulle relaterer sig til de aktier, hvorpå der anmodes om tilbagebetaling af indeholdt udbytteskat eller til danske aktier eller transaktioner i øvrigt, når der henses til, at brokervirksomheden har adresse i England, pensionskassen er amerikansk og klientkontoen er opgjort i **danske kroner.**

SKAT finder det usandsynligt, at registreringerne på kontoen ikke har relationer til danske aktier, herunder afregning.

Da udskrifterne ikke er fremlagt i sin helhed, er det ikke muligt at kontrollere transaktionernes gennemførelse. Udskrifterne dokumenterer derfor, hverken American Investment Group´s ejerskab til de pågældende aktier eller at American Investment Group har modtaget det aktieudbytte, hvorpå der tilbagesøges indeholdt udbytteskat.

---

[46] Bilag 125-11-85
[47] Bilag 125-11-86
[48] Bilag 125-11-87
[49] Bilag 125-11-88
[50] Bilag 125-11-2

Confidential Pursuant to Protective Order

SKAT_MDL_001_008116

Anmodningen om tilbagebetaling af indeholdt udbytteskat var vedlagt en Tax Voucher fra brokerfirmaet ED&F Man Capital Markets Limited, underskrevet af Christina MacKinnon, Head of Securities Operations, hvori det blandt andet bekræftes, at American Investment Group har ejet aktierne på udbyttedatoen: [51]

> *"ED&F Man Capital Markets Limited … - confirm, American Investment Group of New York, L.P Pension Plan … was holding the below security over the dividend date."*

> *"ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to American Investment Group of New York, L.P Pension Plan."*

Det forekommer forretningsmæssigt usandsynligt, at brokerfirmaet ved underskrift bekræfter transaktioner, der tilsyneladende ikke efterfølgende kan dokumenteres med en købsfaktura fra 3. mand.

Som dokumentation for pensionskassens køb af de pågældende TDC A/S aktier, har SKAT i mail fra Stacey Kaminer den 1. december 2015 modtaget udskrift af en intern mail i ED&F Man Capital Markets Limited sendt 14. august 2015 kl. 9.43 AM [52]:

Fra:    Secops secops@edfmancapital.com
Til:    LDN-EQUITYFINANCE-REPORTING-MB

Denne mail kan ikke dokumentere, at American Investment Group har købt de aktier, hvorpå der tilbagesøges indeholdt udbytteskat, idet der mangler dokumentation for, at American Investment Group reelt har betalt for de pågældende.

I mailen fra Stacey Kaminer var der desuden vedhæftet dokumentet "SECURITY AND SET-OFF DEED". Dokumentet er en aftale om sikkerhed og modregning mellem American Investment Group og brokerfirmaet ED&F Man Capital Markets Limited.
Denne aftale ses ikke, at bidrage til besvarelse af de spørgsmål SKAT har rejst omkring American Investment Group´s ejerskab af de pågældende aktier. [53]

Der er således ikke er fremlagt dokumentation for, at American Investment Group har ejet de pågældende aktier på ex-datoen og derved er berettiget til at tilbagesøge indeholdt udbytteskat.

---

[51] Bilag 125-3A
[52] Bilag 125-11-83
[53] Bilag 125-11-89 til 125-11-105

Confidential Pursuant to Protective Order                                    SKAT_MDL_001_008117

### 3.5.3 Manglende dokumentation for de faktiske pengestrømme

SKAT konstaterer, at der ikke er fremlagt dokumenter fra 3. mand, der kan underbygge, at transaktionerne mellem ED&F Man Capital Market Ltd og American Investment Group reelt har fundet sted.

SKAT har opfordret American Investment Group til at fremkomme med udskrifter fra American Investment Group´s egen bankkonto, som dokumentation for, at de pågældende aktie-handler og aktieudbyttet har ført til egentlige pengestrømme mellem American Investment Group og brokervirksomheden ED&F Man Capital Market Ltd., hvilket SKAT ikke har mod-taget.[54]

Det bemærkes, at en pensionskasse ifølge IRS hjemmeside skal have egen bankkonto af hen-syn til formueadskillelse mellem pensionskassen og employer-virksomheden.[55]

De fremlagte udskrifter fra brokerfirmaets klientkonto kan ikke alene dokumentere, at trans-aktionerne mellem American Investment Group og brokerfirmaet reelt er gennemført. [56]

SKAT finder af disse grunde ikke, at American Investment Group har dokumenteret sit ejer-skab til de pågældende aktier og det er heller ikke dokumenteret, at American Investment Group har modtaget udbyttet, samt at der er indeholdt udbytteskat.


