| Page/Line | Now Reads | Should Read | Reason for Change |
|---|---|---|---|
| 224:25-225:3 | It's from this document that I refreshed my memory that the pension plan can sell the share on or after the ex date and being still entitled to dividend. | It's from this document that I refreshed my memory that the pension plan can sell the share on or after the ex date and still be entitled to a dividend. | Clarification |
| 280:13 | ED&F MCN | ED&F MCM | Transcription Error |
| 293:1 | MPT finance desk | equity finance desk | Transcription Error |
| 307:18 | market recall | market reclaim | Correction |
| 308:13 | However, the one that | However, not the one that | Clarification |
| 311:11 | correspondent | correspondence | Transcription Error |
| 332:24-25 | pension plans cash account | pension plan's cash account. | Transcription Error |
| 336:20 | Vincent | Pinsent | Spelling Error |
| 339:23 | WHD funds | WHT funds | Transcription Error |
| 346:24 | relate to custody fees, execution fees, | relate to execution fees, | Clarification |
| 349:22 | the behind fees | the upfront fees and the behind fees | Clarification |
| 358:15-19 | And so what you're referring to would be governed by the custody agreement and the ED&F terms of business that each of the pension plans allocated. | And so what you're referring to would be governed by the custody agreement and the ED&F terms of business that each of the pension plans had agreed. | Clarification |
| 401:4 | A part of preparations | Apart from preparations | Transcription Error |
| 413:15 | Volecafe | Volcafe | Spelling Error |

I declare under penalty of perjury under the laws of the United States of America that I have read the entire transcript of my deposition taken in the above-captioned matter and the same is true and accurate, save and except for changes and/or corrections as indicated by me on the deposition errata sheet hereof, with the understanding that I offer these changes as if still under oath.

Executed this 18 day of November, 2021

_Shahab Hashemi_ (signature)

Shahab Hashemi

2