**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to case no: 18-CV-09841 | MASTER DOCKET<br><br>18-md-2865 (LAK) |

**NOTICE OF PLAINTIFF SKATTEFORVALTNINGEN'S**
<u>**MOTION TO SUBSTITUTE**</u>

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and Declaration of Neil John Oxford dated April 11, 2023 and exhibits annexed thereto, Plaintiff Skatteforvaltningen, by and through its undersigned attorneys, will move the Court before the Honorable Lewis A. Kaplan at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, Courtroom 21B, at a date and time to be determined by the Court, for an order pursuant to Rule 25(a) of the Federal Rules of Civil Procedure granting the substitution of Elaina M. Crema, as Personal Representative of the Estate of Robert V. Crema, for the deceased Defendant Robert Crema in the case captioned *Skatteforvaltningen v. American Investment Group of New York, L.P. Pension Plan, et al.*, No. 18-cv-09841; and for such other and further relief as the Court deems just and proper.

Dated: New York, New York
April 11, 2023

                              HUGHES HUBBARD & REED LLP

                       By:   *Neil J. Oxford*
                              William R. Maguire
                              Marc A. Weinstein
                              Neil J. Oxford
                              Dustin P. Smith
                       One Battery Park Plaza
                     New York, New York 10004-1482
                     Telephone: (212) 837-6000
                     Fax: (212) 422-4726
                     bill.maguire@hugheshubbard.com
                     marc.weinstein@hugheshubbard.com
                     neil.oxford@hugheshubbard.com
                     dustin.smith@hugheshubbard.com

                     *Counsel for Plaintiff Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)*