### 3.6   Kapitalgrundlag for investeringer

American Investment Group har, som pensionskasse, i en periode på 16 måneder, fra decem-ber 2013 til marts 2015 fået udbetalt i alt 21.060.000 DKK i indeholdte udbytteskatter fra SKAT. Denne udbetaling svarer til, at selskabet skulle have foretaget investeringer, der har givet aktieudbytter på 78.000.000 DKK alene i danske C20 aktier. [57]

SKAT har ovenfor i punkt 1.9 og 1.10 foretaget en beregning af de investeringer, der kræves for at kunne opnå dette aktieudbytte.

Af beregningen ses blandt andet:
- at American Investment Group den 18./20. marts 2014 skulle eje aktier i Novo Nordisk A/S og Danske Bank A/S til en samlet investering på ca. 1.989.000.000 DKK.

- at American Investment Group den 4. december 2014, skulle eje aktier i Coloplast A/S til en investering på 790.500.000 DKK.

Ifølge American Investment Group´s amerikanske selvangivelse for 2014 udgør pensions-kassens formue primo 4.893.956 $ og ultimo 5.309.103 $. [58]
Omregnet til danske kroner svarer dette til en formue primo 27.499.363 DKK og ultimo 29.832.093 DKK ved US-dollarkurs på 561,9046. [59]

---

[54] Bilag 125-8-1 til 125-8-3
[55] Bilag 125-22-1 og 125-22-4
[56] Bilag 125-11-85 125-11-88
[57] Denne skrivelses punkt 1.9 og 1.10
[58] Bilag 125-23-7 til 125-23-8
[59] US-dollar gennemsnitskurs 2014 - www.nationalbanken.dk

Confidential Pursuant to Protective Order                    SKAT_MDL_001_008118

American Investment Group´s formue ultimo 2014 er ifølge pensionskassens amerikanske selvangivelse for 2014 således øget med 415.147 $ svarende til 2.332.730 DKK.

Ifølge selvangivelserne er der ikke foretaget indskud til pensionskassen i 2013 og 2014. [60]

Der er et umiddelbart misforhold mellem formueoplysningerne i American Investment Group´s selvangivelse for 2014 (Form 5500) og de oplyste investeringer og aktieudbytter. Henset hertil er det ikke sandsynligt, at American Investment Group har været i stand til at foretage de nævnte investeringer ovenfor, for egne midler.

Desuden afspejler American Investment Group´s formue ultimo 2014, end ikke tilnærmelses-vis, at der skulle være tilgået pensionskassen 78.000.000 DKK i aktieudbytter og refunderede udbytteskatter i året.

Af disse grunde er det åbenbart, at American Investment Group ikke har haft midler til at foretage de investeringer, der fremgår af selskabets anmodning dateret den 13. august 2015.

Det skal bemærkes, at såfremt der skulle være tale om lånte aktier, kan selskabet ikke tilbage-søge indeholdt udbytteskat på disse.

---

[60] Bilag 125-23-5 til 125-23-9

Confidential Pursuant to Protective Order    SKAT_MDL_001_008119

## 4   SKATs foreløbige konklusion

SKAT skal efter anmodning fra den skattepligtige tilbagebetale indeholdt udbytteskat, som overstiger den endelige skat efter en dobbeltbeskatningsoverenskomst.

SKAT kan ikke imødekomme American Investment Group´s anmodning dateret 13. august 2015, om tilbagebetaling af indeholdt udbytteskat idet:

- American Investment Group har ikke dokumenteret købet af de aktier, hvorpå udbytteskatten tilbagesøges, ligesom det ikke fremgår om eventuelle aktier indgår i et lånearrangement.

- American Investment Group har ikke dokumenteret ejerskabet på udbyttetidspunktet til de omhandlede aktier, hvorpå udbytteskatten tilbagesøges.

- American Investment Group har ikke dokumenteret, at selskabet har modtaget udbytte vedrørende de pågældende aktier, hvorpå udbytteskatten tilbagesøges.

American Investment Group opfylder således ikke betingelserne for at få udbetalt indeholdt udbytteskat af danske aktier, jf. artikel 10 i dobbeltbeskatningsoverenskomsten mellem Danmark og USA.

American Investment Group har som pensionskasse – med en enkelt deltager med de deraf begrænsede indskudsbeløb - ikke haft det fornødne kapitalgrundlag til at kunne foretage investeringer i danske aktier i den størrelsesordenen som ligger til grund for såvel denne som tidligere anmodninger om udbetaling af indeholdt udbytteskat. Anmodningen kan på grund af det manglende kapitalgrundlag, ikke omfattes af artikel 22 stk. 2, litra e i dobbeltbeskatningsaftalen mellem Danmark og USA.
Anmodningen dateret den 13. august 2015 kan derfor ikke omfattes af artikel 22 stk. 2, litra e i dobbeltbeskatningsaftalen mellem Danmark og USA.

SKAT kan af disse grunde ikke imødekomme American Investment Group´s anmodning om tilbagebetaling af indeholdt udbytteskat af de danske aktier efter kildeskattelovens § 69 B, stk. 1, 1. pkt.

## 5   Selskabets bemærkninger

SKAT har ikke modtaget bemærkninger til SKATs forslag til afgørelse.

## 6   SKATs afgørelse

SKAT har ikke modtaget bemærkninger til SKATs forslag til afgørelse, hvorfor SKAT træffer afgørelse i overensstemmelse med forslaget.

SKAT kan ikke imødekomme selskabets anmodning om tilbagebetaling af indeholdt udbytteskat af de danske aktier.

Confidential Pursuant to Protective Order

# Klagevejledning

### Klage
Hvis selskabet ikke er enig i SKATs afgørelse, kan der klages til Skatteankestyrelsen.

Skatteankestyrelsen skal have klagen senest tre måneder fra modtagelsen af denne afgørelse.

### Hvordan skal klagen se ud?
Klagen skal være skriftlig, og indeholde alle de punkter, der klages over.

Klagen skal vedlægges:
- Denne afgørelse.
- Dokumenter, som støtter og underbygger klagen.

### Hvor skal klagen sendes hen?
Klagen kan sendes på tre måder:
1. Elektronisk på Skatteankestyrelsens klageportal på skatteankestyrelsen.dk.
2. Som digital post via virk.dk.
3. Med post til Skatteankestyrelsen; Ved Vesterport 6, 6. sal; 1612 København V.

### Hvad koster det at klage?
Det koster 400 kr. at klage.
Beløbet skal indsættes på konto med registreringsnummer 0216, kontonummer 4069029361. Selskabets navn skal anføres i meddelelsesfeltet. Denne konto kan kun bruges til at betale de 400 kr. for at klage og ikke til andre typer indbetalinger til SKAT.

Hvis selskabet får ret i hele klagen eller i en del af den, tilbagebetales pengene.

### Møde med Skatteankestyrelsen
Selskabet har mulighed for at få et møde med en sagsbehandler i Skatteankestyrelsen, og i den forbindelse bedes selskabet oplyse et telefonnummer i klagen.

### Love og regler
De love og afgørelser, der er henvist til, kan findes på skat.dk/love eller skat.dk/afgørelser.

Selskabet kan læse mere om at klage på skat.dk/klage.

Venlig hilsen

Gitte Kierkegaard
Fagkonsulent

E-mail: Gitte.kierkegaard@skat.dk
Telefon nr.: (+45) 72 37 02 07

Katrine Basballe
Fagkonsulent

E-mail: katrine.basballe@skat.dk
Telefon nr.: (+45) 72 37 02 38

Kopi af SKATs orienteringsbrev til Goal TaxBack Limited er vedlagt.

Confidential Pursuant to Protective Order                                                                                SKAT_MDL_001_008121



**SKAT**

GOAL TaxBack Limited
Att.: Melissa-Anne Rodrigues
69 Park Lane
Croydon, Surrey, CR9 1BG
UK

Antifraud Unit SK 3
Danish Customs and
Tax Administration

Kratbjerg 236
DK - 3480 Fredensborg

www.skat.dk

Date: 28 October 2016

Your ref. BACEDK000063

J.nr. 15-2943752

TIN: 30-0124217

Gitte Kierkegaard
Special Agent

## For your information

You have on behalf of American Investment Group of New York, L.P Pension
Plan reclaimed withhold dividend tax:

13 August 2015      DKK 810.000

It appears from the final decision that the request for refund cannot be approved.

The reason for SKAT not having found any basis for approving the request for
refund appears from the final decision.  In this connection, it should be remarked
that the court language in Denmark is Danish in accordance with Section 149 of
the Danish Administration of Justice Act (Retsplejeloven).

Danish Customs and Tax Administration has only send the final decision to
American Investment Group of New York, L.P Pension Plan.

Please note that the guidelines for making an appeal appears from the decision.
In this context it should be noted that an appeal, if any, must reach the Danish
Tax Appeals Agency no later than three months from the receipt of the decision.

Yours Sincerely
Gitte Kierkegaard

Special agent

gitte.kierkegaard@skat.dk
Direct telephone +45 72370207

Katrine Basballe

Special agent

Katrine.basballe@skat.dk
Direct telephone +45 72370238

Copy sent to American Investment Group of New York, L.P Pension Plan.

Page 1 / 1

Confidential Pursuant to Protective Order

SKAT_MDL_001_008122